FILED
CLERK, U.S. DISTRICT COURT

JUN 20 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:19-cr-00343 GW |
| v. | |
| Travis Schlotterbeck, et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (Related Criminal Cases) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

**TRANSFER ORDER DECLINED**

_____        _____
Date                                            United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

The high-numbered case is unrelated to the low-numbered case identified below. The correct related case is 19-cr-292, which is already before Judge Wu.

6/18/19                                            /s/ Stephen V. Wilson
Date                                            United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:19-cr-0262 SVW  and the present case:

☒ A. Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

☐ B. Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

## Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ .
This is very important because documents are routed to the assigned judge by means of these initials.

**TRANSFER ORDER DECLINED**

cc:  ☐ PSALA   ☐ PSAED   ☐ USMLA   ☐ USMSA   ☐ USMED   ☐ Previous Judge   ☐ Statistics Clerk

CR-59 (03/19)        ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (Related Criminal Cases)