**FILED**

2019 AUG 13 AM 9:09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: ___

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Travis SCHLOTTERBECK<br>USMS# _____   PLAINTIFF / DEFENDANT | CASE NUMBER:<br>LACR 19-343 GW<br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: AUGUST 13, 2019   7:00   ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 USC 922(a)(1)(A); 18 USC 922(d); 18 USC 2(a), 18 USC 371

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1984

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Teresa LNU

10. Remarks (if any): n/a

11. Name: Jeff Davis   (please print)

12. Office Phone Number: 714-347-9100

13. Agency: ATF

14. Signature: _____

15. Date: 8/13/19

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION