# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| United States of America | Plaintiff(s) | CR **R 19-00343**-GW |
| v. | | |
| TRAVIS SCHLOTTERBECK | Defendant(s) | **WARRANT FOR ARREST**<br>**UNDER SEAL** |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   **TRAVIS SCHLOTTERBECK**
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n):  ☐ Complaint   ■ Indictment
☐ Information   ☐ Order of Court   ☐ Probation Violation Petition   ☐ Violation Notice
Charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

18 U.S.C. § 371: Conspiracy;
18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Manufacturing and Dealing in Firearms Without a License;
18 U.S.C. § 922(d): Sale of a Firearm to a Felon
18 U.S.C. § 2(a): Aiding and Abetting



2019 AUG 13  AM 9:09
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
FILED

**in violation of the following Title, United States Code, Section(s)**
**SEE ABOVE**

| Kiry K. Gray | June 11, 2019     LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY:   JEAN P. ROSENBLUTH |
| ~~DION MITCHELL~~   1228 | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| 8-12-19 | J. Davis |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| 8-13-19 | ATF  S/A |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | [signature]<br>SIGNATURE OF ARRESTING OFFICER |

## WARRANT FOR ARREST

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER |
|---|---|---|
| | Plaintiff(s) | CR **CR 19-00343** GW |
| v. | | |
| TRAVIS SCHLOTTERBECK | | **WARRANT FOR ARREST** |
| | Defendant(s) | **UNDER SEAL** |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| | | | | | | |

DATE OF BIRTH: **1984**

SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS:

| AUTO YEAR: | AUTO MAKE: | AUTO MODLE: | AUTO COLOR: | AUTO LICENSE NO. | ISSUING STATE |
|---|---|---|---|---|---|
| | | | | | |

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT

FBI NUMBER:

ADDITIONAL INFORMATION:

INVESTIGATIVE AGENCY NAME:
**ATF**

INVESTIGATIVE AGENCY ADDRESS:

NOTES:

**WARRANT FOR ARREST**

CR – 12 (07/04)                                                                 PAGE TWO