# United States Probation & Pretrial Services

United States District Court
Central District of California



| Kiry K. Gray | | Michelle A. Carey |
|---|---|---|
| District Court Executive / Clerk of Court | | Chief Probation & Pretrial Services Officer |

PACTS No: 6424803

**Passport Receipt**

Defendant Name: SCHLUTTERBECK, TRAVIS MICHAEL

Name on passport, if different:

Country of Origin: U.S.A.

Date passport issued: 08/26/2016

Expiration date of passport: 08/25/2016

Ordered by court in the Central District of California or Southern District of California

Docket Number: 2:19CR00343-1

FILED
2019 AUG 19 AM 10:01
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY___

X _Rub Harley_
Surrendered By

_8/16/19_
Date

MARINA MARTINEZ _(signature)_
Received By

_8/16/19_
Date

Returned To

Date

Returned By

Date

Purpose Returned

Address (if mailed)