# United States Pretrial Services

United States District Court
Central District of California



| Michelle A. Carey | Douglas B. Bys |
|---|---|
| Chief Probation & Pretrial Services Officer | Deputy Chief Probation & Pretrial Services Officer |

August 20, 2019

To: Criminal Intake, Clerk's Office

From: Tiffany Rivers, U.S. Probation & Pretrial Services Officer Assistant
714-338-2944
Tiffany_Rivers@cacp.uscourts.gov

Re: Schlotterbeck, Travis
Docket Number: 2:19-cr-00343-GW-1

The defendant's bond includes a condition to transfer custody of any weapons/firearms and file an affidavit/declaration and surrender any weapons/firearms and provide proof to Pretrial Services by Friday, August 16, 2019 at 4:00pm.

The defendant has cleared this matter.

If you have any questions, please contact the above listed officer. Thank you.

| Headquarters | Riverside Branch | Santa Ana Branch |
|---|---|---|
| Edward R. Roybal Federal Building and U.S. Courthouse 255 East Temple Street, Suite 1410 Los Angeles, CA 90012-3332 213-894-4726 / FAX 213-894-0231 | George E. Brown, Jr. Federal Building and U.S. Courthouse 3470 Twelfth Street, Suite 161 Riverside, CA 92501-3801 951-328-4490 / FAX 951-328-4489 | Ronald Reagan Federal Building and U.S. Courthouse 411 West Fourth Street, Suite 4070 Santa Ana, CA 92701-4596 714-338-4550 / FAX 714-338-4570 |