1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3819
7       Facsimile: (213) 894-0141
        E-mail:    brian.faerstein@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,            No. CR 19-00343-GW

13          Plaintiff,                   ORDER CONTINUING TRIAL DATE AND
                                         FINDINGS REGARDING EXCLUDABLE TIME
14          v.                           PERIODS PURSUANT TO SPEEDY TRIAL
                                         ACT
15  TRAVIS SCHLOTTERBECK,
    JAMES BRADLEY VLHA, and              **[PROPOSED] TRIAL DATE: 3/3/2020**
16  JACOB DEKONING,                      **[PROPOSED] STATUS DATE: 9/26/2019**

17          Defendants.

18

19

20       The Court has read and considered the Stipulation Regarding

21  Request for (1) Continuance of Trial Date and (2) Findings of

22  Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

23  parties in this matter on September 5, 2019.  The Court hereby finds

24  that the Stipulation, which this Court incorporates by reference into

25  this Order, demonstrates facts that support a continuance of the

26  trial date in this matter, and provides good cause for a finding of

27  excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

28

1    The Court further finds that:  (i) the ends of justice served by

2  the continuance outweigh the best interest of the public and

3  defendant in a speedy trial; (ii) failure to grant the continuance

4  would be likely to make a continuation of the proceeding impossible,

5  or result in a miscarriage of justice; and (iii) failure to grant the

6  continuance would unreasonably deny defendant continuity of counsel

7  and would deny defense counsel the reasonable time necessary for

8  effective preparation, taking into account the exercise of due

9  diligence.

10    THEREFORE, FOR GOOD CAUSE SHOWN:

11    1.    The trial in this matter is continued from September 24,

12  2019, with respect to defendants Schlotterbeck and Vlha, and October

13  1, 2019, with respect to defendant Dekoning, to March 3, 2020, as to

14  all defendants.  The status conference hearing is continued to

15  February 20, 2020 at 8:00 a.m.

16    2.    The time period of September 24, 2019, to March 3, 2020,

17  inclusive, is excluded in computing the time within which the trial

18  must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),

19  and (B)(iv).

20    3.    Defendants shall appear in Courtroom 9D of the Federal

21  Courthouse, 350 W. 1st Street, Los Angeles, California on September

22  26, 2019, at 8:00 a.m., and March 3, 2020, at 9:00 a.m.

23    4.    Nothing in this Order shall preclude a finding that other

24  provisions of the Speedy Trial Act dictate that additional time

25  periods are excluded from the period within which trial must

26  commence.  Moreover, the same provisions and/or other provisions of

27  the Speedy Trial Act may in the future authorize the exclusion of

28  //

additional time periods from the period within which trial must

commence.

IT IS SO ORDERED.


  September 5, 2019
  DATE                                    HONORABLE GEORGE H. WU
                                          UNITED STATES DISTRICT JUDGE



Presented by:

_____/s/_____
 BRIAN R. FAERSTEIN
 Assistant United States Attorney