NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3819
    Facsimile: (213) 894-0141
    E-mail:    brian.faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>TRAVIS SCHLOTTERBECK,<br><br>        Defendant. | No. CR 19-00343-GW-1<br><br>STIPULATION REGARDING PROPOSED MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE |
|---|---|

    Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Brian R. Faerstein, and defendant Travis Schlotterbeck, by and through his counsel of record, Robison D. Harley, Jr., hereby stipulate as follows:

    1.    Defendant is charged by indictment in this case with violations of 18 U.S.C. §§ 371 and 922(a)(1)(A) (conspiracy to engage in the business of manufacturing and dealing in firearms without a license); 18 U.S.C. §§ 922(a)(1)(A) and 2(a) (engaging in the business of manufacturing and dealing in firearms without a license and aiding and abetting the same); and 18 U.S.C. § 922(d) (sale of a

firearm to a felon).  There are two additional defendants charged in the indictment as well as named and unnamed co-conspirators described therein.

2. On August 13, 2019, defendant was arrested and made his initial appearance in this case.  Defendant was arraigned on the indictment and entered not guilty pleas to all counts as charged.

3. Defendant was granted pretrial release on conditions of bond, including, among other things, a $25,000 appearance bond co-signed by defendant's wife (Traci Schlotterbeck) as surety, supervision by the Pretrial Services Agency, surrender of all passports and travel documents, travel restrictions, surrender and/or transfer of all weapons/firearms, and restrictions on the possession of weapons/firearms.  See Dkt. No. 28.

4. The parties have consulted and reached agreement on two additional conditions of bond they respectfully submit should be added to defendant's pretrial release conditions.

5. First, the parties hereby stipulate and agree that defendant should be ordered to avoid all contact, directly or indirectly (including by any electronic means), with any person who is a known victim or witness in the subject investigation or prosecution.

6. Second, the parties hereby stipulate and agree that defendant should be ordered to avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel.

7. On October 1, 2019, AUSA Faerstein spoke with surety Traci Schlotterbeck by teleconference.  Julie Strickland, a representative for counsel for defendant, was also present for the teleconference.

AUSA Faerstein explained to Ms. Schlotterbeck the two additional proposed conditions of bond and the consequences of defendant's breach of those conditions should the Court accept the parties' stipulation and order the conditions part of defendant's bond in this case. Ms. Schlotterbeck stated she understood the proposed conditions of bond and the consequences of defendant's breach thereof.

8. Trial in this case is currently scheduled to commence March 3, 2020.

IT IS SO STIPULATED.

DATED: October 1, 2019

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

　　　　　　/s/　　　　　　
BRIAN R. FAERSTEIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: October 1, 2019

 /s/ *with email authorization*
ROBISON D. HARLEY, JR.
Attorney for Defendant
Travis Schlotterbeck

3