NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3819
     Facsimile: (213) 894-0141
     E-mail:    brian.faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-00343-GW |
|---|---|
| Plaintiff, | ORDER MODIFYING CONDITIONS OF BOND |
| v. | |
| TRAVIS SCHLOTTERBECK, | |
| Defendant. | |

The Court has read and considered the Stipulation Regarding Proposed Modification of Defendant's Conditions of Pretrial Release, filed by the parties in this matter on October 1, 2019. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support two additional conditions to be imposed as part of the pretrial release bond for defendant Travis Schlotterbeck in this case.

THEREFORE, FOR GOOD CAUSE SHOWN, the following conditions are hereby added to defendant's existing conditions of pretrial release:

1. Defendant Schlotterbeck shall avoid all contact, directly or indirectly (including by any electronic means), with any person

who is a known victim or witness in the subject investigation or prosecution.

    2.   Defendant Schlotterbeck shall avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence of counsel.

    IT IS SO ORDERED.

| October 4, 2019 | /s/ Autumn D. Spaeth |
|---|---|
| DATE | HONORABLE AUTUMN D. SPAETH |
| | UNITED STATES MAGISTRATE JUDGE |

Presented by:

    /s/
BRIAN R. FAERSTEIN
Assistant United States Attorney