1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3819
7       Facsimile: (213) 894-0141
        E-mail:    brian.faerstein@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                      UNITED STATES DISTRICT COURT

11                   FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  | UNITED STATES OF AMERICA, | No. CR 19-00343-GW |
    |---|---|
13  | Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
14  | v. | |
15  | TRAVIS SCHLOTTERBECK, JAMES BRADLEY VLHA, and JACOB DEKONING, | **[PROPOSED] TRIAL DATE: 8/25/2020** |
17  | Defendants. | |

20       The Court has read and considered the Stipulation Regarding

21  Request for (1) Continuance of Trial Date and (2) Findings of

22  Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

23  parties in this matter on January 30, 2020.  The Court hereby finds

24  that the Stipulation, which this Court incorporates by reference into

25  this Order, demonstrates facts that support a continuance of the

26  trial date in this matter, and provides good cause for a finding of

27  excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

28

  The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  THEREFORE, FOR GOOD CAUSE SHOWN:

  1. The trial in this matter is continued from March 3, 2020, to August 25, 2020 at 8:30 a.m. The status conference currently scheduled for February 20, 2020, is continued to August 13, 2020 at 8:00 a.m.

  2. The time period of March 3, 2020, to August 25, 2020, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

  3. Defendants shall appear in Courtroom 9D of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on August 25, 2020, at 9:00 a.m.

  4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

//

//

//

additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

| February 1, 2020 | *George H. Wu* |
|---|---|
| DATE | HONORABLE GEORGE H. WU |
| | UNITED STATES DISTRICT JUDGE |

Presented by:

        /s/
BRIAN R. FAERSTEIN
Assistant United States Attorney