TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3819
     Facsimile: (213) 894-0141
     E-mail:    brian.faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-00343-GW |
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| TRAVIS SCHLOTTERBECK and JAMES BRADLEY VLHA, | **[PROPOSED] TRIAL DATE: 11/9/2021** |
| Defendants. | |

   The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on March 23, 2021.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

   The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and

defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  These findings are based on the facts set forth in the parties' Stipulation, including but not limited to the facts related to the COVID-19 pandemic.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from April 13, 2021, to November 9, 2021 at 8:30 a.m..  The status conference currently scheduled for April 1, 2021, is continued to October 28, 2021 at 8:00 a.m.  The briefing schedule for any pretrial motions pursuant to Rule 12 of the Federal Rules of Criminal Procedure shall be as follows: motions to be filed by July 15, 2021; oppositions to be filed by July 29, 2021; and replies to be filed by August 5, 2021.  By August 9, 2021, the parties will file a stipulation and proposed order setting forth proposed dates for pretrial filings, including, among other things, motions in limine (if any), proposed jury instructions, and trial memoranda.

2. The time period of April 13, 2021, to November 9, 2021, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendants shall appear in Courtroom 9D of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on November 9,

2021, at 8:30 a.m. and on any earlier date the Court sets for a status conference in this proceeding.

    4.  Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

March 25, 2021
DATE

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
BRIAN R. FAERSTEIN
Assistant United States Attorney

3