TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3819
    Facsimile: (213) 894-0141
    E-mail:    brian.faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>         v.<br><br>TRAVIS SCHLOTTERBECK and<br>JAMES BRADLEY VLHA,<br><br>       Defendants. | No. CR 19-00343-GW<br><br>STIPULATION REGARDING PRETRIAL FILINGS SCHEDULE<br><br>**TRIAL DATE:**  11/9/2021 |

Plaintiff, United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Brian R. Faerstein; defendant Travis Schlotterbeck ("defendant Schlotterbeck"), by and through his counsel of record, Robison D. Harley, Jr.; and defendant James Bradley Vlha ("defendant Vlha," and together with defendant Schlotterbeck, "defendants"), by and through his counsel of record, Jerome J. Haig, hereby stipulate as follows:

    1.   On March 25, 2021, this Court entered an order continuing trial in this proceeding to November 9, 2021, at 8:30 a.m., with a

status conference to be held on October 28, 2021, at 8:00 a.m.  (Dkt. No. 75.)  In addition, the Court ordered that, "[b]y August 9, 2021, the parties will file a stipulation and proposed order setting forth proposed dates for pretrial filings, including, among other things, motions in limine (if any), proposed jury instructions, and trial memoranda."  (Id.)

2.   Consistent with the Court's order, the parties have been meeting and conferring since early August 2021 on a proposed schedule for pretrial filings, the exchange of other information, and other related issues.  Due to certain issues defendants have been discussing with a potential expert in this case, the parties were not able to reach agreement on a pretrial filing schedule by the August 9, 2021 filing date.  The parties have now reached agreement on such a schedule, taking into account the status conference scheduled for October 28, 2021, and assuming there are no further continuances of trial in this proceeding necessitated by the COVID-19 pandemic.

3.   Accordingly, by this stipulation, the parties jointly propose the following pretrial filing schedule for the Court's consideration:

a.   October 1, 2021 – Parties' cross-disclosure of expert disclosures, if any.

b.   October 15, 2021 – Parties' filing of motions in limine, if any.

c.   October 22, 2021 – Parties' filing of: responses to motions in limine, if any; joint proposed jury instructions, including annotated competing instructions, if any; joint proposed verdict form (if necessary); trial memoranda; and proposed voir dire, if any.

4.    The parties recognize that this stipulation may not account for all pretrial filings that may be necessary and appropriate in this proceeding.  In addition, should the trial date and status conference need to be continued as a result of the unavailability of in-person court proceedings due to the COVID-19 pandemic, the above-listed dates will be taken off calendar and the parties reserve the right to propose a new schedule for the above-listed filings consistent with any new dates set by the Court for the status conference and trial in this proceeding.

IT IS SO STIPULATED.

Dated: August 24, 2021              Respectfully submitted,

                                    TRACY L. WILKISON
                                    Acting United States Attorney

                                    SCOTT M. GARRINGER
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                    _____/s/_____
                                    BRIAN R. FAERSTEIN
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA


Dated: August 24, 2021
                                    _/s/ with email authorization____
                                    ROBISON D. HARLEY, JR.
                                    Attorney to Defendant TRAVIS
                                    SCHLOTTERBECK


Dated: August 24, 2021
                                    _/s/ with email authorization____
                                    JEROME J. HAIG
                                    Attorney to Defendant JAMES BRADLEY
                                    VLHA