TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3819
     Facsimile: (213) 894-0141
     E-mail:    brian.faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-00343-GW |
| Plaintiff, | ORDER REGARDING PRETRIAL FILINGS SCHEDULE |
| v. | TRIAL DATE: 11/9/2021 |
| TRAVIS SCHLOTTERBECK and JAMES BRADLEY VLHA, | |
| Defendants. | |

The Court has read and considered the Stipulation Regarding Pretrial Filings Schedule, filed by the parties in this matter on August 24, 2021. The Court hereby adopts the pretrial filings schedule set forth in the Stipulation, which the Court incorporates by reference into this Order. Accordingly, in connection with the October 28, 2021 status conference and November 9, 2021 trial date in this proceeding, the Court hereby sets the following schedule for the pretrial filings specified below:

    a.   October 1, 2021 – Parties' cross-disclosure of expert disclosures, if any.

b. October 15, 2021 – Parties' filing of motions in limine, if any.

c. October 22, 2021 – Parties' filing of responses to motions in limine, if any; joint proposed jury instructions, including annotated competing instructions, if any; joint proposed verdict form (if necessary); trial memoranda; and proposed voir dire, if any.

Should the trial date and status conference in this proceeding need to be continued further as a result of the unavailability of in-person court proceedings due to the COVID-19 pandemic, the above-listed dates will be taken off calendar. In such case, the parties may propose a new schedule for the above-listed filings consistent with any new dates set by the Court for the status conference and trial in this proceeding.

IT IS SO ORDERED.


August 26, 2021
DATE

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE


Presented by:

      /s/
BRIAN R. FAERSTEIN
Assistant United States Attorney