TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3819
    Facsimile: (213) 894-0141
    E-mail:   brian.faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-00343-GW |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| TRAVIS SCHLOTTERBECK and JAMES BRADLEY VLHA, | **[PROPOSED]** **TRIAL DATE: 5/24/2022** |
| Defendants. | |

        The Court has read and considered the Stipulation Regarding
Request for (1) Continuance of Trial Date and (2) Findings of
Excludable Time Periods Pursuant to Speedy Trial Act, filed by the
parties in this matter on October 11, 2021 (the "Stipulation").  The
Court hereby finds that the Stipulation, which this Court
incorporates by reference into this Order, demonstrates facts that
support a continuance of the trial date in this matter, and provides
good cause for a finding of excludable time pursuant to the Speedy
Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  These findings are based on the facts set forth in the parties' Stipulation.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is continued from November 9, 2021, to May 24, 2022 at 8:30 a.m.  The status conference currently scheduled for October 28, 2021, is continued to May 12, 2022 at 8:00 a.m.  The pretrial filings scheduled previously entered by the Court (Dkt. No. 77) is hereby vacated.  Based on the continued status conference and trial dates, the schedule for the following pretrial disclosures and filings is as follows:

a.   April 15, 2022 – Parties' cross-disclosure of expert disclosures, if any.

b.   April 29, 2022 – Parties' filing of motions in limine, if any.

c.   May 6, 2022 – Parties' filing of: responses to motions in limine, if any; joint proposed jury instructions, including annotated competing instructions, if any; joint proposed verdict form (if necessary); trial memoranda; and proposed voir dire, if any.

2.   The time period of November 9, 2021, to May 24, 2022, inclusive, is excluded in computing the time within which the trial

1   must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),

2   and (B)(iv).

3       3.   Defendants shall appear in Courtroom 9D of the Federal

4   Courthouse, 350 W. 1st Street, Los Angeles, California on May 12,

5   2022, at a time to be set by the Court, for a status conference in

6   this proceeding, and on May 24, 2022, at 9:00 a.m. for trial in this

7   proceeding.

8       4.   Nothing in this Order shall preclude a finding that other

9   provisions of the Speedy Trial Act dictate that additional time

10  periods are excluded from the period within which trial must

11  commence.  Moreover, the same provisions and/or other provisions of

12  the Speedy Trial Act may in the future authorize the exclusion of

13  additional time periods from the period within which trial must

14  commence.

15      IT IS SO ORDERED.

16

17  October 13, 2021

18  DATE                                    HONORABLE GEORGE H. WU
                                            UNITED STATES DISTRICT JUDGE

19

20

21  Presented by:

22      /s/

23  BRIAN R. FAERSTEIN
    Assistant United States Attorney

24

25

26

27

28