# EXHIBIT A

```
00001:01    HAMMOND:        So, wait. At one point when ████ was
       02   dealing with you, he-he was in the shop and he
       03   actually told you he was a convicted felon, we
       04   have the recording. And then at, and then
       05   at-shortly after that you brought him over to
       06   that C-N-C shop. Did that, did that, like, worry
       07   you that he was a felon, like, hey-or, or did you
       08   figure-I know he's- [Voices overlap]
       09   ROMO:           It, it seemed like it worried you a little
       10   bit. We listened to the audio of it, it seemed
       11   like it worried you a little bit. [Voices
       12   overlap]
       13   HAMMOND:        But did you figure well, he's not a
       14   gangster, like, you know, he, he seems like a
       15   decent guy. [Voices overlap]
       16   ROMO:           Former military, yeah, he's a decent guy.
       17   SCHLOTTERBECK: I said-yeah, I mean, I was a bit-I
       18   was like, well man, I don't want any involvement
       19   in that. I just, I mean, if you're gonna do it
       20   I'll tell you how to do it. I mean, he was a
       21   friend of mine's friend and I was like, you can
       22   handle this how you wish and, um, that's why I
       23   brought him over there and-to mill the thing so.
       24
       25
00002:01
```