# EXHIBIT B

```
00001:01   HAMMOND:       Well, be-before, before telling us about
      02   this, you know gun laws and you knew that selling
      03   a firearm to a convicted felon's wrong, right? I
      04   mean, everybody-that's univer-everybody knows
      05   that.
      06   SCHLOTTERBECK:  Yeah, but I didn't sell him a
      07   firearm.
      08   HAMMOND:       But he came, he came back here with-you
      09   basically caused an unfinished lower to become
      10   completed into a firearm.
      11   SCHLOTTERBECK:  No, he did. He was in the shop and
      12   he put together the trigger assembly, not me.
      13   [Voices overlap]
      14   HAMMOND:       But it was under your direction.
      15   SCHLOTTERBECK:  No, it wasn't under my direction,
      16   it was under Jesse's direction, and, and it was,
      17   it was with them. You-I can't stop people from
      18   doing that. That's, like, you can google, you
      19   can-literally right now, we can literally YouTube
      20   a video of how to assemble a lower and you can
      21   learn how to assemble a lower in five minutes.
      22
      23
      24
```