# EXHIBIT C

```
00001:01   ROMO:           Can I just ask this question? I'm, I'm
      02   really not trying to be a dick, I'm honestly
      03   wondering why, why get involved in any of this
      04   stuff? Right? Like, why?
      05   SCHLOTTERBECK:  Well, I get it. It's-you're, you're
      06   here. I, you know, in hindsight you're-you can
      07   ask that question to everybody, but I just really
      08   liked guns.
      09   ROMO:           Yeah.
      10   HAMMOND:        Why didn't you just get a federal
      11   license? Federal firearms license?
      12   SCHLOTTERBECK:  Well, I had thought about that
      13   actually and-but everybody I talked to is like,
      14   you're not gonna get approved for a license in
      15   L-A County. Number one, it's like very, very
      16   difficult to get a license. So-and honestly all
      17   we were really interested in was the cerakoting.
      18   And for a year I didn't coat any gun parts. Jesse
      19   handled all gun transactions.
      20   ROMO:           For a year.
      21   SCHLOTTERBECK:  For a year.
      22   ROMO:           What about the year before that? Cause bear
      23   in mind we had undercovers in here in two
      24   thousand fifteen too.
      25   SCHLOTTERBECK:  Yeah, so-well, I never coated
00002:01   anything, period. I'm not a coater. I don't know
      02   how to coat cerakote.
      03
      04
      05
```