# EXHIBIT D

```
00001:01   ROMO:            What do you think Jesse is telling the other
      02   investigators that are interviewing him? What do
      03   you think Jesse's saying about you right now?
      04   SCHLOTTERBECK:   Mm, probably that I had to do with
      05   the money transactions of things. Like, I
      06   provi-like, I told him whatever he makes on
      07   cerakote I get half of.
      08   ROMO:            Okay.
      09   SCHLOTTERBECK:   So that's-that was our agreement
      10   with everything was-
      11   ROMO:            So, everything you painted you would get
      12   half of.
      13   SCHLOTTERBECK:   Yes.
      14   ROMO:            Cause you're using your products. [Voices
      15   overlap]
      16
      17
      18
```