# EXHIBIT E

```
00001:01  ROMO:          And you know the silencers are illegal?
      02  SCHLOTTERBECK: Huh?
      03  ROMO:          You know they're illegal?
      04  SCHLOTTERBECK: I know that they're illegal and
      05  they're-that law was supposed to subject to
      06  change, but, um, they're not silencers anyway,
      07  they're suppressors, but yeah, I mean they're
      08  not-they don't silence the gun, they, they
      09  suppress the sound so you can basically operate
      10  with hearing prot-without hearing protection.
      11  ROMO:          Right.
      12  SCHLOTTERBECK: That's basically it. It's not movie
      13  pew, pew, pew.
      14  ROMO:          Yeah.
      15  SCHLOTTERBECK: So, I mean, I understand the laws
      16  and I understand why some of them are in place,
      17  but to be honest I think a lot of it has to do
      18  with, uh, my neglect to really think that some of
      19  them are really reasonable. I mean, um, I don't-I
      20  never stopped it or cared about it because I
      21  didn't think some of them were reasonable. And
      22  that's just my opinion.
      23  ROMO:          Fair enough.
      24  SCHLOTTERBECK: Which is not- [Voices overlap]
      25  ROMO:          Yeah.
00002:01  SCHLOTTERBECK: Not, not, not-it's not, um, maybe
      02  not the right move, um, maybe-
      03  ROMO:          Well, cause it's illegal, right? But yeah.
      04  [Voices overlap]
      05  SCHLOTTERBECK: Wrong move, but, um, but-
      06  ROMO:          I'm sure there's a lot of people that have
      07  the same thought that you do, right? I mean that
      08  the-
      09  SCHLOTTERBECK: I think that silencers are, if you
      10  want to call them silencers, suppressors,
      11  whatever, are, uh, it's ridiculous to, to make
      12  them illegal considering the fact that they are,
      13  like, they make-they don't make anything quiet.
      14  So, um, they just make it more manageable.
      15
      16
      17
```