# EXHIBIT F

```
00001:01   HAMMOND:        So, you see that's why-that's our
      02   involvement. We're not trying to be intrusive
      03   and, you know-
      04   SCHLOTTERBECK:  Uh-huh.
      05   HAMMOND:        Stomp on someone's second amendment
      06   rights, but any reasonable person would say that
      07   if that store across the street is selling A-R
      08   fifteens, something needs to be done, you know?
      09   Especially when, when you, you continue-when you
      10   sold to a felon at one point. So that shows your
      11   regard for- [Voices overlap]
      12   SCHLOTTERBECK:  Um, we didn't sell to a felon. He
      13   sold-he bought-we sold him parts, yes. We-and we
      14   coated his rifle, but-
      15   ROMO:           But you knew that he was a felon in
      16   possession of a firearm, right? It's not like you
      17   were concerned about it and you're like, "█████,
      18   you're a felon? Dude, you-you know you can't be
      19   having this stuff."
      20   SCHLOTTERBECK:  Yeah.
      21   ROMO:           Like, you weren't that concerned about it.
      22   SCHLOTTERBECK:  No, and mainly because it came from
      23   a friend of mine that I thought was a valid
      24   source, which obviously he's not.
      25   HAMMOND:        What's the reason that you guys stopped-
00002:01   [Voices overlap]
      02   SCHLOTTERBECK:  Obviously, he tried to fuck with
      03   us. You know? I mean, obviously he didn't give a
      04   fuck which I shouldn't have trusted him either.
      05   So, yeah, I mean, I-the only reason-yeah, the
      06   fact is is that if I thought ████ was a malicious
      07   guy-
      08   HAMMOND:        Mhm.
      09   SCHLOTTERBECK:  There's no fucking way I would have
      10   sent-helped him in any fashion. I would have been
      11   like, get the fuck out of here.
      12   ROMO:           I know but Jesse that's, um, that's- [Voices
      13   overlap]
      14   HAMMOND:        A felony's a felony.
      15   ROMO:           I'm sorry not Jesse, Travis. That's almost
      16   worse.
      17   SCHLOTTERBECK:  I get it.
      18   ROMO:           Right?
      19   SCHLOTTERBECK:  I get it. Yeah, it is almost worse,
      20   you're right.
      21   HAMMOND:        Why, why, why did you guys stop using-
      22   [Voices overlap]
      23   SCHLOTTERBECK:  I wanted to help him.
      24
      25
```

```
00003:01
```