# EXHIBIT A

# LAW OFFICE OF JEROME J. HAIG
## A Professional Corporation

Certified Specialist in Criminal Law, State Bar of California, Board of Legal Specialization | SB #131903

Jerome J. Haig
Attorney at Law

April 22, 2022  via email: *brian.faerstein@usdoj.gov*

United States Attorney, Central District of California
Brian R. Faerstein Assistant United States Attorney
1300 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

RE: *U.S. v. Schlotterbeck & Vlha*
Case 19 CR-343-GW

Dear Mr. Faerstein,

Pursuant to court order, and our agreement modifying it regarding cross-disclosure of expert witnesses, and pursuant to FRCP 16(b) and 12.2(b), defendants Travis Schlotterbeck and James Vlha jointly provide the government with notice of the testimony of Steven Lieberman as an expert. A report of Mr. Lieberman's findings is attached hereto, along with his CV.

Please contact us if you have any questions or comments.

Sincerely,

_____  /s/ Robison D. Harley
Jerome J. Haig  Robison D. Harley, Jr