# EXHIBIT C

Steven D. Lieberman Esq.
11 Spectrum Pointe, Lake Forest, CA 92630
(949) 431-6612
steven@ltccwlaw.com

**Owner:  Artemis Defense Institute:          2012 - Present**

Artemis Defense Institute is the nations premier simulation based, and judgmental use of force training facility.  Our 7500 sure foot facility in Lake Forest CA serves law enforcement and civilians in use of force protocols, firearms training, tactics training, firearms law and compliance issues.  We provide contractual services for many law enforcement agencies in Southern California as well as teaching specialized courses to law enforcement personnel in Europe, Asia and Latin America.  We have long standing contracts with the Orange County Sheriffs Dept., Orange County Probation, and LA Metro Police.  We also have provided repeated training to LAPD, Santa Ana PD, Tustin PD, Newport Beach PD, Homeland Security, the FBI and US Marshals.

**Lecturing:     2005 - Present**

Use of Force, and Firearms law lectures and briefings have been provided to various law enforcement agencies.  Special lecture series on firearms law, Second Amendment legislation and legislative and case analysis have been provided to the following:

- Multiple Church and Synagogue security teams
- Various agencies attending Sheepdog seminars
- Various local business
- Law enforcement agencies
- Special Operations Group of the 40th ID JFTB Los Alamitos
- Lieberman and Taromina Corporate Firearms clients
- Lieberman and Taromina civilian and law enforcement clients


**Law Office of Lieberman and Taromina LLP:      2017 - Present**

One of the founding partners in the Law Offices of Lieberman and Taromina LLP.  Admitted to the bar in 1995, and specializing in Second Amendment issues, the Law Offices of Lieberman and Taromina were opened to provide legal services to a specialized client base.  L&T only represents clients that are CCW holders, military personnel, law enforcement officers, and cases that have been directly referred by the National Rifle Association.  L&T also provides compliance services to a number of firearms manufacturers.

**Articles Published:    2008 - Present**

Multiple Articles published through Engaged Media.  Engaged Media is the publishing house for *Tactical World*, *Home Defender* and *Firepower*.  Over three hundred blog articles published on the Artemis Defense Institute website.

**Military Service:     2017 - Present**

Serve in the California State Military Reserve as a Judge Advocate General (JAG) Officer with the current rank of Captain.  Provide legal briefings primarily on firearms law to other JAGs, (Many of whom are judges as well as district attorney's, and sate attorney generals in their

civilian lives.)  Additionally, provide direct legal briefings to members of the Special Operations Group based at JFTB Los Alamitos on rules for use of force / rules of engagement and firearms law.

**Expert Witness**

Provided expert witness services for issues involving the legal classification of assault weapons under the California Penal Code.  *People v. Rico #LA087572*

**Education / Certifications:**

University of San Francisco (B.A. Politics) 1992

Southwestern University School of Law (JD) 1995

State Bar of California (SBN: 179992) Admitted in 1995

     US Army Court of Criminal Appeals: 2018

     United States Court of Appeals for the Armed Forces: 2018

Federal Firearms License:  9-33-XXX-XX-XX-04725

State of California Centralized Firearms Dealer: 22229

State of California COE holder

State of California Firearms Instructor: 18387

State of California Large Capacity Magazine Permit holder

State of California FSC instructor

Orange County Sheriff, approved CCW instructor

National Rifle Association Instructor Number: 130998026

     Range Safety Officer

     Pistol Instructor

     Rifle Instructor

     Shotgun Instructor

     Personal Protection in the Home Instructor

     Personal Protection Outside the Home Instructor

     Refuse to be a Victim Instructor

Gunsite Graduate

    Pistol 250

    Pistol 350

    Defensive Vehicles

    Rifle 223

Competitive long distance shooter since 1983