TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3819
    Facsimile: (213) 894-0141
    E-mail:    Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-00343-GW |
|---|---|
| Plaintiff, | JOINT PROPOSED VERDICT FORM |
| v. | Trial Date: May 24, 2022<br>Trial Time: 9:00 a.m. |
| TRAVIS SCHLOTTERBECK and<br>JAMES BRADLEY VLHA, | Location: Courtroom of the<br>Hon. George H. Wu |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Brian R. Faerstein, defendant TRAVIS SCHLOTTERBECK, by and through his counsel of record, and defendant JAMES BRADLEY VLHA, by and through his counsel

//
//
//
//
//

1

of record, hereby submit their Joint Proposed Verdict Form in the above-captioned case.

Dated: May 6, 2022                    Respectfully submitted,

                                      TRACY L. WILKISON
                                      United States Attorney

                                      SCOTT M. GARRINGER
                                      Assistant United States Attorney


                                      /s/ *Brian Faerstein*
                                      BRIAN R. FAERSTEIN
                                      Assistant United States Attorney
                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA


Dated: May 6, 2022                    /s/ *with email authorization*
                                      ROBISON D. HARLEY, JR.
                                      Attorney for Defendant
                                      TRAVIS SCHLOTTERBECK


Dated: May 6, 2022                    /s/ *with email authorization*
                                      JEROME J. HAIG
                                      Attorney for Defendant
                                      JAMES BRADLEY VLHA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>              v.<br><br>TRAVIS SCHLOTTERBECK and<br>JAMES BRADLEY VLHA,<br><br>           Defendants. | No. CR 19-00343-GW<br><br>VERDICT FORM |

**COUNT ONE**

Question No. 1:   With respect to the offense charged in Count One of the Indictment, Conspiracy, in violation of 18 U.S.C. § 371, we, the Jury, in the above-entitled action, hereby unanimously find defendant TRAVIS SCHLOTTERBECK (check one):

　　　_____   GUILTY

　　　_____   NOT GUILTY

Question No. 2:   With respect to the offense charged in Count One of the Indictment, Conspiracy, in violation of 18 U.S.C. § 371, we, the Jury, in the above-entitled action, hereby unanimously find defendant JAMES BRADLEY VLHA (check one):

　　　_____   GUILTY

　　　_____   NOT GUILTY

*Continue to next page.*

**COUNT TWO**

Question No. 3: With respect to the offense charged in Count Two of the Indictment, Engaging in the Business of Manufacturing Firearms Without a License, in violation of 18 U.S.C. § 922(a)(1)(A), we, the Jury, in the above-entitled action, hereby unanimously find defendant TRAVIS SCHLOTTERBECK (check one):

  \_\_\_\_\_  GUILTY

  \_\_\_\_\_  NOT GUILTY

Question No. 4: With respect to the offense charged in Count Two of the Indictment, Engaging in the Business of Manufacturing Firearms Without a License, in violation of 18 U.S.C. § 922(a)(1)(A), we, the Jury, in the above-entitled action, hereby unanimously find defendant JAMES BRADLEY VLHA (check one):

  \_\_\_\_\_  GUILTY

  \_\_\_\_\_  NOT GUILTY

*Continue to next page.*

**COUNT THREE**

Question No. 5: With respect to the offense charged in Count Three of the Indictment, Sale of a Firearm to a Prohibited Person, in violation of 18 U.S.C. § 922(d)(1), we, the Jury, in the above-entitled action, hereby unanimously find defendant TRAVIS SCHLOTTERBECK (check one):

\_\_\_\_\_   GUILTY

\_\_\_\_\_   NOT GUILTY

**(The foreperson should now sign and date this verdict form.)**

Dated: _____, 2022.

_____
FOREPERSON OF THE JURY