```
TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3819
     Facsimile: (213) 894-0141
     E-mail:    Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-00343-GW |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR PERMISSION TO FILE TRIAL MEMORANDUM OVER 25 PAGES; DECLARATION OF BRIAN FAERSTEIN; [PROPOSED] ORDER |
| v. | |
| TRAVIS SCHLOTTERBECK and JAMES BRADLEY VLHA, | |
| Defendants. | Trial Date: May 24, 2022<br>Trial Time: 9:00 AM<br>Location:   Courtroom of the<br>            Hon. George H. Wu |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Brian Faerstein, hereby files this ex parte application for an order permitting the government to file a trial memorandum exceeding 25 pages, as authorized in Central District of California Local Rule 11-6. Specifically, the government requests permission to file its 33-page trial memorandum, which is being filed concurrently herewith. This application is based on the attached declaration of Brian Faerstein and the files and records in this case.

Prior to filing this ex parte application, the government emailed counsel for defendants Travis Schlotterbeck and James Bradley Vlha to obtain their position regarding the government's request to file an overlength trial memorandum. Counsel for both defendants do not oppose the government's request to file a trial memorandum over 25 pages.

Dated: May 6, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

     /s/
BRIAN FAERSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA