**DECLARATION OF BRIAN FAERSTEIN**

I, Brian Faerstein, declare and state as follows:

1. I am an Assistant United States Attorney at the U.S. Attorney's Office for the Central District of California and am counsel of record for the government in the prosecution of <u>United States v. Travis Schlotterbeck and James Bradley Vlha</u>, No. CR 19-00343-GW.

2. I make this declaration in support of the government's <u>ex parte</u> application for permission to file a trial memorandum over 25 pages, pursuant to Central District of California Local Rule 11-6. In its trial memorandum, the government describes the factual and procedural history of the case, including a detailed summary of the underlying facts and a preview of a selection of the substantial number of audio and video recordings the government anticipates offering into evidence during trial. During the course of discovery in this case, the government produced over 150 separate audio and video files pertaining to recorded meetings and calls during the underlying investigation as well as other audio and video files pertaining to other related matters, which corresponded to over 1,700 pages of transcripts. Thus, there is a significant amount of audio and video evidence, which the government has made efforts to distill for purposes of trial, and the government sought to preview that evidence for the Court in its trial memorandum. There also are many potential evidentiary issues pertaining to this and other types of evidence the government intends to offer at trial, and the government has sought to address those issues in the trial memorandum as well. As a result, the government's factual and procedural history, summary of the evidence, and summary of evidentiary issues required

additional pages to describe beyond the 25-page limit.  The government's trial memorandum is just under 33 pages.

3.   Prior to filing this <u>ex</u> <u>parte</u> application, I emailed counsel for defendants Travis Schlotterbeck and James Bradley Vlha to obtain their position regarding the government's request to file an overlength trial memorandum.  Counsel for both defendants do not oppose the government's request to file a trial memorandum over 25 pages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 6, 2022.

_____
BRIAN FAERSTEIN