TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3819
    Facsimile: (213) 894-0141
    E-mail:   Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-00343-GW |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| TRAVIS SCHLOTTERBECK and JAMES BRADLEY VLHA, | |
| Defendants. | |

    For good cause shown, IT IS HEREBY ORDERED THAT: The government's unopposed ex parte application to file a trial memorandum exceeding 25 pages is GRANTED up to 33 pages.

IT IS SO ORDERED.

Dated: May 10, 2022

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
BRIAN FAERSTEIN
Assistant United States Attorney

1