# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 19-343-GW | Date | May 12, 2022 |
|---|---|---|---|

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

Interpreter   NONE

| Javier Gonzalez | Terri A. Hourigan | Brian R. Faerstein; Daniel G. Boyle |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Travis Schlotterbeck | ✔ | | ✔ | Robinson D. Harley, Jr., CJA | ✔ | ✔ | |
| 2. James Bradley Vlha | ✔ | | ✔ | Jerome J. Haig, CJA | ✔ | ✔ | |

Proceedings:   **STATUS CONFERENCE**

Hearing is held by video teleconference. Defendant's CARES Act Order as to Defendant James Bradley Vlha was filed on May 10, 2022 [92]. Defendant Travis Schlotterbeck's CARES Act waiver was filed on May 10, 2022. Separate Order to issue.

Court and counsel confer. The trial set for May 24, 2022 is tentatively set for June 7, 2022 at 8:30 a.m. A VTC pretrial conference is set for May 26, 2022 at 10:00 a.m. Defendants will have until May 19, 2022 to respond to the Government's Motions in Limine. The Government's responses are due by noon on May 24, 2022.

A joint statement of the case, voir dire questions, joint witness and exhibit lists are to be filed by noon on May 24, 2022.

The Court authorizes CJA funds in the amount of $50 per hour for the evidentiary portion of in-court services to paralegal Maya Jauregui on behalf of Defendant Travis Schlotterbeck.

:         20

Initials of Deputy Clerk   JG

cc: