**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Plaintiff(s) | CASE NUMBER |
| v. | |
| Defendant(s) | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

_____   ☐ Plaintiff  ☐ Defendant  ☐ Other   _____
*Name of Party*

to substitute _____ who is

☐ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

_____
*Street Address*

_____          _____
*City, State, Zip*                                           *E-Mail Address*

_____    _____    _____
*Telephone Number*              *Fax Number*                      *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**     ☐ GRANTED     ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____            _____
                                                                    *U. S. District Judge/U.S. Magistrate Judge*