# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR 19-343-GW-1 |
| v. | |
| Travis Schlotterbeck | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s). | |

The Court hereby orders that the request of:

Travis Schlotterbeck ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

to substitute  Edward M. Robinson  who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

21515 Hawthorne Blvd. Ste. 730
*Street Address*

Torrance, CA 90503                                eroblaw@gmail.com
*City, State, Zip*                                *E-Mail Address*

310.995.9332              310.316.6442              126244
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record instead of ___ Robinson D. Harley ___
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby     X GRANTED         ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  May 17, 2022

*/s/ George H. Wu*
HON. GEORGE H. WU, U. S. District Judge