LAW OFFICE OF EDWARD M. ROBINSON
Edward M. Robinson (CA Bar No. 126244)
21515 Hawthorne Blvd. Ste 730
Torrance, CA 90503
Office: (310) 316-9333
eroblaw@gmail.com

Attorney for Defendant
TRAVIS SCHLOTTERBECK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TRAVIS SCHLOTTERBECK<br><br>  Defendant. | NO. CR 19-00343-GW<br><br>*EX-PARTE* APPLICATION TO (1) CONTINUE TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIOD PURSUANT TO SPEEDY TRIAL ACT;<br><br>Prop. Trial Date: September 27, 2022<br><br>[PROPOSED ORDER FILED CONCURRENTLY] |

Defendants, TRAVIS SCHLOTTERBECK AND JAMES VLHA hereby apply *ex parte* for an order continuing the trial date in this case from June 7, 2022 to September 27, 2022. The Government does not oppose a short continuance in this case, but the Government opposes the continuance requested by the defense.

//

The Indictment in this case was filed on August 13, 2019. (CR 1). The Indictment charges defendantswith a violation of 18 U.S.C. § 371: Conspiracy, 18 U.S.C. § 922(a)(1)(A): Engaging in the business of manufacturing and dealing in firearms without a license; 18 U.S.C. § 922(d): Sale of a firearm to a felon; 18 U.S.C. § 2(a): Aiding and Abetting; 18 U.S.C. § 924(d) and 28 U.S.C. §2461(c): Criminal forfeiture.*Id*.

Defendants first appeared before a judicial officer of the court in which the charges in this case were pending on August 13, 2019. This Court has continued the trial in this case five times with findings that the interim periods are excluded in computing the time within which the trail was to commence. The most recent continuance to the current trial date was needed due to a defense retained expert witnesses' unwillingness to accept CJA funding rate. A witness for the government was on family leave and unavailable.

By this *ex parte* application, the defense moves to continue the trial date from June 7, 2022, to September27, 2022.Defendant requests the continuance based upon the following facts, which the defense contends demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

a. Defendant Schlotterbeck retained new counsel and the substitution was approved May 17, 2022.

b. The discovery in this case consists of close to 9,000 pages of discovery including photographs, text messages, call records, over 150 audio and video files and 1,700 pages of transcripts as well a significant amount of other discovery.Defense counsel represents that he will not have the time that he believes is

2

necessary to adequately try this case before the requested trial date.

c. Counsel for defendant also represents that additional time is necessary to confer with defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial. Defense counsel represents that failure to grant the continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. Defendants believes that failure to grant the continuance will deny him continuity of counsel and adequate representation.[1]

e. The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

f. Counsel for Mr. Schlotterbeck has previously set jury trials n this district that are likely to proceed. U.S. v. Lopez, 19-cr-448-MWF(6) one week estimate, July 12, 2022, U.S. v. Rubino, 21-cr-321-ODW (1), one week estimate,July 26, 2022, U.S. v. Reeves, 21-cr-00066-FLA(3), one week estimate,August30, 2022. Counsel for Mr. Vlha has the following trials, U.S. v. Givens, 20-cr-

---

[1] The Government opposes the present application to continue the trial date to September 27, 2022 but the Government does not oppose a shorter continuance.

3

00075-JAK (2) July 26, 2022, U.S. v. Lerma, 20-226-JAK, July 26, 2022, U.S. v. Voung, 19-cr-275-ODW (16), August 2, 2022. Furthermore, Counsel for Mr. Vhla has a planned vacation where he will be out of the country from June 24-July7, 2022. Counsel for Mr. Vlha also has a family event to attend in Newport, RI the week of September 16, 2022.

    g.    Additionally, Counsel for Mr. Schlotterbeck is unavailable the week of September 12, 2022. His daughter is getting married on September 17, 2022. The wedding is out of town and Counsel needs to be free for the week prior.

For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the defense contends that the time period of June 7, 2022 to September 27, 2022, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on the foregoing, the defense respectfully requests that the Court continue the trial from June 7, 2022, to September 27, 2022, and enter an order finding excludable time under 18 U.S.C. § 3161(h)(7)(A),

4

(h)(7)(B)(i), and (h)(7)(B)(iv). However, nothing in the Court's order should preclude a finding that otherprovisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.

                                                Respectfully submitted,

DATED: May 18, 2022           LAW OFFICE OF EDWARD M. ROBINSON

                                                By: */s/ Edward M. Robinson*
                                                Edward M. Robinson
                                                Attorney for Defendant
                                                Travis Schlotterbeck

                                                LAW OFFICE OF JEROME J. HAIG

DATED: May 18, 2022          By */s/ Jerome J. Haig*
                                                Jerome J. Haig
                                                Attorney for Defendant James Vlha