LAW OFFICE OF EDWARD M. ROBINSON
EDWARD M. ROBINSON (Cal Bar No. 126244)
21515 HAWTHORNE BLVD. STE. 730
TORRANCE Ca. 90503
310 316-9333
eroblaw@gmail.com

Attorneys for Defendant
TRAVIS SCHLOTTERBECK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRAVIS SCHLOTTERBECK,<br><br>　　　　Defendant. | NO. 19-cr-00343-GW<br><br>[PROPOSED] ORDER CONTINUING DEFENDANT'S TRIAL DATE AND FINDINGS OF EXCLUDABLE TIME |

　　　The Court has read and considered the defendant's *ex-parte* Application for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the defense on May 19, 2022. The Court hereby finds that the Application, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161. The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a

speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.  The trial in this matter is continued from June 7, 2022 to September 27, 2022.

2.  The time period of June 7, 2022 to September 27, 2022, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.  Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

DATED: May __, 2022      By_____
                               HON. GEORGE WU
                               United States District Judge

Presented by:

*/s/ Edward M. Robinson*
EDWARD M. ROBINSON

2