LAW OFFICE OF EDWARD M. ROBINSON
EDWARD M. ROBINSON (Cal Bar No. 126244)
21515 HAWTHORNE BLVD. STE. 730
TORRANCE Ca. 90503
310 316-9333
eroblaw@gmail.com

Attorneys for Defendant
TRAVIS SCHLOTTERBECK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVIS SCHLOTTERBECK,<br><br>　　　　　Defendant. | NO. 19-cr-00343-GW<br><br>JOINDER IN PROTECTIVE ORDER |

Counsel for Defendant TRAVIS SCHLOTTERBECK, per paragraph 4(o) of the PROTECTIVE ORDER REGARDING DISCOVERY CONTAINING PESONAL IDENTIFYING INFORMATION AND CONFIDENTIAL INFORMANT INFORMATION (Doc. 54), joins in the terms, conditions and obligations of the ORDER.

May 19, 2022                          Respectfully Submitted


                                      By: /s/ Edward M. Robinson
                                      Edward M. Robinson
                                      Attorney for Defendant
                                      Travis Schlotterbeck