## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CR 19-343-GW | Date | May 23, 2022 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter: NONE

| Javier Gonzalez | Terri A. Hourigan | Brian R. Faerstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Travis Schlotterbeck | ✔ | | ✔ | Edward M. Robinson, Ret. | ✔ | | ✔ |
| 2. James Bradley Vlha | ✔ | | ✔ | Jerome J. Haig, CJA | ✔ | ✔ | |

**Proceedings:** **DEFENDANT TRAVIS SCHLOTTERBECK'S EX-PARTE APPLICATION TO (1) CONTINUE TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIOD PURSUANT TO SPEEDY TRIAL ACT [99]**

Hearing is held by video teleconference. Defendants' CARES Act Orders are on file.

Court and counsel confer. For reasons stated on the record, Defendant Schlotterbeck's Ex Parte Application is granted in part. The trial set for June 7, 2022 is continued to July 12, 2022 at 8:30 a.m. The pretrial conference set for May 26, 2022 is continued to June 23, 2022 at 8:00 a.m. All motions in limine documents and final pretrial documents are to be filed by June 14, 2022.

The Defendants and their counsel orally waive their speedy trial rights on the record. Counsel are to file a stipulation and order re Speedy Trial Act forthwith.

: 25

Initials of Deputy Clerk   JG

cc: