TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
    1300/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3819/2426
    Facsimile: (213) 894-0141/0142
    E-mail:   Brian.Faerstein@usdoj.gov
              Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-00343-GW |
|---|---|
| Plaintiff, | NOTICE OF LODGING OF PROPOSED ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| TRAVIS SCHLOTTERBECK and JAMES BRADLEY VLHA, | |
| Defendants. | **NEW TRIAL DATE:**    07/12/2022<br>**PRE-TRIAL CONFERENCE:** 06/23/2022 |

    Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Brian R. Faerstein and Dan G. Boyle, hereby lodge the attached Proposed Order Continuing Trial Date and Findings Regarding Excludable Time Periods Pursuant to Speedy Trial Act, following the status hearing before the Court on May 23, 2022, and pursuant to the Court's request.  Counsel for the government provided a copy of the attached proposed order to Edward Robinson, counsel to defendant Travis Schlotterbeck, and

Jerome J. Haig, counsel to defendant James Bradley Vlha, and both Messrs. Robinson and Haig have authorized the government's lodging of the attached proposed order on behalf of defendants.

Dated: May 25, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
BRIAN FAERSTEIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA