# EXHIBIT A

| | |
|---|---|
| HAMMOND: | All right, thanks. So, so basically, um, well, we're searching for evidence of, um, dealing without a license, which is, like, a—and manufacturing, which is essentially just selling firearms without having a, a federal license. Was there an employee here named Kwan that worked here? |
| SCHLOTTERBECK: | Yeah. He's a friend of mine that kind of—well yeah, he does work here, yeah, that's correct. Yeah. |
| HAMMOND: | Jim Kwan [PH]— [Voices overlap] |
| SCHLOTTERBECK: | I mean, he doesn't work here, work here. He's not employed. |
| HAMMOND: | Okay. |
| SCHLOTTERBECK: | [U/I]— [Voices overlap] |
| HAMMOND: | He just, he just likes guns and being around guns? |
| SCHLOTTERBECK: | He's my friend. He works at Ammo Brothers and he, um— |
| HAMMOND: | Is that the one in Cerritos? |
| SCHLOTTERBECK: | Yeah. And he works—I, I give him, I give him access to the shop and he does stuff to his guns. |
| HAMMOND: | So you don't necessarily know what he's doing, like, behind your back? |
| SCHLOTTERBECK: | Not entirely, no. |
| HAMMOND: | Not entirely? |
| SCHLOTTERBECK: | But he's— [Voices overlap] |
| ROMO: | But a little bit. |
| SCHLOTTERBECK: | Yeah, I mean, a little bit. I mean, I know he's co— [Voices overlap] |

Case #: 784075-15-0024                                     Page 5 of 104
Recording: E-47 SCHLOTTERBECK interview 6-21-17
Transcribed by: H. Peters
Reviewed by: J. Myers

USA_00007425

| ROMO: | He's your boy. |
|---|---|
| SCHLOTTERBECK: | He's coating guns. |
| ROMO: | Yeah. |
| SCHLOTTERBECK: | Um, you know, I haven't seen him for a while. I mean, I know he's here at night, but I'm not here so— |
| ROMO: | When's the last time you've seen him or talked to him? |
| SCHLOTTERBECK: | Well, I talked to him yesterday. |
| ROMO: | Okay. |
| SCHLOTTERBECK: | On the phone, but just—yeah, he sent me some pictures of some gun he coated or whatever it is, some stuff. But, um, not here, but— [Voices overlap] |
| ROMO: | He's come and go at different times out of here. |
| SCHLOTTERBECK: | Yeah. He—I just was basically allowing him to, you know, use the shop. |
| ROMO: | Use the shop? |
| SCHLOTTERBECK: | You know, as a—yeah, I mean, yeah, so I'm very aware of who he is and— |
| ROMO: | And James also works here? |
| SCHLOTTERBECK: | Jim is— [Voices overlap] |
| HAMMOND: | [U/I]. [Voices overlap] |
| ROMO: | Is it Vlha? |

Case #: 784075-15-0024                    Page 6 of 104
Recording: E-47 SCHLOTTERBECK interview 6-21-17
Transcribed by: H. Peters
Reviewed by: J. Myers

| SCHLOTTERBECK: | Yeah, Jim's a—works here. He's an employee, he works here. He's—he works for Sign Imaging. |
| --- | --- |
| ROMO: | Okay. What do you know about his activity with guns? |
| SCHLOTTERBECK: | He's a Marine with me, like, a reserve Marine. We're very into guns. I mean— |
| ROMO: | Yeah. |
| HAMMOND: | You guys are still active reservists right now? |
| SCHLOTTERBECK: | Yeah. |
| HAMMOND: | You do, like, one weekend a month type of thing? |
| SCHLOTTERBECK: | Yeah. So, um, as far as guns, yeah, we, we, we shoot them, we have them, you know? But that's, that's about it. |
| ROMO: | Yeah. |
| SCHLOTTERBECK: | He, he, um—in the past we've done a lot of cerakoting, which is ceramic coating on guns. Um, so—but we haven't done that for quite some time. |
| HAMMOND: | Are you— [Voices overlap] |
| SCHLOTTERBECK: | So—well, if I can just. Sorry, just real quick. |
| HAMMOND: | Sure, go ahead. |

