TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
     1300/1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3819/2426
     Facsimile: (213) 894-0141/0142
     E-mail:    Brian.Faerstein@usdoj.gov
                Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-343-GW |
|---|---|
| Plaintiff, | STIPULATIONS OF FACT |
| v. | Trial Date: July 12, 2022<br>Trial Time: 8:30 a.m. |
| TRAVIS SCHLOTTERBECK and JAMES BRADLEY VLHA, | Location: Courtroom of the Hon. George H. Wu |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, defendant TRAVIS SCHLOTTERBECK, individually and by and through his counsel of record Edward Robinson, and defendant JAMES BRADLEY VLHA, individually and by and through his counsel of record Jerome J. Haig, hereby submit these joint stipulations of fact to be read to the jury during the trial of this matter, and to be

1

1  introduced as exhibits.
2      The parties stipulate and agree that the five attached
3  stipulations may be received as evidence at trial for all purposes
4  without objection.
5  IT IS SO STIPULATED.

6  Dated: June 6, 2022            Respectfully submitted,

7                                 TRACY L. WILKISON
                                   United States Attorney
8
                                   SCOTT M. GARRINGER
9                                  Assistant United States Attorney
                                   Chief, Criminal Division
10

11                                 _____
                                   BRIAN R. FAERSTEIN
12                                 Assistant United States Attorney

13                                 Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA
14

15

16  Dated: June 3, 2022            _____
                                   EDWARD ROBINSON
17                                 Attorney for Defendant
                                   TRAVIS SCHLOTTERBECK
18

19
    Dated: June 3, 2022            _____
20                                 TRAVIS SCHLOTTERBECK
                                   Defendant
21

22
    Dated: 6/3/22                  _____
23                                 JEROME J. HAIG
                                   Attorney for Defendant
24                                 JAMES BRADLEY VLHA

25
                                   _____
26  Dated: June 6, 2022            James B Vlha (Jun 6, 2022 09:51 PDT)
                                   JAMES BRADLEY VLHA
27                                 Defendant

28

**STIPULATION 1**

At all times relevant to the indictment, specifically, between on or about May 21, 2015, and on or about June 21, 2017:

1. No person or entity held a license from the Bureau of Alcohol, Tobacco, Firearms and Explosives or any other federal, state, or local governmental entity to engage in business as a firearm or ammunition importer, manufacturer or dealer at 10100 or 10140 Artesia Place, Bellflower, CA 90706, including Travis Schlotterbeck, James Bradley Vlha, Ping-Yi "Jesse" Kwan, Sign Imaging, and Live Fire Coatings.

2. No person or entity held a license from the Bureau of Alcohol, Tobacco, Firearms and Explosives or any other federal, state, or local governmental entity to engage in business as a firearm or ammunition importer, manufacturer or dealer at 7347 Marcelle Street, Paramount, California 90723, including Cherokee Tactical or Jacob Dekoning.

3. Jose Carbajal did not hold a license from the Bureau of Alcohol, Tobacco, Firearms and Explosives or any other federal, state, or local governmental entity to engage in business as a firearm or ammunition importer, manufacturer or dealer.

**STIPULATION 2**

At all times relevant to the indictment, specifically, between on or about May 21, 2015, and on or about June 21, 2017:

1. Travis Schlotterbeck was the owner of Sign Imaging, a sole proprietorship located at 10140 Artesia Place, Bellflower, California 90706, first licensed for business by the City of Bellflower, California on July 22, 2013.

2. Live Fire Coatings, located at 10100 Artesia Place, Bellflower, California 90706, was not licensed for business at any time by the City of Bellflower, California.

**STIPULATION 3**

Each of the following AR-15-type firearms were successfully fired by National Integrated Ballistic Information Network Technician Jill Jacobson of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), demonstrating that each firearm expelled a projectile by the act of an explosive:

1. A .223 caliber AR-15-type rifle, cerakoted in a burnt bronze finish, purchased by an ATF confidential informant on September 23, 2015, and marked as Exhibit 1.a at trial in this proceeding.

2. A .223 caliber AR-15-type rifle, cerakoted in a midnight bronze finish, purchased by an ATF undercover agent on October 27, 2015, and marked as Exhibit 2.a at trial in this proceeding.

3. A .223 caliber AR-15-type pistol, cerakoted in a tungsten finish, purchased by an ATF undercover agent on February 11, 2016, and marked as Exhibit 3.a at trial in this proceeding.

4. A .223 caliber AR-15-type pistol, cerakoted in an "Ironman" movie theme finish, purchased by an ATF undercover agent on March 16, 2016, and marked as Exhibit 4.a at trial in this proceeding.

5. A 9 millimeter AR-15-type pistol, cerakoted in a "Stormtrooper" theme finish, purchased by an ATF undercover agent on May 6, 2016, and marked as Exhibit 5.a at trial in this proceeding.

6. A .223 caliber AR-15-type rifle, cerakoted in a "Captain America" movie theme finish, purchased by an ATF undercover agent on June 15, 2016, and marked as Exhibit 6.a at trial in this proceeding.

**STIPULATION 4**

The Bureau of Alcohol, Tobacco, Firearms and Explosives confidential informant (the "CI") who purchased the AR-15-type rifle on September 23, 2015, marked as Exhibit 1.a at trial in this proceeding, has sustained the following felony convictions:

1. On or about May 21, 1996, the CI was adjudged guilty upon a plea of nolo contendere for Possession of Controlled Substance – Analogue, in violation of Texas Health & Safety Code Section 481.116(c), in Texas state court, which was a crime punishable by imprisonment for a term exceeding one year.

2. On or about August 20, 2015, the CI was adjudged guilty upon a plea of guilty to a violation of Felon in Possession of Firearm, in violation of Title 18, United States Code, Section 922(g)(1), in federal district court in Texas. On or about October 13, 2015, judgment was entered by the court on that offense, which was a crime punishable by imprisonment for a term exceeding one year.

**STIPULATION 5**

Certain government exhibits are audio recordings of some or all portions of telephone calls or video recordings of some or all portions of in-person meetings.  Transcriptions were prepared to accompany these exhibits for demonstrative purposes.  The parties agree that the transcriptions that accompany the playback of the exhibits during trial are correct and accurate.