TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
    1300/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3819/2426
    Facsimile: (213) 894-0141/0142
    E-mail:   Brian.Faerstein@usdoj.gov
              Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-00343-GW |
|---|---|
| Plaintiff, | STIPULATIONS REGARDING EXHIBITS |
| v. | Trial Date: July 12, 2022<br>Trial Time: 8:30 a.m. |
| TRAVIS SCHLOTTERBECK and JAMES BRADLEY VLHA, | Location:  Courtroom of the<br>          Hon. George H. Wu |
| Defendants. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brian R. Faerstein and Dan G. Boyle, defendant TRAVIS SCHLOTTERBECK, individually and by and through his counsel of record Edward Robinson, and defendant JAMES BRADLEY VLHA, individually and by and through his counsel of record Jerome J. Haig, hereby agree and stipulate as follows:

1.   The following exhibits identified by ATF Special Agent Monika Uchiyama through review of a Western Digital WD5002AALX-32Z3A0 500 GB hard drive, SN: WCATR7304839, found within a Generic tower computer, SN: RC922MKKN111113000079, seized from Sign Imaging on or about June 21, 2017, are true and accurate copies as described below; are from the source listed below; are authentic for purposes of Federal Rule of Evidence 901; were continually possessed by the United States since the date of seizure and maintained pursuant to proper chain of custody; and are admissible subject to the government offering the exhibit for admission at trial:

| GOVT EXH. | DESCRIPTION | SOURCE |
|---|---|---|
| 68.a | Image of Jim Vlha LFC business card (USA_00007894) | Agent extraction (USA_00004821) |
| 68.b | Live Fire logo image (USA_00007883) | Agent extraction (USA_00004821) |
| 68.c | Live Fire Tactical logo image (USA_00007895) | Agent extraction (USA_00004821) |
| 68.d | Live Fire Coatings price lists (USA_00007884-7886) | Agent extraction (USA_00004821) |
| 68.e | Live Fire Coatings invoices for Cerakote services (USA_00007887-7893) | Agent extraction (USA_00004821) |
| 68.f | Sign Imaging invoices for Cerakote services related to firearms in part (USA_00007871-7877) | Agent extraction (USA_00004821) |
| 68.g | Firearm parts price lists – Leupold (USA_00007786-7831) | Agent extraction (USA_00004821) |
| 68.h | Firearm parts price lists – Nightforce (USA_00007832-7840) | Agent extraction (USA_00004821) |

| GOVT EXH. | DESCRIPTION | SOURCE |
|---|---|---|
| 68.i | Complete AR-type firearms from photos from "Camera Uploads/Guns and Cerakote" (USA_00007841; 7843; 7849; 7853-7854; 7858; 7863; 7881-7882) | Agent extraction (USA_00004821) |
| 68.j | Firearm parts / incomplete firearms from photos from "Camera Uploads/Guns and Cerakote" (USA_00007779-7782; 7848; 7850-7852; 7856-7857) | Agent extraction (USA_00004821) |
| 68.k | Lower receiver parts from photos from "Camera Uploads/Guns and Cerakote" (USA_00007844-7846; 7859-7860; 7865-7868) | Agent extraction (USA_00004821) |
| 68.l | Firearm-related tools photos (USA_00007855; 7869) | Agent extraction (USA_00004821) |

2.   The following exhibits identified by ATF Special Agent Monika Uchiyama through review of a Western Digital WD20EZRX-00D8PB0 1 TB hard drive, SN: WCC4M1403578, found within a Generic tower computer, SN: RC310BKR20101101026, seized from Sign Imaging on or about June 21, 2017, are true and accurate copies as described below; are from the source listed below; are authentic for purposes of Federal Rule of Evidence 901; were continually possessed by the United States since the date of seizure and maintained pursuant to proper chain of custody; and are admissible subject to the government offering the exhibit for admission at trial:

| GOVT EXH. | DESCRIPTION | SOURCE |
|---|---|---|
| 73.a | Order confirmation from RSR Group (USA_00007904) | Agent extraction (USA_00004821) |
| 73.b | Screenshots of parts sales prices on unknown website (USA_00007906-7909) | Agent extraction (USA_00004821) |

3

| GOVT EXH. | DESCRIPTION | SOURCE |
|---|---|---|
| 73.c | Sign Imaging invoices for Cerakote services related to firearms in part (USA_00007925-7926) | Agent extraction (USA_00004821) |
| 73.d | Photo of Live Fire Coatings invoice for Cerakote services (USA_00007927) | Agent extraction (USA_00004821) |
| 73.e | Complete AR-type firearms from photos from "Camera Uploads" (USA_00007916; 7918; 7920) | Agent extraction (USA_00004821) |
| 73.f | Firearms parts / incomplete firearms from photos "Camera Uploads" (USA_00007912-7914; 7921) | Agent extraction (USA_00004821) |
| 73.g | Lower receiver parts from "Camera Uploads" (USA_00007917; 7919) | Agent extraction (USA_00004821) |
| 73.h | Photos re "LWRC" lower receiver photos and template (USA_00007922-7924) | Agent extraction (USA_00004821) |

