# EXHIBIT A

```
00001:01   U/C:           Hey, can you guys get mags?  Can I get extra
      02   mags or something?
      03   SCHLOTTERBECK: Yeah, what do you want?
      04   U/C:           Just-fucking, whatever you can get.  I mean-
      05   SCHLOTTERBECK: We can get mags but...what did you
      06   want?  Ten rounds?  You want thirties or what?
      07   U/C:           I-if you can get fucking thirties, I wouldn't
      08   mind-
      09   SCHLOTTERBECK: Yeah-
      10   U/C:           Having a couple.  [Voices overlap]
      11   SCHLOTTERBECK: But they're illegal, you know?
      12   U/C:           Oh, they're not gonna-[Stutters] get me,
      13   like, maybe a couple tens and a couple thirties.
      14   SCHLOTTERBECK: We can.
      15   U/C:           You can do that?
      16   SCHLOTTERBECK: They're like, twenty bucks each.
      17   U/C:           Twenty bucks each?
      18   SCHLOTTERBECK: Yeah.
      19   U/C:           Yeah, I'll bring back the money when I come
      20   back for the, the payment.  Do, like, maybe two
      21   each.
      22   SCHLOTTERBECK: Two each?  All right.
      23   U/C:           Or no.  Maybe, like, three tens and a couple,
      24   couple thirties.
      25   VLHA:          [U/I].
00002:01   U/C:           'Cause that'll be what?  How much are the
      02   thirties?
      03   SCHLOTTERBECK: Just make it a hundred bucks?
      04   U/C:           Yeah.  Totally.
      05   SCHLOTTERBECK: [Chuckles]  The thirties are
      06   usually more but we get them for...
      07   U/C:           Oh.
      08   SCHLOTTERBECK: I mean, I mean, the tens are
      09   usually more uh than the thirties.
      10   U/C:           Oh, yeah, yeah.  [Voices overlap]
      11   SCHLOTTERBECK: [U/I].  Because it's an extra part.
      12   U/C:           Right.
      13   SCHLOTTERBECK: Um, because it-'cause we're gonna
      14   get you a ten thirty mag.
      15
      16
      17
      18
```