# EXHIBIT B

```
00001:01  C/I:          The last time we talked, we talked about our
      02  little thing. I told you some of things that, you
      03  know, my knowledge and expertise.
      04  SCHLOTTERBECK:  Yeah.
      05  C/I:          You just told me you were building an AR for
      06  somebody. Uh, are you like building it from the ground
      07  up? Or-
      08  SCHLOTTERBECK:  Yeah.
      09  C/I:          That's kind of what I need. I don't have any,
      10  really any connections out here. Or anybody that can,
      11  you know, like, uh- I don't know, just built me
      12  something from the ground up. I don't know. You need
      13  an eighty percenter? Or you can get all that? Or, you
      14  know, whatever. I don't, I don't know.
      15  SCHLOTTERBECK:  Yeah, I could get all that. What about,
      16  uh, what's his name?
      17  C/I:          Who?
      18  SCHLOTTERBECK:  Um, oh, he's gonna take forever though.
      19  C/I:          Who? Uh, Christmas by Santa Claus.
      20  SCHLOTTERBECK:  [Laughs] Yeah.
      21  C/I:          Oh, God. [Laughs] That guy, that guy runs about
      22  the speed of smell.
      23  SCHLOTTERBECK:  Yeah.
      24  C/I:          Yeah, he's-yeah, no. And then it's, uh-you never
      25  can't get like a definite price. You know what I mean?
00002:01  Like-[Voices overlap]
      02  SCHLOTTERBECK:  Yeah.
      03  C/I:          "How is this gonna cost?" "Well, I don't know.
      04  Let me look into it." Oh, what are you trying to do?
      05  Figuring out how much you can crank it up? I
      06  mean-[Voices overlap]
      07  SCHLOTTERBECK:  Yeah.
      08  C/I:          So, you know, I, I mean, I, I got money. It's not
      09  a problem; I don't want to get raped.
      10  SCHLOTTERBECK:  I'll show you what I got-[Voices
      11  overlap]
      12  C/I:          Yeah, I actually want to-
      13  SCHLOTTERBECK:  [U/I]. Uh, I got a few-[Voices overlap]
      14  C/I:          Let me bring my soda this time.
      15  SCHLOTTERBECK:  I got a couple of people interested-um,
      16  that are good buddies of mine. That are-trustworthy
      17  people that would be interested in- [Rustling]
      18  C/I:          What we talked about?
      19  SCHLOTTERBECK:  Yeah. If you, uh-[Voices overlap]
      20  C/I:          Okay.
      21  SCHLOTTERBECK:  Let's put some of those-[Voices overlap]
      22  C/I:          Hang on one second my phone.
      23
      24
      25
```