# EXHIBIT C

```
00001:01  C/I:            -I just don't know anybody here.
      02  SCHLOTTERBECK: Yeah.
      03  C/I:            Yeah. So-and like I said, if, if, if you are
      04  not comfortable with it, no hard feels, man. That
      05  doesn't, it won't change-
      06  SCHLOTTERBECK:  What was the point in telling me?
      07  C/I:            Because I wanna be honest and upfront.
      08  SCHLOTTERBECK: Yeah.
      09  C/I:            That's just it.
      10  SCHLOTTERBECK: But-[Voices overlap]
      11  C/I:            I mean, how would you feel if I said
      12  something like that. And somebody, somehow it
      13  came out, or came along? And you were like, then
      14  I was like, "Oh, good, Sorry, dude." You'd be
      15  pretty fucking pissed.
      16  SCHLOTTERBECK:  I'd probably been like, "I don't
      17  know, he never fucking told me [U/I]"-[Laughs]
      18  C/I:            True.
      19  SCHLOTTERBECK: [Laughs]
      20  C/I:            True. I just, I don't know, I believe in
      21  being-I mean, if there's something I would think
      22  that that would be a catalyst for an open-
      23  SCHLOTTERBECK:  Mhm.
      24  C/I:            Communication, and if there's something that
      25  you needed to tell me, you can tell me because
00002:01  what-on our previous conversation, what we were
      02  talking about doing, that's pretty heavy, too,
      03  you know.
      04  SCHLOTTERBECK: Well, yeah. That would get me in
      05  trouble.
      06  C/I:            No, me.
      07  SCHLOTTERBECK: Both.
      08  C/I:            [Laughs] Me, big time. Bigger than shit.
      09  SCHLOTTERBECK: Well, everybody.
      10  C/I:            True.
      11  SCHLOTTERBECK: Anyone that possess it, too.
      12  C/I:            Yeah.
      13  SCHLOTTERBECK: But I don't give a
      14  fuck-anyway-[Voices overlap]
      15  C/I:            So, long as everybody is up front and
      16  careful, and nobody fucking fucks around.
      17
      18
      19
```