# EXHIBIT E

```
00001:01  VLHA:    [U/I] I'm trying to get a can, that's what
      02  I want to get next-[Voices overlap]
      03  C/I:     I want to get... You what?
      04  VLHA:    I want to get can, that's what I'm trying to
      05  get next.
      06  C/I:     Well, it's kind of one of the things that
      07  I'm-one of the...
      08  VLHA:    Oh was that one of your questions?
      09  C/I:     Hello?
      10  VLHA:    Oh, yeah. No I was just, me and him both are
      11  like, we're trying, we're trying everyone in the
      12  book right now.
      13  C/I:     He should have been here today.
      14  U/C:     Oh.
      15  C/I:     There's certain reasons why [sic]. That's all
      16  I want to say about that. Anyway, you want to go
      17  drink some beer man?
      18  U/C:     Yeah.
      19  C/I:     Huh?
      20  U/C:     You talking about the cans, or...
      21  C/I:     Yeah.
      22  U/C:     Oh. Is that the thing we were talking about?
      23  C/I:     Yeah.
      24  U/C:     Mm.
      25  C/I:     Can-do you mind?
00002:01  U/C:     No, not at all.
      02  C/I:     That's my guy.
      03  VLHA:    Oh, very well.
      04  C/I:     I mean, that's why I brought him over here
      05  for a meet and greet kind of-[Voices overlap]
      06  U/C:     I mean, I don't, I don't do them-[Voices
      07  overlap]
      08  C/I:     That's my guy.
      09  U/C:     - but I got, I got a dude that's, that's
      10  pretty, pretty good with it. I've been getting
      11  them from him.
      12  VLHA:    Really?
      13  U/C:     Yeah.
      14  VLHA:    What are they...?
      15  C/I:     I thought you were...
      16  U/C:     No-[Voices overlap]
      17  C/I:     I, I've learned to not to ask questions a
      18  long time ago [sic]. [Chuckles]  What I don't
      19  know, I don't know.
      20  U/C:     No, no, no, I usually-[Voices overlap]
      21  C/I:     That's my guy.
      22  U/C:     I'd give them to other people, but yeah. No,
      23  for sure.
      24  VLHA:    Wh-what do they mount on? You have them
      25  mount on-what, like, what type of brake, or...
```

```
00003:01  U/C:      Well, I usually use people-[Voices overlap]
      02  VLHA:     They thread it [U/I]-[Voices overlap]
      03  U/C:      Whatever they-yeah, they'll thread it [U/I]
      04  whatever you want to get it for.
      05  VLHA:     Oh.
      06  U/C:      So, [U/I]-[Voices overlap]
      07  VLHA:     But th-that can't be easy, like, on and off
      08  though?
      09
      10
      11
```