# EXHIBIT F

```
00001:01   U/C:      I want to come by and we could put one
      02   together anyway.
      03   VLHA:     Mhm.
      04   U/C:      Cause I want to get something, you know, not
      05   super nice, but a little nicer.
      06   VLHA:     No, yeah, definitely-[Voices overlap]
      07   U/C:      I mean, I have, I have a guy who fucking
      08   ability to fucking mill and everything, but I
      09   don't want to, you know what I mean [sic]?
      10   VLHA:     Yeah.
      11   U/C:      I'd rather get something a little more high
      12   speed and maybe put a good coating on-I don't
      13   want to spend, like... So I don't want to spend
      14   two G's, like him, you know what I mean?
      15   VLHA:     Mhm.
      16   U/C:      But...
      17   VLHA:     Yeah, you, like, you could still get a, a
      18   good one made for, like, I don't know [U/I]
      19   probably.
      20   U/C:      I wanted to see what his is like, and [U/I] I
      21   just want to get, like, one.
      22   VLHA:     Well, like, everything on his, I don't even
      23   have, like, something that decked out.
      24   U/C:      Yeah.
      25   VLHA:     I believe. I've got five ARs and I don't
00002:01   have any that decked out-[Voices overlap]
      02   U/C:      I don't know, dude, I just... I want, I want
      03   one bad, man.
      04   VLHA:     I'm, I'm almost scared to take that thing
      05   out and use it. It might get a scratch because
      06   it's so freaking pretty.
      07   U/C:      Yeah. No, I just want one for me, you know...
      08   Um... I'll see what it's like and go from there,
      09   but, yeah, we'll swing by next time I'm down,
      10   right?
      11   C/I:      Just tell Travis, man. Talk to him and tell
      12   him what's up, and...
      13   VLHA:     Yeah. He told me-[Voices overlap]
      14   C/I:      He just fucking missed out.
      15   VLHA:     Yeah because I, I don't-I thought I'd ask
      16   you because I know he, we, we both were, like,
      17   just like, trying so hard for them.
      18   C/I:      [Stutters] It can happen, it's, it's, you
      19   know...
      20   VLHA:     Yeah. Yeah. No, definitely.
      21   U/C:      No, I got a, I got a good dude [U/I]-[Voices
      22   overlap]
      23   C/I:      I, you know we broke the, we broke the ice,
      24   and I believe in you guys now, you know...
      25   VLHA:     Yeah.
```

```
00003:01  C/I:     And hopefully we're feeling, we're all
      02  feeling mutual and whatnot, so, you know?
      03  VLHA:    Yeah, it's not like it's, uh...
      04  C/I:     That was just kind of part of it.
      05  U/C:     You probably got the [U/I]-[Voices overlap]
      06  C/I:     You know, the whole time, you guys were kind
      07  of looking like, checking me out, I was checking
      08  you all out at the same time, you know?
      09  [Chuckles] [Voices overlap]
      10  VLHA:    Yeah, yeah. I mean, yeah, but...
      11  U/C:     I mean, it's going to be tough to do the
      12  quick on and off like that we were talking about.
      13  VLHA:    Yeah.
      14  U/C:     So we'll probably just get it-[Voices
      15  overlap]
      16  VLHA:    Well is it-[Voices overlap]
      17  U/C:     Threaded for whatever you want to use them,
      18  you know, whatever you want to put it on, yeah.
      19  C/I:     So when Travis is back, we'll have a sit
      20  down, man.
      21
      22
      23
```