# EXHIBIT G

```
00001:01   U/C:        Yeah.  [Pause] [Noise in the background] So,
      02   um... I was going to ask you too. So my dude
      03   that-remember we were talking about the cans last
      04   time?
      05   VLHA:       Mhm.
      06   U/C:        So I talked to him, I haven't been-he, he
      07   kind of was out of the game a little bit for a
      08   while.
      09   VLHA:       Mhm.
      10   U/C:        So I, like I said, I don't fucking make 'em.
      11   VLHA:       Mhm.
      12   U/C:        Um... He can put them together.
      13   VLHA:       Okay.
      14   U/C:        He's kind of, uh, he's a weird dude and all
      15   that, he's fucking freak kind of guy.
      16   VLHA:       Yeah.  [Laughs]
      17   U/C:        So he, he, like, you know, I got to be
      18   careful when I talk to him because-[Voices
      19   overlap]
      20   VLHA:       Yeah.
      21   U/C:        He acts fucking all paranoid, but whatever,
      22   you know how-[Voices overlap]
      23   VLHA:       Yeah, yeah.
      24   U/C:        Fucking some people are. So he, uh... Depends
      25   on-what are you looking to put him on? Because
00002:01   he's going to-[Voices overlap]
      02   VLHA:       AR's
      03   U/C:        Have to, he's going to thread them, yeah.
      04   VLHA:       Our ARs.
      05   U/C:        So, I mean...
      06   VLHA:       It'd be just a regular AR thread.
      07   U/C:Yeah. So you probably put-wouldn't be able
      08   to, fucking... It's not something where you're
      09   going to be able to do the qui-I mean, he might
      10   be able to look into that and do that, but what
      11   he can get-[Voices overlap]
      12   VLHA:       [U/I] if what. Whatever you can get.
      13
      14
      15
      16
```