# EXHIBIT H

```
00001:01   SCHLOTTERBECK: There you go.
      02   U/C:           All right man, sweet. Yeah, so just call me.
      03   You know, I'll probably-dude, I don't-I fucking,
      04   I know a lot of guys that want to get them done.
      05   I know a lot of people-[Voices overlap]
      06   SCHLOTTERBECK: Yeah.
      07   U/C:           Because I, I ship shit all over the place, so
      08   I just have, I was telling him I know bunch of
      09   dudes. Um...
      10   SCHLOTTERBECK: Yeah. [U/I] [Voices overlap]
      11   U/C:           I know, I know CI , I-he, you know, we were
      12   talking last time I was here about cans, and he
      13   fucking brought it up, I do know a guy that does
      14   it.
      15   SCHLOTTERBECK: Oh, do you?
      16   U/C:           Oh, yeah, he used to be able to-I don't know
      17   if he's getting them anymore, or if he's just
      18   making some.  [Voices overlap]
      19   SCHLOTTERBECK: Oh yeah?
      20   U/C:           Or both, so, I mean...
      21   SCHLOTTERBECK: We would like to get a hold of one.
      22   U/C:           [U/I].
      23   SCHLOTTERBECK: I hit up CI , he's like, oh yeah,
      24   I can get you one, I'm like, "alright."
      25
00002:01
      02
```