# EXHIBIT I

```
00001:01   KWAN:      There you go.
      02   U/C:       Yeah.  No, I'll, I'll get something.
      03   KWAN:      You can get a whole sling.
      04   U/C:       I'll get some accessories and shit for it.
      05   [Voices overlap]
      06   KWAN:      [U/I].  Yeah.
      07   U/C:       No, I like it, man.
      08   KWAN:      Yeah, yeah.
      09   U/C:       Yeah, so I'm a-you know, if you guys are cool
      10   with it, it'll bring you some more business if
      11   you guys wanna do it.
      12   KWAN:      Sure.  Yeah.
      13   U/C:       So...
      14   KWAN:      That'd be cool.
      15   U/C:       Um...and, um, I'll keep in touch about that
      16   other thing.  I still don't [U/I] talked to that
      17   guy yet.  But-
      18   VLHA:      Oh.
      19   U/C:       It definitely can happen.
      20   VLHA:      Okay.
      21   U/C:       Yeah.  For sure.
      22   VLHA:      Definitely want [U/I].
      23   U/C:       But I'll stop by.  I'll just come on down
      24   here.  I'll stop and see you guys, see what's up.
      25    I'll-I might bring somebody by if you guys wanna
00002:01   get one-you know, if you can, if you're cool with
      02   it.
      03   KWAN:      Yeah.
      04   U/C:       Um...I know dudes are gonna like this shit.
      05   That's the same fucking-dude, that's how you
      06   fucking word of mouth.
      07   KWAN:      Yeah.
      08   U/C:       Same thing happened to me.  I look at CI  ,
      09   I'm, like, "Fuck.  I gotta fucking cough up some
      10   money for this shit."  Dude, you know?  Like,
      11   this is too nice not to have.  [Voices overlap]
      12   KWAN:      So you got these anti-rotation pins that....
      13   U/C:       Okay.
      14   KWAN:      There's no reason why these pins should ever
      15   come out.
      16   U/C:       Okay.
      17   KWAN:      But if they do, they're C-clips.  [Stutters]
      18   That retains the pin in place.
      19   U/C:       Okay.
      20   KWAN:      You gotta push it out and then knock the pin
      21   out that way.
      22   U/C:       Okay.  Okay.
      23   KWAN:      But...you probably-
      24   U/C:       I'm not gonna be breaking it down-
      25   KWAN:      Yeah.
```

```
00003:01  U/C:      To that level.
      02  KWAN:     Yeah.  No.
      03  U/C:      I mean, I'll just be cleaning it and shit.
      04  KWAN:     Yeah.
      05  U/C:      But, yeah, it's fucking great, man.
      06  KWAN:     Just-if you're gonna clean, easiest way to
      07  clean AR's is...spray it with whatever solvent
      08  cleaner you want and grab a [Chuckles] air
      09  compressor with a nozzle, and blow everything out
      10  the muzzle and you're done.
      11  U/C:      Oh okay.  Yeah.
      12  KWAN:     Don't use a brush or anything like that.
      13  U/C:      No, that's a good point.  And it's got the
      14  same stainless steel barrel that he had.  What
      15  did he-
      16  KWAN:     Yeah.
      17  U/C:      Is he-are you-
      18  KWAN:     No, because he-
      19  U/C:      Are you balking at that?
      20  KWAN:     He, he's a cleaning king.
      21  U/C:      He takes it apart, cleans it for, like, four
      22  hours?
      23  KWAN:     He got a [U/I].
      24  U/C:      I can tell the look on his face.
      25  KWAN:     He got a stainless steel one.
00004:01  U/C:      Oh, yeah.  Okay.
      02  KWAN:     So, it's all low maintenance.
      03  U/C:      What-any ammo I shouldn't use or anything
      04  like that?
      05  KWAN:     Uh, when I shot it, I was able to put all
      06  type of ammo through it.
      07  U/C:      Okay.
      08  KWAN:     But, [Stutters] rule of thumb is stay away
      09  from steel case ammo.
      10  U/C:      Okay.
      11  KWAN:     Yeah, but-
      12  U/C:      Because of the barrel?
      13  KWAN:     No, it's not because the barrel.  It's just
      14  steel-see, brass is soft.
      15  U/C:      Yeah.
      16  VLHA:     [U/I].
      17  KWAN:     Yeah.  Um-
      18  U/C:      Okay.  I got you.  It'll just tear it up.
      19  KWAN:     Steel barrels will-I mean, steel cases will
      20  tear up your extractor.
      21  U/C:      Yeah, yeah.  Okay.
      22  KWAN:     Yeah.  Not like it won't-
      23  U/C:      I'm not getting anything super expensive.  I
      24  just wanna keep some shit in there.  I would go
      25  to the range every once in a while.  Take it out
```

```
00005:01   to the desert.
     02   KWAN:         Yeah.
     03   U/C:          But I'm not gonna go crazy.  So...
     04   KWAN:         Yeah.
     05   U/C:          All right, you got the money, right?
     06   KWAN:         Yup.
     07   U/C:          All right.  Cool.
     08   KWAN:         You're good.
     09
     10
     11
     12
     13
```