TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
        1300/1400 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-3819/2426
        Facsimile: (213) 894-0141/0142
        E-mail:    Brian.Faerstein@usdoj.gov
                   Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>TRAVIS SCHLOTTERBECK and<br>JAMES BRADLEY VLHA,<br><br>　　　　Defendants. | No. CR 19-00343-GW<br><br>JOINT TRIAL EXHIBIT LIST<br><br>Trial Date: July 12, 2022<br>Trial Time: 8:30 a.m.<br>Location:   Courtroom of the<br>　　　　　　Hon. George H. Wu |

　　　Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys Brian R. Faerstein

and Dan G. Boyle, defendant TRAVIS SCHLOTTERBECK, by and through his

counsel of record Edward Robinson, and defendant JAMES BRADLEY VLHA,

by and through his counsel of record Jerome J. Haig, hereby submit

their joint list of prospective exhibits the parties may seek to

1

admit at trial in the above-captioned case.  These lists do not include all exhibits the parties may use for impeachment or rebuttal purposes.  The parties reserve the right to amend these lists prior to and during trial as necessary.

As reflected herein, defendants do not have any objections to the government's proposed exhibits.  Defendants do not have any proposed exhibits to identify at this time.


Dated: June 14, 2022          Respectfully submitted,

                              TRACY L. WILKISON
                              United States Attorney

                              SCOTT M. GARRINGER
                              Assistant United States Attorney


                              /s/ Brian Faerstein
                              BRIAN R. FAERSTEIN
                              DAN G. BOYLE
                              Assistant United States Attorneys
                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA


Dated: June 14, 2022          /s/ with email authorization
                              EDWARD ROBINSON
                              Attorney for Defendant
                              TRAVIS SCHLOTTERBECK


Dated: June 14, 2022          /s/ with email authorization
                              JEROME J. HAIG
                              Attorney for Defendant
                              JAMES BRADLEY VLHA

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

GOVERNMENT'S PROPOSED EXHIBITS:

| GEX | DESCRIPTION | | DEF. OBJECTION |
|-----|-------------|---|----------------|
| | **Controlled Purchase Transactions** | | |
| 1.a | .223 caliber AR-15-type rifle purchased by confidential informant on 9/23/15 | | None |
| 1.b | Photos of Ex. 1.a (USA_00000459-472) | | None |
| 2.a | .223 caliber AR-15-type rifle purchased by ATF undercover agent on 10/27/15 | | None |
| 2.b | Photos of Ex. 2.a (USA_00000473-479) | | None |
| 3.a | .223 caliber AR-15-type pistol purchased by ATF undercover agent on 2/11/16 | | None |
| 3.b | Two 30-round .223 magazines | | None |
| 3.c | Two 10-round 5.56 magazines | | None |
| 3.d | Photos of Ex. 3.a (USA_00000481-486) | | None |
| 3.e | Photos of Exs. 3.b and 3.c (USA_00000480, 487-489) | | None |
| 4.a | .223 caliber AR-15-type pistol purchased by ATF undercover agent on 3/16/16 | | None |
| 4.b | Two 10-round magazines | | None |
| 4.c | Photos of 4.a (USA_00000490-493) | | None |
| 5.a | 9 millimeter AR-15-type pistol purchased by ATF undercover agent on 5/6/16 | | None |
| 5.b | One 31-round magazine | | None |
| 5.c | Two 31-round magazines picked up 8/17/16 | | None |
| 5.d | Photos of Ex. 5.a (USA_00000494-501) | | None |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES v. SCHLOTTERBECK AND VLHA**

**CR NO. 19-343-GW**

**JOINT TRIAL EXHIBIT LIST**

| GEX | DESCRIPTION | DEF. OBJECTION |
|-----|-------------|----------------|
| 5.e | Photos of two magazines picked up 8/17/16 (5 photos – USA_00000508-512) | None |
| 6.a | .223 caliber AR-15-type rifle purchased by ATF undercover agent on June 15, 2016 | None |
| 6.b | One 30-round magazine | None |
| 6.c | Photos of Ex. 6.a (USA_00000502-507) | None |
| 7-20 | *Intentionally omitted* | |
| **Search of Live Fire Coatings and Sign Imaging** | | |
| 21 | Photos of lower receivers at Live Fire Coatings (USA_00000750-751, 753-754, 757, 765-766) | None |
| 22 | Photos of pistols / pistol parts at Live Fire Coatings (USA_00000745-749, 752, 755-756, 758, 761, 767) | None |
| 23 | Photos of assorted firearm parts at Live Fire Coatings (USA_00000764, 773) | None |
| 24 | Photos of firearm work station at Live Fire Coatings (USA_00000768-770) | None |
| 25 | Photos of work room, closet and tools at Live Fire Coatings (USA_00000779-780, 783-784) | None |
| 26 | Photo of Live Fire Coatings price list at Live Fire Coatings (USA_00000774) | None |
| 27 | Photo of Cerakote containers at Live Fire Coatings (USA_00000772) | None |
| 28 | Photo of Live Fire Coatings business at Live Fire Coatings cards (USA_00000771) | None |

2

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | DEF. OBJECTION |
|---|---|---|
| 29 | Photos of gun safe at Live Fire Coatings (USA_00000775-778) | None |
| 30 | Photo of storage crate on ground at Live Fire Coatings (USA_00000759) | None |
| 31 | Photo of document envelope for "Travis Schlotterbeck" at Live Fire Coatings (USA_00000760) | None |
| 32 | Photos of unknown parts with serial numbers at Live Fire Coatings (USA_00000762-763) | None |
| 33 | Firearms-related parts seized from Live Fire Coatings (to be marked as sub-exhibits within GEX 33) | None |
| 34 | Firearms-related tools seized from Live Fire Coatings (to be marked as sub-exhibits within GEX 34) | None |
| 35-50 | *Intentionally omitted* | |
| 51 | Photos of lower receivers at Sign Imaging (USA_00000785-786) | None |
| 52 | Photos of Sign Imaging (USA_00000788-789, 793, 798, 803) | None |
| 53 | Firearms-related parts seized from Sign Imaging (to be marked as sub-exhibits within GEX 53) | None |
| 54 | Firearms-related tools seized from Sign Imaging (to be marked as sub-exhibits within GEX 54) | None |
| 55-56 | *Intentionally omitted* | |
| 57 | Sketch of Sign Imaging layout during search warrant (USA_00009900) | None |

