TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
    1300/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3819/2426
    Facsimile: (213) 894-0141/0142
    E-mail:   Brian.Faerstein@usdoj.gov
              Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-00343-GW |
|---|---|
| Plaintiff, | GOVERNMENT'S PROPOSED STATEMENT OF THE CASE |
| v. | |
| TRAVIS SCHLOTTERBECK and JAMES BRADLEY VLHA, | Trial Date: July 12, 2022<br>Trial Time: 8:30 a.m.<br>Location:  Courtroom of the<br>          Hon. George H. Wu |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Brian R. Faerstein and Dan G. Boyle, hereby submits its Proposed Statement of the Case in the above-captioned proceeding. The government has consulted with defendant TRAVIS SCHLOTTERBECK, by and through his counsel of record Edward Robinson, and defendant JAMES BRADLEY VLHA, by and through his counsel of record Jerome J. Haig, regarding the Proposed

1

Statement of the Case set forth herein. Defense counsel informed the government that, at the present time, they do not agree with the government's proposal and do not have a competing proposal while their motion to dismiss the case (Dkt. No. 113) remains pending.

The parties respectfully reserve the right to supplement this proposed statement as appropriate and do not waive any positions as to the admissibility of any evidence at trial based on the conduct charged in the operative indictment in this case.

Dated: June 14, 2022              Respectfully submitted,

                                  TRACY L. WILKISON
                                  United States Attorney

                                  SCOTT M. GARRINGER
                                  Assistant United States Attorney


                                   /s/ *Brian Faerstein*
                                  BRIAN R. FAERSTEIN
                                  DAN G. BOYLE
                                  Assistant United States Attorneys
                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA


Dated: June 14, 2022               /s/ *with email authorization*
                                  EDWARD ROBINSON
                                  Attorney for Defendant
                                  TRAVIS SCHLOTTERBECK


Dated: June 14, 2022               /s/ *with email authorization*
                                  JEROME J. HAIG
                                  Attorney for Defendant
                                  JAMES BRADLEY VLHA

GOVERNMENT'S PROPOSED STATEMENT OF THE CASE

This case is a criminal proceeding brought by the United States against defendants Travis Schlotterbeck and James Bradley Vlha.

The United States has charged one or both of the defendants with three crimes, which are set forth in three separate counts. The defendants have pleaded not guilty to the charges and are presumed innocent unless and until proven guilty beyond a reasonable doubt.

The first count charges both defendants with conspiracy to engage in the business of manufacturing firearms without a license. The United States alleges that, from approximately May 21, 2015, through approximately June 21, 2017, the defendants, along with a co-conspirator named Ping-Yi "Jesse" Kwan as well as others known and unknown, conspired to commit an offense against the United States, specifically, engaging in the business of manufacturing firearms without a license. Among other things, the United States further alleges that, as part of this alleged criminal partnership, the defendants agreed to sell custom-built AR-15-type firearms to customers, obtained firearm parts some of which were unfinished, arranged to finish certain parts to make them suitable for use, assembled and finished the AR-15-type firearms, and sold them to customers at two adjacent businesses located in Bellflower, California. In addition, the United States alleges that the defendants committed a number of overt acts in furtherance of this conspiracy, including manufacturing and selling AR-15-type firearms lacking serial numbers, in some cases alongside magazines for ammunition, to a confidential informant working with and two

undercover agents employed by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, also known as "ATF," for prices ranging from $1,500 to $2,000.

The second count charges both defendants with engaging in the business of manufacturing firearms without a license. In connection with this count, the United States alleges that the defendants, along with others known and unknown, each aiding and abetting the other, willfully engaged in the business of manufacturing firearms without a license through the assembly and sale of multiple AR-15-type firearms bearing no serial numbers to an ATF confidential informant and two undercover agents, arising out of the same alleged conduct previously summarized for the conspiracy count.

The third count charges defendant Schlotterbeck, but not defendant Vlha, with one count of sale of a firearm to a prohibited person. In connection with this count, the United States alleges that on or about September 23, 2015, defendant Schlotterbeck knowingly sold an AR-15-type firearm bearing no serial number to a person that defendant Schlotterbeck believed to be a firearm customer but who was, in fact, an ATF confidential informant. The United States further alleges that defendant Schlotterbeck knew or had reasonable cause to believe that the confidential informant had been convicted of a felony crime and thus was not permitted to purchase a firearm.

As previously stated, the defendants have pleaded not guilty to these charges and are presumed innocent unless and until proven guilty beyond a reasonable doubt.