## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CR 19-343-GW | Date | June 23, 2022 |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
| Interpreter | NONE |

| Javier Gonzalez | Terri A. Hourigan/Suzanne McKennon | Daniel G. Boyle; Brian R. Faerstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Travis Schlotterbeck | ✔ | | ✔ | Edward M. Robinson, Ret.<br>Brian A. Robinson, Ret. | ✔ | | ✔ |
| 2. James Bradley Vlha | ✔ | | ✔ | Jerome J. Haig, CJA | ✔ | ✔ | |

**Proceedings:**     **PRETRIAL CONFERENCE**

Hearing is held by video teleconference. Defendants' CARES Act Orders are on file [92 and 95].

The Court's Tentative Ruling as to Defendants' Joint Motion to Dismiss Indictment per Fed. R.Crim. P. 12(b)(3)(a) [113] was issued on June 22, 2022 [128]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. Defendants' Motion is denied.

Court hears oral argument re Motions in Limine. Rulings are placed on the record as follows:

> Defendants' Joint Motion in Limine to Exclude Pejorative Term of "Ghost Gun" and Any Reference to "Unserialized" or "With No Serial Number" [112] is denied as to "Unserialized" and "With No Serial Number." The term "Ghost Gun" is continued to June 28, 2022.
>
> Government's Motions in Limine:
> No. 1 to Admit Evidence and Permit Argument [80] is granted in part and denied in part.
> No. 2 to Admit Defendant Schlotterbeck Interview Statements [81] is continued to June 28, 2022.
> No. 3 to Exclude Testimony of Proposed Defense Expert Steven D. Lieberman, Esq. [82] is tentatively granted without prejudice.

The pretrial conference is continued to June 28, 2022 at 10:00 a.m. Supplemental briefs are to be filed by June 27, 2022.

                                                                                     :    45

                                                               Initials of Deputy Clerk    JG

cc: