```
TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
     1300/1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3819/2426
     Facsimile: (213) 894-0141/0142
     E-mail:    Brian.Faerstein@usdoj.gov
                Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-343-GW |
|---|---|
| Plaintiff, | <u>PARTIES' STIPULATION REGARDING JOINT PROPOSED REDACTED TRIAL INDICTMENT; EXHIBITS</u> |
| v. | |
| TRAVIS SCHLOTTERBECK and JAMES BRADLEY VLHA, | Trial Date: July 12, 2022<br>Trial Time: 8:30 a.m.<br>Location: Courtroom of the Hon. George H. Wu |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, defendant TRAVIS SCHLOTTERBECK, by and through his counsel of record Edward Robinson, and defendant JAMES BRADLEY VLHA, by and through his counsel of record Jerome J. Haig, hereby stipulate and jointly submit a proposed redacted trial indictment to be presented to the jury during trial in the above-captioned

1

proceeding. The parties jointly submit the stipulated proposed redacted trial indictment in lieu of a joint proposed statement of the case.

For the Court's review and consideration, the parties attach hereto: (1) a clean version of the proposed redacted trial indictment as Exhibit 1; and (2) a tracked changes version of the proposed redacted trial indictment (reflecting redactions and edits to the operative indictment in this case, Dkt. No. 1) as Exhibit 2.

In brief, the proposed redacted trial indictment makes three principal categories of redactions or edits to the operative indictment solely for purposes of presentation to the jury at trial.

First, the proposed redacted trial indictment deletes three references to the alternate theory of "dealing in" firearms without a license under 18 U.S.C. § 922(a)(1)(A): (1) in the list of charges on page one; (2) in the objects of the alleged conspiracy in Count One on page three; and (3) in the charging language in Count Two on page nine. These redactions are consistent with the government's indication that, at trial, it will present to the jury the theory of engaging in the business of manufacturing firearms without a license only, without the alternate theory of engaging in the business of dealing in firearms without a license, with respect to Counts One and Two. (See Dkt. No. 89 (Government's Trial Memorandum) at 1.)

Second, the proposed redacted trial indictment deletes a number of references to previously-charged codefendant Jacob Dekoning ("Dekoning"), who was dismissed from the case upon motion of the government on February 20, 2020. (Dkt. Nos. 70, 71.) In some cases, including in the caption on page one and the charging

2

language in Counts One and Two, Dekoning's name is removed without any additional edits. In other cases, including in several paragraphs of the alleged conspiracy in Count One, Dekoning's name is replaced with "third-party" or "Cherokee Tactical employee," as appropriate in context.

Third, the proposed redacted trial indictment deletes the forfeiture allegation at the end as well as the reference to the corresponding forfeiture statutes in the caption. These redactions are consistent with the government's indication that, at trial, it does not anticipate seeking to forfeit any property in a forfeiture phase of trial (in the event of a conviction(s)). (See Dkt. No. 89 at 4.)

The proposed redacted trial indictment also makes other largely clerical redactions reflecting that it is intended for purposes of trial and not for presentment to the grand jury. These redactions include: (1) deletion of "January 2019 Grand Jury" from the caption; (2) addition of the case number in this proceeding to the caption; (3) revision of the title of the pleading from "INDICTMENT" to "TRIAL INDICTMENT" in the caption; (4) addition of a footer making clear that "THE INDICTMENT IS NOT EVIDENCE"; and (5) deletion of the signature block at the end of the proposed redacted trial indictment.

The parties stipulate and agree that the redactions to the proposed redacted trial indictment – including the elimination for trial of the "dealing in" theory under 18 U.S.C. § 922(a)(1)(A) – make no material changes to the indictment, do not prejudice the defendants, and do not effect any amendment (constructive or

1  otherwise) to the indictment.  In addition, for the avoidance of
2  confusion, the parties submit the proposed redacted trial indictment
3  solely for purposes of presentation to the jury at trial.  The
4  parties reserve and do not waive any and all rights with respect to
5  the still-operative indictment in this case (Dkt. No. 1), including
6  positions and arguments as to the admissibility of evidence, the
7  appropriateness of certain jury instructions, and the applicability
8  of implied theories of liability.  Among other things, defendants do
9  not waive their position, as set forth in their Motion in Limine to
10 Exclude Pejorative Term of "Ghost Gun" and Any Reference to
11 //
12 //
13 //

"Unserialized" or "With No Serial Number" (Dkt. No. 112), that the unserialized nature of the weapons in this case is not relevant to the charges.

IT IS SO STIPULATED.

Dated: June 27, 2022                    Respectfully submitted,

                                        TRACY L. WILKISON
                                        United States Attorney

                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                         /s/ *Brian Faerstein*
                                        BRIAN R. FAERSTEIN
                                        DAN G. BOYLE
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA


Dated: June 27, 2022                     /s/ *with email authorization*
                                        EDWARD ROBINSON
                                        Attorney for Defendant
                                        TRAVIS SCHLOTTERBECK


Dated: June 27, 2022                     /s/ *with email authorization*
                                        JEROME J. HAIG
                                        Attorney for Defendant
                                        JAMES BRADLEY VLHA

5