# GOVERNMENT'S EXHIBIT 1



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Brian R. Faerstein*
*Phone: (213) 894-3819*
*E-mail: brian.faerstein@usdoj.gov*

*1300 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

April 22, 2022

<u>**VIA E-MAIL**</u>

Robison D. Harley, Jr.
C/o Julie Strickland and Maya Jauregui
Law Office of Robison Harley
(714) 972-8141
rob.harley@sbcglobal.net
juliestrickland5@icloud.com

Jerome J. Haig
Law Office of Jerome J. Haig
21143 Hawthorne Boulevard, Suite 454
Torrance, CA 90503
Tel: 424-488-0686
jerome@jeromehaiglaw.com

   Re: <u>United States v. Schlotterbeck, et al.</u>,
      CR No. 19-00343-GW

Dear Counsel:

  Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the government hereby provides the following written summary of testimony that it currently intends to use during its case-in-chief at trial in the above-referenced proceeding under Federal Rules of Evidence 702, 703, and/or 705. Pursuant to Rule 16(b)(1)(C), the government hereby requests reciprocal disclosure from the defense of any testimony defendant intends to use at trial under Federal Rules of Evidence 702, 703 and/or 705.

  **A.** **Federal Firearms Licenses and Related Issues**

  The government intends to call Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Senior Industry Operations Investigator / Industry Operations Intelligence Specialist Thomas M. Chimileski, Jr. to testify regarding the federal firearms licensing system, the types of licenses required based on various types of activities, administrative requirements attendant to certain types of licenses, and restrictions on engaging in certain activities without a federal firearms license (FFL). He also will testify regarding regulatory matters relating to certain license types and the manufacture of firearms for sale. He will further testify regarding the

Defense Counsel
RE:  U.S. v. Schlotterbeck et al.
April 22, 2022
Page 2

system of tracking firearms manufactured for sale, including serialization and marking requirements, and issues attendant to firearms lacking serial numbers, or so-called "ghost guns." In addition, he will testify regarding records and other information maintained by federal and state authorities concerning the manufacture, sale and registration of firearms, including, among other things, the California Automated Firearms System, which maintains dealers records of sale. Investigator Chimileski also will testify regarding the nature, characteristics, and components of the type of AR-15-type firearms and ammunition involved in this case as well as the assembly of such firearms.  He will further testify regarding other aspects relating to the customization of firearms, including Cerakote and related processes.

Investigator Chimileski's duties as a Senior Industry Operations Investigator include, among other things, the regulation of FFLs and the evaluation of FFL applications, including verifying the suitability of FFL applicants through background checks, interviews, site visits, and other investigative activities.  Investigator Chimileski also advises prospective and existing FFL holders on regulatory requirements and restrictions associated with FFLs.  Investigator Chimileski further oversees compliance of FFL holders, which sometimes includes visits to FFL holders' places of business, and examination of records kept by FFLs.  His duties as an Industry Operations Intelligence Specialist include, among other things, the examination of firearms and ammunition for the purpose of identification, classification, and determination of origin.

The bases and reasons for Investigator Chimileski's opinions are his training, experience, and knowledge regarding firearms and ammunition and the regulation and licensing of activities relating thereto arising out of his nearly 18 years as an Industry Operations Investigator and Industry Operations Intelligence Specialist with the United States Department of Justice and his extensive professional experience in the function, use and handling of firearms.   Investigator Chimileski has previously testified approximately four times in federal and state court.  Investigator Chimileski's qualifications are further described in his CV, a copy of which is enclosed with this letter.

