# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVIS SCHLOTTERBECK and JAMES VLHA,<br><br>　　　　　Defendants. | Case No. CR 19-343-GW<br><br>**[PROPOSED] ORDER CONTINUING TRIAL OF DEFENDANTS** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:

　　　The trial of the defendants is continued to _____

DATED:

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　United States District Judge