UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CR 19-343-GW | Date | June 28, 2022 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter **NONE**

| Javier Gonzalez | Terri A. Hourigan | Daniel G. Boyle; Brian R. Faerstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Travis Schlotterbeck | ✔ | | ✔ | Edward M. Robinson, Ret.<br>Rachael Robinson, Ret. | ✔ | | ✔ |
| 2. James Bradley Vlha | ✔ | | ✔ | Jerome J. Haig, CJA | ✔ | ✔ | |

**Proceedings:** **PRETRIAL CONFERENCE**

Hearing is held by video teleconference. Defendants' CARES Act Orders are on file [92 and 95].

Defendants' Ex Parte Motion to Continue Trial of Defendants Based upon New Supreme Court Decision Impacting the Defendant's 2nd Amendment Rights Against Further Prosecution [133] is denied.

Court hears further argument as to Motions in Limine. Counsel are to discuss remaining issues and file supplemental briefs by noon on July 7, 2022. The pretrial conference is continued to July 11, 2022 at 8:30 a.m.

The trial set for July 12, 2022, is tentatively continued to July 22, 2022 at 8:30 a.m.

: 45

Initials of Deputy Clerk  JG

cc: