# EXHIBIT B

other device at any time, for the purpose of killing any water fowl within the limits of Washington Territory, shall be guilty of a misdemeanor.

West Virginia: *1889 W. Va. Acts 173, An Act to Repeal chapter 28 Of The Acts Of The Legislature Of 1889, Entitled "AN Act To Establish A Court Of Limited Jurisdiction In The county Of Wayne, pt. 11*: And it shall be unlawful for any person by the use of any swivel or pivot gun, or any other than the common shoulder gun, or by the aid of any push boat or sneak boat, used for carrying such gun, to catch, kill, wound or destroy, or to pursue with such intent upon any of the waters, bogs . . . within this state, any wild goose, wild duck or brant.

**Manufacturing, Inspection and Sale of Gunpowder.**

**Colonial (1607-1791)**

Maryland: *1757-68 Md. Acts 53, An Act Prohibiting All Trade With The Indians, For The Time Therein Mentioned, § 3*: That it shall not be lawful for any person or persons within this Province, to sell or give to any Indian Woman or Child, any gunpowder, shot, or lead, whatsoever, nor to any Indian Man within this province, more than the quantity of one pound of gunpowder and six pounds of shot or lead, at any one time, and not those, or lesser quantities of powder or lead oftener than once in Six months, under the Penalty of Five Pounds Current Money for every pound of gunpowder. . .

New Jersey:  *1776-77 N.J. Laws 6, An Act For The inspection Of Gunpowder, chap. 6, § 1*: That any person who, from and after the publication of this act, shall offer any gun powder for sale, without being previously inspected and marked as is herein after directed, shall forfeit, fore every such offence, the sum of five shillings a pound for every pound weight so offered for sale, and so in proportion for greater or lesser quantity. . .

**Pre-14[th] Amendment (1791-1868)**

Connecticut: *1836 Conn. Acts 105 (Reg. Sess.) An Act Incorporating The Cities of Hartford, New Haven, New London, Norwich and Middletown, chap. 1, § 20*: relative to prohibiting and regulating the bringing in, and conveying out, or storing of gunpowder in said cities . .

Indiana: *1847 Ind. Acts 93, An Act To Reduce the Law Incorporating the City of Madison, and the Several Acts Amendatory thereto Into One Act, And To Amend the Same, chap 61, § 8,  pt. 4*: to regulate and license, or provide by ordinance for regulating and licensing . . . the keepers of gunpowder and other explosive compounds.

Iowa: *1845 Iowa Laws 119, An Act to Incorporate and Establish the City of Dubuque, chap 123, § 12*: they shall have power from time to time to make and publish all such

60

Electronic copy available at: https://ssrn.com/abstract=2200991

laws and ordinances as to them shall seem necessary to provide for the safety, preserve health, promote the prosperity and improve the morals, order, comfort and convenience of said city, and the inhabitants thereof, to impose fines, forfeitures and penalties on all persons offending against the laws and ordinances of said city, and provide for the prosecution, recovery and collection thereof, and shall have power to regulate by ordinance the keeping and sale of gunpowder within the city.

Massachusetts: *1814 Mass. Acts 464, An Act In Addition To An Act, Entitled "An Act To Provide For The Proof Of Fire Arms, Manufactured Within This Commonwealth." § 1:* From and after the passing of this act, all musket barrels and pistol barrels, manufactured within this commonwealth shall, before the same shall be sold, and before the same shall be stocked, be proved by the person appointed according to the provisions of this act . . . with a charge of powder equal in weight to the ball which fits the bore of the barrel to be proved . . . § 2. If any person of persons, from and after the passing of this act, shall manufacture within this Commonwealth, any musket or pistol, or shall sell and deliver, or shall knowingly purchase any musket or pistol, without having the barrels first proved according to the provisions of the first section of this act, marked and stamped according the provisions of the first section of the act to which this is an addition . . .

