# EXHIBIT C

# Second Amendment Timeline

 Facebook     Twitter     LinkedIn

## 1934  Automatic Firearms Are Regulated

Following an attempt on the life of President-elect Franklin D. Roosevelt with a handgun in 1933, Congress passes the National Firearms Act of 1934. The nation's first federal law taxes the manufacture, sale, and transfer of fully automatic firearms and "gangster-type weapons," including machine guns and sawed-off shotguns. It also requires FBI background checks and local law enforcement notification for people who wish to purchase these weapons.

 Facebook     Twitter     LinkedIn

## 1938  Federal Regulation Of Gun Sales Begins

The Federal Firearms Act of 1938 requires gun sellers to obtain a license from the Internal Revenue Service to sell guns and to maintain a record of purchases. The act also prohibits convicted felons from purchasing firearms or ammunition. However, the law makes no provision for criminals who provide false information when they purchase weapons.

 Facebook     Twitter     LinkedIn

## 1968  Congress Enacts Expanded Gun Regulations

In 1927, Congress had passed legislation that banned mailing such concealable weapons as cane guns and pen guns, but until 1968 there is no law that regulates the mailing of rifles, shotguns, or handguns. Following the assassination of President John F. Kennedy in 1963 and the handgun-related assassinations of Reverend Martin Luther King Jr. and Senator Robert Kennedy in 1968, Congress enacts the Gun Control Act. The act regulates imported guns, expands licensing and record keeping requirements, bans mail-order sales of guns and ammunition, raises the age at which one can legally buy a gun, and prevents convicted felons, mentally ill people, and illegal drug users from buying guns.

 Facebook     Twitter     LinkedIn

## 1972  Bureau Of Alcohol, Tobacco And Firearms Is Created

Displeased with the lack of vigorous enforcement of federal gun control laws, Congress separates the Bureau of Alcohol, Tobacco, and Firearms (ATF) (since renamed the Bureau of Alcohol, Tobacco, Firearms, and Explosives) from the Internal Revenue Service and forms it as a separate law enforcement organization within the U.S. Department of Justice.

 Facebook     Twitter     LinkedIn

## 1990  Government Seeks To Make School Zones Gun-Free

The Gun-Free School Zones Act makes it a federal crime to knowingly bring a gun within a thousand feet of a school, or to fire a gun within that zone. However, in *United States v. Lopez* (1995), the U.S. Supreme Court rules that Congress overstepped its constitutional authority under the commerce clause when it passed this act. The Court finds that the purported link between gun possession and gun use near schools is a matter for each state to regulate on its own.

 Facebook     Twitter     LinkedIn

## 1994  Brady Law Requires Background Checks

The Brady Law is named for former Presidential press secretary James Brady, who was seriously wounded during the 1981 assassination attempt on President Ronald Reagan. It requires federally licensed firearm dealers to perform background checks with law enforcement officials before selling a firearm. During the background check, officials confirm that the buyer falls within a category of individuals prohibited from owning or possessing a firearm by state law or the 1968 Gun Control Act. In *Printz v. United States* (1997) the Supreme Court holds that the Brady Law's waiting-period requirement is constitutional, but finds that the mandatory background checks required of local authorities are unconstitutional.

 Facebook     Twitter     LinkedIn

# 1994

## Semiautomatic Weapons Are Banned

The Violent Crime Control and Law Enforcement Act of 1994 bans nineteen types of semiautomatic weapons and ammunition clips holding more than ten rounds (except for police use). It also bans handgun possession by anyone under age eighteen and increases the requirements for federal gun dealer licenses.

 Facebook     Twitter     LinkedIn

# 2000

## Smith & Wesson Reaches A Settlement

In the first settlement of its kind, the gun manufacturer Smith & Wesson reaches a settlement in many of the lawsuits brought against it by municipalities around the country: Atlanta; Berkeley, California; Bridgeport, Connecticut; Camden, New Jersey; Detroit; Gary, Indiana; Englewood, New Jersey; Los Angeles, Miami-Dade; San Francisco; St. Louis; and Washington, D.C. The settlement binds Smith & Wesson to change the way it designs and distributes its guns. The company is required to install safety mechanisms including trigger locks and "smart gun" technology and sell only to authorized dealers who can prove that the guns they sell are not disproportionately used in crimes.

 Facebook     Twitter     LinkedIn

## Related Resources

Timeline: Second Amendment
Book: Second Amendment (1791)
Book: Chapter 23: The Right to Bear Arms

# Annenberg Classroom

### Contact Information
Annenberg Classroom
The Annenberg Public Policy Center
202 S. 36th St.
Philadelphia, PA 19104-3806
info@annenbergclassroom.org

### Civics Renewal Network Newsletter
The best free civics materials from around the web in one monthly mailing.

Email Address                                                                                          SUBSCRIBE

### Best Civics Sites
Constitutional Sources Project
NewseumED
National Constitution Center
iCivics
Library of Congress
More…

### Resources
Book
Game
Handout
Timeline
Video
Website

### Topics
Immigration
Guns
Education
Discrimination

More…

## Annenberg Guide to the Constitution: What It Says, What It Means

This interactive guide to the U.S. Constitution provides the original text and an explanation of the meaning of each article and amendment. The guide is an excellent research tool for students to use to gain a deeper understanding of one of our nation's founding documents and the establishment of the federal government.

### Recommended Documentaries

Freedom of Assembly: Nationalist Socialist Party v. Skokie
The 19th Amendment: A Woman's Right to Vote
Korematsu and Civil Liberties
Your Right to Remain Silent: Miranda v. Arizona
Making Our Fourth Amendment Right Real: Mapp v. Ohio

### Popular Lesson Plans

Freedom of Assembly: The Right to Protest
Influential Movements in the Struggle for Women's Suffrage
Civil Liberties vs. National Security: A Wartime Balancing Act
Monty Python and the Quest for the Perfect Fallacy
Actions That Changed the Law: Ledbetter v. Goodyear
More…

### Annenberg Public Policy Center

AnnenbergPublicPolicyCenter.org    FactCheck.org    AnnenbergClassroom.org    CivicsRenewalNetwork.org

Transparency Statement                Copyright Policy                © Copyright 2022 The Annenberg Public Policy Center of the University of Pennsylvania