**EDWARD M. ROBINSON (CA Bar 126244)**
21515 Hawthorne Blvd, Suite 730
Torrance, CA 90503
Office:  (310) 316-9333
Facsimile: (800) 285-1692
eroblaw@gmail.com

Attorneys for Defendant
*Travis Schlotterbeck*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>         v.<br><br>TRAVIS SCHLOTTERBECK<br><br>             Defendant. | Case No. 19-cr-00343-GW-1<br><br>**DEFENDANT'S SUPPLEMENTAL DISPUTED JURY INSTRUCTIONS** |

1

**DISPUTED INSTRUCTION**

**GOVERNMENT'S PROPOSED DISPUTED INSTRUCTION NO. [45]**

Defendant Schlotterbeck is charged in Count Three of the indictment with selling a firearm in violation of Section 922(d) of Title 18 of the United States Code.  For defendant Schlotterbeck to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant knowingly sold an AR-15-type rifle, bearing no serial number, to an informant working on behalf of the Bureau of Alcohol, Tobacco, Firearms and Explosive; and

Second, the defendant knew or had reasonable cause to believe that the informant had been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DEFENDANT'S RESPONSE TO GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. 45

Mr. Schlotterbeck objects to this instruction on the constitutional grounds set forth in the DEFENDANTS' JOINT MOTION TO DISMISS THE INDICTMENT PER FED. R. CRIM. P. 12(b)(3)(A). Doc. 136.

**DISPUTED INSTRUCTION NO. [2] (DOC.125)**

With respect to Counts Two and Three, a defendant may be found guilty of the crime charged even if the defendant did not personally commit the act constituting the crime if the defendant willfully caused an act to be done that if directly performed by him would be an offense against the United States.  A defendant who put in motion or causes the commission of an indispensable element of the offense may be found guilty as if he had committed this element himself.

**DEFENDANT'S RESPONSE TO GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. [2] (DOC. 125)**

Mr. Schlotterbeck and Mr. Vlha object to this instruction on the constitutional grounds set forth in the DEFENDANTS' JOINT MOTION TO DISMISS THE INDICTMENT PER FED. R. CRIM. P. 12(b)(3)(A). Doc. 136.

Respectfully submitted,

DATED:  July 1, 2022            By   */s/ Edward M. Robinson*
                                    Edward M. Robinson

                                    Attorney for Defendant
                                    *Travis Schlotterbeck*

                                By   */s/ Jerome J Haig*
                                    Jerome J. Haig

                                    Attorney for Defendant
                                    *James Bradley Vlha*

5