UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - CENTRAL DIVISION

HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.                       Case No. CR 19-343-GW

TRAVIS SCHLOTTERBECK,
JAMES BRADLEY VLHA,
        Defendants.
_____/

REPORTER'S TRANSCRIPT OF
STATUS CONFERENCE
Monday, May 23, 2022
8:30 a.m.
LOS ANGELES, CALIFORNIA

_____

TERRI A. HOURIGAN, CSR NO. 3838, CCRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST FIRST STREET, ROOM 4311
LOS ANGELES, CALIFORNIA  90012
(213) 894-2849

UNITED STATES DISTRICT COURT

```
 1                    APPEARANCES OF COUNSEL:

 2


 3   FOR THE PLAINTIFF:

 4       UNITED STATES ATTORNEY'S OFFICE
         United States Attorney
 5       BY:  BRIAN R. FAERSTEIN
              Assistant United States Attorney
 6       United States Courthouse
         312 North Spring Street
 7       Los Angeles, California  90012

 8


 9   FOR THE DEFENDANT:  TRAVIS SCHLOTTERBECK

10       EDWARD M. ROBINSON, A PROFESSIONAL LAW CORPORATION
         BY:  EDWARD M. ROBINSON
11              BRIAN A. ROBINSON
         Attorneys at Law
12       21515 Hawthorne Boulevard, Suite 730
         Torrance, California  90503
13

14
     FOR THE DEFENDANT:   JAMES BRADLEY VLHA
15
         LAW OFFICE OF JEROME J. HAIG
16       BY: JEROME J. HAIG
         Attorney at Law
17       21143 Hawthorne Boulevard, Suite 454
         Torrance, California  90503
18

19

20

21

22

23

24

25
```

1        **LOS ANGELES, CALIFORNIA; MONDAY, MAY 23, 2022**

2                              **8:30 a.m.**

3                              **--oOo--**

4

5            THE COURT:  All right.  Let me call the matter of

6    *United States versus Schlotterbeck and Vlha*.

7                 Let me have appearances, starting with government

8    counsel first.

9            MR. FAERSTEIN:  Good morning, Your Honor.  Brian

10   Faerstein on behalf of the United States.

11           THE COURT:  All right.  And for defendant

12   Schlotterbeck?

13           MR. ROBINSON:  Your Honor, good morning.  Edward

14   Robinson for Mr. Schlotterbeck.  We are both appearing

15   virtually.

16           THE COURT:  And for the other defendant?

17           MR. HAIG:  Jerome Hague appearing for Mr. Vlha.  He

18   is also appearing via video from a separate location.

19           THE COURT:  All right.  We are here in regards to

20   the -- I guess, the defendant Schlotterbeck's counsel for a

21   continuation of the trial date, even though I got a trial date

22   of June the 7th on this matter.

23                 I have looked at the motion and the opposition,

24   it's my understanding that the government does not oppose a

25   continuance, per se, just doesn't want a continuance to

1  September.
2          And what the government is proposing is a
3  continuance up until some time in July, July 19th, I guess, is
4  what Mr. Haig was indicating that he could do in July.
5  Although, the government initially asked, I think it was July
6  the 12th, if I'm correct, I may be getting those dates slightly
7  off, but around those dates.
8          Let me ask Mr. Robinson, why would I give you so
9  much time, because you came on when this matter was scheduled
10 for trial, and I was indicating that I was going to be getting
11 a trial date in June, so, you know, when you asked to come in
12 or your client asked you to come in you pretty much knew at
13 that point in time -- and just in fact I approved the
14 appointment of -- well, allowing the paralegal to do in-court
15 services during that trial.
16         Why would I have done all of that if I had known
17 you were going to be asking to continue the trial date for
18 months?
19         MR. ROBINSON:  Well, in fairness to everyone
20 involved here, when I sent in an e-mail asking for a hearing
21 prior to your signing my substitution so that I could discuss
22 this, but I was instructed, and I did file my substitution
23 request, which was granted.
24         I'm free in July.  I have made that clear, I'm
25 free July 19th.

