## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 19-343-GW |
| Date | July 11, 2022 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter: NONE

| Javier Gonzalez | Terri A. Hourigan | Daniel G. Boyle; Brian R. Faerstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|:---:|:---:|:---:|---|:---:|:---:|:---:|
| 1. Travis Schlotterbeck | ✔ | | ✔ | Edward M. Robinson, Ret.<br>Brian A. Robinson, Ret. | ✔ | | ✔ |
| 2. James Bradley Vlha | ✔ | | ✔ | Jerome J. Haig, Ret. | ✔ | | ✔ |

**Proceedings:** **PRETRIAL CONFERENCE**

Hearing is held by video teleconference. Defendants' CARES Act Orders are on file [92 and 95].

Defendants' Joint Motion to Dismiss the Indictment per Fed. R. Crim. P. 12(b)(3)(A) [136] is denied.

Court hears further argument as to Motion in Limine No. 3 to Exclude Testimony of Proposed Defense Expert Steven D. Lieberman, Esq. [82]. Motion is granted in part and denied in part.

The pretrial conference is continued to July 14, 2022 at 9:30 a.m.

| | 1 | : | 25 |
|---|---|---|---|
| Initials of Deputy Clerk | JG | | |

cc: