# EXHIBIT A

Dear Judge Wu,

I hope this letter finds you well and thank you in advance for your time. I am writing today as we approach our sentencing in court on November 17 to lend my personal perspective to the situation and hope for you to understand where I was at the time of initial start of this case and where I am now in life.

In some ways the 2017 initial raid and 2019 subsequent arrest feels like they occurred only days ago as the feelings it evoke are still deeply engrained in me. I will never ever forget the gut emptying feeling of each of those events and the unbelievable stress that being involved in this case has brought to myself and my family. Every day I wish I could turn back time, but there is little productivity in sitting in regret, so I have actively chosen to accept responsibility and blame no one but myself for the choices I made that lead me to the courtroom.

At the time of my shop being searched by the ATF in 2017 I was dealing with the fallout of my recent divorce which was caused in large part by my PTSD from serving over a decade in the Marine Corps. Two deployments (Horn of Africa 2006 & Afghanistan 2009) caused me a massive amount of stress and anxiety on a daily basis and I found myself taking that out on everyone around me and not knowing how to prevent it from happening further. My PTSD symptoms included being easily angered and highly irritable as well as isolating myself from my family which led to my divorce. I was unable to clearly see the lines between USMC and civilian life and succumbed to poor decision making at the time. Since my deployments, my anxiety and PTSD have also made it very difficult to sleep.

There were many blurred lines between Marine Corp norms like handling weapons daily and the reality I see now that gun laws exist in the civilian world for a reason. At the time I became interested in customizing guns, it was one of the only things that brought me joy in the wake of dealing with these symptoms and grasping for a sense of normalcy. I was so fogged over by my traumatic experiences in the Marine Corps that I didn't see how gun handling in the civilian world could be a problem. My deceased father had been a gun collector and spending time upgrading and perfecting my collection made me feel close to him and provided me comfort. Marine Corps friends often came to me for advice and it made me feel admired and like an expert on the subject even though it was outside of the Marine corps which was obviously a very self-destructive choice. The misplaced pride I felt in my own collection and feeling admiration from my fellow Marines and even those I reported to, boosted my ego at a time when I was feeling very low, lost, depressed and emotionally detached. On weekends I didn't have my children I found myself dulling my stress and going out with my Marine Corps buddies and friends and spending too much time at the bars in downtown Huntington Beach and around Camp Pendleton. I realize now that I sought comfort from wrong avenues and going out too much on the weekends that I was not with my children.

I realized fairly quickly after the ATF raid and later arrest that while going out every weekend for many months on end was a welcome release for a few hours it was holding me back. After my arrest, and as a means of coping with a huge amount of PTSD and case-related stress which resulted in massive, debilitating panic attacks several times per week, I started truly looking for things that would rebuild my self-esteem. I had always been a talented wrestler in high school, as well as USMC Martial Arts student. I had the opportunity to become an USMC Martial Arts instructor and took it very seriously. I began training Brazilian Jiu Jitsu several days a week and between the years of 2014-2020 I earned my Black Belt in Jiu jitsu which is no easy feat. It has become a source of great joy and pride for me and I train 2-3

times per week very consistently. I also ceased going out on the weekends and focused on spending time on my relationship with my beautiful children and my wife Traci whom I married in 2017. In 2019 we welcomed an incredible baby boy named Jett Michael and subsequently welcomed my fourth child, a son named Ryder Thomas Schlotterbeck on June 8th of this year. While I have always been a devout Christian, I have found great comfort in my church over the past 5 years and have made it a personal goal to read the bible every day which I have been successful at for the past several months. We attend church nearly every weekend, and organize trips and hikes with church friends every year. I had the opportunity to utilize my GI Bill student benefits and obtained my degree in Business Management in 2020, and I am interested in possibly getting my Masters degree in the next couple few years as well. I have plans to follow in my father in laws footsteps and obtain my pilots' license for recreation once my case is settled and I have served whatever sentence is deemed necessary.

I accept responsibility fully for the choices I have made and I look forward to hopefully being able to operate my business I have grown for 15+ years and continue employing my staff at Sign Imaging. I hope to financially and emotionally be able to support my wife and four children, and continue on my path of self-improvement. Having lost both parents before they each turned 40, and being close to that age now, I realize how valuable every minute I have with my family is. As the Marine Corps says, "Know thyself and seek improvement", and I actively try to pursue this motto every day, not just in theory but in focused action. My wife and I discuss the future every single day once this chapter of our lives in complete, and in a strange way even look forward to sentencing day so that we can acknowledge this chapter, face it head on, and ultimately move forward with many lessons learned.

I accept whatever you decide is best for my sentence moving forward and I appreciate you taking the time to read a bit more about my former and current life situations.

Thank you and be well.

Travis Schlotterbeck