# EXHIBIT B

Your Honor,

I'm writing today to sincerely ask your consideration regarding my husband Travis Schlotterbeck. I want to preface this letter by saying, he is all of the incredible things you might have heard in other character letters. Every day I am reminded of the strong, incredibly brave, loving, dedicated, organized, responsible, inspiring person and provider that he is to our family.

Travis is impeccable with his word, incredibly trustworthy, and resilient beyond reason. He lost both parents and childhood best friend all before his 20's. He has served his country humbly and is very shy about being recognized for this. He is also very private about his personal struggles that two deployments caused and there are some things we just cannot discuss in detail. Despite his first marriage ending due to unresolved PTSD issues at the time, he has contributed greatly to his oldest children being respectful, smart, excellent decision makers in their teen years which not all parents can say. Any personal USMC related struggles he has ever faced have never seeped into his children's lives which I have always admired.

There are many dozens of people who rely on him every single day and he makes our lives not only better, but he makes our lives great. Travis is the primary financial provider to myself and four incredible children. He is also the cornerstone of our immediate and extended family, and is a God-fearing, church-attending, family-centered man. He is a driven, motivated business owner with a half dozen employees, all of whom have their own families and rely heavily on the employment Travis provides them to put food on their tables. This makes us so proud every day. It also makes Travis highly aware of this responsibility and a role he does not take lightly as an employer. I have seen him lose a great deal of sleep worrying about having to let people go when business is slow and how to keep his employees busy. I have seen him give raises even when we didn't know how the business would sustain it and I have seen him take extreme pride in helping many of our employees improve their lives.

We hope wholeheartedly that the outcome of this sentencing will allow the 14+ years of dedication, business-building, learning, investing, shrinking, growing, hiring, fabricating, installing, repairing of signage around Southern California to not be in vain. With a favorable outcome, Travis would continue to contribute to the economy and provide a service for businesses, hospitals, schools and churches, which in turn provides for our family every day.

I am incredibly emotional writing this to you, because I am so proud of my husband and how he has conducted himself through this extremely challenging time. This has been no small feat to remain positive and optimistic since 2017 with a pending unknown outcome. He has been our rock when others would crumble and break. He has spent hundreds of hours in self-reflection and self-improvement. This case has been a cloud over our head that has dampened some of the best days of our life thus far, particularly our wedding and the births of our youngest sons and every event since 2017. We hope to be able to proceed to grow in life and move forward. Kaylee, 16, Dash, 14, Jett, 3.5 and Ryder, 5 months, are extremely bright, well-behaved, and compassionate young adults/ children who adore their father and are wholly and entirely sheltered of the realities and challenges of this case. Our newest addition, Ryder, born this June 8th is the apple of Travis' eye and I have so much joy watching them interact. We pray for an outcome that will not affect our children and will allow them to continue to be children unscathed by the justice system in any way and protect their pure innocence of our older children in their final years of adolescence before they become young adults and face the world. The opportunity to have Travis home would be invaluable for so many people primarily our children, myself, and our employees. I respectfully and passionately ask that you consider allowing an opportunity for Travis to be home with his family, because the world is a much, much better place with him in our lives every day.

001

I appreciate your time, I respect the decisions that will be made, and ultimately pray for a resolution and hopefully closing this chapter of our book with an arrangement that satisfies the court, and also allows our family to stay intact.

Thank You,
Traci Schlotterbeck

*[signature]*

Re: Travis Schlotterbeck

To Whom it May Concern:

My name is Aaron Alan Ryan. I am the owner of two restoration franchises in North Texas and Southern Oklahoma. I met Travis when we were both young Marines prior to our first deployment to Djibouti in the Horn of Africa back in 2005. When Travis and I first met I will tell you that we didn't really like each other very much. We did not get along very well but I attribute that to us both being stubborn young men that thought we were tough. In fact, I think that we were so very much alike that we really butted heads. Being in the same platoon together, and being with each other basically every waking moment, it didn't take long for me to realize the kind of person that Travis is at his core. Travis is the kind of person that would do anything for me at the drop of a hat and I would do the same. Travis and I became the absolute best of friends during that deployment and that friendship still remains to this very day. Travis is a devoted father to his three children and to his wife, Traci. I stood next to Travis on the day we returned from that deployment and watched him as he held his newborn daughter for the first time. Travis stood next to me on the day I married my wife, and I had the privilege to do the same for him when he and Traci got married.

