# EXHIBIT 1

```
00001:01  U/C:           Treating myself.  Like, fuck it.  Man, I
      02  wanna have to keep in, keep in another place.
      03  SCHLOTTERBECK:  People say you don't run si-,
      04  silent captures and stuff on pistols anyway,
      05  so...
      06  U/C:           Yeah, yeah, yeah, yeah.  No, I, I think if we
      07  did it the same as the other one just a little
      08  smaller...I'd be good with that, man.  That'd be
      09  fucking sweet.
      10  SCHLOTTERBECK:  Yeah.  We could do it.
      11  U/C:           You guys did a great job on that other one,
      12  man.  It's nice.  So...at least three weeks you
      13  think?  To get the...lower and everything?  I'm
      14  not-I'm really not in a rush.  [Voices overlap]
      15  SCHLOTTERBECK:  The lower's not the problem.
      16  U/C:           Okay.  Okay.  All right.
      17  SCHLOTTERBECK:  That's freaking nothing.  It's the
      18  other shit.
      19  U/C:           I'm never in a hurry.  I was gonna come back
      20  and do it and give myself another Christmas
      21  present but I'm, like-I was just too busy.  I
      22  said fuck it.  You know?
      23  SCHLOTTERBECK:  Did you cut the, uh, last one?
      24  U/C:           What's that?
      25  SCHLOTTERBECK:  Bring it down or no?
00002:01  U/C:           Yeah, no, I cut it here.  Yeah.
      02  SCHLOTTERBECK:  Okay.
      03  U/C:           Jesse took me over to that spot down the
      04  street.
      05  SCHLOTTERBECK:  Okay.
      06  U/C:           That one dude.  The dude with the
      07  fucking...that little shop.
      08  SCHLOTTERBECK:  Yeah.
      09  U/C:           Yeah, yeah.
      10  SCHLOTTERBECK:  This time do you, do you mind just
      11  saying you cut it? Whatever?
      12  U/C:           Well, I did.  I fucking-
      13  SCHLOTTERBECK:  Yeah, yeah.  I mean-
      14  U/C:           I hit the button.  [Laughs]
      15  SCHLOTTERBECK:  I'm just saying this time.
      16  U/C:           Oh yeah.
      17  SCHLOTTERBECK:  'Cause we already have some that
      18  are already done.
      19  U/C:           Oh, oh, I see what you're saying.  Yeah.
      20  SCHLOTTERBECK:  You don't have to go-
      21  U/C:           Fuck yeah.  Whatever is easier; so I won't
      22  have to do that and pay them an extra-oh you
      23  paid, you paid them anyway.  [Voices overlap]
      24  SCHLOTTERBECK:  Well we paid them.
      25  U/C:           Yeah, yeah.
```

```
00003:01  SCHLOTTERBECK:  Um...
      02  U/C:            No, I'm good with that.  [Voices overlap]
      03  SCHLOTTERBECK:  We already paid for it.  You know,
      04  we got a bunch done for people that, like-like
      05  this.
      06  VLHA:           People that we [U/I] [Voices overlap]
      07  U/C:            I got a couple buddy's that; that want them
      08  too.
      09  SCHLOTTERBECK:  The couple that have already
      10  ordered from us.
      11  U/C:            Yeah, yeah, yeah.
      12  SCHLOTTERBECK:  It's like, it's like...all right,
      13  well...
      14  VLHA:           The returning customers on the builds.
      15  SCHLOTTERBECK:  I wouldn't do that for somebody
      16  that-
      17  U/C:            Well, it'll, it'll save me a step anyway,
      18  right?  Fuck it.
      19  SCHLOTTERBECK: And it'll save us time not having
      20  to...
      21  U/C:            Yeah, no, that's cool.  That's cool.
      22  SCHLOTTERBECK:  That's why we got a bunch of them
      23  cut.  But...you know, obviously there's a bit of
      24  a sketchy situation if we don't know the guy.
      25  U/C:            Oh, no, no.
00004:01  SCHLOTTERBECK:  You know what I mean?  If we don't
      02  know the, if we don't know that they've-
      03  U/C:            That's the beauty of that.  It's, hey, I
      04  fucking made it.
      05  SCHLOTTERBECK:  Yeah.
      06  U/C:            You know what I mean?  [Voices overlap]
      07  SCHLOTTERBECK:  Well you already -
      08  U/C:            That's why I wanna do it that way, man.
      09  SCHLOTTERBECK:  Yeah.
      10  U/C:            Especially with the fucking-how nuts
      11  everybody's being.  It's, like, fucking, I don't
      12  wanna fucking...I'm not, I'm not buying it in the
      13  store.  I don't fucking-I mean, I could...but,
      14  why?
      15  VLHA:           Yeah.
      16  SCHLOTTERBECK:  Yeah.  Did you take pictures and
      17  stuff of you cutting that other one or no?
      18  U/C:            I didn't take pictures of me cutting it.
      19  Yeah.  [Voices overlap]
      20  SCHLOTTERBECK:  Oh. [U/I] don't matter anyway.
      21  Yeah.
      22  U/C:            No.
      23  SCHLOTTERBECK:  But if you know the process, you've
      24  already done-[Noises in the background]
      25  U/C:            Dude I could easily-yeah.  I could easily
```

```
00005:01  fucking-it was kind of cool actually.  It's
      02  fucking amazing...that shit, dude.
      03  SCHLOTTERBECK:  Yeah.  [U/I].
      04  U/C:            Yeah.
      05  SCHLOTTERBECK:  [U/I] machine.
      06  U/C:            It's amazing how fucking easy it is too.
      07
      08
      09
      10
      11
      12
```