# EXHIBIT 3

```
00001:01   SCHLOTTERBECK:  Yeah. It's like-you know, the
      02   amount of money and time that would be put into
      03   it. It's not worth anybody, anybody-money. [U/I]-
      04   "Yeah, let me put that much money on a freaking
      05   wrap." Even though it could take a freaking-you
      06   know, three to four days to do; the sanding,
      07   added up.
      08   C/I:            Have you seen that, um-[Voices overlap]
      09   SCHLOTTERBECK:  [U/I].
      10   C/I:            That dip?
      11   SCHLOTTERBECK:  Oh, hydro dipping?
      12   C/I:            Yeah, hydro dipping.
      13   SCHLOTTERBECK:  Yeah, it's not durable though.
      14   C/I:            Oh, wow. I love the color. Can I?
      15   SCHLOTTERBECK:  Yeah, check it out. Go left handed.
      16   [Rustling]
      17   C/I:            Wow.
      18   SCHLOTTERBECK:  Yeah. So that one I built. This one
      19   is gonna some kind of [U/I]. And then we built,
      20   we're building this one right here.
      21   C/I:            What color is that?
      22   SCHLOTTERBECK:  This is, uh- um, this is a burnt
      23   bronze-[Voices overlap]
      24   C/I:            Looks like, uh-
      25   SCHLOTTERBECK:  Burnt bronze.
00002:01   C/I:            Oh, wow.
      02   SCHLOTTERBECK:  Anyway, this is gonna be-this is
      03   the next, next assembly here. Um-so anyway this
      04   is gonna be built-[Voices overlap]
      05   C/I:            I really, you know, man, I really like that
      06   color.
      07   SCHLOTTERBECK:  Yeah, I love burnt bronze. It's
      08   freaking sick. So, this is the barrel. It's got
      09   all the high end trigger for it. Freaking, silent
      10   capture buffer. Anyway, it's gonna be gone today.
      11   C/I:            So, basically you got what it takes. You
      12   can, can, you can, you can build me-one or two.
      13   SCHLOTTERBECK:  Yeah, yeah. I mean, these-we're,
      14   we're capable of doing it. I use-[Voices overlap]
      15   C/I:            Okay. [Chime]
      16   SCHLOTTERBECK:  I mean, we do it all the time.
      17   Just-[Voices overlap]
      18   C/I:            Like, you do-can you do it from the ground
      19   up? So, do I need to bring, do I need to bring
      20   LPK's or BCG's [sic], or something like that? Or
      21   can you just-[Voices overlap]
      22   SCHLOTTERBECK:  No, you don't-
      23   C/I:            Cause I got the money.
      24   SCHLOTTERBECK:  You don't have to bring shit.
      25   C/I:            Okay.
```

```
00003:01  SCHLOTTERBECK:  Look at this. I come back
      02  freaking-I mean, everything is freaking-[Voices
      03  overlap]
      04  C/I:            Dude, that is nice. Stark. Okay, hold on. I
      05  saw this-grip a while back.
      06  SCHLOTTERBECK:  It's not bolted yet.
      07  C/I:            No, but I mean, uh-it's the Stark grip.
      08  It's-what was so unique about it?
      09  SCHLOTTERBECK:  One of the best triggers-[Voices
      10  overlap]
      11  C/I:            The, the, the uh- your sling.
      12  SCHLOTTERBECK:  Yeah, yeah.
      13  C/I:            Yeah. I was, I was- I wanted to get one,
      14  but-I kind of like the "Get 'er done."
      15
      16
      17
```