# EXHIBIT 4

```
00001:01   C/I:           You're gonna build another one?
      02   SCHLOTTERBECK: Huh? I didn't build this.
      03   C/I:           Oh, you didn't?
      04   SCHLOTTERBECK: I don't build AR-ten's. I only
      05   build AR-Fifteens. Because-there's not- I, I
      06   don't have, I don't have resources for AR-ten
      07   parts. So, it's-[Voices overlap]
      08   C/I:           Yeah.
      09   SCHLOTTERBECK: The bottom line is that.
      10   C/I:           And I, I know that right now lowers for
      11   AR-Ten are hard as shit to find.
      12   SCHLOTTERBECK: Yeah.
      13   C/I:           But if you know somebody. Like, like, like I
      14   know they-
      15   SCHLOTTERBECK: I can-[Voices overlap]
      16   C/I:           Punch them out over at Juggernaut.
      17   SCHLOTTERBECK: I can get the lowers and the
      18   uppers. It's not the lowers and the uppers, it's
      19   all the other shit.
      20
      21
      22
      23
```