# EXHIBIT 5

```
00001:01  C/I:           Yeah, I wanted to touch base with you real
      02  quick, where we left off. Uh-[Voices overlap]
      03  SCHLOTTERBECK:  Yeah.
      04  C/I:           We left off-you were gonna, you were gonna,
      05  you were gonna build me something, right?
      06  SCHLOTTERBECK:  Yeah. We were talking about it,
      07  yeah.
      08  C/I:           Okay. Um, reminded me, uh- How much? How
      09  soon? I mean, what's, what's, what's your price?
      10  SCHLOTTERBECK:  Uh-[Voices overlap]
      11  C/I:           What's it gonna run me?
      12  SCHLOTTERBECK:  It depends on what you're
      13  interested. [U/I]
      14  C/I:           [U/I].
      15  SCHLOTTERBECK:  [U/I].
      16  C/I:           Say again?
      17  SCHLOTTERBECK:  I'd be two- if you want like all
      18  the bells and whistles, maybe like two G's. If
      19  you're looking for just the basics, then maybe
      20  like a grand. You know?
      21  C/I:           You know what? Um, I, I would, I would like
      22  to probably stay around fifteen. So, maybe not
      23  all the bells and whistles, but something cool.
      24  Make it- you know, that I really, really liked
      25  that paint.
00002:01  SCHLOTTERBECK:  Yeah? Okay.
      02  C/I:           Yeah. So-[Voices overlap]
      03  SCHLOTTERBECK:  What about the, uh-
      04  C/I:           [U/I].
      05  SCHLOTTERBECK:  What about optic for-uh, if you
      06  want to do obviously you just want to be cheap,
      07  cheap optics or what?
      08  C/I:           No, I'm good on the optics. I, I don't even
      09  worry about optics. Throw me some sights on
      10  there, through uh, uh, backups. But, I'm good on
      11  optics. [U/I] on optics, but it's definitely-
      12  SCHLOTTERBECK:  All right. That's cool. Uh-[Voices
      13  overlap]
      14  C/I:           Yeah. How soon you think, think, think that
      15  you can do all that?
      16  SCHLOTTERBECK:  Pretty fucking swamped right now,
      17  man. But, uh-I don't know. It usually takes me
      18  about a-week to two weeks at the most.
      19  C/I:           Okay.
      20  SCHLOTTERBECK:  To build, to, to uh, build and
      21  paint, you know.
      22  C/I:           That sounds, that sounds about right to me.
      23  SCHLOTTERBECK:  Okay.
      24  C/I:           Cool, let's roll.
      25  SCHLOTTERBECK:  Oh, uh, if you wanna get it
```

```
00003:01  together come by. Um, uh-I still want one of
      02  those uh, deals that we talked about.
      03  C/I:            Which? Remind me?
      04  SCHLOTTERBECK:  The, uh, the cool-[Voices overlap]
      05  C/I:            I'm alone in the truck. You can, you can
      06  speak freely.
      07  SCHLOTTERBECK:  Huh?
      08  C/I:            I said, I'm alone my truck. You can speak
      09  freely.
      10  SCHLOTTERBECK:  Oh. Yeah, I want one of those, uh,
      11  the-uh, suppressors you make.
      12  C/I:            Oh, that, yeah, we'll talk about that.
      13  SCHLOTTERBECK:  Yeah. All right.
      14  C/I:            Yeah, we'll talk about that. Yeah. I got
      15  to-[Voices overlap]
      16  SCHLOTTERBECK:  All right.
      17  C/I:            I got to, I got to re-up on parts or
      18  whatever. But, yeah. Okay, cool. Well, get
      19  started, man. Get started for me on, on that
      20  thing.
      21  SCHLOTTERBECK:  Huh?
      22  C/I:            Get started for me on that thing. And I'll
      23  give you a shout or something, uh, before I, you
      24  know, I won't come by unannounced.
      25  SCHLOTTERBECK:  Well, yeah, let me know. I need
00004:01  some cash to get started. To order all the parts,
      02  you know.
      03  C/I:            Okay.
      04  SCHLOTTERBECK:  But, uh-[Voices overlap]
      05  C/I:            All right. Well, um- I'll give you a shout,
      06  I'll give you a shout when I get back from, uh,
      07  San Francisco, after this weekend.
      08  SCHLOTTERBECK:  All right, sound good. All right,
      09  I'll talk to you later.
      10  C/I:            All right, boss. Later, man.
      11  SCHLOTTERBECK:  Al right, bye.
      12
      13
      14
```