# EXHIBIT 6

```
00001:01   C/I:            What kind of a time frame are we talking
      02   here?
      03   SCHLOTTERBECK: It's hard to say, uh...It-sometimes
      04   it takes three day, sometimes it takes two weeks.
      05   It just depends on available parts. When I call
      06   the-all my suppliers up? Sometimes it's, like,
      07   really quick, sometimes it's not, you know? But I
      08   never took more than two weeks to build a whole
      09   one, you know?
      10   C/I:            Yeah.
      11   SCHLOTTERBECK:  I would sugge-I would say roughly
      12   about a week? But you're going to have to come
      13   back here, we'll run over there, but it's, you
      14   know, around four or five o clock. But he does it
      15   after hours at-out of a...
      16   C/I:            Okay.
      17   SCHLOTTERBECK:  Basically, it's, like, a house?
      18   It's across the street from this big rim shop,
      19   and he just has one machine in there inside this
      20   little, like, freaking house looking warehouse or
      21   whatever.
      22   C/I:            Okay. Cool.
      23
      24
      25
```