# EXHIBIT 7

```
00001:01   SCHLOTTERBECK: Yeah. Sorry I missed you. [Voices
      02   overlap]
      03   C/I:            That's cool. Um, yeah I came by man and, uh-
      04   Uh, Jesse went through everything and showed me a
      05   little, you know, the, the little [U/I] added to
      06   it. And I was like, yeah, man this is, this is
      07   tight.
      08   SCHLOTTERBECK:  Yeah.
      09   C/I:            I had one of my boys with me out here. I was
      10   gonna introduce you to him. Um, and he was so
      11   impressed, he wants one.
      12   SCHLOTTERBECK:  Oh yeah?
      13   C/I:            Yeah. He was like whoa- Yeah, I don't know if
      14   he wants all that fancy, you know, like the
      15   little, the little finger, the finger release.
      16   [U/I] but he, he wants- he wants you to throw him
      17   something together.
      18   SCHLOTTERBECK:  Okay. [U/I]. [Voices overlap]
      19   C/I:            Is it cool, if I give him, uh, is it cool if
      20   I give him your number?
      21   SCHLOTTERBECK:  Yeah, yeah, please do. Yeah. Sure.
      22   C/I:            Awesome. Yeah. Hell yeah. [Voices overlap]
      23   SCHLOTTERBECK:  Um, yeah, I just, I just you know,
      24   I just wanna hear it for myself. You know, I-they
      25   said, they said you liked it and everything. I
00002:01   was like all right well, let me give him a call.
      02   [Voices overlap]
      03   C/I:            You hearing it- Go head.
      04   SCHLOTTERBECK:  Yeah, so- Yeah, I [U/I]-[Voices
      05   overlap]
      06   C/I:            You hear it straight from me. Man, that's
      07   some quality stuff.
      08   SCHLOTTERBECK:  Yeah, I mean the-[Voices overlap]
      09   C/I:            That's, that's top flight bro.
      10   SCHLOTTERBECK:  Yeah, probably one of the, the best
      11   builds I've, we've done, you know?
      12   C/I:            Really?
      13   SCHLOTTERBECK:  I, I mean, you can't, well you
      14   can't really-[Voices overlap]
      15   C/I:            [U/I] it's greatly appreciate it.
      16   SCHLOTTERBECK:  I just don't know what else you
      17   could put-I just don't know what else you can do
      18   to make it any better to be honest. Like [U/I] I
      19   mean, I if-[Voices overlap]
      20   C/I:            [U/I] I sat there and looked at it. Say
      21   again?
      22   SCHLOTTERBECK:  It, it's got every bell and whistle
      23   you can put on it, you know, on a, on a, on a
      24   build You know? So it's just- And it, and it, and
      25   [Voices Overlap] it looks bitching too, you know?
```

```
00003:01  That's the other thing. It just looks cool. So-
      02  [Voices overlap]
      03  C/I:             I agree
      04  SCHLOTTERBECK:  it looks bitching too, you know?
      05  That's the other thing. It just looks cool. So-
      06  [Voices overlap]
      07  C/I:             You know at the risk of sounding kind of, uh,
      08  off [U/I], it's not only very tactical, it's not
      09  only very awesome, awesome-looking, but, but it's
      10  even kind of, and don't take this the wrong way,
      11  but even kind of sexy man. It's like- [Laughs] I
      12  mean, it's, it's, it's almost art. It's, it's
      13  nice. It's very nice.
      14  SCHLOTTERBECK:  Yeah. So yeah, we tested the upper
      15  everything is firing so, you know, everything
      16  should work with the lower. You know, we never
      17  really have any issues with the lower, but- You
      18  know, so- [Voices overlap]
      19  C/I:             I'll, uh, [Stutters] is, is, as soon this,
      20  uh, as soon as this gets performance tested by,
      21  by me over here, then, uh, of course I'll give
      22  you [U/I]. And let you know, but I am positively
      23  sure that everything is gonna be one hundred
      24  percent and then some.
      25  SCHLOTTERBECK:  Yeah. It's, uh, with all that, um,
00004:01  you know, micro-slick [PH] in combination with
      02  the silent capture and the light trigger, it's
      03  gonna be so smooth the action of it coming back
      04  is just gonna feel like totally different than
      05  what you normally shoot, you know. It just feels-
      06  C/I:             Wow.
      07  SCHLOTTERBECK:  Super smooth. This way-even racking
      08  the gun you can feel how smooth it is. You know?
      09  C/I:             You can.
      10  SCHLOTTERBECK:  Yeah, just from-[Voices overlap]
      11  C/I:             You can.
      12  SCHLOTTERBECK:  Yeah, so it's, uh, it's- It's cool.
      13  So, anyway well, thanks for calling me back.
      14  Yeah, let me know, uh, let me know how it goes
      15  right after you shoot it.
      16  C/I:             Yeah, I wanna, I wanna get my buddy-I wanna
      17  give my boy your number and, uh, I don't know
      18  he'll shoot you a-he'll probably call you today
      19  or tomorrow. I, I don't know.
      20  SCHLOTTERBECK:  All right, man. [U/I] cool. [Voices
      21  overlap]
      22  C/I:             He's an awesome dude. He's an awesome dude.
      23  You'll get along with him real well.
      24  SCHLOTTERBECK:  All right, man. [U/I]-[Voices
      25  overlap]
```

```
00005:01  C/I:            [U/I] thank you. Thank you again. That was
     02   awesome.
     03   SCHLOTTERBECK:  No problem. Talk to you later, man.
     04   C/I:            All right, man. Bye.
     05   SCHLOTTERBECK:  Bye.
     06   [End of recording]
     07
     08
     09
```