# EXHIBIT 8

```
00001:01   SCHLOTTERBECK: Yeah I'm not, not worried about
      02   getting the parts at all. We do it all the time.
      03   U/C:            Okay, cool.
      04   SCHLOTTERBECK:  We used to it, like... We used to
      05   do a few. Sometimes five a week, you know? Not so
      06   much anymore, but...
      07   U/C:            Yeah.
      08   SCHLOTTERBECK:  We did it for a while like that.
      09   U/C:            Yeah, it's [U/I] I don't want to fucking
      10   get-order some crazy bullshit parts, also I don't
      11   where they're coming from, you know what I mean?
      12   You don't know what the fuck shit's going to work
      13   or not.
      14   SCHLOTTERBECK:Yeah, the shit we get is going to
      15   be, like, all from here.
      16   U/C:       I need it to work, it's going to be-because
      17   someone fucking broke into my house. [Laughs]
      18
      19
      20
```