# EXHIBIT 9

```
00001:01   SCHLOTTERBECK:  So we have some cut already from
     02   the guy.  Probably, like, a, a half a dozen [PH].
     03   U/C:            So you just need to wait on the other shit?
     04   On the fucking-the rest of the-the upper and
     05   everything.  [Voices overlap]
     06   VLHA:           [U/I].
     07   U/C:            Okay.  What other-do you got any other vapes
     08   with different colors on it?  Or some other color
     09   samples I can look at?
     10   VLHA:           There is all [U/I].
     11   U/C:            Oh, there's right there?  Let me [U/I].
     12   SCHLOTTERBECK:  But we have to, um-we'd have to
     13   place the order, like -
     14   U/C:            Yeah.  [Voices overlap]
     15   SCHLOTTERBECK:  [U/I] everything-
     16   U/C:            No, I, I-[Voices overlap]
     17   SCHLOTTERBECK:  [U/I].
     18   U/C:            No, I planned-I been planning this.  I called
     19   Jesse weeks ago before the holidays.  I just
     20   didn't have time.  So I'm, I'm good to go to put
     21   down on it now.  What I-I got-last time I got...
     22   VLHA:           You got midnight-[Voices overlap]
     23   U/C:            Burnt-midnight bronze.
     24   VLHA:           Midnight bronze.
     25   U/C:            I like bronze but I kinda wanted to do, like,
00002:01   a little bit of a gray.
     02   SCHLOTTERBECK:  Do Tungsten.
     03   VLHA:           Oh Tungsten.
     04   U/C:            Yeah.  Did I do-
     05   VLHA:           You can do that and midnight also.
     06   U/C:            Did I do Tugnsten?  [Voices overlap]
     07   VLHA:           [U/I].
     08   U/C:            Is that like that?  [Voices overlap]
     09   SCHLOTTERBECK:  [U/I] you did bronze.
     10   VLHA:           Maybe he-
     11   SCHLOTTERBECK:        Maybe he did.
     12   U/C:            No, I did-no, mine is bron-, my is definitely
     13   bronze.
     14   VLHA:           Yeah, 'cause Bear's was, Bear's was bronze-
     15   U/C:            It's like that.  No, it's like this.  [Voices
     16   overlap]
     17   VLHA:           But yours was midnight bronze.  Yeah.
     18   U/C:            It's similar to that but it's not-I don't
     19   think you have the sample in midnight bronze.
     20   SCHLOTTERBECK:  It's gotta be.  Well, we don't have
     21   midnight bronze.
     22   U/C:            Yeah.
     23   SCHLOTTERBECK:  But we have burnt bronze.
     24   U/C:            Ex-, exactly.  [Voices overlap]
     25   SCHLOTTERBECK:  This is burnt bronze.
```

```
00003:01  U/C:          Yeah.  It's a little darker than that.
      02  SCHLOTTERBECK: Yeah
      03  VLHA:         It's midnight, yeah.
      04  U/C:          So this wou-, this would be Tungsten?
      05  VLHA:         Yeah, that's regular Tungsten.  You can
      06  darken that up also though...if you wanted it
      07  more, like-
      08  SCHLOTTERBECK: That's a sick color for grays.
      09  U/C:          Yeah, why don't you-why don't we make that
      10  just a little darker.
      11  VLHA:         Sounds good.
      12  U/C:          Do it that way.
      13  VLHA:         That one comes out great.
      14  U/C:          Yeah.  All right.  Cool.
      15  VLHA:         Yeah.
      16  U/C:          No, it's-and don't-like I said, I'm not in a
      17  fucking rush.  So if you get a, if you get like a
      18  back order or something, just call me.  Fucking,
      19  totally fine.
      20  SCHLOTTERBECK: Yeah, we'll keep you posted on, on
      21  it.  The whole thing.  But we have two builds
      22  that we just got the parts in today.
      23  U/C:          Oh okay.  [Voices overlap]
      24  SCHLOTTERBECK: [U/I].  And Jesse is coming in
      25  tonight.
00004:01  U/C:          Yeah.
      02  SCHLOTTERBECK: He's gonna knock them out.  But...
      03  U/C:          Yeah, whatever.
      04  SCHLOTTERBECK: But it took... [Stutters] I told
      05  them one to two weeks and it took three full
      06  weeks.
      07  U/C:          That's-[Stutters] but that saves me a trip.
      08  [Voices overlap]
      09  SCHLOTTERBECK: [U/I].
      10  U/C:          Last time I had to come down three times.
      11  SCHLOTTERBECK: Yeah.
      12  U/C:          So it's, it's cool with me, man.  No, that's
      13  cool.  Yeah, let's do it.
      14  SCHLOTTERBECK: Okay.
      15  U/C:          I'm good to go.  I already have it fucking
      16  counted out for you and everything.
      17  SCHLOTTERBECK: All right, so-
      18  U/C:          I didn't know if-
      19  SCHLOTTERBECK: What are you leaving us with?
      20  U/C:          Sev-the half, right?
      21  SCHLOTTERBECK: Yeah.
      22  U/C:          Fifteen?
      23  SCHLOTTERBECK: Yeah.
      24  U/C:          Yeah, so I got seven fifty.
      25  SCHLOTTERBECK: Okay.  Great.
```

```
00005:01  U/C:           Yeah.  [Noises in the background]  Let me
      02  make sure it's good.  I was planning on doing
      03  this before the holidays, man.  I just-it was too
      04  fucking crazy.  I just didn't have time.  Three,
      05  four, five, six.  There's seven.  And there's the
      06  fifty.
      07  SCHLOTTERBECK:  Cool.  All right, well, we'll put
      08  in the order, um...asap.
      09  U/C:           Okay.
      10  SCHLOTTERBECK:  Most of the stuff we can get right
      11  away.  It's just a few of the parts that are
      12  minimal [PH].
      13  U/C:           Okay.
      14  SCHLOTTERBECK:  They're a little bit hard to get.
      15  Lower parts kits [PH] for some reason are hard to
      16  get.
      17  U/C:           Yeah.
      18  SCHLOTTERBECK:  And, uh...the barrels are hard to
      19  get.  Um...
      20  U/C:           Like I said, if you run into a hang up and
      21  it's gonna take a little bit longer, it's not a
      22  big deal.
      23  VLHA:          Yeah [U/I] send you a text-[Voices overlap]
      24  U/C:           Just send, just send me a text, man.
      25  VLHA:          Yeah.
00006:01  U/C:           That's totally fucking cool.  I'd, I'd
      02  rather, like, not fucking short on a, on a good
      03  part or something, like, if you can't get
      04  something.  If it's, like, gonna be like fucking
      05  months or something-
      06  VLHA:          Yeah.
      07  U/C:           Then tell me and then maybe we'll just
      08  fucking-
      09  VLHA:          "Hey, wait an extra five days [U/I] we can
      10  throw this thing together"-
      11  U/C:           Yeah.
      12  VLHA:          Yeah.  For sure.
      13
      14
      15
      16
```