# EXHIBIT 10

```
00001:01  U/C1:           He said he was gonna- he
      02  offered to direct ship it, but I'm not in a rush.
      03   He just fucking- next time I come here, I'll
      04  come through.  Fucking-
      05  U/C2:           Yeah.  I mean, I'll get a couple.
      06  U/C1:           Yeah.
      07  U/C2:           Order a couple
      08  U/C1:            I'm like him now.  He's fucking constantly
      09  fucking buying new ones, until I can think of a
      10  new idea.  And now I'm all fucking into it, so.
      11  You guys- [Voices overlap]
      12  SCHLOTTERBECK:  He sells a lot too. [Voices
      13  overlap]
      14  U/C1:           You, you know how to reel them in.
      15  SCHLOTTERBECK:  [Laughs]
      16  U/C1:          That's how you do it.
      17  SCHLOTTERBECK:  Not everybody comes back, uh-
      18  U/C1:           Yeah.
      19  VLHA:           Usually, a lot of people, most
      20  people that buy one, they're happy and they just-
      21  U/C2:           Oh, really?
      22  VLHA:           Some people are good.  [Voices overlap]
      23  U/C1:           Yeah.
      24  SCHLOTTERBECK:  Yeah.
      25  VLHA:           Yeah.
00002:01  SCHLOTTERBECK:  And then other people are the
      02  opposite.
      03  U/C1:           I had some disposable income this year, so I
      04  was like, "Fuck it."  [Voices overlap]
      05  U/C2:           Or like way into it, huh, then?
      06  VLHA:           [U/I]  We get some, like, some of our
      07  friends just get one, and then that's it.
      08  U/C1:           It's either that, or I'm gonna spend, spend
      09  it on pussy and booze.  So what, what difference
      10  does it make, right? [Chuckles]
      11  VLHA:           We're always building one.
      12  U/C2:           Yeah.
      13  VLHA:           Always got one [U/I] build.
      14  U/C2:           Oh that's cool man.
      15  U/C1:           Right?
      16  U/C2:           Yeah.
      17  SCHLOTTERBECK:  Shit hits the fan, this is more
      18  valuable.
      19  U/C1:           Exactly.  No shit, man.  All right.  You
      20  guys take it easy now.
      21  U/C2:           All right man.
      22  U/C1:           I'll see you guys, uh, I don't know,
      23  whenever he gets the mag in.  Tell him to call
      24  me.  I'll come by.
      25  SCHLOTTERBECK:  All right.
```

```
00003:01  U/C1:          All right.  See you guys.
      02  U/C2:          Later.
      03
      04
      05
```