# EXHIBIT 11

## December 7, 2015 Text Exchange – Schlotterbeck and P

| 1127 | SMS Messages | Incoming | | | 12/7/2015 11:29:08 AM(UTC-8) | From: P | Hey man it's Zach, are you still doing builds for the AR15's? | |
|------|---------|---------|--|--|-----------------------------|---------|------------------------------------------------------------|--|
| 1128 | SMS Messages | Outgoing | | | 12/7/2015 11:32:35 AM(UTC-8) | To: +1 F | Yeah | |
| 1129 | SMS Messages | Incoming | | | 12/7/2015 11:33:35 AM(UTC-8) | From: P | How much are you charging for a build these days. I have a family member who is looking to get one and I talked him into going though you instead. | |
| 1130 | SMS Messages | Outgoing | | | 12/7/2015 11:35:56 AM(UTC-8) | To: +1 P | The cheapest ones I am doing now are $1000 if they bring the lower or $1100 if they want me to get it | |
| 1131 | SMS Messages | Incoming | | | 12/7/2015 11:36:53 AM(UTC-8) | From: P | Oh dang ok. I'll talk to him and see what he wants to do. I'll let you know. | |
| 1132 | SMS Messages | Incoming | | | 12/7/2015 11:37:16 AM(UTC-8) | From: P | For $1000 is it the same build that I have? | |
| 1133 | SMS Messages | Outgoing | | | 12/7/2015 11:37:39 AM(UTC-8) | To: +1 F | No its better | |
| 1134 | SMS Messages | Incoming | | | 12/7/2015 11:38:12 AM(UTC-8) | From: P | Ahah. In what ways? Just so I can let him know | |
| 1135 | SMS Messages | Outgoing | | | 12/7/2015 11:39:13 AM(UTC-8) | To: +1 F | I figure if somebody wants to spend 700 to 800 bucks they can just go to turners and get crap | |
| 1136 | SMS Messages | Outgoing | | | 12/7/2015 11:40:07 AM(UTC-8) | To: +1 P | Barrels are better, bolts are better, rails are better. Pretty much everything actually | |
| 1137 | SMS Messages | Incoming | | | 12/7/2015 11:40:33 AM(UTC-8) | From: F | Very well. I'll let him know. | |
| 1138 | SMS Messages | Outgoing | | | 12/7/2015 11:40:55 AM(UTC-8) | To: +1 Pi | Ok thanks | |

**INTENTIONALLY BLANK**

## December 10, 2015 Text Exchange – Schlotterbeck and P⬛⬛

| 1244 | SMS Messages | Incoming | | | 12/10/2015 7:29:22 PM(UTC-8) | From: P⬛ | Hey so he is good with $1100 if you can handle everything. Will it come with the same sight that mine came with and are you able to do the same color as the gun metal one you did for my dad? | |
|---|---|---|---|---|---|---|---|---|
| 1245 | SMS Messages | Outgoing | | | 12/10/2015 7:29:58 PM(UTC-8) | To: +1 P⬛ | Yeah we can do that | |
| 1246 | SMS Messages | Incoming | | | 12/10/2015 7:30:18 PM(UTC-8) | From: P⬛ | Ok he will take 2 then. | |
| 1247 | SMS Messages | Outgoing | | | 12/10/2015 7:30:58 PM(UTC-8) | To: +1 Pi⬛ | Alright cool I need half upfront and half when I am finished | |
| 1248 | SMS Messages | Incoming | | | 12/10/2015 7:31:39 PM(UTC-8) | From: P⬛ | Ok. I'll contact him tomorrow and let him know. I take it you prefer cash? | |
| 1249 | SMS Messages | Outgoing | | | 12/10/2015 8:46:21 PM(UTC-8) | To: +1 Pi⬛ | Yes please and thanks for putting my name out there | |
| 1250 | SMS Messages | Incoming | | | 12/10/2015 8:48:50 PM(UTC-8) | From: P⬛ | No problem man. | |
| 1251 | SMS Messages | Incoming | | | 12/10/2015 8:49:15 PM(UTC-8) | From: P⬛ | I'll probably get into contact with you this weekend to drop off the cash | |
| 1252 | SMS Messages | Outgoing | | | 12/10/2015 8:49:54 PM(UTC-8) | To: +1 P⬛ | Sweet | |

