# EXHIBIT 12

## September 11, 2016 Text Exchange – Schlotterbeck and C[redacted]

| # | Type | Direction | Date/Time | From/To | Message |
|---|---|---|---|---|---|
| 3061 | SMS Messages | Incoming | 9/11/2016 6:13:36 PM(UTC-7) | From: C[redacted] | Hey bro I need a couple more ar's long story but I don't have mine anymore |
| 3062 | SMS Messages | Outgoing | 9/11/2016 6:31:07 PM(UTC-7) | To: +1 C[redacted] | Ok |
| 3063 | SMS Messages | Incoming | 9/11/2016 6:31:38 PM(UTC-7) | From: C[redacted] | Can u still get the 800 per deal if I wait? |
| 3064 | SMS Messages | Outgoing | 9/11/2016 6:32:10 PM(UTC-7) | To: +1 C[redacted] | No but $1000 |
| 3065 | SMS Messages | Incoming | 9/11/2016 6:32:23 PM(UTC-7) | From: C[redacted] | Ok deal |
| 3066 | SMS Messages | Outgoing | 9/11/2016 6:32:27 PM(UTC-7) | To: +1 C[redacted] | There better though |
| 3067 | SMS Messages | Incoming | 9/11/2016 6:32:38 PM(UTC-7) | From: C[redacted] | Really? How? |
| 3068 | SMS Messages | Incoming | 9/11/2016 6:32:47 PM(UTC-7) | From: C[redacted] | Minis right? |
| 3069 | SMS Messages | Outgoing | 9/11/2016 6:32:52 PM(UTC-7) | To: +1 C[redacted] | Then the 800 |
| 3070 | SMS Messages | Outgoing | 9/11/2016 6:33:03 PM(UTC-7) | To: +1 C[redacted] | Yeah |

# September 11, 2016 Text Exchange – Schlotterbeck and C[redacted]

| # | Type | Direction | | | Date/Time | From/To | Message |
|---|---|---|---|---|---|---|---|
| 3071 | SMS Messages | Incoming | | | 9/11/2016 6:33:13 PM(UTC-7) | From: +[redacted] | Crisp |
| 3072 | SMS Messages | Incoming | | | 9/11/2016 6:33:19 PM(UTC-7) | From: +[redacted] | I'll take two |
| 3073 | SMS Messages | Outgoing | | | 9/11/2016 6:34:03 PM(UTC-7) | To: +13[redacted] | Ok I need cash though |
| 3074 | SMS Messages | Incoming | | | 9/11/2016 6:34:46 PM(UTC-7) | From: +[redacted] | Txt me saying 1200 for them plz |
| 3075 | SMS Messages | Incoming | | | 9/11/2016 6:35:05 PM(UTC-7) | From: +[redacted] | Gotta screen shot to sell it to the homie |
| 3076 | SMS Messages | Outgoing | | | 9/11/2016 6:35:10 PM(UTC-7) | To: +13[redacted] | $1200 each |
| 3077 | SMS Messages | Incoming | | | 9/11/2016 6:39:30 PM(UTC-7) | From: +[redacted] | Ok deal I'll take two |
| 3078 | SMS Messages | Incoming | | | 9/11/2016 6:45:05 PM(UTC-7) | From: +[redacted] | Can u send a pic or explain why it's better? |
| 3079 | SMS Messages | Outgoing | | | 9/11/2016 6:46:46 PM(UTC-7) | To: +13[redacted] | It's the same shit you wont to be able to tell a difference it's just American made better quality Parts. They don't have as much China shit floating around |