# EXHIBIT 13

# December 21, 2016 Text Exchange – Schlotterbeck & P███

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3746 | MMS Messages | Incoming | | | 12/21/2016 12:40:35 PM(UTC-8) | From: ███ P███ | Travis my friend has interest and a ? Tell me more about it. Caliber brand did you say 1500.00 dollars ?? |
| 3747 | MMS Messages | Incoming | | | 12/21/2016 12:43:10 PM(UTC-8) | From: ███ P███ | Doug it"s hand assembled and modified by me an Mario already own 3 Travis tell him the parts lousy |
| 3748 | MMS Messages | Incoming | | | 12/21/2016 12:43:15 PM(UTC-8) | From: ███ P███ | List |
| 3749 | MMS Messages | Incoming | | | 12/21/2016 12:44:27 PM(UTC-8) | From: ███ P███ | That came out wrong Doug my buddy Travis makes him in his shop on the down low with top-of-the-line parts |
| 3750 | MMS Messages | Incoming | | | 12/21/2016 12:45:25 PM(UTC-8) | From: ███ P███ | Travis send some color sample of others u have made |
| 3751 | MMS Messages | Outgoing | 1 | | 12/21/2016 12:59:43 PM(UTC-8) | To: +1█ P█ +1 | Attachment4e7842 86-4420-4a51-9ddb-0a95e26cab53.jpeg |
| 3752 | MMS Messages | Outgoing | | | 12/21/2016 1:00:12 PM(UTC-8) | To: +1█ P█ +█ | Has a juggernaut Barrel fail zero nickel boron Bolt |
| 3753 | MMS Messages | Incoming | | | 12/21/2016 1:00:56 PM(UTC-8) | From: ███ P█ | I"d buy it if where left handed |
| 3754 | MMS Messages | Outgoing | 1 | | 12/21/2016 1:04:56 PM(UTC-8) | To: +1█ P█ +█ | Attachment7574aa 92-02a0-41f8-8d73-912b807ba0d9.jpg |
| 3755 | MMS Messages | Outgoing | 1 | | 12/21/2016 1:05:25 PM(UTC-8) | To: +1█ P█ +█ | Attachmentda02ba e8-b96e-4da4-ae19-b8a467174e7a.jpeg |

## December 21, 2016 Text Exchange – Schlotterbeck & P[redacted]

| 3756 | MMS Messages | Outgoing | 1 | | 12/21/2016 1:05:58 PM(UTC-8) | To: +[redacted] P[redacted] +[redacted] | Attachment85b5020c-541f-4322-b066-c7f90cd4602f.jpg |
|---|---|---|---|---|---|---|---|
| 3757 | MMS Messages | Outgoing | 1 | | 12/21/2016 1:08:49 PM(UTC-8) | To: +[redacted] P[redacted] +[redacted] | Attachment6e633796-48f2-49a0-a6e1-2cf56b693392.jpg |
| 3758 | MMS Messages | Incoming | | | 12/21/2016 1:18:34 PM(UTC-8) | From[redacted] | That does not look like a gun for a left hand person. |

## December 21, 2016 Text Exchange – Schlotterbeck & P███



# December 21, 2016 Text Exchange – Schlotterbeck & P███



# December 21, 2016 Text Exchange – Schlotterbeck & P█



## December 21, 2016 Text Exchange – Schlotterbeck & P█



## December 21, 2016 Text Exchange – Schlotterbeck & P

