# EXHIBIT 14







GEX 405
Page 3 of 32





















GEX 40S
Page 17 of 32































































