# EXHIBIT 15

```
00001:01   SCHLOTTERBECK: Bear.
      02   C/I:           What are you doing, big dog?
      03   SCHLOTTERBECK: Not much, just working, man.
      04   C/I:           Ah, I hear you. I hear you. Hey, just real
      05   quick, I want to give you a heads up. My, uh, my
      06   boy Jay wants to give you a call, and, uh, I was
      07   going to give you his number so you know what to
      08   watch out for, you know what I mean? So you don't
      09   see some strange number calling you or whatever.
      10   SCHLOTTERBECK: Okay. Yeah.
      11   C/I:           Got a pen and piece of paper?
      12   SCHLOTTERBECK: I do.
      13   C/I:           Eight, one, eight...
      14   SCHLOTTERBECK: All right.
      15   C/I:           Two, eight, seven...
      16   SCHLOTTERBECK: Okay.
      17   C/I:           Seven, two, five, five. And don't, you
      18   know... Don't let him Jew you down, man.
      19   [Stutters] He's not poor, but you know, he wants
      20   something like he, [Stammers] cause he was so
      21   impressed.
      22   SCHLOTTERBECK: Okay. Thanks, man.
      23   C/I:           So, right on-[Voices overlap]
      24   SCHLOTTERBECK: I appreciate you throwing it out
      25   there.
00002:01   C/I:           Yeah, he wants, he wants to try to catch
      02   before you take off. When are you leaving?
      03
      04
      05
      06
```