# EXHIBIT 16

```
00001:01  [Telephone rings]
      02  SCHLOTTERBECK: Hello this is Travis.
      03  U/C:            Hey Travis, what's up, man; it's Jay, Bear's
      04  boy. What's going on, bro?
      05  SCHLOTTERBECK:  Who is this?
      06  U/C:            It's Jay, Bear's, Bear's friend.
      07  SCHLOTTERBECK:  Oh, hey, what's going on, man?
      08  U/C:            [Audio glitch] to give you a call-[Voices
      09  overlap]
      10  SCHLOTTERBECK:  How are you?
      11  U/C:            What's going on man? Hey, yeah, I don't want
      12  to bug you this weekend, man, I meant to call
      13  you, and I just fucking-the whole fucking weekend
      14  escaped me.
      15  SCHLOTTERBECK:  Oh.
      16  U/C:            What's going on brother?
      17  SCHLOTTERBECK:  Yeah, [U/I]-Not much.
      18  U/C:            Hey man, I was going to, I was going to be
      19  down in that area, like, probably, like, maybe
      20  Thursday or Wednesday. I was going to see if you
      21  were around. I know he said you're taking off,
      22  but, uh... I wanted to look at getting something
      23  put together. I probably, probably don't want to
      24  spend quite as much as him, but I wanted to come
      25  down and maybe check it out and talk about
00002:01  options and shit like that, if that's cool.
      02  SCHLOTTERBECK: Yeah, sure, no problem.
      03  U/C:            Okay.
      04  SCHLOTTERBECK: Uh, come on down. Uh, Thursday
      05  would be better than Wednesday because I got my
      06  kids, but, um... [Voices overlap]
      07  U/C:            No Thursday's fine, brother. I'll, I'll; I'll
      08  work my schedule around that. I was going to be
      09  down that way anyways, so, I'll, uh...
      10  SCHLOTTERBECK:  Okay.
      11  U/C:            I'll text you Wednesday night or something.
      12  I'll probably be around that-like, maybe, like,
      13  after lunchtime or something like that.
      14  SCHLOTTERBECK:  Okay, great.
      15  U/C:            All right, all right cool. Should I just
      16  slide by that-because I went with him when he
      17  picked it up when Jesse was there, I'll just
      18  slide by the same spot, you going to be up in the
      19  front or the back?
      20  SCHLOTTERBECK:  I'll probably be in the front shop,
      21  but you know, just give me a holler before you
      22  come-[Voices overlap]
      23  U/C:            Yeah.
      24  SCHLOTTERBECK:  Before you come and we'll... you
      25  know-[Voices overlap]
```

```
00003:01  U/C:             I'll confirm with you Wednesday, bro, and if
      02  some-yeah, yeah, I'll confirm with you Wednesday
      03  and if something comes up, just hit me up, um...
      04  SCHLOTTERBECK:  Oh yeah, no, Thursday's good man,
      05  so...
      06  U/C:             All right, cool.
      07  SCHLOTTERBECK:  Cool.
      08  U/C:             All right, I'll come down, yeah, I-dude, I
      09  know some other dudes, too, that want to get shit
      10  made up too, so... I could probably get you some
      11  more business too, brother.
      12  SCHLOTTERBECK:  Great
      13  C/I:             All right cool.
      14  SCHLOTTERBECK:  All right, man. Sounds good.
      15  U/C:             All right, bro, have a good one, I'll talk to
      16  you soon.
      17  SCHLOTTERBECK:  You, you too, bye-bye.
      18  [End of recording]
      19
      20
      21
```