# EXHIBIT 17

```
00001:01   U/C:            Are you guys, are you guys, fucking,
      02   uh...'cause I got a couple boys that wanna get
      03   them, so if you want, if you guys want I'll, I'll
      04   bring them down and-
      05   SCHLOTTERBECK:  Yeah, bring them in.
      06   U/C:            Maybe I'll bring somebody with me next time I
      07   come down.
      08   SCHLOTTERBECK:  Okay.
      09   U/C:            Or when I pick it up or something.  Let him
      10   check it out and fucking see what he wants to
      11   order-[Voices overlap]
      12   VLHA:           Oh yeah. Especially if he sees yours [U/I].
      13   [Voices overlap]
      14   U/C:            And look at the colors and all that shit.
      15   Yeah, no.  [Stutters] No, it's fucking-I can get
      16   your business all day long to be honest with you.
      17    It's fucking-especially since its so cool
      18   dealing with you guys.  'Cause I know it's such
      19   an easy process and it's, like, fucking, no
      20   bullshit.  You know what I mean?  Like-
      21   VLHA:           Yeah.
      22   U/C:            I, I know you guys are gonna come through and
      23   you're running a fucking good business.  So...I'm
      24   good with it.  So...all right, well, just call me
      25   then.
00002:01   SCHLOTTERBECK:  Yeah, we'll-
      02   U/C:            Cool.
      03   SCHLOTTERBECK:  We'll keep you posted.
      04   U/C:            All right. Yeah.
      05   SCHLOTTERBECK:  Yeah, bring, bring somebody down
      06   and we'll get you [U/I]-
      07   U/C:            Yeah, I will.  I will for sure.  Yeah, yeah,
      08   yeah.  Yeah.  All right.  Cool.  All right.  All
      09   right, boys.  You guys take it easy.
      10   VLHA:           [U/I].
      11   U/C:            All right.  Let me know.  [Noises in the
      12   background]  [Pause from 0:09:15-0:09:48]
      13   [Addresses third party in the background]  All
      14   right, I'm backing out.  Payment's made. [Noises]
      15   All right, I'm rolling out.  I'm gonna be coming
      16   more to the-I'm coming out the east side of the
      17   lot.  Rolling around the back right now.  All
      18   right, coming out on Artesia place right now.
      19   They were still both in the back.  Let me just
      20   make sure nobody follows me out.  [Noises in the
      21   background]  Hey, Jay, I'm gonna do a loop on,
      22   uh...Bellflower.  I'm gonna take it down to the
      23   west and just loop around; come back to Woodruff
      24   down from the south.  I don't see anybody on me
      25   but I'm gonna be at the light.  Getting ready to
```

```
00003:01  turn westbound on Artesia. [Noises] Give me a
      02  call if you want me to pull over or slow down.
      03  I'm just gonna do a big loop.  Big square to the
      04  west; then to the south, and then back to the
      05  east.  I am westbound on Artesia.  [Pause]  Still
      06  westbound.  I think you're up in front of me,
      07  Jay.  I'm gonna make that next left, Jay.  There
      08  we go.  [Noises in the background]  All right,
      09  I'm gonna deactivate.
      10  [End of recording]
      11
      12
      13
```