Case #: 784075-15-0024                                   Page 7 of 104
Recording: E-47 SCHLOTTERBECK interview 6-21-17
Transcribed by: H. Peters
Reviewed by: J. Myers

USA_00007427

| HAMMOND: | No problem. Just— [Voices overlap] |
|---|---|
| SCHLOTTERBECK: | I work with, um, uh, coating a bunch of—cerakoting a bunch of vapes. |
| ROMO: | Okay. |
| SCHLOTTERBECK: | For a couple years. Which, which just—which was about a year, actually. It was about six months in one year, six months another year. So… |
| HAMMOND: | This, this is, like, a, a, minor thing 'til, 'til, 'til we get into your case, but, um, it's important. So, our search warrant for this premises which we called, um, Sign— |
| ROMO: | Sign Imaging. |
| HAMMOND: | Sign Imaging. Um, just covered the, the computer and then the, the back residen—the back, um, property that we call, uh, Live Fire Coating, covered the entire property. But we would like to look at the back in your garage area. Will you consent to let us look back there? |
| SCHLOTTERBECK: | The what? |
| HAMMOND: | We'd like to look in the work area in the back and search, like, these little sub-offices. Would you give us consent to search the rest of this property? |
| SCHLOTTERBECK: | Those aren't my, my, those aren't leased to me. |
| HAMMOND: | What about the work space in the back? |
| SCHLOTTERBECK: | That you're in right now? [Voices overlap] |
| HAMMOND: | Is that—yeah. |
| SCHLOTTERBECK: | Oh, you're already in it so— |

Case #: 784075-15-0024                              Page 10 of 104
Recording: E-47 SCHLOTTERBECK interview 6-21-17
Transcribed by: H. Peters
Reviewed by: J. Myers

| ROMO: | Yeah, we told him that they were gonna, because it's in the warrant, they're gonna take it and who knows how long they're gonna have it, but we, I mean, I told him at least a couple days, maybe even a week, right? |
|---|---|
| ESTES: | Right. Let's see, so... [Voices in the background] |
| HAMMOND: | Oh, we located some, um, some random firearm components in the back. Could, could we take those? Like, would you give us consent to take those? |
| SCHLOTTERBECK: | What, what are you talking about? |
| HAMMOND: | There's some random—uh, you can come in here for a second. |
| TOMLINSON: | There's just lower receivers in various stages. [Voices overlap] |
| ESTES: | All right, so let's go— [Voices overlap] |
| SCHLOTTERBECK: | You're talking about the engrave samples? [Voice in the background] |
| TOMLINSON: | The A-Rs, yeah. The A-R receivers that, um, the eighty percenters, that are unfinished in various stages on the desk back there. |
| ESTES: | [U/I]. Um, we can just even add, add it to the back cause it's— [Voices overlap] |
| SCHLOTTERBECK: | Yeah, but I want to be very clear that that's not, that's—those, we use those as engrave samples so they're not, they're not fricking—the reason they're not finished—we don't—we're not milling receivers here. |
| TOMLINSON: | Right. |
| SCHLOTTERBECK: | We don't have a machine. |

Case #: 784075-15-0024   Page 23 of 104
Recording: E-47 SCHLOTTERBECK interview 6-21-17
Transcribed by: H. Peters
Reviewed by: J. Myers

USA_00007443

| | |
|---|---|
| ROMO: | Yeah, I know. And see what we do, and just so it's, like, just very simple. We'll just take everything, right? Because it's still under investigation. And then— |
| SCHLOTTERBECK: | Its just a block of metal [U/I]. |
| ROMO: | And then you could get some of this stuff back so. |
| HAMMOND: | So, what, what I did is I just added on and firearm parts located within to, to the original statement. That's, that's— [Voices overlap] |
| ROMO: | So, there's, like, what six back there? |
| TOMLINSON: | There's six unfinished in various stages that have—I, I saw that one that had the girls and such on it and that type of a thing. I think that are stamped on the side. And that's what you're talking about? |
| SCHLOTTERBECK: | Yeah. |
| TOMLINSON: | So, the ones—yeah. Um— |
| SCHLOTTERBECK: | We used them as a practice, uh— |
| TOMLINSON: | Right. |
| SCHLOTTERBECK: | For engraving, yeah, that's correct. |
| TOMLINSON: | Okay. |
| ROMO: | Okay, so you're good with us taking those? |
| SCHLOTTERBECK: | Yeah. |
| ROMO: | Okay. |
| TOMLINSON: | Okay, great. Thank you. |