3.    The following exhibits identified by ATF Special Agent Monika Uchiyama through review of a 2TB Seagate SATA Model ST2000DM001 hard drive, SN: Z1E1TJXH, found within a Generic tower computer, SN: C123590200092, seized from Sign Imaging on or about June 21, 2017, are true and accurate copies as described below; are from the source listed below; are authentic for purposes of Federal Rule of Evidence 901; were continually possessed by the United States since the date of seizure and maintained pursuant to proper chain of custody; and are admissible subject to the government offering the exhibit for admission at trial:

| GOVT EXH. | DESCRIPTION | SOURCE |
|---|---|---|
| 78.a | Complete AR-type firearms from photos from "Pictures" and "Camera Uploads/Guns and Cerakote" (USA_00007962-7963; 7965; 7967; 7972; 7981; 7987-7988) | Agent extraction (USA_00004824) |
| 78.b | Firearms parts / incomplete firearms from photos "Pictures" and "Camera Uploads/Guns and Cerakote" (USA_00007928-7929; 7961; 7964; 7971; 7973-7974; 7983; 7989) | Agent extraction (USA_00004824) |
| 78.c | Lower receiver parts from "Pictures" and "Camera Uploads/Guns and Cerakote" (USA_00007968-7970; 7982) | Agent extraction (USA_00004824) |
| 78.d | Proposed proof for a "Live Fire" t-shirt, printed on Sign Imaging flyer (USA_00007992) | Agent extraction (USA_00004824) |
| 78.e | Photos of large amounts of U.S. currency (USA_00007993-7995) | Agent extraction (USA_00004824) |
| 78.f | Photo of work area (USA_00007978) | Agent extraction (USA_00004824) |
| 78.g | Screenshots of gunsmith tools, including as advertised for sale (USA_00007930-7932) | Agent extraction (USA_00004824) |
| 78.h | Series of photos of AR-type firearm on workbench, apparent customer holding it in front of Sign Imaging, and close up (USA_00007975-7977) | Agent extraction (USA_00004824) |
| 78.i | T. Schlotterbeck 2-20-15 Letter to Cerakote Firearms Coatings on USMC Letterhead (USA_00007996) | Agent extraction (USA_00004824) |

4.   The following video and audio exhibits are true and accurate clips of recordings as described below; are from the sources listed below; are authentic for purposes of Federal Rule of

1  Evidence 901; were continually possessed by the United States and

2  maintained pursuant to proper chain of custody; and are admissible

3  subject to the government offering the exhibit for admission at

4  trial:

| GOVT EXH. | DESCRIPTION | SOURCE[1] |
|---|---|---|
| 100.c | Clip 1 of Ex. 100.a (0:00 – 0:45) | CI call recording |
| 101.c | Clip 1 of Ex. 101.a (10:25 – 10:35) | CI meet recording |
| 101.d | Clip 2 of Ex. 101.a (20:15 – 21:36) | CI meet recording |
| 101.e | Clip 3 of Ex. 101.a (22:44 – 24:46) | CI meet recording |
| 102.c | Clip 1 of Ex. 102.a (00:45 – 1:35) | CI meet recording |
| 102.d | Clip 2 of Ex. 102.a (2:47 – 4:10) | CI meet recording |
| 102.e | Clip 3 of Ex. 102.a (5:02 – 5:27) | CI meet recording |
| 102.f | Clip 4 of Ex. 102.a (9:00 – 10:50) | CI meet recording |
| 102.g | Clip 5 of Ex. 102.a (11:40 – 12:09) | CI meet recording |
| 102.h | Clip 6 of Ex. 102.a (13:09 – 14:10) | CI meet recording |
| 102.i | Clip 7 of Ex. 102.a (17:33 – 18:35) | CI meet recording |
| 102.j | Clip 8 of Ex. 102.a (19:57 – 21:20) | CI meet recording |

[1] The clip exhibits listed in this chart are excerpts from complete audio and video recordings that also are marked as exhibits. **Appendix A** to this stipulation provides a cross-reference to a description of the complete recording to which each clip pertains, including the government exhibit number of the complete recording and Bates number under which the recording was produced in discovery.

| GOVT EXH. | DESCRIPTION | SOURCE[1] |
|---|---|---|
| 103.c | Clip 1 of Ex. 103.a (0:13 - 0:30) | CI meet recording |
| 104.c | Clip 1 of Ex. 104.a (0:25 - end) | CI call recording |
| 105.c | Clip 1 of Ex. 105.a (10:05 - 10:37) | CI meet recording |
| 105.d | Clip 2 of Ex. 105.a (12:00 - 12:39) | CI meet recording |
| 106.c | Clip 1 of Ex. 106.a (1:35 - 3:38) | CI meet recording |
| 106.d | Clip 2 of Ex. 106.a (6:00 - 6:42) | CI meet recording |
| 106.e | Clip 3 of Ex. 106.a (7:20 - 8:00) | CI meet recording |
| 107.c | Clip 1 of Ex. 107.a (0:00 - 1:40) | CI call recording |
| 108.c | Clip 1 of Ex. 108.a (0:00 - 0:09) | CI call recording |
| 109.c | Clip 1 of Ex. 109.a (0:00 - 1:26) | CI call recording |
| 110.c | Clip 1 of Ex. 110.a (0:00 - 0:18) | CI call recording |
| 111.c | Clip 1 of Ex. 111.a (0:30 - 1:58) | CI call recording |
| 112.c | Clip 1 of Ex. 112.a (0:40 - 1:52) | CI meet recording |
| 114.c | Clip 1 of Ex. 114.a (12:45 - 13:48) | CI meet recording |
| 115.c | Clip 1 of Ex. 115.a (0:00 - 1:30) | CI meet recording |
| 116.c | Clip 1 of Ex. 116.a (8:33 - 9:05) | CI meet recording |
| 116.d | Clip 2 of Ex. 116.a (10:22 - 12:12) | CI meet recording |
| 117.c | Clip 1 of Ex. 117.a (4:33 - 5:33) | CI meet recording |
| 118.c | Clip 1 of Ex. 118.a (8:43 - 9:15) | UC-1 meet recording |
| 119.c | Clip 1 of Ex. 119.a (0:00 - 1:31) | UC-1 meet recording |
| 119.d | Clip 2 of Ex. 119.a (9:06 - 11:24) | UC-1 meet recording |