**UNITED STATES v. SCHLOTTERBECK AND VLHA**

**CR NO. 19-343-GW**

**JOINT TRIAL EXHIBIT LIST**

| GEX | DESCRIPTION | | DEF. OBJECTION |
|------|------------|---|---------------|
| 58 | Sketch of Live Fire Coatings layout during search warrant (USA_00009901) | | None |
| 59-64 | *Intentionally omitted* | | |
| **Sign Imaging Digital Devices** | | | |
| 65 | Generic tower computer, SN: RC922MKKN111113000079 | | None |
| 66 | Western Digital WD5002AALX-32Z3A0 500 GB hard drive, SN: WCATR7304839 | | None |
| 67 | Extraction of responsive materials from Ex. 66 (USA_00004821) | | None |
| 68.a | Image of Jim Vlha LFC business card (USA_00007894) | | None |
| 68.b | Live Fire logo image (USA_00007883) | | None |
| 68.c | Live Fire Tactical logo image (USA_00007895) | | None |
| 68.d | Live Fire Coatings price lists (USA_00007884-7886) | | None |
| 68.e | Live Fire Coatings invoices for Cerakote services (USA_00007887-7893) | | None |
| 68.f | Sign Imaging invoices for Cerakote services related to firearms in part (USA_00007871-7877) | | None |
| 68.g | Firearm parts price lists – Leupold (USA_00007786-7831) | | None |
| 68.h | Firearm parts price lists – Nightforce (USA_00007832-7840) | | None |

4

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|------|-------------|--|----------------|
| 68.i | Complete AR-type firearms from photos from "Camera Uploads/Guns and Cerakote" (USA_00007841; 7843; 7849; 7853-7854; 7858; 7863; 7881-7882) | | None |
| 68.j | Firearm parts / incomplete firearms from photos from "Camera Uploads/Guns and Cerakote" (USA_00007779-7782; 7848; 7850-7852; 7856-7857) | | None |
| 68.k | Lower receiver parts from photos from "Camera Uploads/Guns and Cerakote" (USA_00007844-7846; 7859-7860; 7865-7868) | | None |
| 68.l | Firearm-related tools photos (USA_00007855; 7869) | | None |
| 69 | *Intentionally omitted* | | |
| 70 | Generic tower computer, SN: RC310BKR20101101026 | | None |
| 71 | Western Digital WD20EZRX-00D8PB0 1 TB hard drive, SN: WCC4M1403578 | | None |
| 72 | Extraction of responsive materials from Ex. 71 (USA_00004821) | | None |
| 73.a | Order confirmation from RSR Group (USA_00007904) | | None |
| 73.b | Screenshots of parts sales prices on unknown website (USA_00007906-7909) | | None |
| 73.c | Sign Imaging invoices for Cerakote services related to firearms in part (USA_00007925-7926) | | None |
| 73.d | Photo of Live Fire Coatings invoice for Cerakote services (USA_00007927) | | None |

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | DEF. OBJECTION |
|---|---|---|
| 73.e | Complete AR-type firearms from photos from "Camera Uploads" (USA_00007916; 7918; 7920) | None |
| 73.f | Firearms parts / incomplete firearms from photos "Camera Uploads" (USA_00007912-7914; 7921) | None |
| 73.g | Lower receiver parts from "Camera Uploads" (USA_00007917; 7919) | None |
| 73.h | Photos re "LWRC" lower receiver photos and template (USA_00007922-7924) | None |
| 74 | *Intentionally omitted* | |
| 75 | Generic tower computer, SN: C123590200092 | None |
| 76 | 2TB Seagate SATA Model ST2000DM001 hard drive, SN: Z1E1TJXH | None |
| 77 | Extraction of responsive materials from Ex. 76 (USA_00004824) | None |
| 78.a | Complete AR-type firearms from photos from "Pictures" and "Camera Uploads/Guns and Cerakote" (USA_00007962-7963; 7965; 7967; 7972; 7981; 7987-7988) | None |
| 78.b | Firearms parts / incomplete firearms from photos "Pictures" and "Camera Uploads/Guns and Cerakote" (USA_00007928-7929; 7961; 7964; 7971; 7973-7974; 7983; 7989) | None |
| 78.c | Lower receiver parts from "Pictures" and "Camera Uploads/Guns and Cerakote" (USA_00007968-7970; 7982) | None |
| 78.d | Proposed proof for a "Live Fire" t-shirt, printed on Sign Imaging flyer (USA_00007992) | None |

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|------|------------|---|----------------|
| 78.e | Photos of large amounts of U.S. currency (USA_00007993-7995) | | None |
| 78.f | Photo of work area (USA_00007978) | | None |
| 78.g | Screenshots of gunsmith tools, including as advertised for sale (USA_00007930-7932) | | None |
| 78.h | Series of photos of AR-type firearm on workbench, apparent customer holding it in front of likely Sign Imaging, and close up (USA_00007975-7977) | | None |
| 78.i | T. Schlotterbeck 2-20-15 Letter to Cerakote Firearms Coatings on USMC Letterhead (USA_00007996) | | None |
| 79-99 | *Intentionally omitted* | | |
| **Meeting and Call Recordings and Clips** | | | |
| 100.a | Audio of 7/6/15 Call between CI and Schlotterbeck (16:45:56 PDT) (USA_00002164) | | None |
| 100.b | Transcript of Ex. 100.a (USA_00005234-5238) | | None |
| 100.c | Clip 1 of Ex. 100.a (0:00 - 0:45) | | None |
| 101.a | Video of 7/7/15 Meeting between CI and Schlotterbeck (Part 1) (USA_00002245) | | None |
| 101.b | Transcript of Ex. 101.a (USA_00005241-5261) | | None |
| 101.c | Clip 1 of Ex. 101.a (10:25 - 10:35) | | None |
| 101.d | Clip 2 of Ex. 101.a (20:15 - 21:36) | | None |
| 101.e | Clip 3 of Ex. 101.a (22:44 - 24:46) | | None |