   **B.**  **Cellular Telephone and Hard Drive Data**

Absent a stipulation, the government intends to call a computer forensic examiner(s) to testify regarding the procedures followed in the imaging, processing, extraction, analysis, and/or review of data obtained from defendant Schlotterbeck's cellular telephone (USA_00004822) and three hard drives seized from Sign Imaging (USA_00004821, USA_00004824) during the course of this investigation, as described in ATF reports of investigation and Orange County Regional Computer Forensic Laboratory reports produced in discovery.  *See* USA_00001286-1289, USA_00001290-1292, USA_00007390-7394, USA_00008918-8954, USA_00008856-8892, USA_00009480-9486, USA_00009846-9902.  If necessary, the government anticipates calling Computer Examiner Gregory Estes and/or Computer Examiner Terry Hom – both currently or formerly with the Federal Bureau of Investigation's Computer Analysis Response Team at the Orange County Regional Computer Forensic Laboratory – to provide this testimony.  The bases and reasons for Mr. Estes's and Mr. Hom's testimony will be their training and experience in computer forensics and their involvement in the forensic processing of the digital devices

Defense Counsel
RE:  U.S. v. Schlotterbeck et al.
April 22, 2022
Page 3

described above.  Copies of Mr. Estes's and Mr. Hom's CVs further setting forth their qualifications are enclosed with this letter.

    **C.**    **California Firearms Law**

    The government reserves the right to call a witness, including in rebuttal if appropriate, from the California Department of Justice, Division of Law Enforcement, Bureau of Firearms, to testify regarding California firearms-related legal issues during the relevant period of the charged conduct in this case.  The government will supplement this disclosure with additional information regarding the potential witness and anticipated scope of testimony should such potential testimony become appropriate based on issues raised by the defense pretrial and/or during defense cross-examination or its case-in-chief (if any) at trial.

    If you believe that the information above, combined with the discovery provided to date, is insufficient to satisfy the obligations of Rule 16, please advise immediately.  The government respectfully reserves the right to provide supplemental notice(s) for additional witnesses or testimony before or during trial, as necessary and appropriate.

    Please let us know if you have any questions or would like to further discuss any of the matters raised above.

Very truly yours,

*[signature]*

Brian R. Faerstein
Michael J. Morse
Assistant United States Attorneys

Enclosures

# UNITED STATES DEPARTMENT OF JUSTICE
# BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES (ATF)
# LOS ANGELES FIELD DIVISION

## Thomas M. Chimileski Jr.

**Job Title:**   Sr. Industry Operations Investigator / Industry Operations Intelligence Specialist
ATF Los Angeles Field Division – Crime Gun Intelligence Center

**Disciplines:**   Crime Gun Intelligence, Firearms Regulation, Explosives Regulation

## Employment History:

**United States Department of Justice**
**ATF Los Angeles Field Division, San Diego / Riverside, California**
- 10/2016 - Present: Industry Operations Intelligence Specialist (IOIS)
- 10/2004 - Present: Industry Operations Investigator (IOI)

**Mesa Police Department, Mesa, Arizona**
- 03/1999 - 05/2000: Senior Evidence Technician
- 01/1995 - 03/1999: Evidence Technician

**Tempe Police Department, Tempe, Arizona**
- 11/1994 - 01/1995: Detention Enforcement Officer

**United States Department of the Treasury**
**U.S. Customs Service, San Diego, California**
- 01/1992 - 09/1994: Customs Inspector

**United States Marine Corps, Camp Pendleton, California (Southwest Asia)**
- 02/1988 - 07/1991: Crash, Fire & Rescue Section Leader
- 08/1985 - 02/1988: Crash, Fire & Rescue Specialist (Aviation Firefighter)

## Employment Related Training Attended:

- 10/2019: National Integrated Ballistic Information Network (NIBIN) Authorized Trainer Certification
  ATF - NIBIN National Correlation & Training Center, Huntsville, Alabama

- 07/2018: Crime Gun Intelligence
  ATF - Atlanta, Georgia / Washington, DC

- 12/2017: Crime Gun Intelligence / Violent Crime Strategies (CGI-VCS-1802)
  ATF - San Francisco, California

- 04/2017: Integrated Ballistics Identification System Data Acquisition
  ATF - NIBIN National Correlation & Training Center, Huntsville, Alabama

- 08/2016: Advanced Explosives Training (AETI-1603)
  ATF - National Center for Explosives Training & Research (NCETR), Huntsville, Alabama

- 04/2014: Unfinished Receivers / Firearm Manufacturing
  ATF - National Services Center (NSC), Martinsburg, West Virginia