New Hampshire: *1820 N.H. Laws 274, An Act To Provide For The Appointment Of Inspectors And Regulating The Manufacture Of Gunpowder, chap XXV, §§ 1-9:* The Governor . . . is herby authorized to appoint an inspector of gunpowder for every public powder magazine, and at every manufactory of gunpowder in this state . . . § 2. And be it further enacted that from and after the first day of July next, all gunpowder which shall be manufactured within this estate shall be composed of the following proportions and quality of materials. . . § 3. It shall be the duty of each of said inspectors to inspect examine and prove all gunpowder which after the first day of July shall not be deposited at any public powder magazine, or manufactory of this state. . . § 4: No gunpowder within this state shall be considered to be of proof unless one ounce thereof, placed in a chamber of a four inch howitzer and elevated so as to form an angle of forty five degrees with the horizon, will, upon being fired throw a twelve pound shot seventy five yards at the lease. § 5: Whenever any of said inspectors shall discover any gunpowder, deposited at any public powder magazine, or any other place within this state, which is not well manufactured or which is composed of impure materials . . . the inspector in such case, shall mark each cask containing such impure ill manufactured or deficient gunpowder. § 6. If any person shall knowingly sell any condemned gunpowder . . . every such person, so offending , shall forfeit and pay not less than two hundred dollars nor more than five hundred dollars. . . § 7. Each inspector . . . be shown to the faithful and impartial discharge of the duties of his office, and each inspector one cent for each pound gunpowder, by him examined inspected and proved § 8. That if any manufacturer of gunpowder meant to be sold inspected . . . shall forfeit . . . not less than two dollars . . . § That if any person with within this state . . shall knowingly . . . shall forfeit not less than 5 dollars nor more than 500 dollars.

New Hampshire: *1825 N.H. Laws 74, An Act To Regulate The Keeping And Selling, And Transporting Of Gunpowder, chap. 61, § 5*: That if any person or persons shall sell or

61

Electronic copy available at: https://ssrn.com/abstract=2200991

offer for sale by retail any gunpowder in any highway, or in any street, lane, or alley, or on any wharf, or on parade or common, such person so offending shall forfeit and pay for each and every offense a sum not more than five dollars nor less than one dollar, to be recovered and applied as aforesaid.

New Jersey: 1811 N.J. Laws 300, An Act To Regulate Gun Powder Manufactories And Magazines Within This State, § 1: No person or persons whatsoever shall be permitted within this state to erect or establish or cause to be erected or established any manufactory which shall be actually employed in manufacturing gun powder either by himself or any other person, either on his own land or another, within the distance of a quarter of a mile from any dwelling house, barn or out house, without the consent under hand and seal of all and every the owner or owners of such dwelling house. . .

Ohio: *1849 Ohio Laws 408, An Act To Incorporate The Town Of Ripley In The County Of Brown, § 4*: That the said town council of Ripley shall have power to ordain and establish laws and ordinances . . . to regulate the sale of gunpowder therein.

Pennsylvania: *1794 Pa. Laws 764, An Act Providing For The Inspection Of Gunpowder chap. 337*: Whereas gun-powder imported from abroad, and manufactured within this stat, have frequently been found to vary much in its strength, and sometimes of inferior qualities, and its defects not discovered until brought into actual use : and whereas the modes herefore rules to prove the force thereof have been found uncertain and variable; and whereas Joseph Leacock, of the city of Philadelphia, hath invented an engine, called a pendulum powder proof, with a graduated arch and catch pall, by which it is conceived that the force of gunpowder may be proved by experiment, and the article reduced to certain and uniform standards of strength, whereby the manufacture may be advanced towards ultimate perfection, and the purchaser and consumer protected against fraud and imposition.

Tennessee: *1867-68 Tenn. Pub. Acts 26, An Act To Amend The Charter Of The City Of Memphis, And For Other Purposes, pt. 20*: To provide for the prevention and extinguishment of fires . . . to regulate and prevent carrying on manufactures dangerous in causing or producing fire . . .

Vermont: *1865 Vt. Acts & Resolves 213, An Act To Amend An Act Entitled "An Act To Incorporate The Village Of Rutland,:" Approved November 15, 1847, § 10*: . . . and said fire wardens may inspect the manner of manufacturing and keeping gun-powder, lime, ashes, matches, lights, fire-works of all kinds, and other combustibles, . . . and said fire-wardens may , if they deem the same to be dangerous, order the persons manufacturing and keeping such gun powder . . . in what manner to manufacture and keep the same. . .

## Post 14th Amendment

California: 1883 Cal. Stat. 156, § 153: The Municipal Council shall provide by ordinance for the payment into a "Fireman's Charitable Fund" of such city, or city and county, of all moneys received for licenses for the storage, manufacture, or sale of gunpowder, blasting

62

Electronic copy available at: https://ssrn.com/abstract=2200991

powder, gun cotton, fireworks, nitroglycerine, dualine, or any explosive oils or compounds, or as a municipal tax upon the same; also all fines collected in the police court for violations of fire ordinances.  . . .

Kentucky: *1874 Ky. Acts 327, An Act to Revise and Amend the Charter of the City of Newport, § 6*: To prohibit the manufacture of gunpowder or other explosive, dangerous or noxious compounds or substances in said city, and to regulate their sale and storage by license.