1          THE COURT: In that case then, do we have a July --
2  agreed upon July 19th trial date?
3          MR. FAERSTEIN: Well, Your Honor, I thought the
4  Court would have a conflict on that date.
5          THE COURT: Do I have a conflict on that date?
6          THE COURTROOM DEPUTY: Hold on just a second.
7          THE COURT: I have a criminal trial on the what day?
8          THE COURTROOM DEPUTY: You have that scheduled for
9  July 19th.
10         THE COURT: I have a major criminal trial starting
11 on July the 19th.
12         MR. HAIG: Your Honor, this is Jerome Haig. I think
13 we basically agreed before the *ex parte* was filed by
14 Mr. Robinson, which I join in, it was a joint *ex parte*, that
15 the 19th would be a good date for all of us, but then we found
16 out that the Court had another trial set, and I can't do it on
17 the 12th, but I could do it on the 26th, perhaps.
18         THE COURT: No. The criminal case -- if the other
19 criminal case if it goes, will be a couple of weeks because
20 it's a major, major, major trial.
21             Let me do this, though, let me ask, what I could
22 do is I could put it on July the 19th, but with the expectation
23 that if the other criminal case either gets resolved or is
24 continued that I would put you guys in that place, and if not,
25 then could I simply trail you guys until some time after that

```
 1   is done?
 2            MR. FAERSTEIN:  Your Honor, if I may, Brian
 3   Faerstein for the government, a couple of things.
 4            First, in terms of trailing, that would be of
 5   concern to us, because we have witness availability issues in
 6   August.  A number of our witnesses have planned for the earlier
 7   summer trial date, and it would create real problems for us,
 8   and the other suggestion I would have, Your Honor, and I
 9   understand Mr. Haig, who has been on this case since 2019, has
10   a trip planned in late June, and is coming back -- Mr. Haig, is
11   it July 7th?
12            MR. HAIG:  I arrive July 7th in the evening.
13            MR. FAERSTEIN:  So that's why July 12th was the
14   initial date that we had suggested for trying to accommodate
15   Mr. Robinson.
16            I don't know if starting some time during that
17   week of the 13th or 14th would give Mr. Haig a little bit more
18   time?
19            THE COURT:  Let me ask Mr. Haig, if you come back on
20   the 7th, why couldn't you start on the 12th?
21            In other words, I wouldn't be taking time from
22   your vacation, I would just be making that time a little bit
23   more stressful while you are supposedly relaxing, but, you know
24   still --
25            MR. HAIG:  You are right on all of that, Your Honor.
```

```
 1  I'm not -- it's my first vacation, obviously, since COVID.  I'm
 2  turning 60, I'm going to England.
 3              THE COURT:  You look so young, though.
 4              MR. HAIG:  Thank you, Your Honor.  You look so much
 5  younger than Mr. Robinson.
 6              MR. ROBINSON:  Well, he is, Your Honor, he is much
 7  younger than me so your observations are good.
 8              MR. HAIG:  Clearly, I'm available, and clearly I
 9  obviously know about the case.  I have been on it since the
10  inception.
11              It's not my preference to be worried about a
12  trial that -- I think it is a consequential trial on my
13  vacation, but I will do what the Court requires.  I think what
14  we're talking about was some motion work in June, but again,
15  it's all going to be sandwiched around my trip that I really
16  wanted to enjoy.
17              THE COURT:  I'm not going to interrupt your trip.  I
18  do understand that certain things are sacrosanct, one of which
19  is vacation.
20              I don't understand why you couldn't start it
21  maybe not on the 12th, but could you start on the 13th?
22              MR. HAIG:  I suppose so, Your Honor, but I don't
23  know what my co-counsel's issues are.
24              THE COURT:  Well, let me put it this way, if he can
25  do it on the 19th, I can't see why he can't do it on the 13th.
```

```
1              MR. ROBINSON:  I can't, Your Honor.  It's in my
2   papers, and I have a trial in the case that is older than this
3   one set for the 12th.
4              Now, that trial is one that could be moved.  I
5   have been speaking with an attorney of the U. S. Attorney's
6   Office, and I have explained to him this situation.
7              I think he would work with me to continue that
8   date.  I can't guarantee that Judge Fitzgerald is going to be
9   as interested in continuing this case because it's from 2019.
10             THE COURT:  Well, this case is from 2019, what is
11  his case from?
12             MR. ROBINSON:  2019.
13             THE COURT:  Well, what is his number?  This is an
14  early number, this is 19-343.  This case is probably older than
15  his.
16             MR. ROBINSON:  It is.  I don't want to put myself in
17  a situation where I say that the 12th is free and then have
18  Judge Fitzgerald say, well no, it's not, because this was
19  previously set.
20             I'm not opposed to trailing from the 12th.  I
21  have got one on the 26th in front of Judge Wright that I expect
22  we could continue if we need to.  If it's in a trailing status
23  then I think your case would take priority.
24             THE COURT:  Why don't I put it on the 12th, but I
25  will put the pretrial on for the June the 30th, and then we
```

```
 1  will discuss it.
 2          MR. HAIG:  I won't be here.  I leave on the 24th,
 3  Your Honor, so I won't be here on the 30th.
 4          THE COURT:  Could you be here on the 23rd?
 5          MR. HAIG:  Absolutely.
 6          THE COURT:  Why don't I put it for the 23rd, and I
 7  will get a better sense of where things are going.
 8              Mr. Robinson, can you get a better sense of where
 9  things are going with your cases, and the government will be
10  the government, and it will do what it does.
11              So why don't I take the trial date off from the
12  7th, and I will set another pretrial on the 23rd of June.
13          MR. HAIG:  Your Honor, because that is a pretrial --
14  this is Jerome Haig, because that is a pretrial and there are
15  going to be some motions and there is obviously some in limine
16  motions that have already been filed, and I think Mr. Robinson
17  and I will collaborate as best we can on other motions, but I
18  think those things have to be resolved, do they not, Your
19  Honor, before that June 23rd date?
20          THE COURT:  Why wouldn't I hear the pretrial stuff
21  on the 23rd?  In other words, why wouldn't I hear the motions
22  in limine on the 23rd?
23          MR. HAIG:  Well, because I'm going to be gone until
24  July 7th, so do we hear them right the day before trial?
25          THE COURT:  No.  I'm having you guys come back here
```

```
 1  on June the 23rd.
 2          MR. HAIG:  Right.
 3          THE COURT:  Why don't I hear the motions in limine
 4  on the 23rd.  The trial was supposed to start on July the 7th,
 5  I presume that the motions in limine are already ready to go
 6  because the trial was supposed to be on the 7th.
 7          MR. HAIG:  Your Honor, I don't mean to speak out of
 8  turn, there were reasons why Mr. Robinson is here right now,
 9  and prior counsel is not, and I can address some of those in
10  camera, if you would like me to.
11          THE COURT:  No, I don't want to address anything in
12  camera.  I don't understand why the motions in limine can't be
13  heard on the 23rd.
14          MR. HAIG:  I think they can, but I just wanted to
15  make sure that that was the date the Court wanted to hear
16  those.
17          THE COURT:  I'm perfectly willing -- let's put it
18  this way, as long as I get all of those papers that -- all of
19  the papers for the motions in limine, as long as I get all of
20  those papers by, let's say, noon on the 14th of June, that is
21  fine, I will hear the motions in limine on the 23rd, that is
22  not going to be a problem.
23          MR. FAERSTEIN:  I'm sorry, Your Honor, just to
24  clarify, we had set -- Mr. Haig and I and prior counsel to
25  Mr. Schlotterbeck -- had agreed upon a pretrial filing schedule
```