Based on the last 15 years of knowing Travis throughout our years of service to our country and beyond into civilian life, Travis is a true entrepreneur having built his successful sign business from the ground up. Through the early years working solo building relationships that garnered him new and loyal clients that are still with him today. I've personally learned from him over the years and his mentorship has contributed to how I manage and operate our restoration businesses. We operate where ethical estimating is paramount in sustaining our nationwide agreements with hundreds of insurance companies that trust our brand and our reputation to take care of their insured's and submit accurate and honest estimates. Travis has always shown his passion for both business and hobbies and is happy to share his expertise and experience with friends and family that also share the dream of developing a business that they can build and someday hopefully pass on to their children as a worthy legacy to the generations to come. I invite anyone to spend an afternoon with Travis over lunch or a cold beer and I challenge you not to leave knowing what an awesome husband, father, brother, son and friend he is. Anyone that is fortunate enough to have him in their life knows what a great person that he is.

Sincerely,

*[signature]*

Aaron Ryan

003

RE: Travis Schlotterbeck

To Whom it may concern,

My name is Christopher Roome. I am a long-time friend of Travis Schlotterbeck.

Travis and I have known each other since high school – going on about 20 years now, meeting through a group of mutual friends, and have always stayed in touch over the years. I consider Travis to be one of my best friends and we both share stories of success and hurdles in life in the hopes to help each other be better informed should we come across similar paths in our own experiences. I value our friendship greatly as he has made a positive impression on my life.

I have always admired the courage that Travis has had as not too long after we met, he joined the Marines. A step like this hadn't even crossed my mind as something to do as a kid/young-adult, but Travis bravely walked that path with what seemed to be with little to no fear. And I, along with many friends and family of his were there upon his return, celebrated his graduation of becoming a Marine. His courage had not stopped there. Not only did he continue with his service in the Marines over the years he started his own business and took on the life of being a father at a young age. And he did it with pride, hard work, dedication, and integrity. Every single step along the way. It was because of his ambitions, hard work and dedication to always find the good in any situation and continue to always do better that I began to envy his success and follow a path of self-improvement and creating my own goals in life to make something of myself for me and my family.

Aside from his personal achievements, Travis has an amazing wife, Traci, (to which I was a part of their wedding to share some insight on our relationship) and three adorable, extremely well behaved, intelligent, and successful children. We get together regularly to celebrate various events such as birthdays, vacations, and just general evenings to hang out or call each other and catch up. Whether it's been days or weeks between our conversations, we can always pick up where we left off and talk about what's next in our life adventures – and let me tell you, Travis is always planning or sharing stories about trips with his family. He has such a great relationship with his wife and kids. He even has a great relationship with many of his extended family members. He is always with cousins, aunts, uncles, and grandma. I sometimes wonder how he finds the time to juggle everything, but he sure does it all.

He continues to give and mentor others even today with his skills and knowledge of BJJ (Brazilian Jiu-Jitsu) and has created a lot of friendships because of this. I run into people all over who have met and/or know Travis and have a story of where Travis was helping or giving back to the community.

Travis is thoughtful, generous, and selfless, through and through. I can always count on him for help and advice and he never expects or asks for anything in return.  He is truly one of the most upstanding persons I know and I value and appreciate having him in mine and my family's life.

Sincerely,
Christopher Roome

004



To Whom It May Concern,

My name is Jenna Grandolfo, and I'm the Head of Global Product Marketing for Insights at Snap Inc  I've known Travis Schlotterbeck for almost 8 years through his wife Traci Schlotterbeck, and I'm writing this reference letter in strong support of Travis' character.