**INTENTIONALLY BLANK**

# December 16, 2015 Text Exchange – Schlotterbeck and P

| 1330 | SMS Messages | Incoming | | | 12/16/2015 1:51:21 PM(UTC-8) | From: F | Hey man so I'll have the money by the end of this week for the two builds. It may end up being 4 builds total. I'll find out within the next couple hours. Just to confirm the weapons will be like mine besides some slight upgraded materials and they will come with the little red dot sights? | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1331 | SMS Messages | Outgoing | | | 12/16/2015 1:52:04 PM(UTC-8) | To: +1 F | Yes and sounds great | |
| 1332 | SMS Messages | Incoming | | | 12/16/2015 1:53:35 PM(UTC-8) | From: F | Ok sounds great. I'll let you know if my other guy is going to place an order by today. | |
| 1333 | SMS Messages | Outgoing | | | 12/16/2015 1:54:40 PM(UTC-8) | To: +1 F | Ok cool | |

| 1337 | SMS Messages | Incoming | | | 12/16/2015 5:14:47 PM(UTC-8) | From: P | So it will be a total of 3. I'll have the cash on Monday I can drop it off at your place if that works for you. | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1338 | SMS Messages | Outgoing | | | 12/16/2015 5:15:41 PM(UTC-8) | To: +1 Pi | Yeah that works sounds good I'll see you Monday | |

## December 16, 2015 Text Exchange – Schlotterbeck and P

| 1340 | SMS Messages | Outgoing | | | 12/16/2015 6:15:23 PM(UTC-8) | To: + P | Are these are these bills a hundred percent for sure I go because I found a great deal on some bolts that are really really nice that will not last long. I would like to buy it now. If not I could just go with the regular one that I normally put in them | |
|------|--------------|----------|--|--|------------------------------|---------|---|--|
| 1341 | SMS Messages | Outgoing | | | 12/16/2015 6:16:00 PM(UTC-8) | To: + P | Are these builds a hundred percent for sure a go because I found a great deal on some bolts that are really really nice that will not last long. I would like to buy it now. If not I could just go with the regular one that I normally put in them | |
| 1342 | SMS Messages | Incoming | | | 12/16/2015 6:16:52 PM(UTC-8) | From P | I would say yes they are but at the same time I don't want to put you in that spot if for some reason it didn't happen. | |
| 1343 | SMS Messages | Outgoing | | | 12/16/2015 6:17:59 PM(UTC-8) | To: + P | Okay I'll just wait hopefully they still have some on Monday | |
| 1344 | SMS Messages | Incoming | | | 12/16/2015 6:18:00 PM(UTC-8) | From P | How is going to work with registering the weapons if they don't get the lower receivers before hand? | |
| 1345 | SMS Messages | Outgoing | | | 12/16/2015 6:18:39 PM(UTC-8) | To: + P | We'll talk about that on Monday | |
| 1346 | SMS Messages | Incoming | | | 12/16/2015 6:19:39 PM(UTC-8) | From P | Ok just he is asking how that will work. | |

| 1348 | SMS Messages | Incoming | | | 12/16/2015 6:41:04 PM(UTC-8) | From: + Pi | As long as it's nothing sketchy or a huge additional cost for them it should be fine. That would be the only thing that would cause them to back out | |
|------|--------------|----------|--|--|------------------------------|-----------|---|--|

**INTENTIONALLY BLANK**

# July 26, 2016 Text Exchange – Schlotterbeck & P

| 2697 | SMS Messages | Incoming | | | 7/26/2016 11:43:30 AM(UTC-7) | From: P | Hey man it's zach. Quick question, I know I've asked you before but do you do builds for the AR10? If so how much would I be looking at for price wise. |
|------|--------------|----------|---|---|------------------------------|---------|---|
| 2698 | SMS Messages | Outgoing | | | 7/26/2016 11:47:40 AM(UTC-7) | To: +1 P | Yes we can but there bitch and there a lot more expensive |
| 2699 | SMS Messages | Outgoing | | | 7/26/2016 11:47:58 AM(UTC-7) | To: +1 P | $1500 for a nice one |
| 2700 | SMS Messages | Incoming | | | 7/26/2016 11:49:06 AM(UTC-7) | From: F | Ok. That's about how much I was thinking. I'm trying to get these before the new year starts with these bs laws |
| 2701 | SMS Messages | Outgoing | | | 7/26/2016 11:49:32 AM(UTC-7) | To: +1 P | I can help you with everything including the lower |
| 2702 | SMS Messages | Incoming | | | 7/26/2016 11:50:26 AM(UTC-7) | From: P | Ok sweet. I'll have to pull some funds together. Just wanted to get a ball park idea on how much and if you did them. |
| 2703 | SMS Messages | Outgoing | | | 7/26/2016 11:50:48 AM(UTC-7) | To: +1 P | Ok cool |