Case #: 784075-15-0024                              Page 24 of 104
Recording: E-47 SCHLOTTERBECK interview 6-21-17
Transcribed by: H. Peters
Reviewed by: J. Myers

USA_00007444

| HAMMOND: | And even, like, oh, you can—and, and even though we, um— |
|---|---|
| ROMO: | So, I think that's what that's, right? |
| HAMMOND: | Yeah. Even though we have a search warrant for your phone on, on, top of that to show you're cooperative could we have consent also to look through it? We, we do have a search warrant for it, but is—if—will you also give consent? |
| ESTES: | S as in Sam, M as in Mary, hyphen— [Voices overlap] |
| SCHLOTTERBECK: | I mean, do I really have an option anyway? It's, like, whatever I mean you guys gotta do your job. |
| ROMO: | Yeah. |
| HAMMOND: | All right, [U/I]— [Voices overlap] |
| ROMO: | And we appreciate that, but it's just in the warrant so we just want to— [Voices overlap] |
| HAMMOND: | So, so actually— |
| ROMO: | I mean, we're not trying to, like, you know, [U/I]. |
| HAMMOND: | Because you weren't milling here that's why I really want a, a chance to talk to you cause I think you can explain some of the activities. [Voices overlap] |
| U/M3: | Okay. |
| HAMMOND: | Cause we're not, we're not that familiar with the case. We're not the actual case agents. So what, what happened in the past is— [Voices overlap] |

Case #: 784075-15-0024                Page 25 of 104
Recording: E-47 SCHLOTTERBECK interview 6-21-17
Transcribed by: H. Peters
Reviewed by: J. Myers

USA_00007445

| SCHLOTTERBECK: | So, who's the case agent? Why aren't they here? |
|---|---|
| HAMMOND: | They're with, with— [Voices overlap] |
| ROMO: | They're at another location. |
| HAMMOND: | They're actually with—you could probably guess the, the other— |
| SCHLOTTERBECK: | Jesse. |
| HAMMOND: | Yeah. So initially I'll just walk you through it. A guy [CI] came in here and, um, was talking about buying an A-R fifteen. And you brought them to a shop over on, like, Ch—it's not, it's not Cherry, but it's, like, it's Cherry but it's a different name. It's on the border. |
| SCHLOTTERBECK: | Yeah. |
| HAMMOND: | It was, like, a C-N-C shop. And there was a guy there, um, his last name is Jacob Dekoning. And I guess his grandpa owned it or something like that. So, he had the machine and, and what, and what the, the video shows is that, um, [CI] gives you sixty dollars. You hand it to him to do, like, the milling and then they have him press the button. Does that sound familiar? So, he was actually, like, the one that was, like, building the firearm. |
| SCHLOTTERBECK: | Yeah, he milled his own firearm. I might have— [Voices overlap] |
| HAMMOND: | He milled— |
| SCHLOTTERBECK: | I give—I don't remember the, the, um—I remember he originally gave me the money for it and I said no, you'll have to, you'll have to, you'll have to mill it yourself and I brought him over there. |
| HAMMOND: | Okay. And— |
| SCHLOTTERBECK: | And so—and they—and then— |

Case #: 784075-15-0024                    Page 26 of 104
Recording: E-47 SCHLOTTERBECK interview 6-21-17
Transcribed by: H. Peters
Reviewed by: J. Myers