| GOVT EXH. | DESCRIPTION | SOURCE[1] |
|-----------|-------------|-----------|
| 119.e | Clip 3 of Ex. 119.a (12:30 – 13:02) | UC-1 meet recording |
| 119.f | Clip 4 of Ex. 119.a (14:48 – 16:29) | UC-1 meet recording |
| 120.c | Clip 1 of Ex. 120.a (3:09 – 4:17) | UC-1 meet recording |
| 120.d | Clip 2 of Ex. 120.a (4:57 – 6:22) | UC-1 meet recording |
| 121.c | Clip 1 of Ex. 121.a (0:00 – 0:15) | CI call recording |
| 121.d | Clip 2 of Ex. 121.a (1:20 – end) | CI call recording |
| 122.c | Clip 1 of Ex. 122.a (0:00 – 0:47) | CI call recording |
| 123.c | Clip 1 of Ex. 123.a (0:00 – end) | UC-1 call recording |
| 124.c | Clip 1 of Ex. 124.a (3:40 – 6:33) | UC-1 meet recording |
| 124.d | Clip 2 of Ex. 124.a (6:33 – 6:55) | UC-1 meet recording |
| 124.e | Clip 3 of Ex. 124.a (6:56 – 8:02) | UC-1 meet recording |
| 124.f | Clip 4 of Ex. 124.a (8:31 – 9:31) | UC-1 meet recording |
| 124.g | Clip 5 of Ex. 124.a (9:32 – 10:39) | UC-1 meet recording |
| 124.h | Clip 6 of Ex. 124.a (11:00 – 12:25) | UC-1 meet recording |
| 124.i | Clip 7 of Ex. 124.a (12:26 – 13:27) | UC-1 meet recording |
| 124.j | Clip 8 of Ex. 124.a (14:03 – 14:32) | UC-1 meet recording |
| 124.k | Clip 9 of Ex. 124.a (14:33 – 18:08) | UC-1 meet recording |
| 124.l | Clip 10 of Ex. 124.a (21:00 – 21:46) | UC-1 meet recording |
| 125.c | Clip 1 of Ex. 125.a (0:10 – 3:13) | UC-1 meet recording |
| 125.d | Clip 2 of Ex. 125.a (3:29 – 4:44) | UC-1 meet recording |

| GOVT EXH. | DESCRIPTION | SOURCE[1] |
|---|---|---|
| 125.e | Clip 3 of Ex. 125.a (4:45 - 5:30) | UC-1 meet recording |
| 125.f | Clip 4 of Ex. 125.a (5:31 - 7:06) | UC-1 meet recording |
| 125.g | Clip 5 of Ex. 125.a (7:57 - 9:50) | UC-1 meet recording |
| 125.h | Clip 6 of Ex. 125.a (10:23 - 12:19) | UC-1 meet recording |
| 125.i | Clip 7 of Ex. 125.a (12:20 - 13:03) | UC-1 meet recording |
| 126.c | Clip 1 of Ex. 126.a (0:00 - 1:02) | UC-1 meet recording |
| 126.d | Clip 2 of Ex. 126.a (1:07 - 2:05) | UC-1 meet recording |
| 126.e | Clip 3 of Ex. 126.a (5:39 - 6:20) | UC-1 meet recording |
| 126.f | Clip 4 of Ex. 126.a (7:50 - 8:31) | UC-1 meet recording |
| 126.g | Clip 5 of Ex. 126.a (10:41 - 10:56) | UC-1 meet recording |
| 127.c | Clip 1 of Ex. 127.a (9:36-10:21) | UC-1 meet recording |
| 129.c | Clip 1 of Ex. 129.a (6:05 - 7:11) | UC-1 meet recording |
| 132.c | Clip 1 of Ex. 132.a (2:40 - 3:47) | UC-1 meet recording |
| 132.d | Clip 2 of Ex. 132.a (6:12 - 6:36) | UC-1 meet recording |
| 133.c | Clip 1 of Ex. 133.a (0:00 - end) | UC-1 call recording |
| 134.c | Clip 1 of Ex. 134.a (9:22 - 10:56) | UC-1 meet recording |
| 135.c | Clip 1 of Ex. 135.a (3:46 - 5:43) | UC-1 meet recording |
| 136.c | Clip 1 of Ex. 136.a (0:44 - end) | UC-1 call recording |
| 138.c | Clip 1 of Ex. 138.a (9:13 - end) | UC-1 meet recording |
| 139.c | Clip 1 of Ex. 139.a (0:00 - 2:16) | UC-1 meet recording |
| 139.d | Clip 2 of Ex. 139.a (2:37 - 5:25) | UC-1 meet recording |
| 139.e | Clip 3 of Ex. 139.a (6:06 - 6:54) | UC-1 meet recording |