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|-----|-------------|---|----------------|
| 102.a | Video of 7/7/15 Meeting between CI and Schlotterbeck (Part 2) (USA_00002246) | | None |
| 102.b | Transcript of Ex. 102.a (USA_00005262-5293) | | None |
| 102.c | Clip 1 of Ex. 102.a (00:45 - 1:35) | | None |
| 102.d | Clip 2 of Ex. 102.a (2:47 - 4:10) | | None |
| 102.e | Clip 3 of Ex. 102.a (5:02 - 5:27) | | None |
| 102.f | Clip 4 of Ex. 102.a (9:00 - 10:50) | | None |
| 102.g | Clip 5 of Ex. 102.a (11:40 - 12:09) | | None |
| 102.h | Clip 6 of Ex. 102.a (13:09 - 14:10) | | None |
| 102.i | Clip 7 of Ex. 102.a (17:33 - 18:35) | | None |
| 102.j | Clip 8 of Ex. 102.a (19:57 - 21:20) | | None |
| 103.a | Video of 7/7/15 Meeting between CI and Schlotterbeck (Part 3) (USA_00002247) | | None |
| 103.b | Transcript of Ex. 103.a (USA_00005294-5303) | | None |
| 103.c | Clip 1 of Ex. 103.a (0:13 - 0:30) | | None |
| 104.a | Audio of 8/21/15 Call between CI and Schlotterbeck (16:30:41 PDT) (USA_00002584) | | None |
| 104.b | Trancript of Ex. 104.a (USA_00005359-5363) | | None |
| 104.c | Clip 1 of Ex. 104.a (0:25 - end) | | None |
| 105.a | Video of 8/27/15 Meeting between CI and Schlotterbeck (Part 1) (USA_00002578) | | None |

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|-----|-------------|---|----------------|
| 105.b | Transcript of Ex. 105.a (USA_00005304-5314) | | None |
| 105.c | Clip 1 of Ex. 105.a (10:05 - 10:37) | | None |
| 105.d | Clip 2 of Ex. 105.a (12:00 - 12:39) | | None |
| 106.a | Video of 8/27/15 Meeting between CI and Schlotterbeck (Part 2) (USA_00002579) | | None |
| 106.b | Transcript of Ex. 106.a (USA_00005315-5331) | | None |
| 106.c | Clip 1 of Ex. 106.a (1:35 - 3:38) | | None |
| 106.d | Clip 2 of Ex. 106.a (6:00 - 6:42) | | None |
| 106.e | Clip 3 of Ex. 106.a (7:20 - 8:00) | | None |
| 107.a | Audio of 8/27/15 Call between CI and Schlotterbeck (15:50:51 PDT) (USA_00002591) | | None |
| 107.b | Transcript of Ex. 107.a (USA_00005376-5379) | | None |
| 107.c | Clip 1 of Ex. 107.a (0:00 - 1:40) | | None |
| 108.a | Audio of 8/28/15 Call between CI and Schlotterbeck (10:40:25 PDT) (USA_00002592) | | None |
| 108.b | Transcript of Ex. 108.a (USA_00005380-5381) | | None |
| 108.c | Clip 1 of Ex. 108.a (0:00 - 0:09) | | None |
| 109.a | Audio of 8/28/15 Call between CI and Schlotterbeck (10:48:21 PDT) (USA_00002593) | | None |

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|---|---|---|---|
| 109.b | Transcript of Ex. 109.a (USA_00005382-5384) | | None |
| 109.c | Clip 1 of Ex. 109.a (0:00 - 1:26) | | None |
| 110.a | Audio of 9/15/15 Call between CI and Schlotterbeck (16:45:01 PDT) (USA_00002825) | | None |
| 110.b | Transcript of Ex. 110.a (USA_00005385-5386) | | None |
| 110.c | Clip 1 of Ex. 110.a (0:00 - 0:18) | | None |
| 111.a | Audio of 9/15/15 Call between CI and Schlotterbeck (16:52:41 PDT) (USA_00002826) | | None |
| 111.b | Transcript of Ex. 111.a (USA_00005387-5391) | | None |
| 111.c | Clip 1 of Ex. 111.a (0:30 - 1:58) | | None |
| 112.a | Video of 9/22/15 Meeting between CI, Schlotterbeck, and Jacob Dekoning (Part 1) (USA_00002855) | | None |
| 112.b | Transcript of Ex. 112.a (USA_00005405-5421) | | None |
| 112.c | Clip 1 of Ex. 112.a (0:40 - 1:52) | | None |
| 113.a | Video of 9/22/15 Meeting between CI, Schlotterbeck, and Vlha (Part 2) (USA_00002856) | | None |
| 113.b | Transcript of Ex. 113.a (USA_00005422-5433) | | None |
| 114.a | Video of 9/22/15 Meeting between CI, Schlotterbeck, and Vlha (Part 3) (USA_00002857) | | None |

10

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|------|-------------|--|----------------|
| 114.b | Transcript of Ex. 114.a (USA_00005434-5446) | | None |
| 114.c | Clip 1 of Ex. 114.a (12:45 - 13:48) | | None |
| 115.a | Video of 9/22/15 Meeting between CI, Schlotterbeck, and Vlha (Part 4) (USA_00002858) | | None |
| 115.b | Transcript of Ex. 115.a (USA_00005447-5465) | | None |
| 115.c | Clip 1 of Ex. 115.a (0:00 - 1:30) | | None |
| 116.a | Video of 9/23/15 Meeting between CI, UC-1, Kwan, and Vlha (Part 1 - CI Footage) (USA_00002871) | | None |
| 116.b | Transcript of Ex. 116.a (USA_00005477-5498) | | None |
| 116.c | Clip 1 of Ex. 116.a (8:33 - 9:05) | | None |
| 116.d | Clip 2 of Ex. 116.a (10:22 - 12:12) | | None |
| 117.a | Video of 9/23/15 Meeting between CI, UC-1, Kwan, and Vlha (Part 2 - CI Footage) (USA_00002872) | | None |
| 117.b | Transcript of Ex. 117.a (USA_00005499-5523) | | None |
| 117.c | Clip 1 of Ex. 117.a (4:33 - 5:33) | | None |
| 118.a | Video of 9/23/15 Meeting between CI, UC-1, Kwan, and Vlha (Part 1 - UC-1 Footage) (USA_00002875) | | None |
| 118.b | Transcript of Ex. 118.a (USA_00005539-5554) | | None |
| 118.c | Clip 1 of Ex. 118.a (8:43 - 9:15) | | None |