- 08/2009: Southwest Border Firearms Trafficking Techniques (SWBFTT – 0901)
  ATF - San Diego, California

- 06/2008: Chemistry of Pyrotechnics and Explosives (CP-0801)
  Washington College, Chestertown, Maryland

- 09/2007: Southwest Border Firearms Trafficking Techniques
  ATF - Coronado, California

## Employment Related Training Attended (continued):

- 06/2005: Advanced Explosives Training (AETI-0502)
  ATF - Fort A.P. Hill, Virginia

- 12/2004: Inspector Basic Training Academy (IBT-0502)
  Federal Law Enforcement Training Center, Brunswick, Georgia

- 11/1994: Municipal Law Enforcement Detention Academy (94-1)
  Tempe Police Department, Tempe, Arizona

- 07/1992: U.S. Customs Service - U.S. Customs Service Academy (11PI-9214)
  Federal Law Enforcement Training Center, Brunswick, Georgia

- 05/1989: U.S. Marine Corps - Noncommissioned Officer Course
  Marine Corps Base Camp Pendleton, California

- 08/1985: U.S. Marine Corps - Aircraft Firefighting and Rescue Course
  U.S. Naval Air Technical Training Center, Naval Air Station Memphis, Millington, Tennessee

- 07/1985: U.S. Marine Corps - Marine Corps Recruit Training (Series 1051)
  First Battalion, A Company, Platoon 1051, Marine Corps Recruit Depot, Parris Island, South Carolina

## ATF Instructor
## Firearms & Explosives Related Training Presented:

- 03/2022: Instructor – *Firearms Identification, Firearm Function & Safe Handling*
  U.S. Probation Office – Southern District of California, San Diego, California

- 10/2021: Instructor - *Integrated Ballistics Identification System Data Acquisition/Triage*
  Los Angeles County Sheriff's Department, Los Angeles, California

- 10/2021: Instructor - *Privately Made Firearms, Firearms Identification & Tracing*
  California Association of Crime Laboratory Directors Conference, Los Angeles, California

- 10/2021: Instructor - *Privately Made Firearms, Firearms Identification & Tracing*
  FBI National Academy Associates Annual Conference (California Chapter), Carlsbad, California

- 07/2021: Instructor - *Integrated Ballistics Identification System Data Acquisition/Triage*
  San Bernardino Police Department, San Bernardino, California

- 06/2021: Instructor - *Integrated Ballistics Identification System Data Acquisition/Triage*
  San Bernardino Police Department, San Bernardino, California

- 05/2021: Instructor - *Privately Made Firearms / Firearm Manufacturing, Firearms Identification & Tracing*
  San Bernardino Police Department, San Bernardino, California

- 01/2021: Instructor - *Integrated Ballistics Identification System Data Acquisition/Triage*
  Verdugo Regional Crime Laboratory, Glendale, California

- 10/2020: Instructor - *Integrated Ballistics Identification System Data Acquisition/Triage*
  San Bernardino Police Department, San Bernardino, California

- 09/2020: Instructor - *Integrated Ballistics Identification System Data Acquisition/Triage*
  San Bernardino Police Department, San Bernardino, California

- 03/2020: Instructor - *FFL Seminar, Privately Made Firearms, Firearms Tracing*
  Project Guardian Summit: U.S. Attorney's Office – Southern District of California, San Diego, California

- 05/2019 – 08/2019: Instructor - *Firearm Function & Safe Handling*
  ATF Los Angeles Field Division Industry Operations Offices, (Glendale, San Diego, Santa Ana), California

- 04/2019: Instructor – *Privately Made Firearms / Firearm Manufacturing, Firearm Recognition*
  Ventura County District Attorney's Office, Ventura, California

## ATF Instructor
## Firearms & Explosives Related Training Presented (continued):

- 03/2019:  Instructor - *Firearm Recognition, Firearms Tracing, National Integrated Ballistic Information Network*
  California Association for Property & Evidence (CAPE), Santa Barbara, California