Nebraska: *1869 Neb. Laws 53, An Act To Incorporate Cities Of The First Class In The State Of Nebraska, § 47*: The City Council shall have power to license all . . . vendors of gunpowder. . .

Nebraska: *1895 Neb. Laws 233, Statutes Relating To The government Of The City Of Lincoln, § 17*: No person shall keep, sell, or give away any gunpowder or guncotton in any quantity without permission in writing signed by the Chief of Fire Department and City Clerk, and sealed with the corporate seal, under a penalty of twenty-five dollars for every offense: Provided, any person may keep for his own defense a quantity of gunpowder or guncotton not exceeding one pound.

New Hampshire: *1891 N.H. Laws 332, Safe-keeping Of Gunpowder And Other Explosives, § 7*: If any person shall carry from town to town, or from place to place, any gunpowder  for the purpose of peddling or selling it by retail in quantities less than twenty-five pounds, or shall sell, or offer to sell by retail, any gunpowder in any highway or street, or on any wharf, parade, or common, or if any person shall sell or deal out any gunpowder in the night time, between sunset and sunrise, he shall forfeit for each offense a sum not more than five dollars.

New Jersey: 1886 N.J. Laws 358, An Act To Regulate The Manufacture And Storage Of Gun Powder, Dynamite And Other Explosive, § 1: No person or persons or corporations shall after the passage of this act, be permitted within this state to erect, have or maintain, or cause to be erected, had or maintained any establishment, storehouse or building in which in which shall be manufactured, stored or kept any gun powder, blasting powder, dualin, dynamite, forcite, giant powder, nitroglycerine, or any powder or materials of which nitroglycerine is an essential ingredient or forms a component part, or any other explosive within the distance of one thousand feet from any public road . . .

Ohio: 1889 Ohio Laws 164, An Act To Amend Section 2669 Of The Revised Statutes, As Amended April 22, 1885, § 2669: The council of the city or village may provide by ordinance for licensing all exhibiters of shows or performances of any kind, not prohibited by law, hawkers, peddlers, auctioneers of horses and other animals on the highways or public grounds of the corporation, vendors of gun powder and other explosives, taverns and houses of public entertainment, and hucksters in the public streets or markets, and in granting such license, may extract and receive such sum of money as it may think reasonable . . .

63

Electronic copy available at: https://ssrn.com/abstract=2200991

Oklahoma: *1890 Okla. Sess. Laws 447, Crime and Punishment, § 24*: Every person guilty of making or keeping gunpowder or saltpeter within any city or village, in any quantity of manner such as is prohibited by law or by and ordinance of said city or village, in consequence whereof any explosion occurs whereby any human being is killed, is guilty of manslaughter.

Oklahoma: *1890 Okla. Sess. Laws 474, Crime and Punishment, § 4*: Every person who makes or keeps gunpowder or saltpeter within any city or village, and every person who carries gunpowder through the streets thereof, in any quantity or manner such as is prohibited by law, or by any ordinance of such city or village , is guilty of a misdemeanor.

Rhode Island: *1885 R.I. Pub. Laws 6, An Act In Amendment Of And in Addition To Chapter 242 Of The Public Statutes, Entitles "Of Offenses Against Private Property." § 1*: Every person who shall knowingly deliver or cause to be delivered to any person or carrier any box, can or other package of nitroglycerine, gunpowder, naptha or other equally explosive material, not marked with a plain and legible label describing its contents, or who shall remove or cause to be removed any such label or mark shall be fined not more than ten thousand dollars or imprisoned not more than five years.

Tennessee: *1899 Tenn. Pub. Acts 327, An Act To Repeal The Charter Of The Town Of Waverly, In Humphreys county, And to Incorporate Said Town And Define Its Rights, Powers, etc., § 10*: To regulate, restrain, or prevent the carrying on of manufactories dangerous in causing or producing fires, and to prevent and suppress the sale of firearms, fireworks, Roman candles, crackers, sky rockets, etc., and toy pistols. . .

## Militia Regulation

### Classical Period (Prior to 800 AD)

*Constitution of Athens, Aristotle § 4:* Now his constitution had the following form. The franchise was given to all who could furnish themselves with a military equipment.

### English (800-1776)

*Militia Act of 1662, 13 & 14 Car. 2, c. 3, § 1 (1662)* (Allowed Militia lieutenants to disarm individuals deemed to be a threat to the state).

### Colonial (1607-1791)

Connecticut: *1775 Conn. Acts 413 (Reg. Sess.) An Act For Supplying The Troops Ordered to be raised For the Special Defense and Safety of this Colony with Necessary Fire Arms*: . . .

64

Electronic copy available at: https://ssrn.com/abstract=2200991