1  for the May 24th trial.
2              The government, of course, met all of those
3  deadlines, filed its motions in limine on April 29th, and you
4  know, I know Mr. Haig did not file any.  I don't know whether
5  he was planning on filing jointly, but, you know, that's why we
6  have three pending motions in limine right now, and I'm just
7  trying to get a sense as to what to expect here, at least, with
8  respect to Mr. Haig in terms of motions he will be filing on
9  behalf of his client, because we have had deadlines in this
10 case and the government has tried to set schedules for the two
11 prior trial dates that we thought were going.
12             So I am just trying to set expectations, Your
13 Honor.
14          THE COURT:  Well, let me put it this way, prior to
15 being able to file motions in limine, they have to meet and
16 confer.  So I presume they're going to meet and confer.
17             And there is a schedule now, I'm going to hear
18 motions in limine on June the 23rd.
19             I have indicated that all of the papers have to
20 be filed by the 14th of June.  You guys are going to discuss
21 the filing, which ones you are going to allow, and if you guys
22 can't agree, then I would advise once one side or the other to
23 approach me *ex parte* to resolve those issues so that there is
24 no dispute on the 23rd that I'm going to be hearing all of the
25 motions in limine and deciding those on that day.

```
 1              MR. FAERSTEIN:  That sounds fine, Your Honor.  So,
 2   people will file their -- I mean, if the government has any
 3   additional motions in limine, we will file on the 14th.  We
 4   filed already.
 5              THE COURT:  No, not filing on the 14th.  In other
 6   words, all of the motion in limine papers; in other words,
 7   there has to be an original moving paper, there has to be an
 8   opposition, if there is one, and I suppose a reply if the
 9   moving party wants to reply -- all of that has to be done and
10   all of that has to be filed by June 14th.
11              MR. FAERSTEIN:  Okay, Your Honor.  That makes sense.
12   We can work out a schedule.
13              THE COURT:  All right.
14              MR. FAERSTEIN:  With respect to jury instructions
15   and those things, we have already filed jointly stipulated jury
16   instructions on this case.
17              THE COURT:  Everything that has been filed has been
18   filed.  Although, I thought I indicated last time there were
19   certain things that still needed to be filed, including a joint
20   statement of the case, voir dire questions, joint witness and
21   exhibit lists, those sorts of things.
22              MR. FAERSTEIN:  Yes, Your Honor.  The government has
23   sent defense counsel an initial draft of an exhibit list,
24   witness list, joint statement of the case.
25              THE COURT:  I will have all of those things filed by
```