I've known Travis during the course of his relationship with my best friend Traci, throughout their courtship to their wedding in 2017 in which I was lucky enough to be a maid of honor. Now, I'm blessed to also get to watch their beautiful family grow. During that time, I've seen firsthand what a caring, strong, and stable partner and father he is to both his immediate family, the larger extended family, and even his newer family by marriage. His priority is always family first. This comes through in how he spends his time, which is almost always dedicated to supporting his kids, their schoolwork, and their passions, or traveling with the family on road trips on weekends

In the last few years, Travis and Traci have really become the heart of their larger extended family, with their house becoming the main gathering place for birthdays and holidays  Travis and Traci always welcome every person that comes into their home with open arms. I'm always blown away by how much they've really become the glue that holds everyone together.

Outside of the family, Travis' independent accomplishments are incredibly commendable. After his service in the Marines, he's since taken the leap to starting and growing his own business from nothing. Sign Imaging not only supports other small local businesses, but also provides valuable jobs to the community  Travis' passion for his trade is matched only by his passion for Brazilian Jiu-Jitsu. He is a well-respected member of the Jiu-Jitsu community, as both a Black-Belt, as a leader at his gym, and also as an advocate for Veterans within Mixed Martial Arts.

Travis is kind, generous, an incredible husband and father, and a valued contributing member of society, who has all of my respect and admiration. I am honored to be able to write this letter in support of this character.

Best,
Jenna Grandolfo

005

My name is: Joey Cruz

Profession: Law Enforcement

Title: Deputy Sheriff, Los Angeles County Sheriffs Department

I met Travis in September of 2014 during my time in the Marine Corps. At this time, he was an instructor for the Marine Corps Martial Arts Program. Travis would train, teach, and promote Marines pending on their fighting skills to different levels of the martial arts program. Travis was a mentor in this program, not only teaching the fundamentals in close combat as well as teaching life skills. I joined the program and went through this vigorous training with Travis. Without him knowing me as a person, Travis mentored me not only as an instructor, but Travis would follow up with me on his personal time. He would help me through life situations and would do anything he possibly could to lend a hand. Throughout the years I served with Travis, he would encourage me, motivate me, and make sure I was improving myself.

Travis promoted to Platoon Sergeant where he oversaw the Motor Transport Platoon for our Unit. At the time he was promoted we did not have a steady Platoon Sergeant in charge. Travis came in, although we were a bit unorganized, he took charge and made sure the tasks were being completed in an organized matter. When Travis was in charge, we began new training routines with more hands-on training and field training. I was sent out with Travis to Spain for a special training we were assigned to. Travis was the highest rank we had in charge of our platoon while we were out there. Missions were assigned, multiple tasks were put on his plate for his platoon to complete. Without hesitation he carried out the task and mission at hand and completed them on time without incident.

Additionally, Travis had a life of his own with a family, business, and employees. Travis had his own business which he built from the ground up. Although Travis went through his struggles, never would I have known due to him always being positive and pushing forward.

Travis is a person I would trust with my life. Even after leaving the service and continuing with my life Travis still constantly checks in on me. Travis is very family oriented, a great friend, and an amazing person. I am thankful I got the opportunity to meet Travis, I believe if I had not met Travis I truly would not be where I am at today.


Sincerely,

Joey Cruz

Deputy Sheriff

Lost Hills Sheriff Station

Los Angeles County Sheriffs

To whom it may concern;

I am writing this character reference with regards to Travis Schlotterbeck.

My name is Kent Sparks and I am the founding Pastor of Beachcities Community Church, in Huntington Beach California. I have been in the professional ministry for 37 years. In my capacity as a pastor I have been involved in counseling literally hundreds of people.

In 2017 Travis Schlotterbeck came to me for premarital counseling (along with his fiancé at the time, Traci, who is presently his wife). I've known Travis for a little under five years. In that period of time and under the circumstances of premarital counseling I have had the opportunity to have a fairly good understanding of the nature and character of Travis.

In the context of premarital counseling all of the issues of one's private life end up being displayed in their most raw and unvarnished forms. It is in those moments when character is most clearly revealed especially because of the unguarded nature and surprising moments of some of the issues that inevitably come up in premarital counseling. Without revealing the specific confidential issues of our counseling conversations I can give an accurate and fair general assessment of his character.