**INTENTIONALLY BLANK**

## September 27, 2016 Text Exchange – Schlotterbeck and P

| 3215 | SMS Messages | Incoming | | | 9/27/2016 12:00:12 PM(UTC-7) | From: F | Hey man it's zach. Just curious you still doing AR builds? | |
|------|------|------|---|---|------|------|------|---|
| 3216 | SMS Messages | Outgoing | | | 9/27/2016 12:00:22 PM(UTC-7) | To: +15 P | Yeah | |
| 3217 | SMS Messages | Incoming | | | 9/27/2016 12:00:49 PM(UTC-7) | From: P | How much you doing them for now for everything | |
| 3218 | SMS Messages | Incoming | | | 9/27/2016 12:44:07 PM(UTC-7) | From: F | My brother is looking to get one and wants to do so before the new year | |
| 3219 | SMS Messages | Outgoing | | | 9/27/2016 12:45:58 PM(UTC-7) | To: +15 P | I couldn't build him a bad ass one for $1200.  I don't want to mess with the cheap parts it is too big of a pain in the ass | |
| 3220 | SMS Messages | Incoming | | | 9/27/2016 12:55:04 PM(UTC-7) | From: P | Could or couldn't?? | |
| 3221 | SMS Messages | Outgoing | | | 9/27/2016 12:55:22 PM(UTC-7) | To: +15 P | Could | |
| 3222 | SMS Messages | Incoming | | | 9/27/2016 12:55:55 PM(UTC-7) | From: F | Ok. And about how long for the build? | |
| 3223 | SMS Messages | Outgoing | | | 9/27/2016 12:56:31 PM(UTC-7) | To: +15 P | A week | |
| 3224 | SMS Messages | Incoming | | | 9/27/2016 12:57:31 PM(UTC-7) | From: P | Oh shit ok. I'm going to meet with him today and will let him know. I might have a couple questions later when I see him. | |
| 3225 | SMS Messages | Outgoing | | | 9/27/2016 12:57:55 PM(UTC-7) | To: +15 Pi | Ok | |

## September 27, 2016 Text Exchange – Schlotterbeck and P█████

| 3226 | MMS Messages | Outgoing | 1 | | 9/27/2016 12:59:28 PM(UTC-7) | To: P█ | Attachment564f4ec c-0cee-4cf8-ab0d-4b39b482ba7e.jpg 🔫 | |
|------|--------------|----------|---|--|------------------------------|--------|-----------------------------------------------------------|--|
| 3227 | SMS Messages | Incoming | | | 9/27/2016 1:00:10 PM(UTC-7) | From: P█ | Damn! Huge upgrade. lol | |
| 3228 | SMS Messages | Outgoing | | | 9/27/2016 1:00:27 PM(UTC-7) | To: P█ | Go be something like that probably | |
| 3229 | SMS Messages | Incoming | | | 9/27/2016 1:00:54 PM(UTC-7) | From: P█ | Ok. I'll send him those pics. | |

## September 27, 2016 Text Exchange – Schlotterbeck and P



**INTENTIONALLY BLANK**

## October 8, 2016 Text Exchange – Schlotterbeck and P▮▮

| 3326 | SMS Messages | Incoming | | | 10/8/2016 3:34:14 PM(UTC-7) | From: P▮ | Hey man so my brother wants to do the build, only thing he wants is that he is a lefty (not that that matters) he wants the desert tan like mine and he wants the flag imprint on it. | |
|------|--------------|----------|--|--|-----------------------------|----------|------------|--|
| 3327 | SMS Messages | Outgoing | | | 10/8/2016 3:36:31 PM(UTC-7) | To: +1 Pi▮ | I do think craving in house now but it will be engraved into the lower it won't be the color white we charge an extra 60 bucks because its a lot of Labor do it | |
| 3328 | SMS Messages | Incoming | | | 10/8/2016 3:38:52 PM(UTC-7) | From: P▮ | So no flag or what? I'm confused. | |
| 3329 | SMS Messages | Outgoing | | | 10/8/2016 3:39:58 PM(UTC-7) | To: +1 Pi▮ | We can do the flag but its going to cost 60 bucks and it's going to be engraved into it not just on the surface it's going to lift better than the others ones | |
| 3330 | SMS Messages | Outgoing | | | 10/8/2016 3:42:35 PM(UTC-7) | To: +1 Pi▮ | Just call me if you need more information I'm not in love with texting | |
| 3331 | SMS Messages | Incoming | | | 10/8/2016 3:43:05 PM(UTC-7) | From: Pi▮ | Sounds good man. I'm at big bear now. I'll probably call tomorrow if that works for you | |
| 3332 | SMS Messages | Outgoing | | | 10/8/2016 3:57:54 PM(UTC-7) | To: +1 P▮ | Cool | |