USA_00007446

| ROMO: | Just if I can ask. |
|---|---|
| HAMMOND: | Yeah. |
| ROMO: | Um, cause this obviously isn't our case, but what's the point of having somebody else mill it out? |
| SCHLOTTERBECK: | What do you mean? |
| HAMMOND: | Like, why did you— [Voices overlap] |
| ROMO: | Why having somebody else push the button? |
| HAMMOND: | Why did you have him press the button? |
| ROMO: | What's the difference with that? |
| SCHLOTTERBECK: | Well he made the right—the thing. It was his, his deal. I mean, I didn't, uh, want to be legally responsible for him to build a rifle if, if, um—and I know that with eighty percents that's—the, the clause is that the person has to mill it themselves. So— |
| ROMO: | Okay. |
| SCHLOTTERBECK: | I— [Voices overlap] |
| HAMMOND: | Just to—oh okay, see we didn't know that. |
| SCHLOTTERBECK: | So, so he milled it himself. I didn't—I had no involvement in that portion. |
| ROMO: | So, he buys the lower receiver part from you. |
| HAMMOND: | And that's considered, like, an unfinished— [Voices overlap] |
| ROMO: | And then—yeah, that's not considered anything at that point. |

Case #: 784075-15-0024  
Recording: E-47 SCHLOTTERBECK interview 6-21-17  
Transcribed by: H. Peters  
Reviewed by: J. Myers

Page 27 of 104

| SCHLOTTERBECK: | Well, you can buy an upper brand new from anywhere and that's not manufacturing. You can buy it without— [Voices overlap] |
|---|---|
| ROMO: | But somebody's giving you a lower— [Voices overlap] |
| HAMMOND: | But you're— [Voices overlap] |
| SCHLOTTERBECK: | Without [U/I]. |
| ROMO: | Already milled out. |
| HAMMOND: | But you're taking a completed receiver— [Voices overlap] |
| SCHLOTTERBECK: | But we're not touching the—we're not, we're not manufacturing the lower. We're—we literally— |
| ROMO: | But that doesn't matter. [Voices overlap] |
| HAMMOND: | Yeah, no but you're—yeah, you're taking a lower and, and making it into a, a com—a functioning firearm and that's manufacturing. It's not just putting parts on a lower which is already, you know, and then when you're doing it on an ongoing, continual basis it's con—you need a license to do it. Same with gunsmithing. The fact that you're essentially gunsmithing without a federal license is, is a problem too. Well— [Voices overlap] |
| SCHLOTTERBECK: | I'm not—well, okay. I mean— |
| HAMMOND: | And it's a conspiracy because you're all doing it together, he does this part, he does this part. You see, see the way we're looking at it? |
| SCHLOTTERBECK: | I, I— [Voices overlap] |
| ROMO: | How were you looking at it? |
| SCHLOTTERBECK: | [U/I]. [Voices overlap] |

Case #: 784075-15-0024                           Page 35 of 104
Recording: E-47 SCHLOTTERBECK interview 6-21-17
Transcribed by: H. Peters
Reviewed by: J. Myers

USA_00007455

| ROMO: | Like, were you looking at it as that—yeah. |
|---|---|
| SCHLOTTERBECK: | I mean, I was looking at it, like, we're just like everybody else that was doing the eighty percent at one point. I mean, I've been to shops in La Habra that, you know, you bring it in and you can buy, um, a lower from them, you can mill it out right there. Press the button and then buy a completed upper and assemble it and pop it on there. I mean, I know you can buy parts without an F-F-L, without a license— [Voices overlap] |
| ROMO: | Mhm. |
| SCHLOTTERBECK: | Or any [U/I]. That's just an upper receiver. So, from my understanding that's a, you know, the legal way to do it. You know, so as far as—I'm not try—you know, I tried to cover my bases in every fashion to not have you guys here. |
| ROMO: | Right. |
| SCHLOTTERBECK: | And obviously that didn't happen. And I think that's—a lot of that has to do with my leniency with, uh, people around me. |
| HAMMOND: | What's, what's—there's, there's another, another recorded conversation I realized where you actually ask CI, the undercover, you actually want to purchase a silencer. Was that, was that just being, like, conversational, like—? There was convers—uh, there was conversation where you wanted to purchase a silencer. |
| SCHLOTTERBECK: | Um— |
| HAMMOND: | And it's recorded. This would have been back in twenty fifteen. [Voices overlap] |
| ROMO: | Twenty fifteen. |

Case #: 784075-15-0024                                      Page 36 of 104
Recording: E-47 SCHLOTTERBECK interview 6-21-17
Transcribed by: H. Peters
Reviewed by: J. Myers