| GOVT EXH. | DESCRIPTION | SOURCE[1] |
|-----------|-------------|-----------|
| 139.f | Clip 4 of Ex. 139.a (8:29 - 9:14) | UC-1 meet recording |
| 140.c | Clip 1 of Ex. 140.a (0:00 - end) | UC-1 call recording |
| 141.c | Clip 1 of Ex. 141.a (5:50 - 6:17) | UC-1 meet recording |
| 141.d | Clip 2 of Ex. 141.a (13:01 - 14:32) | UC-1 meet recording |
| 143.c | Clip 1 of Ex. 143.a (12:57 - end) | UC-2 meet recording |
| 144.c | Clip 1 of Ex. 144.a (3:57 - 5:14) | UC-2 meet recording |
| 144.d | Clip 2 of Ex. 144.a (7:42 - 9:10) | UC-2 meet recording |
| 145.c | Clip 1 of Ex. 145.a (5:50 - 7:55) | UC-1 meet recording |
| 145.d | Clip 2 of Ex. 145.a (11:27 - end) | UC-1 meet recording |
| 146.c | Clip 1 of Ex. 146.a (0:00 - 2:12) | UC-1 meet recording |
| 147.c | Clip 1 of Ex. 147.a (6:31 - 7:21) | UC-2 meet recording |
| 147.d | Clip 2 of Ex. 147.a (7:22 - 8:58) | UC-2 meet recording |
| 149.c | Clip 1 of Ex. 149.a (0:00 - end) | UC-1 call recording |
| 150.c | Clip 1 of Ex. 150.a (6:15 - end) | UC-1 meet recording |
| 151.c | Clip 1 of Ex. 151.a (0:00 - 1:39) | UC-1 meet recording |
| 151.d | Clip 2 of Ex. 151.a (3:48 - 4:58) | UC-1 meet recording |
| 151.e | Clip 3 of Ex. 151.a (5:48 - 6:12) | UC-1 meet recording |
| 151.f | Clip 4 of Ex. 151.a (6:46 - 7:36) | UC-1 meet recording |
| 152.c | Clip 1 of Ex. 152.a (0:11 - end) | UC-1 call recording |
| 153.c | Clip 1 of Ex. 153.a (0:12 - end) | UC-1 call recording |
| 154.c | Clip 1 of Ex. 154.a (0:10 - end) | UC-2 call recording |
| 155.c | Clip 1 of Ex. 155.a (0:00 - end) | UC-2 call recording |
| 156.c | Clip 1 of Ex. 156.a (0:00 - end) | UC-2 call recording |

| GOVT EXH. | DESCRIPTION | SOURCE[1] |
|---|---|---|
| 157.c | Clip 1 of Ex. 157.a (6:01 – 7:29) | UC-2 meet recording |
| 157.d | Clip 2 of Ex. 157.a (8:34 – 9:35) | UC-2 meet recording |
| 157.e | Clip 3 of Ex. 157.a (9:36 – 10:27) | UC-2 meet recording |
| 157.f | Clip 4 of Ex. 157.a (10:27 – 11:50) | UC-2 meet recording |
| 157.g | Clip 5 of Ex. 157.a (11:50 – 12:53) | UC-2 meet recording |
| 158.c | Clip 1 of Ex. 158.a (0:00 – 0:20) | UC-2 meet recording |
| 158.d | Clip 2 of Ex. 158.a (0:55 – 1:26) | UC-2 meet recording |
| 159.c | Clip 1 of Ex. 159.a (5:00 – 6:46) | UC-1 meet recording |
| 160.c | Clip 1 of Ex. 160.a (0:29 – 3:12) | UC-2 call recording |
| 161.c | Clip 1 of Ex. 161.a (0:43 – 2:34) | UC-2 call recording |

5.    The following text message exhibits are true and accurate copies as described below; are from the sources listed below; are authentic for purposes of Federal Rule of Evidence 901; were continually possessed by the United States and maintained pursuant to proper chain of custody; and are admissible subject to the government offering the exhibit for admission at trial:

| GOVT EXH. | DESCRIPTION | SOURCE |
|---|---|---|
| 170.a | 8/21/15 - 9/11/15 text messages between CI and Schlotterbeck | CI phone text log (USA_00002582) |
| 170.b | 8/28/15 photo texted by Schlotterbeck to CI | CI phone MMS image (USA_00002594) |
| 171.a | 9/15/15 - 9/22/15 text messages between CI and Schlotterbeck | CI phone text log (USA_00002824) |