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|---|---|---|---|
| 119.a | Video of 9/23/15 Meeting between CI, UC-1, Kwan, and Vlha (Part 2 - UC-1 Footage) (USA_00002876) | | None |
| 119.b | Transcript of Ex. 119.a (USA_00005555-5584) | | None |
| 119.c | Clip 1 of Ex. 119.a (0:00 - 1:31) | | None |
| 119.d | Clip 2 of Ex. 119.a (9:06 - 11:24) | | None |
| 119.e | Clip 3 of Ex. 119.a (12:30 - 13:02) | | None |
| 119.f | Clip 4 of Ex. 119.a (14:48 - 16:29) | | None |
| 120.a | Video of 9/23/15 Meeting between CI, UC-1, Kwan, and Vlha (Part 3 - UC-1 Footage) (USA_00002877) | | None |
| 120.b | Transcript of Ex. 120.a (USA_00005585-5602) | | None |
| 120.c | Clip 1 of Ex. 120.a (3:09 - 4:17) | | None |
| 120.d | Clip 2 of Ex. 120.a (4:57 - 6:22) | | None |
| 121.a | Audio of 9/24/15 Call between CI and Schlotterbeck (16:05:41 PDT) (USA_00002870) | | None |
| 121.b | Transcript of Ex. 121.a (USA_00005470-5476) | | None |
| 121.c | Clip 1 of Ex. 121.a (0:00 - 0:15) | | None |
| 121.d | Clip 2 of Ex. 121.a (1:20 - end) | | None |
| 122.a | Audio of 10/1/15 Call between CI and Schlotterbeck (15:43:45 PDT) (USA_00002167) | | None |

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|------|-----------------------------------------------------------------------------|--|------|
| 122.b | Transcript of Ex. 122.a (USA_00005603-5608) | | None |
| 122.c | Clip 1 of Ex. 122.a (0:00 - 0:47) | | None |
| 123.a | Audio of 10/5/15 Call between UC-1 and Schlotterbeck (12:27:47 PDT) (USA_00002169) | | None |
| 123.b | Transcript of Ex. 123.a (USA_00005609-5612) | | None |
| 123.c | Clip 1 of Ex. 123.a (0:00 - end) | | None |
| 124.a | Video of 10/8/15 Meeting between UC-1 and Vlha (Part 1) (USA_00002179) | | None |
| 124.b | Transcript of Ex. 124.a (USA_00005621-5662) | | None |
| 124.c | Clip 1 of Ex. 124.a (3:40 - 6:33) | | None |
| 124.d | Clip 2 of Ex. 124.a (6:33 - 6:55) | | None |
| 124.e | Clip 3 of Ex. 124.a (6:56 - 8:02) | | None |
| 124.f | Clip 4 of Ex. 124.a (8:31 - 9:31) | | None |
| 124.g | Clip 5 of Ex. 124.a (9:32 - 10:39) | | None |
| 124.h | Clip 6 of Ex. 124.a (11:00 - 12:25) | | None |
| 124.i | Clip 7 of Ex. 124.a (12:26 - 13:27) | | None |
| 124.j | Clip 8 of Ex. 124.a (14:03 - 14:32) | | None |
| 124.k | Clip 9 of Ex. 124.a (14:33 - 18:08) | | None |
| 124.l | Clip 10 of Ex. 124.a (21:00 - 21:46) | | None |

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|---|---|---|---|
| 125.a | Video of 10/8/15 Meeting between UC-1, Vlha, and Schlotterbeck (Part 2) (USA_00002180) | | None |
| 125.b | Transcript of Ex. 125.a (USA_00005663-5688) | | None |
| 125.c | Clip 1 of Ex. 125.a (0:10 - 3:13) | | None |
| 125.d | Clip 2 of Ex. 125.a (3:29 - 4:44) | | None |
| 125.e | Clip 3 of Ex. 125.a (4:45 - 5:30) | | None |
| 125.f | Clip 4 of Ex. 125.a (5:31 - 7:06) | | None |
| 125.g | Clip 5 of Ex. 125.a (7:57 - 9:50) | | None |
| 125.h | Clip 6 of Ex. 125.a (10:23 - 12:19) | | None |
| 125.i | Clip 7 of Ex. 125.a (12:20 - 13:03) | | None |
| 126.a | Video of 10/8/15 Meeting between UC-1, Vlha, and Schlotterbeck (Part 3) (USA_00002181) | | None |
| 126.b | Transcript of Ex. 126.a (USA_00005689-5707) | | None |
| 126.c | Clip 1 of Ex. 126.a (0:00 - 1:02) | | None |
| 126.d | Clip 2 of Ex. 126.a (1:07 - 2:05) | | None |
| 126.e | Clip 3 of Ex. 126.a (5:39 - 6:20) | | None |
| 126.f | Clip 4 of Ex. 126.a (7:50 - 8:31) | | None |
| 126.g | Clip 5 of Ex. 126.a (10:41 - 10:56) | | None |
| 127.a | Video of 10/22/15 Meeting between UC-1, Kwan, and Vlha (Part 1) (USA_00002197) | | None |

14

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|---|---|---|---|
| 127.b | Transcript of Ex. 127.a (USA_00005721-5727) | | None |
| 127.c | Clip 1 of Ex. 127.a (9:36-10:21) | | None |
| 128.a | Video of 10/22/15 Meeting between UC-1, Kwan, and Vlha (Part 2) (USA_00002198) | | None |
| 128.b | Transcript of Ex. 128.a (USA_00005728-5750) | | None |
| 129.a | Video of 10/22/15 Meeting between UC-1, Kwan, and Jacob Dekoning (Part 3) (USA_00002199) | | None |
| 129.b | Transcript of Ex. 129.a (USA_00005751-5771) | | None |
| 129.c | Clip 1 of Ex. 129.a (6:05 - 7:11) | | None |
| 130.a | Video of 10/22/15 Meeting between UC-1, Kwan, and Jacob Dekoning (Part 4) (USA_00002200) | | None |
| 130.b | Transcript of Ex. 130.a (USA_00005772-5798) | | None |
| 131.a | Video of 10/22/15 Meeting between UC-1, Kwan, and Jacob Dekoning (Part 5) (USA_00002201) | | None |
| 131.b | Transcript of Ex. 131.a (USA_00005799-5827) | | None |
| 132.a | Video of 10/22/15 Meeting between UC-1 and Kwan (Part 6) (USA_00002202) | | None |
| 132.b | Transcript of Ex. 132.a (USA_00005828-5843) | | None |
| 132.c | Clip 1 of Ex. 132.a (2:40 - 3:47) | | None |