- 08/2018 – 09/2018:  Instructor - *Firearm Function & Safe Handling Training*
  ATF Los Angeles Field Division Industry Operations Offices, (Glendale, San Diego, Santa Ana), California

- 08/2018:  Instructor - *Privately Made Firearm, e-Trace, National Integrated Ballistic Information Network*
  California Gang Investigators Conference, Garden Grove, California

- 04/2018:  Instructor - *Privately Made Firearms / Firearm Manufacturing, Firearms Identification*
  Newport Beach Police Department, Newport Beach, California

- 01/2018:  Instructor - *Privately Made Firearms, Firearms Identification*
  Los Angeles High Intensity Drug Trafficking Area (HIDTA) Executive Board Conference, Los Angeles, California

- 01/2018:  Instructor - *Firearm Recognition, Firearm Tracing, National Integrated Ballistic Information Network*
  Riverside County Sheriff's Office & California Association for Property & Evidence, Palm Desert, California

- 10/2017:  Instructor - *Unfinished Receivers / Firearm Manufacturing, Firearms Identification*
  San Bernardino Police Department, San Bernardino, California

- 07/2017:  Instructor - *Firearm Function & Safe Handling*
  ATF Los Angeles Field Division Industry Operations Offices, (Glendale, San Diego, Santa Ana), California

- 11/2016:  Instructor - *Federal Firearms Licensee Seminar*
  ATF Los Angeles Field Division, Yuma, Arizona

- 10/2016:  Instructor - *Unfinished Receivers / Firearm Manufacturing, Firearms Identification*
  San Bernardino County Sheriff's Department, San Bernardino, California

- 09/2016:  Instructor - *Federal Firearms Licensee Seminar*
  ATF Los Angeles Field Division, San Diego, California

- 05/2016:  Instructor - *Federal Firearms Licensee Seminar*
  ATF Los Angeles Field Division, Palm Desert, California

- 07/2015:  Instructor - *Federal Firearms Licensee Seminar*
  ATF Los Angeles Field Division, Ontario, California

- 06/2015 – 07/2015:  Instructor - *Firearm Function & Safe Handling*
  ATF Los Angeles Field Division Industry Operations Offices, (Glendale, San Diego, Santa Ana), California

- 03/2015:  Instructor - *Federal Firearms & Explosives Laws/Regulations, Licensing, Explosives Storage*
  U.S. Defense Contract Management Agency (DCMA), Ontario, California

- 10/2014:  Instructor - *Unfinished Receivers / Firearm Manufacturing, National Firearms Act Firearms*
  San Luis Obispo Sheriff's Department, San Luis Obispo, California

- 09/2014:  Instructor - *Federal Firearms Licensee Seminar*
  ATF Los Angeles Field Division, Ventura, California

- 07/2014 – 09/2014:  Instructor - *Unfinished Receivers / Firearms Manufacturing*
  ATF Los Angeles Field Division Offices, (Carlsbad, El Centro, Glendale, Long Beach, Los Angeles, Riverside, San Diego, Santa Ana), California

- 08/2013:  Instructor - *Federal Explosives Licensee / Permittee Seminar*
  ATF Los Angeles Field Division, Ontario, California

- 08/2013:  Instructor - *Federal Firearms Licensee Seminar*
  ATF Los Angeles Field Division, El Centro, California

## ATF Instructor
## Firearms & Explosives Related Training Presented (continued):

- 06/2013: Instructor - *Unfinished Receivers / Firearm Manufacturing*
  ATF San Francisco Field Division, Dublin, California

- 08/2012: Instructor - *Federal Explosives Licensee / Permittee Seminar*
  ATF Los Angeles Field Division, Ontario, California

- 06/2012: Instructor - *Federal Firearms Licensee Seminar*
  ATF Los Angeles Field Division, San Diego, California

- 12/2010: Instructor - *Advanced Firearms Training for Industry Operations Investigators (ATFI – 1101)*
  ATF – National Services Center (NSC), Martinsburg, West Virginia

- 09/2010: Instructor - *Southwest Border Firearms Trafficking Techniques (SWBFTT – 1002)*
  El Paso Intelligence Center (EPIC), El Paso, Texas