1  June the 14th as well, so you will have additional time to
2  finalize all of that stuff.
3          MR. FAERSTEIN:  Great.
4          MR. ROBINSON:  Your Honor, this is Ed Robinson, if I
5  may?
6             With respect to the jury instructions, and I will
7  discuss this with Mr. Faerstein and Mr. Haig, we may have one
8  or two additional that we may agree on, we may not, so we will
9  have those well before 14th.
10         THE COURT:  That is fine.  In other words, you will
11 do the same format.  You will give me a revised set of agreed
12 upon jury instructions and then a revised set of disputed jury
13 instructions so that I know which ones everybody agrees with
14 and which ones -- one side or another wants, and the other side
15 objects to.
16            That is not going to be a problem, as long as you
17 give me that stuff by June 14th as well.
18         MR. ROBINSON:  We will.
19            One last thing, if I may, Your Honor, this is
20 along the lines of things that cannot be changed, I understand
21 that we're going to try this case July the 12th or soon
22 thereafter.
23            First things first, I will speak to Mr. Haun to
24 see about continuing the case that I have set for the 12th so
25 we're free to do this case on or around the 12th.

1               My daughter is getting married out of town, and I
2    need the week of September 12th free, that is just something
3    that I have to do.
4               THE COURT:  Your trial won't go from July to
5    September, trust me.
6               MR. ROBINSON:  No, it won't.  I promise you I
7    wouldn't do that, Your Honor, but in case we get stuck in a
8    situation --
9               THE COURT:  I also understand that if your daughter
10   is getting married, that date is also sacrosanct, and I'm not
11   going to be screwing around with that date, although, you said
12   the 12th of September?
13              MR. ROBINSON:  She's getting married out of town on
14   Saturday, the 17th.
15              THE COURT:  But you are leaving on the 12th of
16   September.
17              MR. ROBINSON:  But I need the week of.
18              THE COURT:  You need a week to prepare for that, I
19   understand it.  It's a big day for you too, I understand.
20              MR. ROBINSON:  Yes, thank you.
21              THE COURT:  So let me ask Mr. Haig, so where are you
22   going on your vacation?
23              MR. HAIG:  We're going to London, Your Honor, and
24   I'm a big tennis fan.  I got tickets to Wimbledon, which are
25   hard to get.  I will be there on July 4th with my seersucker

1  suit, I believe.
2              THE COURT:  I don't know if seersucker is accepted
3  wear at Wimbledon, I don't know if they would agree with
4  something like that.
5              MR. HAIG:  I'm going to try.  It's under stage.
6              THE COURT:  Also, I will do this, I want the parties
7  to file a time waiver, so that the July 12th date would be --
8  we have scheduled the trial for July 12th, but the TMAX date
9  would be August the 9th.
10             MR. FAERSTEIN:  Yes, Your Honor.  We can prepare
11 that, and I guess since both defendants are here now, I'm
12 assuming they will be waiving that time, they obviously will
13 sign whatever we file.
14             THE COURT:  Let me ask the defendants, I presume you
15 have already been informed about your right to a speedy trial,
16 that normally has to be set within 70 days of either the filing
17 of the charges against you or your first appearance in court to
18 answer those charges.
19                 But since your first appearance, there have been
20 a number of occasions already where the time for trial has been
21 waived.
22                 Let me ask the defendants, do either of you have
23 any questions on your right to a speedy trial or the waiver of
24 that right?
25             Mr. Schlotterbeck, any questions about that?