I found Travis to be refreshingly forthright. It is not uncommon in the context of any type of family counseling that sensitive issues arise; and unfortunately, all too often those involved begin to speak in weasel words, white lies, and long convoluted answers which avoid responsibility and shift blame. This was not the case with Travis. He straightforwardly, clearly, and in a manner that took full responsibility for whatever was his part, without excuse making, gave clear concise and direct answers. Not only was that helpful, it was also impressive because of how rare that occurs in counseling. That's why I say that Travis is refreshingly forthright. In my subsequent conversations with him outside the context of counseling I found this to be true as well.

I also found Travis to be honest and truthful. By that I mean he not only told the truth factually he also expressed the truth concerning his emotional state and

feelings. Travis is emotionally honest as well as factually. Many times men in counseling tell the truth factually but are unable to express it in an emotionally consistent fashion; this hesitation usually is an indication of some level of deception, often self deception at least. It was clear to me that when Travis spoke he spoke the truth from his heart. The words that he spoke, the message he communicated, the emotions which he expressed, were all in alignment. To me that is a profound statement of integrity — being fully integrated intellectually, emotionally and factually with regards to reality. This level of integrity is rarely reached by most people. It is evidence of his sincerity, maturity and honesty.

Final thing that I think would be appropriate to mention concerning my interactions with Travis in the context of counseling was his profound sense of duty to his children from a previous marriage. What struck me was the level and depth of his care, concern, and vigilance about the continued well-being of his children from that marriage. In my counseling experience in these kinds of situations, whenever a man shows such a high level of attention to the well-being of those children it is a clear reflection of his acceptance of self imposed accountability to a higher calling and commitment to do his duty and honor his responsibilities. Only men of exceptional character show this level of dedication. To my knowledge, Travis has continued to show that unusual level of loyalty and dedication to his family, friends and country, as long as I've known him.

Consequently, It is my opinion, that Travis is a man of exceptionally good character.

I hope this is helpful.

Sincerely,


Rev. Kent Sparks
Pastor, Beachcities Community Church

008

Re: Travis Schlotterbeck

To Whom It May Concern:

My name is Paige Longacre, and I am Travis' younger sister. We live in Oak Hills CA not too far from Travis. I am a stay-at-home mother to 4 kids and an auntie to 5 other amazing kiddos. I work with the community multiple times per year doing community service and donating my time to make sure sick children in our surrounding hospitals feel special and loved around the holidays. My husband and I do a lot of volunteer work around our community and we are very involved in our kid's extracurricular activities. Over the past 10 years my husband, kids, and I have gotten super close with my brother and his family.

Together, my brother and I have been through a lot in our lives. After losing our parents at a young age, it never stopped Travis from wanting a better life for himself. He has constantly worked hard to better himself since a very young age. In my opinion, Travis has beat all the odds, not only did he serve in our Military, but he truly goes above and beyond in his own community and many others on a daily basis! I would say Travis is a go-to man for any help you may need. He works hard running his own business and goes the distance for everyone he comes into contact with. He is dependable and such a hardworking man.

Travis is also a dedicated and amazing father to my niece and nephews. He shows them unconditional love and gives them immense opportunities to do the most amazing things in life. He values his family time and making the best memories with his wife and kids. He is all about his family and his friends. He has a big heart and he is an amazing person and father. Travis has always been someone I looked up to and is always someone my family can depend on for absolutely anything. He is just a few years older than me, but he has been the closest thing I've had to a father figure in my life. The many challenges I've gone through, my brother has been there for me and has been my rock. He's one of few people who look out for everyone and is only a phone call away.

Thank you for your time.

Sincerely,

*Paige Longacre*

Paige Longacre

To whom it may concern,

My name is Marijke Pantus. I have worked for Southern California Alcohol and Drug Programs since 1993 in the capacity of SUD Counselor, Program Manager and now part of the HR team as Jr. Recruiter. I am part of several large blended families and although I have no children of my own I have helped raise my niece and nephews. I was also a foster mom for several years.