**INTENTIONALLY BLANK**

## October 13, 2016 Text Exchange – Schlotterbeck and P

| 3359 | SMS Messages | Incoming | | | 10/13/2016 12:41:37 PM(UTC-7) | From: Pi | Hey man I know you prefer a call but I'm at work. Just a couple questions about the AR. My brother wants to know the brand of lower that you are using and if there will be a serial number and all that shit. | |
|------|--------------|----------|---|---|------------------------------|----------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---|
| 3360 | SMS Messages | Outgoing | | | 10/13/2016 3:13:55 PM(UTC-7) | To: +1 F | A juggernaut lower. It would be an 80% | |
| 3361 | SMS Messages | Incoming | | | 10/13/2016 3:15:22 PM(UTC-7) | From: Pi | What's it mean by 80% | |
| 3362 | SMS Messages | Outgoing | | | 10/13/2016 3:16:26 PM(UTC-7) | To: +1 P | just call me later | |
| 3363 | SMS Messages | Outgoing | | | 10/13/2016 3:16:52 PM(UTC-7) | To: +1 P | or google it | |
| 3364 | SMS Messages | Incoming | | | 10/13/2016 3:18:31 PM(UTC-7) | From: P | Ok | |
| 3365 | SMS Messages | Outgoing | | | 10/13/2016 3:19:32 PM(UTC-7) | To: +1 P | Not being an asshole just certain things I don't like disgusting over a text message | |
| 3366 | SMS Messages | Incoming | | | 10/13/2016 3:20:08 PM(UTC-7) | From: P | All good. No worries man. Can I call now?? | |
| 3367 | SMS Messages | Outgoing | | | 10/13/2016 3:20:28 PM(UTC-7) | To: +1 P | Yeah | |
| 3368 | SMS Messages | Incoming | | | 10/13/2016 7:20:27 PM(UTC-7) | From: P | My brother wants to do it as soon as you can. He has the money. | |
| 3369 | SMS Messages | Incoming | | | 10/13/2016 7:24:12 PM(UTC-7) | From: P | Ok I'll try and it get by tomorrow. $630 upfront works? | |
| 3370 | SMS Messages | Incoming | | | 10/13/2016 7:25:03 PM(UTC-7) | From: P | Sounds good man. I'll contact you tomorrow. | |

**INTENTIONALLY BLANK**

# October 26, 2016 Text Exchange – Schlotterbeck and P█████

| 3414 | SMS Messages | Incoming | | | 10/26/2016 2:08:39 PM(UTC-7) | From: F█████ | (562)█████ | |
| 3415 | SMS Messages | Incoming | | | 10/26/2016 2:09:27 PM(UTC-7) | From: F█████ | Yes | |

| 3420 | MMS Messages | Outgoing | 1 | | 10/27/2016 8:25:09 PM(UTC-7) | To: F█████ | Attachment4ca45e a4-4e9e-4fa4-81ed-2c5f926600cf.jpeg | |
| 3421 | Images | | | | 10/27/2016 8:27:00 PM | | 20161027_202714.jpg | |
| 3422 | Images | | | | 10/27/2016 8:27:00 PM | | 20161027_202727.jpg | |
| 3423 | MMS Messages | Outgoing | 1 | | 10/27/2016 8:27:38 PM(UTC-7) | To: Ken█████ et | Attachment0f617b0 d-8c8d-43f0-ab4f-822e4067cc6a.jpeg | |
| 3424 | SMS Messages | Incoming | | | 10/27/2016 8:30:46 PM(UTC-7) | From P█████ | Fucking awesome | |
| 3425 | SMS Messages | Outgoing | | | 10/27/2016 8:32:43 PM(UTC-7) | To: P█████ | Yeah this is a nice.build | |
| 3426 | MMS Messages | Outgoing | 1 | | 10/27/2016 8:33:04 PM(UTC-7) | To: P█████ | Attachment86a5bb b7-e853-48b6-a8fa-bfe7133c54f9.jpeg | |
| 3427 | SMS Messages | Incoming | | | 10/27/2016 8:33:20 PM(UTC-7) | From P█████ | Looks really good man. I'm sure he'll be happy as fuck | |
| 3428 | SMS Messages | Incoming | | | 10/27/2016 8:34:02 PM(UTC-7) | From P█████ | Sweet! | |

## October 26, 2016 Text Exchange – Schlotterbeck and P



# October 26, 2016 Text Exchange – Schlotterbeck and P