| GOVT EXH. | DESCRIPTION | SOURCE |
|---|---|---|
| 171.b | 9/18/15 photo texted by Schlotterbeck to CI | CI phone MMS image (USA_00002831) |
| 172 | 9/23/15 - 9/24/15 text messages between CI and Schlotterbeck | CI phone text log (USA_00002860) |
| 173 | 10/7/15 - 10/8/15 text messages between UC-1 and Schlotterbeck | UC-1 phone screenshots (USA_00002170-2171) |
| 174 | 10/7/15 - 5/6/16 text messages between UC-1 and Schlotterbeck | UC-1 phone text log (USA_00002301) |
| 175 | 10/8/15 text messages between UC-1 and Vlha | UC-1 phone screenshot (USA_00002176) |
| 176 | 10/16/15 text messages between UC-1 and Vlha | UC-1 phone screenshot (USA_00002193) |
| 177 | 10/19/15 text messages between UC-1 and Vlha | UC-1 phone screenshots (USA_00002194-2195) |
| 178.a | 10/8/15 - 1/26/16 text messages between UC-1 and Vlha | UC-1 phone text log (USA_00002224-2227) |
| 178.b | 1/26/16 photo texted by Vlha to UC-1 | UC-1 phone MMS image (USA_00002228) |
| 179 | 10/19/15 text messages between UC-1 and Kwan | UC-1 phone screenshots (USA_00002185-2189) |
| 180 | 10/22/15 text messages between UC-1 and Kwan | UC-1 phone screenshots (USA_00002191) |
| 181 | 10/25/15 - 10/27/15 text messages between UC-1 and Kwan | UC-1 phone screenshots (USA_00002205-2212) |
| 182 | 10/19/15 - 1/26/16 text messages between UC-1 and Kwan | UC-1 phone text log (USA_00002215-2221) |
| 183 | 10/19/15 - 2/11/16 text messages between UC-1 and Kwan | UC-1 phone text log (USA_00002234-2243) |
| 184 | 10/19/15 - 3/16/16 text messages between UC-1 and Kwan | UC-1 phone text log (USA_00002257-2268) |

| GOVT EXH. | DESCRIPTION | SOURCE |
|---|---|---|
| 185 | 10/19/15 - 5/6/16 text messages between UC-1 and Kwan | UC-1 phone text log (USA_00002277-2294) |
| 186 | 10/19/15 - 8/17/16 text messages between UC-1 and Kwan | UC-1 phone text log (USA_00002324-2346) |
| 187.a | 2/29/16 - 3/8/16 text messages between UC-2 and Kwan | UC-2 phone screenshots (USA_00002255-2256) |
| 187.b | 3/5/16 and 3/6/16 photos texted by Kwan to UC-2 | UC-2 phone MMS images (USA_00002254) |
| 188 | 6/14/16 - 6/15/16 text messages between UC-2 and Kwan | UC-2 phone screenshots (USA_00002312-2319) |
| 189 | 5/6/16 - 6/13/16 text messages between UC-2 and Schlotterbeck | UC-2 phone screenshots (USA_00002320-2323) |
| 190 | 6/8/17 text messages between UC-2 and Schlotterbeck | UC-2 phone screenshot (USA_00002724) |

6.   The following audio exhibits are true and accurate clips of a recording of defendant Travis Schlotterbeck's interview with ATF as described below; are from the source listed below; are authentic for purposes of Federal Rule of Evidence 901; were continually possessed by the United States and maintained pursuant to proper chain of custody; and are admissible subject to the Court's ruling on the government's pending Motion in Limine #2 to Admit Defendant Schlotterbeck Interview Statements and subject to the government offering the exhibit for admission at trial:

| GOVT EXH. | DESCRIPTION | SOURCE |
|---|---|---|
| 198.e | Clip of interview audio recording (23:46 - 24:35) | Agent recording of interview (USA_00001981) |
| 198.f | Clip of interview audio recording (33:23 - 34:07) | Agent recording of interview (USA_00001981) |

| GOVT EXH. | DESCRIPTION | SOURCE |
|---|---|---|
| 198.g | Clip of interview audio recording (34:08 - 35:09) | Agent recording of interview (USA_00001981) |
| 198.h | Clip of interview audio recording (40:09 - 40:37) | Agent recording of interview (USA_00001981) |
| 198.k | Clip of interview audio recording (49:44 - 51:10) | Agent recording of interview (USA_00001981) |
| 198.l | Clip of interview audio recording (1:01:40 - 1:02:49) | Agent recording of interview (USA_00001981) |

7.   The following exhibits are true and accurate certified copies of public records as described below; are from the sources listed below; are self-authenticating for purposes of Federal Rule of Evidence 902(4); and are admissible subject to the government offering the exhibit for admission at trial:

| GOVT EXH. | DESCRIPTION | SOURCE |
|---|---|---|
| 211 | Certified Copy of Conviction Record for CI for May 21, 1996 Conviction for Possession of Controlled Substance - Analogue (REDACTED) | Public record (FRE 902(4)) (USA_00008432-8466) |
| 212 | Certified Copy of Information against CI dated May 28, 2015 for Felon in Possession of Firearm (REDACTED) | Public record (FRE 902(4)) (USA_00008957-8959) |
| 213 | Certified Copy of Waiver of Indictment against CI dated July 29, 2015 for Felon in Possession of Firearm (REDACTED) | Public record (FRE 902(4)) (USA_00008960) |
| 214 | Certified Copy of Findings of Fact and Recommendation on Guilty Plea against CI dated August 10, 2015 for Felon in Possession of Firearm (REDACTED) | Public record (FRE 902(4)) (USA_00008961-8962) |