## UNITED STATES v. SCHLOTTERBECK AND VLHA

### CR NO. 19-343-GW

### JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|---|---|---|---|
| 132.d | Clip 2 of Ex. 132.a (6:12 - 6:36) | | None |
| 133.a | Audio of 10/25/15 Call between UC-1 and Kwan (15:14:53 PDT) (USA_00002204) | | None |
| 133.b | Transcript of Ex. 133.a (USA_00005844-5845) | | None |
| 133.c | Clip 1 of Ex. 133.a (0:00 - end) | | None |
| 134.a | Video of 10/27/15 Meeting between UC-1, Kwan, and Vlha (Part 1) (USA_00002213) | | None |
| 134.b | Transcript of Ex. 134.a (USA_00005846-5858) | | None |
| 134.c | Clip 1 of Ex. 134.a (9:22 - 10:56) | | None |
| 135.a | Video of 10/27/15 Meeting between UC-1, Kwan, and Vlha (Part 2) (USA_00002214) | | None |
| 135.b | Transcript of Ex. 135.a (USA_00005859-5873) | | None |
| 135.c | Clip 1 of Ex. 135.a (3:46 - 5:43) | | None |
| 136.a | Audio of 12/21/15 Call between UC-1 and Kwan (14:00:31 PDT) (USA_00002222) | | None |
| 136.b | Transcript of Ex. 136.a (USA_00005874-5878) | | None |
| 136.c | Clip 1 of Ex. 136.a (0:44 - end) | | None |
| 137.a | Audio of 1/26/16 Call between UC-1 and Vlha (16:55:43 PDT) (USA_00002229) | | None |
| 137.b | Transcript of Ex. 137.a (USA_00005882-5883) | | None |

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|------|-------------|---|----------------|
| 138.a | Video of 1/26/16 Meeting between UC-1, Schlotterbeck, and Vlha (Part 1) (USA_00002231) | | None |
| 138.b | Transcript of Ex. 138.a (USA_00005886-5894) | | None |
| 138.c | Clip 1 of Ex. 138.a (9:13 - end) | | None |
| 139.a | Video of 1/26/16 Meeting between UC-1, Schlotterbeck, and Vlha (Part 2) (USA_00002232) | | None |
| 139.b | Transcript of Ex. 139.a (USA_00005895-5915) | | None |
| 139.c | Clip 1 of Ex. 139.a (0:00 - 2:16) | | None |
| 139.d | Clip 2 of Ex. 139.a (2:37 - 5:25) | | None |
| 139.e | Clip 3 of Ex. 139.a (6:06 - 6:54) | | None |
| 139.f | Clip 4 of Ex. 139.a (8:29 - 9:14) | | None |
| 140.a | Audio of 1/26/16 Call between UC-1 and Kwan (18:39:24 PDT) (USA_00002223) | | None |
| 140.b | Transcript of Ex. 140.a (USA_00005879-5881) | | None |
| 140.c | Clip 1 of Ex. 140.a (0:00 - end) | | None |
| 141.a | Video of 2/11/16 Meeting between UC-1, UC-2, and Kwan (Part 1 - UC-1 Footage) (USA_00002248) | | None |
| 141.b | Transcript of Ex. 141.a (USA_00005943 - 5975) | | None |
| 141.c | Clip 1 of Ex. 141.a (5:50 - 6:17) | | None |
| 141.d | Clip 2 of Ex. 141.a (13:01 - 14:32) | | None |

17

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|---|---|---|---|
| 142.a | Video of 2/11/16 Meeting between UC-1, UC-2, and Kwan (Part 2 - UC-1 Footage) (USA_00002249) | | None |
| 142.b | Transcript of Ex. 142.a (USA_00005976-6006) | | None |
| 143.a | Video of 2/11/16 Meeting between UC-1, UC-2, and Kwan (Part 1 - UC-2 Footage) (USA_00002251) | | None |
| 143.b | Transcript of Ex. 143.a (USA_00006073-6098) | | None |
| 143.c | Clip 1 of Ex. 143.a (12:57 - end) | | None |
| 144.a | Video of 2/11/16 Meeting between UC-1, UC-2, and Kwan (Part 2 - UC-2 Footage) (USA_00002252) | | None |
| 144.b | Transcript of Ex. 144.a (USA_00006099-6132) | | None |
| 144.c | Clip 1 of Ex. 144.a (3:57 - 5:14) | | None |
| 144.d | Clip 2 of Ex. 144.a (7:42 - 9:10) | | None |
| 145.a | Video of 3/16/16 Meeting between UC-1, UC-2, Vlha, and Kwan (Part 1 - UC-1 Footage) (USA_00002271) | | None |
| 145.b | Transcript of Ex. 145.a (USA_00006154-6175) | | None |
| 145.c | Clip 1 of Ex. 145.a (5:50 - 7:55) | | None |
| 145.d | Clip 2 of Ex. 145.a (11:27 - end) | | None |
| 146.a | Video of 3/16/16 Meeting between UC-1, UC-2, Vlha, and Kwan (Part 2 - UC-1 Footage) (USA_00002272) | | None |