- 07/2010: Instructor - *Firearms Trafficking Techniques (FTT – 1001)*
  San Diego, California

- 04/2010: Instructor - *Southwest Border Firearms Trafficking Techniques (SWBFTT – 1001)*
  El Paso Intelligence Center (EPIC), El Paso, Texas

- 09/2009: Instructor - *Southwest Border Firearms Trafficking Techniques (SWBFTT – 0902)*
  El Paso Intelligence Center (EPIC), El Paso, Texas

- 02/2007: Instructor - *Federal Firearms Licensee Seminar*
  ATF Los Angeles Field Division, San Diego, California

## Honors & Awards:

- Outstanding Employee of the Year (Non-Supervisory)
  ATF – Washington, DC - 08/2015

- Distinguished Graduate
  ATF - Inspector Basic Training Academy (IBT-0502),
  Federal Law Enforcement Training Center, Brunswick, Georgia - 12/2004

- Distinguished Graduate
  U.S. Customs Service Academy (11PI-9214),
  Federal Law Enforcement Training Center, Brunswick, Georgia - 07/1992

- Honor Graduate
  U.S. Marine Corps – Aircraft Firefighting and Rescue Course,
  U.S. Naval Air Technical Training Center, Naval Air Station Memphis, Millington, Tennessee - 08/1985

## Memberships / Organizations:

- Life Member – National Rifle Association
- Life Member – Disabled American Veterans

Gregory Estes
Certified Computer Examiner
Santa Ana, California
greg.estes@da.ocgov.com
Phone: (714) 435-4620

_____

## EDUCATION

Bachelor of Arts, International Business                                        June 1992
    California State University, Fullerton

## CERTIFICATIONS

  GIAC Advanced Smartphone Forensics                                  Sep 2019

  FBI CART Macintosh                                                  Nov 2017

  FBI CART Basic Mobile                                               Aug 2017

  FBI CART Forensic Examiner                                          Mar 2017

  Certified Computer Examiner                                         July 2007
     International Society of Forensic Computer Examiners

## WORK EXPERIENCE

Forensic Examiner                                                   July 2014 – Dec 2019
    Federal Bureau of Investigation - CART
    Orange County Regional Computer Forensics Laboratory

- Full-time task force officer assignment to the laboratory for the purpose of conducting forensic acquisitions and examinations of digital media. Conducted computer forensic related work in multiple federal and state criminal investigations.

Digital Forensic Examiner (Special Agent)                           July 2007 – Dec 2019
    Bureau of Alcohol, Tobacco, Firearms and Explosives

- Forensic acquisitions and examinations of digital media in multiple federal and state criminal investigations.

**PROFESSIONAL TRAINING**

Federal Bureau of Investigation
    SANS 585 – Smartphone Forensic Analysis    May 2019
    Collection/Seizure of Mobile Devices    Dec 2017
    Essential Forensic Techniques I (BlackBag)    Oct/Nov 2017
    Basic Mobile CART Workforce Modernization    July/Aug 2017
    AD Lab for MAC    Jan 2017
    CART Moot Court    Sep 2016
    SANS 408 – Windows Forensic Analysis    June 2016
    CART Practicals    Mar 2016
    File Systems Basic    May 2015
    OS (Operating System) Artifacts    Feb 2015
    Web Artifacts    Feb 2015
    DExT Training/CART Technician Certification    Jan/Feb 2015
    CART Basic Tools    Jan 2015

Orange County Regional Computer Forensics Laboratory
    Magnet Forensics Internet Evidence Finder    Jan 2015

Chicago Regional Computer Forensics Laboratory
    X-Ways Forensics    Sep 2017

Defense Cyber Investigations Training Academy
    Introduction to Cyber Investigations (ICI)    Feb 2014
    Windows Forensic Examinations – FTK    May 2013
    Computer Incident Responders Course    May 2012
    Intro. to Networks and Computer Hardware    Aug 2011

AccessData Training Facility
    Mobile Forensics 101 and 202 – ATF Custom Workshop    Oct 2010