1   THE DEFENDANT:  I have no questions, Your Honor.
2   THE COURT:  And Mr. Vlha, do you have any questions?
3   THE DEFENDANT:  No questions, Your Honor.
4   THE COURT:  Okay.  And both of you have discussed
5   that right and the continuance of the trial date in your
6   particular cases; is that correct, from both counsel -- from
7   both defendants; is that correct?
8   THE DEFENDANT:  Yes, Your Honor.
9   THE COURT:  Okay.  Let me ask, Mr. Schlotterbeck, do
10  you agree to waive your right to a speedy trial and agree I can
11  set this matter for trial on the July the 12th, but with the
12  understanding if I don't bring you to trial on the 12th of July
13  I will have until August the 9th to bring you to trial?
14  THE DEFENDANT:  Yes, Your Honor.
15  THE COURT:  Let me ask the same question of the
16  other defendant, do you also agree to the continuance of trial
17  to July 12th, but with the understanding that if I can't bring
18  you to trial on that date, I will have until August the 9th to
19  bring you to trial?
20  THE DEFENDANT:  Yes, Your Honor.
21  THE COURT:  All right.  Counsel join?
22  MR. ROBINSON:  Yes, Your Honor.
23  MR. FAERSTEIN:  Yes, Your Honor.
24  MR. HAIG:  Yes, Your Honor.
25  THE COURT:  Also, for the record, both of the

1  defendants are currently out on bond, and I will leave the bond
2  out under all same terms and conditions except order them to
3  appear either by way of videoconference or in person at the
4  pretrial, which is now set for June the 23rd and also the trial
5  date, which is currently set for July the 12th.
6          Anything else?
7          MR. FAERSTEIN: The only thing I would note, Your
8  Honor, obviously the new TMAX date is August 9th. We have a
9  witness issue where witnesses can be gone.
10         THE COURT: Let me put it this way, I would
11 accommodate everybody to the extent that I can, and so if
12 everybody wants to continue the matter from August the 9th to
13 some other date so long as it's not on or around
14 September 12th, then I would agree to do so.
15         MR. FAERSTEIN: Your Honor, the government's
16 intention is we will be ready July 12th, so we hope to go
17 forward that day.
18         THE COURT: All right. Let me just ask, I don't
19 envision this case taking that long. I don't envision it
20 taking more than a couple of days.
21         MR. FAERSTEIN: I think it will go more than a
22 couple of days, Your Honor.
23         THE COURT: Let me put it this way, if I start the
24 case on a Tuesday, I can't imagine it not getting to the jury
25 on Friday.

| | |
|---|---|
| 1 | MR. FAERSTEIN:  Your Honor, obviously stipulations |
| 2 | will help that, but we have a significant amount of audio/video |
| 3 | in case that the government has already prepared clips for and |
| 4 | provided to the defense. |
| 5 | THE COURT:  How long could that stuff be? |
| 6 | MR. FAERSTEIN:  Well, there were -- I can't estimate |
| 7 | for you right now, Your Honor, but, of course, we will move as |
| 8 | efficiently as we can. |
| 9 | There were many meetings and calls in this case |
| 10 | over the course of a year that are part of the core evidence. |
| 11 | THE COURT:  Well, let me put it this way, I would |
| 12 | expect the case would be -- if it starts on the Tuesday -- the |
| 13 | case would go to the jury by that Friday.  You guys can plan |
| 14 | accordingly. |
| 15 | MR. FAERSTEIN:  Yes, Your Honor. |
| 16 | THE COURT:  Anything else from anybody? |
| 17 | MR. HAIG:  Yes, Your Honor, what is the Court's |
| 18 | trial schedule on a daily basis and on a weekly basis also? |
| 19 | THE COURT:  It depends.  Usually, except for Mondays |
| 20 | and Thursdays, I have a morning calendar.  But most days for |
| 21 | Tuesdays, Wednesdays, and Fridays, we will start at 8:30 and we |
| 22 | will go to some time around 5 o'clock, with appropriate breaks |
| 23 | during the day. |
| 24 | All right.  Okay.  Everybody, have a very nice |
| 25 | day. |

1    MR. ROBINSON:  Thank you, Your Honor.
2    MR. HAIG:  Thank you, Your Honor.
3    (The proceedings concluded at 11:20 p.m.)
4                       * * *

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES  )
                       )
STATE OF CALIFORNIA    )

      I, TERRI A. HOURIGAN, Federal Official Realtime Court Reporter, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the judicial conference of the United States.

Date: 6th day of July, 2022

                                /s/ TERRI A. HOURIGAN
                        _____
                        TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
                                Federal Court Reporter