I have known Travis Schlotterbeck for many years, first as a child, a teenager, brother, son, grandson, cousin, than a young Marine, husband, father, uncle, and business man. I am part of his extended circle and can best speak to you from a familial perspective. Travis comes from a large family who admire him and his active spirit. He is often the leader in family activities and often at the center of coordinating family functions. He makes sure we all stay motivated to try new things. He shows compassion and patience to my 24 year old son Jacob, who has special needs. Travis treats Jacob with respect and is always thinking of how Jacob can be included. Jacob is very adventurous and always wants to be a part of. At Havasu Travis carried Jacob up the side of the cliff so he could safely jump into the water. My son is 6'2" and 220 pounds, no one else would have taken the time and Jacob wanted so badly to have the experience. Travis inspired Jacob to try Jujitsu for exercise, to build his strength, have fun and the ability to defend himself despite Jacob's disability. He is never too busy to lend a helping hand or some muscle, or his experience and expertise when needed. I have seen him inspire people to "do the right thing" when they've reached out to him to figure out how to solve a problem, or how to negotiate a difficult situation.

Travis is thoughtful and concerned for other's wellbeing. When he saw me struggle with organizing and securing a future for my family, he took the time to connect me with someone who has helped me come a long way in safeguarding our assets. He will link people if he feels they could benefit from knowing each other.

As a business man and community member I have seen Travis give opportunities to new employees offering to train and teach. He recently gave a young man interested in graphic design a chance to develop his skills. This man now proudly shows his business card with the title "Designer". He will build on their strengths to insure their ongoing success. Travis is often praised on the quality of his work and his work ethic when his company "Sign Imaging" completes the job. Often when driving through the community I am told that a sign or a wrap was done by Travis. He is thoughtful and generous when t-shirts are needed for a special event.

010

Eleven years ago when my son was in the hospital fighting for his life after a motorcycle accident, Travis made a sign "Team Jacob" to help lift our spirits as we waited and prayed for updates on Jacob's condition. It meant a lot to us and we continue to use that sign every year on Jacob's birthday.

Travis demonstrates integrity and amazing interpersonal skills. I know we are a stronger family because of his love and nurturing. It is with great pleasure and confidence I write this Character Reference Letter describing how Travis Schlotterbeck impacts our world. I am available for further discussion if needed.

Sincerely,

Marijke Pantus

My name is: Ramzi Yatim

Profession: Federal Law Enforcement

Title: Special Agent, U.S. Department of State

I met Travis in October 2017 during my time in the Marine Corps as the Platoon Commander for the Motor Transport Platoon of 4th Light Armored Reconnaissance Battalion. He served as the Platoon Sergeant, the most senior enlisted and principal advisor to the Platoon Commander. I was responsible for overseeing the training, administrative needs, and readiness of more than 60 Motor Transport Marines. Travis was instrumental in managing the day to day care of the entire platoon. He expertly supervised annual training requirements, promotions, and disciplinary issues all while ensuring operational requirements were met. The platoon was routinely tasked to support other units, exercises and provide internal support which Travis ensured was always met with success.

The Motor Transport Platoon is the largest platoon in the company. Travis not only managed all their administrative needs and operational requirements with ease but he did so all while running his own business that was growing exponentially. Having been in several positions of leadership, I was consistently impressed by Travis' ability to manage such a large work load. His outstanding leadership and hard work made him the Marine I always relied on. Every task given to him was done to completion, and often he would solve problems before they came to my attention.

Travis took the time to mentor Marines, train them, and always pushed them to be better both as individuals and as a team. He provided a reliability that was admired and respected throughout the entire command, as well as the Marines under his charge. It was his leadership and dedication that was the true heart of the platoon and resulted in high morale. Travis was a source of consistency and reliability that truly made me a better Marine, he follows through with his duties and takes care of those he leads. It was one of my greatest professional pleasures to be able to work with him and call him a colleague.


Sincerely,

Ramzi Yatim
Special Agent
Diplomatic Security Service
U.S. Department of State