| GOVT EXH. | DESCRIPTION | SOURCE |
|---|---|---|
| 215 | Certified Copy of Order Adopting Magistrate Judge's Report against CI dated August 20, 2015 for Felon in Possession of Firearm (REDACTED) | Public record (FRE 902(4)) (USA_00008963) |
| 216 | Certified Copy of Judgment in Criminal Case against CI dated October 13, 2015 for Felon in Possession of Firearm (REDACTED) | Public record (FRE 902(4)) (USA_00008964-8969) |
| 247 | Certified copy of City of Bellflower Public Information Record regarding Sign Imaging | Public record (FRE 902(4)) (USA_00009924-9925) |

8.    The following exhibit is a true and accurate certified copy of public records as described below; is from the source listed below; is self-authenticating for purposes of Federal Rule of Evidence 902(4); and is admissible subject to the Court's ruling on the government's pending Motion in Limine #1 to Admit Evidence and Permit Argument and subject to the government offering the exhibit for admission at trial:

| GOVT EXH. | DESCRIPTION | SOURCE |
|---|---|---|
| 244 | Certification of Firearm History maintained by Cal. DOJ for Schlotterbeck and Vlha firearm purchases through June 21, 2017, with certified dealer's records of sale | Public record (FRE 902(4)) (USA_00009972-10003) |

9.    The following summary exhibits of data, images, and text messages identified by ATF Special Agent Monika Uchiyama through review of a Samsung Galaxy cell phone, SN: SM-G891A, IMEI

358518072963449, telephone number ending in -8701, seized from Sign Imaging on or about June 21, 2017, are true and accurate copies as described below; are from the source listed below; are authentic for purposes of Federal Rule of Evidence 901; were continually possessed by the United States and maintained pursuant to proper chain of custody; and are admissible subject to the government offering the exhibit for admission at trial:

| GOVT EXH. | DESCRIPTION | SOURCE |
|---|---|---|
| 403 | First two pages of Cellebrite Extraction Report | Agent extraction (USA_00004822) |
| 404 | List of Contacts from Cellebrite Extraction Report | Agent extraction (USA_00004822) |
| 405 | Images of completed AR-15-type firearms from phone images | Agent extraction (USA_00004822) |
| 406 | Images of AR-15-type firearms in various stages from phone images | Agent extraction (USA_00004822) |
| 407 | Images of lower receivers from phone images | Agent extraction (USA_00004822) |
| 408 | Images of tools and guidance materials from phone images | Agent extraction (USA_00004822) |
| 409 | Images of screenshots of parts advertisements from phone images | Agent extraction (USA_00004822) |
| 410 | Images of Schlotterbeck, Vlha and Kwan ID cards from phone images | Agent extraction (USA_00004822) |
| 411 | Summary exhibit: Texts between Schlotterbeck and Z. Pierret beginning December 2015 through October 2016 | Agent extraction (USA_00004822) |
| 412 | Summary exhibit: Texts between Schlotterbeck and R. Delarosa from February 5, 2016 | Agent extraction (USA_00004822) |

| GOVT EXH. | DESCRIPTION | SOURCE |
|---|---|---|
| 413 | Summary exhibit: Texts between Schlotterbeck and N. Santa Ana beginning February 2016 through March 2017 | Agent extraction (USA_00004822) |
| 414 | Summary exhibit: Texts between Schlotterbeck and J. Chavez from December 17, 2016 | Agent extraction (USA_00004822) |
| 415 | Summary exhibit: Texts between Schlotterbeck and C. Conrad from September 11, 2016 | Agent extraction (USA_00004822) |
| 416 | Summary exhibit: Texts between Schlotterbeck and B. Pantus from September 21, 2016 | Agent extraction (USA_00004822) |
| 417 | Summary exhibit: Texts between Schlotterbeck and R. Taylor from February 10, 2016 | Agent extraction (USA_00004822) |
| 418 | Summary exhibit: Texts between Schlotterbeck and M. Brault from August 11, 2015 | Agent extraction (USA_00004822) |
| 419 | Summary exhibit: Texts between Schlotterbeck and F. Perez from February 16, 2016 | Agent extraction (USA_00004822) |
| 420 | Summary exhibit: Texts between Schlotterbeck, J. Kwan, E.B. and L.D. from September 22, 2015 | Agent extraction (USA_00004822) |
| 421 | Summary exhibit: Texts between Schlotterbeck, J. Kwan and J. Dobbs from October 2016 | Agent extraction (USA_00004822) |
| 422 | Summary exhibit: Texts between Schlotterbeck, J. Vlha, and J. Kwan from December 2016 | Agent extraction (USA_00004822) |
| 423 | Summary exhibit: Texts between Schlotterbeck and J. Vlha beginning April 2016 through April 2017 | Agent extraction (USA_00004822) |

| GOVT EXH. | DESCRIPTION | SOURCE |
|---|---|---|
| 424 | Summary exhibit: Texts between Schlotterbeck and J. Kwan beginning September 2015 through March 2017 | Agent extraction (USA_00004822) |

10.  The government anticipates introducing additional exhibits at trial that are not covered by this stipulation.  The government anticipates laying the proper foundation at trial to establish authenticity, relevance, and admissibility of the additional

//

//

//

exhibits.   In addition, the parties respectfully reserve the right

to file additional stipulations regarding exhibits as appropriate.