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|-----|-------------|---|----------------|
| 146.b | Transcript of 146.a (USA_00006176-6188) | | None |
| 146.c | Clip 1 of Ex. 146.a (0:00 - 2:12) | | None |
| 147.a | Video of 3/16/16 Meeting between UC-1, UC-2, Vlha, and Kwan (Part 1 - UC-2 Footage) (USA_00002275) | | None |
| 147.b | Transcript of Ex. 147.a (USA_00006223-6251) | | None |
| 147.c | Clip 1 of Ex. 147.a (6:31 - 7:21) | | None |
| 147.d | Clip 2 of Ex. 147.a (7:22 - 8:58) | | None |
| 148.a | Video of 3/16/16 Meeting between UC-1, UC-2, Vlha, and Kwan (Part 2 - UC-2 Footage) (USA_00002276) | | None |
| 148.b | Transcript of Ex. 148.a (USA_00006252-6259) | | None |
| 149.a | Audio of 5/6/16 Call between UC-1 and Schlotterbeck (11:00:42 PDT) (USA_00002302) | | None |
| 149.b | Transcript of Ex. 149.a (USA_00006276-6277) | | None |
| 149.c | Clip 1 of Ex. 149.a (0:00 - end) | | None |
| 150.a | Video of 5/6/16 Meeting between UC-1, UC-2, Schlotterbeck, and Vlha (Part 1) (USA_00002304) | | None |
| 150.b | Transcript of Ex. 150.a (USA_00006280-6291) | | None |
| 150.c | Clip 1 of Ex. 150.a (6:15 - end) | | None |

19

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | DEF. OBJECTION |
|---|---|---|
| 151.a | Video of 5/6/16 Meeting between UC-1, UC-2, Schlotterbeck, and Vlha (Part 2) (USA_00002305) | None |
| 151.b | Transcript of Ex. 151.a (USA_00006292-6309) | None |
| 151.c | Clip 1 of Ex. 151.a (0:00 - 1:39) | None |
| 151.d | Clip 2 of Ex. 151.a (3:48 - 4:58) | None |
| 151.e | Clip 3 of Ex. 151.a (5:48 - 6:12) | None |
| 151.f | Clip 4 of Ex. 151.a (6:46 - 7:36) | None |
| 152.a | Audio of 5/6/16 Call between UC-1 and Kwan (16:30:04 PDT) (USA_00002297) | None |
| 152.b | Transcript of Ex. 152.a (USA_00006264-6265) | None |
| 152.c | Clip 1 of Ex. 152.a (0:11 - end) | None |
| 153.a | Audio of 5/6/16 Call between UC-1 and Kwan (16:49:44 PDT) (USA_00002300) | None |
| 153.b | Transcript of Ex. 153.a (USA_00006272-6275) | None |
| 153.c | Clip 1 of Ex. 153.a (0:12 - end) | None |
| 154.a | Audio of 6/13/16 Call between UC-2 and Kwan (5:21 PM) (USA_00002309) | None |
| 154.b | Transcript of Ex. 154.a (USA_00006356-6361) | None |
| 154.c | Clip 1 of Ex. 154.a (0:10 - end) | None |
| 155.a | Audio of 6/13/16 Call between UC-2 and Kwan (5:58 PM) (USA_00002310) | None |

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|-----|-------------|---|----------------|
| 155.b | Transcript of Ex. 155.a (USA_00006362-6364) | | None |
| 155.c | Clip 1 of Ex. 155.a (0:00 - end) | | None |
| 156.a | Audio of 6/14/16 Call between UC-2 and Kwan (10:48 PM) (USA_00002311) | | None |
| 156.b | Transcript of Ex. 156.a (USA_00006365-6366) | | None |
| 156.c | Clip 1 of Ex. 156.a (0:00 - end) | | None |
| 157.a | Video of 6/15/16 Meeting between UC-2 and Schlotterbeck (Part 1) (USA_00002307) | | None |
| 157.b | Transcript of Ex. 157.a (USA_00006338-6350) | | None |
| 157.c | Clip 1 of Ex. 157.a (6:01 - 7:29) | | None |
| 157.d | Clip 2 of Ex. 157.a (8:34 - 9:35) | | None |
| 157.e | Clip 3 of Ex. 157.a (9:36 - 10:27) | | None |
| 157.f | Clip 4 of Ex. 157.a (10:27 - 11:50) | | None |
| 157.g | Clip 5 of Ex. 157.a (11:50 - 12:53) | | None |
| 158.a | Video of 6/15/16 Meeting between UC-2 and Schlotterbeck (Part 2) (USA_00002308) | | None |
| 158.b | Transcript of Ex. 158.a (USA_00006351-6355) | | None |
| 158.c | Clip 1 of Ex. 158.a (0:00 - 0:20) | | None |
| 158.d | Clip 2 of Ex. 158.a (0:55 - 1:26) | | None |
| 159.a | Video of 8/17/16 Meeting between UC-1 and Kwan (Part 1) (USA_00002350) | | None |

21

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|---|---|---|---|
| 159.b | Transcript of Ex. 159.a (USA_00006374-6380) | | None |
| 159.c | Clip 1 of Ex. 159.a (5:00 - 6:46) | | None |
| 160.a | Audio of 6/8/17 Call between UC-2 and Schlotterbeck (USA_00002725) | | None |
| 160.b | Transcript of Ex. 160.a (USA_00006951-6955) | | None |
| 160.c | Clip 1 of Ex. 160.a (0:29 - 3:12) | | None |
| 161.a | Audio of 6/8/17 Call between UC-2 and Kwan (USA_00002723) | | None |
| 161.b | Transcript of Ex. 161.a (USA_00006945-6950) | | None |
| 161.c | Clip 1 of Ex. 161.a (0:43 - 2:34) | | None |
| 162-169 | *Intentionally omitted* | | |
| **Text Messages between Co-Conspirators, CI, and/or UCs** | | | |
| 170.a | 8/21/15 - 9/11/15 Text Log between CI and Schlotterbeck (USA_00002582) | | None |
| 170.b | 8/28/15 Photo Texted by Schlotterbeck to CI (USA_00002594) | | None |
| 171.a | 9/15/15 - 9/22/15 Text Log between CI and Schlotterbeck (USA_00002824) | | None |
| 171.b | 9/18/15 Photo Texted by Schlotterbeck to CI (USA_00002831) | | None |
| 172 | 9/23/15 - 9/24/15 Text Log between CI and Schlotterbeck (USA_00002860) | | None |