Kansas City Police Academy
    ATF Computer Forensic Branch Training Conference    Sep 2010

Kennesaw State University
    Certified Computer Examiner Bootcamp    May 2007

National White Collar Crime Center
    DF320 Advance Digital Forensic Analysis: macOS    Feb 2019
    Cyber Investigation 201 - Social Media & Technical Skills    Feb 2016
    Cybercop 101 - Basic Data Recovery and Acquisition    Apr 2007

New Horizons Computer Training Center
    A+ Certification Course    Jan 2007

**PRIOR TESTIMONY**

<u>State of California v David Russell Lowe</u>, 16NF2017
    Orange County, California      Sep 2019

<u>State of California v Steven James Sunny</u>, FSB1304943
    San Bernardino County, California      July 2019

<u>U.S.A. v Gonzales, et al.</u>, CR 15-334(B)-PSG
    U.S. District Court, Central District of California      Feb 2019

<u>U.S.A. v Jose Alberto Delatorre, et al.</u>, 18CR1121-L
    U.S. District Court, Southern District of California      Aug 2018

<u>State of California v Eduardo Solorio, et al.</u>, BA425009
    Los Angeles County, California      July 2018

<u>U.S.A. v Grey, et al.</u>, CR 15-334(A)-PSG
    U.S. District Court, Central District of California      June 2018

<u>U.S.A. v Keith Walton, et al.</u>, SACR 16-00029-CJC
    U.S. District Court, Central District of California      Sep 2017

<u>U.S.A. v Glenn Deshawn Browne</u>, SACR 16-139-CJC
    U.S. District Court, Central District of California      Mar 2017

<u>State of California v Michael Milutinovich</u>, 15WF2473
    Orange County, California      Oct 2016

<u>State of California v Paul Roger Moore</u>, CR53504
    Colusa County, California      Aug 2013

<u>U.S.A. v Nicholas Bickle</u>, 2:10-cr-00565-RLH-PAL
    U.S. District Court, District of Nevada      Sep 2011

**Terry G. Hom**
Page 1 of 3

CURRICULUM VITAE
FBI



*Terry G. Hom   ITSFE*

Federal Bureau of Investigation
Computer Analysis Response Team
Orange County Regional Forensic Laboratory
3800 W Chapman Ave.  Suite 800
Orange, California 92868
PHONE: 714-385-6231

PROFESSIONAL EXPERIENCE

May 2005 - present   **Computer Forensic Examiner**
Orange County Regional Forensic Laboratory
3800 W Chapman Ave Suite 800
Orange, California 92868

As forensic computer examiner in an ANAB accredited laboratory, I have examined physical evidence under a documented quality assurance program that includes annual proficiency testing, technical/peer and administrative reviews and adherence to standard operating procedures.

Conducted forensic examinations on computer evidence, performed search and seizure operations, and provided instruction to new examiners.  Certified to perform forensic examinations on Windows, Macintosh systems, and mobile devices such as android type cell phones and ios devices such as iphones and ipads.

Jan 1998 – May 2005   **INFORMATON TECHNOLOGY SPECIALIST**
Federal Bureau of Investigation
Los Angeles Headquarters
11000 Wilshire Blvd
Los Angeles, California 90024

Maintained Rapid Start LAN for Critical Response Team. Maintained Santa Ana, Long Beach, West Covina, and Riverside Resident Agency servers and IT equipment. Assisted in the FBI WAN upgrade and installation of Trilogy servers, computers, printers and associated hardware and software.  Performed software upgrades and maintained user accounts. Performed systems backups and troubleshooting on networks and individual devices.

March1981 – Dec 1997   **FIELD ENGINEER**
Decision One Corporation
Brea, California

Maintained, repaired computer systems and networks for assigned customers.  Performed System upgrades and installed new equipment.  Provided technical support and assistance to other field engineers, sales representatives, and customers.  Performed on site inspections for new equipment installations.  Repaired broken computer equipment to component level.