IT IS SO STIPULATED.

Dated:  June 6, 2022              Respectfully submitted,

                                  TRACY L. WILKISON
                                  United States Attorney

                                  SCOTT M. GARRINGER
                                  Assistant United States Attorney

                                  _____
                                  BRIAN R. FAERSTEIN
                                  DAN G. BOYLE
                                  Assistant United States Attorneys
                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

Dated:   June 3, 2022            *Edward Robinson*
                                  _____
                                  EDWARD ROBINSON
                                  Attorney for Defendant
                                  TRAVIS SCHLOTTERBECK

Dated:  June 3, 2022             *Travis Schlotterbeck*
                                  _____
                                  TRAVIS SCHLOTTERBECK
                                  Defendant

Dated:  6/3/22                   _____
                                  JEROME J. HAIG
                                  Attorney for Defendant
                                  JAMES BRADLEY VLHA

Dated:  June 6, 2022             _____
                                  James B Vlha (Jun 6, 2022 09:53 PDT)
                                  JAMES BRADLEY VLHA
                                  Defendant

### APPENDIX A

For purposes of the stipulation regarding the exhibits set forth in paragraph number 4 above, the following exhibits are the complete copies of the audio and video recordings to which the parties' stipulation pertains:

| GOVT EXH. | DESCRIPTION |
|---|---|
| 100.a | Audio of 7/6/15 Call between CI and Schlotterbeck (16:45:56 PDT) (USA_00002164) |
| 101.a | Video of 7/7/15 Meeting between CI and Schlotterbeck (Part 1) (USA_00002245) |
| 102.a | Video of 7/7/15 Meeting between CI and Schlotterbeck (Part 2) (USA_00002246) |
| 103.a | Video of 7/7/15 Meeting between CI and Schlotterbeck (Part 3) (USA_00002247) |
| 104.a | Audio of 8/21/15 Call between CI and Schlotterbeck (16:30:41 PDT) (USA_00002584) |
| 105.a | Video of 8/27/15 Meeting between CI and Schlotterbeck (Part 1) (USA_00002578) |
| 106.a | Video of 8/27/15 Meeting between CI and Schlotterbeck (Part 2) (USA_00002579) |
| 107.a | Audio of 8/27/15 Call between CI and Schlotterbeck (15:50:51 PDT) (USA_00002591) |
| 108.a | Audio of 8/28/15 Call between CI and Schlotterbeck (10:40:25 PDT) (USA_00002592) |
| 109.a | Audio of 8/28/15 Call between CI and Schlotterbeck (10:48:21 PDT) (USA_00002593) |
| 110.a | Audio of 9/15/15 Call between CI and Schlotterbeck (16:45:01 PDT) (USA_00002825) |
| 111.a | Audio of 9/15/15 Call between CI and Schlotterbeck (16:52:41 PDT) (USA_00002826) |

| GOVT EXH. | DESCRIPTION |
|-----------|-------------|
| 112.a | Video of 9/22/15 Meeting between CI, Schlotterbeck, and Jacob Dekoning (Part 1) (USA_00002855) |
| 113.a | Video of 9/22/15 Meeting between CI, Schlotterbeck, and Vlha (Part 2) (USA_00002856) |
| 114.a | Video of 9/22/15 Meeting between CI, Schlotterbeck, and Vlha (Part 3) (USA_00002857) |
| 115.a | Video of 9/22/15 Meeting between CI, Schlotterbeck, and Vlha (Part 4) (USA_00002858) |
| 116.a | Video of 9/23/15 Meeting between CI, UC-1, Kwan, and Vlha (Part 1 - CI Footage) (USA_00002871) |
| 117.a | Video of 9/23/15 Meeting between CI, UC-1, Kwan, and Vlha (Part 2 - CI Footage) (USA_00002872) |
| 118.a | Video of 9/23/15 Meeting between CI, UC-1, Kwan, and Vlha (Part 1 - UC-1 Footage) (USA_00002875) |
| 119.a | Video of 9/23/15 Meeting between CI, UC-1, Kwan, and Vlha (Part 2 - UC-1 Footage) (USA_00002876) |
| 120.a | Video of 9/23/15 Meeting between CI, UC-1, Kwan, and Vlha (Part 3 - UC-1 Footage) (USA_00002877) |
| 121.a | Audio of 9/24/15 Call between CI and Schlotterbeck (16:05:41 PDT) (USA_00002870) |
| 122.a | Audio of 10/1/15 Call between CI and Schlotterbeck (15:43:45 PDT) (USA_00002167) |
| 123.a | Audio of 10/5/15 Call between UC-1 and Schlotterbeck (12:27:47 PDT) (USA_00002169) |
| 124.a | Video of 10/8/15 Meeting between UC-1 and Vlha (Part 1) (USA_00002179) |
| 125.a | Video of 10/8/15 Meeting between UC-1, Vlha, and Schlotterbeck (Part 2) (USA_00002180) |
| 126.a | Video of 10/8/15 Meeting between UC-1, Vlha, and Schlotterbeck (Part 3) (USA_00002181) |