22

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | DEF. OBJECTION |
|------|-------------|----------------|
| 173 | 10/7/15 - 10/8/15 Text Screenshots between UC-1 and Schlotterbeck (USA_00002170-2171) | None |
| 174 | 10/7/15 - 5/6/16 Text Readout between UC-1 and Schlotterbeck (USA_00002301) | None |
| 175 | 10/8/15 Text Screenshot between UC-1 and Vlha (USA_00002176) | None |
| 176 | 10/16/15 Text Screenshot between UC-1 and Vlha (USA_00002193) | None |
| 177 | 10/19/15 Text Screenshots between UC-1 and Vlha (USA_00002194-2195) | None |
| 178.a | 10/8/15 - 1/26/16 Text Readout between UC-1 and Vlha (USA_00002224-2227) | None |
| 178.b | 1/26/16 Photo Texted by Vlha to UC-1 (USA_00002228) | None |
| 179 | 10/19/15 Text Screenshots between UC-1 and Kwan (USA_00002185-2189) | None |
| 180 | 10/22/15 Text Screenshot between UC-1 and Kwan (USA_00002191) | None |
| 181 | 10/25/15 - 10/27/15 Text Screenshots between UC-1 and Kwan (USA_00002205-2212) | None |
| 182 | 10/19/15 - 1/26/16 Text Readout between UC-1 and Kwan (USA_00002215-2221) | None |
| 183 | 10/19/15 - 2/11/16 Text Readout between UC-1 and Kwan (USA_00002234-2243) | None |
| 184 | 10/19/15 - 3/16/16 Text Readout between UC-1 and Kwan (USA_00002257-2268) | None |
| 185 | 10/19/15 - 5/6/16 Text Readout between UC-1 and Kwan (USA_00002277-2294) | None |

23

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|-----|-------------|---|----------------|
| 186 | 10/19/15 - 8/17/16 Text Readout between UC-1 and Kwan (USA_00002324-2346) | | None |
| 187.a | 2/29/16 - 3/8/16 Text Screenshots between UC-2 and Kwan (USA_00002255-2256) | | None |
| 187.b | 3/5/16 and 3/6/16 Photos Texted by Kwan to UC-2 (USA_00002254) | | None |
| 188 | 6/14/16 - 6/15/16 Text Screenshots between UC-2 and Kwan (USA_00002312-2319) | | None |
| 189 | 5/6/16 - 6/13/16 Text Screenshots between UC-2 and Schlotterbeck (USA_00002320-2323) | | None |
| 190 | 6/8/17 Text Screenshot between UC-2 and Schlotterbeck (USA_00002724) | | None |
| 191-197 | *Intentionally omitted* | | |
| | **Travis Schlotterbeck Interview and Clips** | | |
| 198.a | Audio of 6/21/17 Schlotterbeck Interview (USA_00001981) | | None |
| 198.b | Transcript of Ex. 198.a (USA_00007421-7524) | | None |
| 198.c-198.d | *Intentionally omitted* | | |
| 198.e | Clip of Ex. 198.a (23:46 - 24:35) | | None |
| 198.f | Clip of Ex. 198.a (33:23 - 34:07) | | None |
| 198.g | Clip of Ex. 198.a (34:08 - 35:09) | | None |
| 198.h | Clip of Ex. 198.a (40:09 - 40:37) | | None |

24

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|-----|-------------|---|----------------|
| 198.i – 198.j | *Intentionally omitted* | | |
| 198.k | Clip of Ex. 198.a (49:44 – 51:10) | | None |
| 198.l | Clip of Ex. 198.a (1:01:40 – 1:02:49) | | None |
| 199–200 | *Intentionally omitted* | | |
| | **Federal Firearms License Inquiry Certifications** | | |
| 201 | Negative Federal Firearms License Certification for Travis Schlotterbeck (USA_00009168-9169) | | None |
| 202 | Negative Federal Firearms License Certification for James Bradley Vlha (USA_00009131-9132) | | None |
| 203 | Negative Federal Firearms License Certification for Live Fire Coatings (USA_00000845-846) | | None |
| 204 | Negative Federal Firearms License Certification for Sign Imaging (USA_00000849-850) | | None |
| 205 | Negative Federal Firearms License Certification for Ping-Yi Kwan from May 3, 2016 through July 10, 2019 (USA_00009129-9130) | | None |
| 206 | Federal Firearms License Certification for Curios & Relics License for Ping-Yi Kwan from March 18, 2013 through May 3, 2016 (USA_00009151-9153) | | None |
| 207 | Negative Federal Firearms License Certification for Cherokee Tactical (USA_00000839-840) | | None |

**UNITED STATES v. SCHLOTTERBECK AND VLHA**

**CR NO. 19-343-GW**

**JOINT TRIAL EXHIBIT LIST**

| GEX | DESCRIPTION | | DEF. OBJECTION |
|-----|-------------|---|----------------|
| 208 | Negative Federal Firearms License Certification for Jacob Dekoning (USA_00009127-9128) | | None |
| 209 | Negative Federal Firearms License Certification for Jose Carbajal (USA_00009928-9929) | | None |
| 210 | *Intentionally omitted* | | |
| | **CI Certified Conviction Records** | | |
| 211 | Certified Copy of Conviction Record for CI for May 21, 1996 Conviction for Possession of Controlled Substance - Analogue (REDACTED) (USA_00008432-8446) | | None |
| 212 | Certified Copy of Information against CI dated May 28, 2015 for Felon in Possession of Firearm (REDACTED) (USA_00008957-8959) | | None |
| 213 | Certified Copy of Waiver of Indictment against CI dated July 29, 2015 for Felon in Possession of Firearm (REDACTED) (USA_00008960) | | None |
| 214 | Certified Copy of Findings of Fact and Recommendation on Guilty Plea against CI dated August 10, 2015 for Felon in Possession of Firearm (REDACTED) (USA_00008961-8962) | | None |
| 215 | Certified Copy of Order Adopting Magistrate Judge's Report against CI dated August 20, 2015 for Felon in Possession of Firearm (REDACTED) (USA_00008963) | | None |