**Terry G. Hom**
**Page 2 of 3**

## EDUCATION

Sept 1976 – Dec 1980  **University of Arizona**
Tucson, Arizona
Bachelor of Science Public Administration

Jan 1981 – March 1981  **Westwood College**
Anaheim, California
Associate of Arts in Electronic Technology

## FORENSIC EXAMINATION / TESTIMONY EXPERIENCE

Analyzed over 950 pieces of computer media in support of over 400 cases since 2005.  Participated in the execution of over 90 search warrants/search and seizure operations, and field examinations.  Testified in support of one Innocent Images trial in Los Angeles, California and in support of one Medical Fraud case in Los Angeles, California. Testified twice in support of a child molestation case for the Orange County District Attorney's Office.  Testified in support of an ISIS terrorist case.

## PROFESSIONAL TRAINING

| | |
|---|---|
| Mar 2022 | Analog Forensics 101 |
| Sep 2021 | FY21 Mac OS Refresher |
| Jun 2020 | ADLAB Refresher and new Techniques |
| Aug 2019 | Cellebrite Certified Physical Analyst |
| Aug 2019 | Cellebrite Certified Operator |
| Mar 2019 | FY 18/19 Mobile Technical Refresher |
| Feb 2019 | FY 18/19 macOS Technical Refresher |
| Feb 2019 | ISP Training (In System Programming) |
| Feb 2019 | NW3C Advanced Digital Forensic Analysis: macOS |
| Sep 2018 | JTAG Training (Joint Test Action Group) |
| Aug 2017 | Basic Mobile Devices Training |
| Jan 2017 | BlackBag Technologies Tools Training |
| Jun 2016 | BlackBag Technologies Forensics Concepts I |
| Oct 2015 | BlackBag Technologies Tools Training |
| Mar 2015 | Encase v7 |
| Mar 2015 | Reverse Engineering for mac malware |
| May 2014 | X-Ways Training |
| Feb 2014 | BlackBag Technologies Tools Training |
| Aug 2013 | *Cell Phone/GPS training* |
| *Jun 2013* | *Windows 8 forensics* |
| Sep 2012 | TimeLine |
| Aug 2012 | *AD Lab for MacIntosh* |
| *May 2011* | *FTK v3 for Mac* |
| *Jan 2011* | *Live Capture* |
| *Feb 2010* | *Deleted Files vs Residual* |
| April 2010 | *Digital Camera Forensics* |
| April 2009 | *Forward Discovery-MacIntosh Forensics* |
| Jan 2008 | *Encase Forensics II* |
| Jan 2007 | *Windows Registry Basic Concepts* |
| *Feb 2007* | *Search Concepts* |
| *April 2007* | *Case Agent Investigative Review (Computer based training)* |
| *Oct 2006* | *Linux Boot CD v 5.0* |
| *April 2006* | *Moot Court* |
| *April 2006* | *OTD Quality Assurance* |
| *Sept 2005* | *Forensic Tool Kit, Access Data* |
| *May 2005* | *BWCT Practicals* |

**Terry G. Hom**
**Page 3 of 3**

| | |
|---|---|
| *Mar 2005* | *Basic Data Recovery and Analysis (BDRA)* |
| *Feb 2005* | *BWCT Practicals* |
| *Jan 2005* | *BWCT Forensic Concepts (self paced)* |
| *Nov 2004* | *BWCT CART (self paced)* |
| *July 2004* | *A+ PC Hardware* |
| *Jun 2004* | *Net+* |
| *Jun 2004* | *BWCT Quality Management* |
| *Aug 2002* | *Cisco Interconnecting Network Devices (ICND)* |
| *Oct 2001* | *Hands-on Windows 2000* |
| *Oct 2001* | *Implementing and Managing Microsoft Exchange 2000* |
| *Oct 2001* | *Windows NT4 workstation and server* |
| *Oct 2000* | *Unix Hands on Introduction* |
| *Mar 2000* | *Introduction to Solaris and Security (Sun Microsystems)* |
| *Dec 1998* | *Data Communications* |
| *Jun 1998* | *Novell 520 Netware 4.11 Systems Administration* |
| *Jun 1998* | *PC troubleshooting and techniques* |