| GOVT EXH. | DESCRIPTION |
|---|---|
| 127.a | Video of 10/22/15 Meeting between UC-1, Kwan, and Vlha (Part 1) (USA_00002197) |
| 128.a | Video of 10/22/15 Meeting between UC-1, Kwan, and Vlha (Part 2) (USA_00002198) |
| 129.a | Video of 10/22/15 Meeting between UC-1, Kwan, and Jacob Dekoning (Part 3) (USA_00002199) |
| 130.a | Video of 10/22/15 Meeting between UC-1, Kwan, and Jacob Dekoning (Part 4) (USA_00002200) |
| 131.a | Video of 10/22/15 Meeting between UC-1, Kwan, and Jacob Dekoning (Part 5) (USA_00002201) |
| 132.a | Video of 10/22/15 Meeting between UC-1 and Kwan (Part 6) (USA_00002202) |
| 133.a | Audio of 10/25/15 Call between UC-1 and Kwan (15:14:53 PDT) (USA_00002204) |
| 134.a | Video of 10/27/15 Meeting between UC-1, Kwan, and Vlha (Part 1) (USA_00002213) |
| 135.a | Video of 10/27/15 Meeting between UC-1, Kwan, and Vlha (Part 2) (USA_00002214) |
| 136.a | Audio of 12/21/15 Call between UC-1 and Kwan (14:00:31 PDT) (USA_00002222) |
| 137.a | Audio of 1/26/16 Call between UC-1 and Vlha (16:55:43 PDT) (USA_00002229) |
| 138.a | Video of 1/26/16 Meeting between UC-1, Schlotterbeck, and Vlha (Part 1) (USA_00002231) |
| 139.a | Video of 1/26/16 Meeting between UC-1, Schlotterbeck, and Vlha (Part 2) (USA_00002232) |
| 140.a | Audio of 1/26/16 Call between UC-1 and Kwan (18:39:24 PDT) (USA_00002223) |
| 141.a | Video of 2/11/16 Meeting between UC-1, UC-2, and Kwan (Part 1 - UC-1 Footage) (USA_00002248) |

| GOVT EXH. | DESCRIPTION |
|-----------|-------------|
| 142.a | Video of 2/11/16 Meeting between UC-1, UC-2, and Kwan (Part 2 - UC-1 Footage) (USA_00002249) |
| 143.a | Video of 2/11/16 Meeting between UC-1, UC-2, and Kwan (Part 1 - UC-2 Footage) (USA_00002251) |
| 144.a | Video of 2/11/16 Meeting between UC-1, UC-2, and Kwan (Part 2 - UC-2 Footage) (USA_00002252) |
| 145.a | Video of 3/16/16 Meeting between UC-1, UC-2, Vlha, and Kwan (Part 1 - UC-1 Footage) (USA_00002271) |
| 146.a | Video of 3/16/16 Meeting between UC-1, UC-2, Vlha, and Kwan (Part 2 - UC-1 Footage) (USA_00002272) |
| 147.a | Video of 3/16/16 Meeting between UC-1, UC-2, Vlha, and Kwan (Part 1 - UC-2 Footage) (USA_00002275) |
| 148.a | Video of 3/16/16 Meeting between UC-1, UC-2, Vlha, and Kwan (Part 2 - UC-2 Footage) (USA_00002276) |
| 149.a | Audio of 5/6/16 Call between UC-1 and Schlotterbeck (11:00:42 PDT) (USA_00002302) |
| 150.a | Video of 5/6/16 Meeting between UC-1, UC-2, Schlotterbeck, and Vlha (Part 1) (USA_00002304) |
| 151.a | Video of 5/6/16 Meeting between UC-1, UC-2, Schlotterbeck, and Vlha (Part 2) (USA_00002305) |
| 152.a | Audio of 5/6/16 Call between UC-1 and Kwan (16:30:04 PDT) (USA_00002297) |
| 153.a | Audio of 5/6/16 Call between UC-1 and Kwan (16:49:44 PDT) (USA_00002300) |
| 154.a | Audio of 6/13/16 Call between UC-2 and Kwan (5:21 PM) (USA_00002309) |
| 155.a | Audio of 6/13/16 Call between UC-2 and Kwan (5:58 PM) (USA_00002310) |
| 156.a | Audio of 6/14/16 Call between UC-2 and Kwan (10:48 PM) (USA_00002311) |

| GOVT EXH. | DESCRIPTION |
|---|---|
| 157.a | Video of 6/15/16 Meeting between UC-2 and Schlotterbeck (Part 1) (USA_00002307) |
| 158.a | Video of 6/15/16 Meeting between UC-2 and Schlotterbeck (Part 2) (USA_00002308) |
| 159.a | Video of 8/17/16 Meeting between UC-1 and Kwan (Part 1) (USA_00002350) |
| 160.a | Audio of 6/8/17 Call between UC-2 and Schlotterbeck (USA_00002725) |
| 161.a | Audio of 6/8/17 Call between UC-2 and Kwan (USA_00002723) |