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|-----|-------------|---|----------------|
| 216 | Certified Copy of Judgment in Criminal Case against CI dated October 13, 2015 for Felon in Possession of Firearm (REDACTED) (USA_00008964-8969) | | None |
| 217 | *Intentionally omitted* | | |
| 218 | Photographs of MagLite (USA_00000576-583) | | None |
| 219-240 | *Intentionally omitted* | | |
| | **Receipts for Down Payments** | | |
| 241 | Receipt Schlotterbeck gave CI on 8/27/15 for first $1000 for first AR-15-type firearm (USA_00009636) | | None |
| 242 | Receipt Schlotterbeck gave UC-1 on 10/8/15 for first $740 for second AR-15-type firearm (USA_00005206) | | None |
| | **Certified Copies of Dealer's Records of Sale Information** | | |
| 243 | Certification of Firearm History maintained by Cal. DOJ for Schlotterbeck and Vlha firearm purchases (REDACTED) (USA_00009930-9946) | | None |
| 244 | Certification of Firearm History maintained by Cal. DOJ for Schlotterbeck and Vlha firearm purchases through June 21, 2017, with certified dealer's records of sale (USA_00009972-10003) | | None |
| 245-246 | *Intentionally omitted* | | |

27

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|------|-------------|---|----------------|
| | **City of Bellflower Public Records Information** | | |
| 247 | Certified copy of City of Bellflower Public Information Record regarding Sign Imaging (USA_00009924-9925) | | None |
| 248 | ATF email with City of Bellflower regarding no business license for Live Fire Coatings (USA_00008068) | | None |
| 249-252 | *Intentionally omitted* | | |
| | **Miscellaneous Documents** | | |
| 253 | Jesse Kwan Live Fire Coatings business card (USA_00009653) | | None |
| 254 | Surveillance photograph of Live Fire Coatings front (USA_00000590) | | None |
| 255 | Surveillance photograph of Live Fire Coatings front (USA_00000588) | | None |
| 256 | Google image of Sign Imaging front (USA_00000591) | | None |
| 257 | Google image of Cherokee Tactical front (USA_00000585) | | None |
| 258-260 | *Intentionally omitted* | | |
| 261 | CA Driver's License for Travis Schlotterbeck (REDACTED) (TS_00000001) | | None |
| 262 | CA Driver's License for James Bradley Vlha (REDACTED) (JBV_00000001) | | None |
| 263 | CA Driver's License for Ping-Yi Kwan (REDACTED) (USA_00008120) | | None |

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|---|---|---|---|
| 264 | *Intentionally omitted* | | |
| 265 | ATF E-Form 7 - Application for Federal Firearms License (Revised May 2005) (USA_00010089-10106) | | None |
| 266 | ATF E-Form 7 - Application for Federal Firearms License (Revised May 2017) (USA_00010107-10118) | | None |
| 267- 300 | *Intentionally omitted* | | |
| 301- 366 393 | ATF reports of investigation and related reports (to be marked only for refreshing memory or past recollection recorded as necessary) | | None |
| 384- 392 394 | Orange County Regional Computer Forensics Laboratory reports (to be marked only for refreshing memory or past recollection recorded as necessary) | | None |
| 395- 400 | *Intentionally omitted* | | |
| **Travis Schlotterbeck Cell Phone Records** | | | |
| 401 | Samsung Galaxy cell phone, SN: SM-G891A, IMEI 358518072963449, telephone number 562-230-8701 (Schlotterbeck cell phone) | | None |
| 402 | Extraction of responsive materials from Ex. 401, including Cellebrite Extraction Report (USA_00004822) | | None |
| 403 | First two pages of Cellebrite Extraction Report | | None |
| 404 | List of Contacts from Cellebrite Extraction Report | | None |

29

UNITED STATES v. SCHLOTTERBECK AND VLHA

CR NO. 19-343-GW

JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | DEF. OBJECTION |
|-----|-------------|----------------|
| 405 | Images of completed AR-15-type firearms from phone images | None |
| 406 | Images of AR-15-type firearms in various stages from phone images | None |
| 407 | Images of lower receivers from phone images | None |
| 408 | Images of tools and guidance materials from phone images | None |
| 409 | Images of screenshots of parts advertisements from phone images | None |
| 410 | Images of Schlotterbeck, Vlha and Kwan ID cards from phone images | None |
| 411 | Summary exhibit: Texts between Schlotterbeck and Z. Pierret beginning December 2015 through October 2016 | None |
| 412 | Summary exhibit: Texts between Schlotterbeck and R. Delarosa from February 5, 2016 | None |
| 413 | Summary exhibit: Texts between Schlotterbeck and N. Santa Ana beginning February 2016 through March 2017 | None |
| 414 | Summary exhibit: Texts between Schlotterbeck and J. Chavez from December 17, 2016 | None |
| 415 | Summary exhibit: Texts between Schlotterbeck and C. Conrad from September 11, 2016 | None |
| 416 | Summary exhibit: Texts between Schlotterbeck and B. Pantus from September 21, 2016 | None |

### UNITED STATES v. SCHLOTTERBECK AND VLHA

### CR NO. 19-343-GW

### JOINT TRIAL EXHIBIT LIST

| GEX | DESCRIPTION | | DEF. OBJECTION |
|-----|-------------|---|----------------|
| 417 | Summary exhibit: Texts between Schlotterbeck and R. Taylor from February 10, 2016 | | None |
| 418 | Summary exhibit: Texts between Schlotterbeck and M. Brault from August 11, 2015 | | None |
| 419 | Summary exhibit: Texts between Schlotterbeck and F. Perez from February 16, 2016 | | None |
| 420 | Summary exhibit: Texts between Schlotterbeck, J. Kwan, E.B. and L.D. from September 22, 2015 | | None |
| 421 | Summary exhibit: Texts between Schlotterbeck, J. Kwan and J. Dobbs from October 2016 | | None |
| 422 | Summary exhibit: Texts between Schlotterbeck, J. Vlha, and J. Kwan from December 2016 | | None |
| 423 | Summary exhibit: Texts between Schlotterbeck and J. Vlha beginning April 2016 through April 2017 | | None |
| 424 | Summary exhibit: Texts between Schlotterbeck and J. Kwan beginning September 2015 through March 2017 | | None |

**UNITED STATES v. SCHLOTTERBECK AND VLHA**

**CR NO. 19-343-GW**

**JOINT TRIAL EXHIBIT LIST**

**DEFENDANTS' PROPOSED EXHIBITS:**

Defendants do not have any proposed exhibits to identify at this time.

32