# EXHIBIT 18

```
00001:01   SCHLOTTERBECK:  It's a totally different bolt.
      02   It's a totally different lower.
      03   U/C1:           Mhm.
      04   SCHLOTTERBECK:  Uh, it's just- it just, it just-
      05   those two parts alone are really expensive in
      06   that this kind of changes the whole [U/I].
      07   U/C1:           Yeah, yeah.
      08   SCHLOTTERBECK:  Oh, and a totally different barrel.
      09   U/C2:           Oh, okay.
      10   SCHLOTTERBECK:  Uh, not even the same- obviously
      11   it's not the same barrel.  You know?
      12   U/C1:           Did you coat this fucker, Jim?
      13   U/C2:           Yeah, my homie- [Voices overlap]
      14   VLHA:           [U/I] [Voices overlap]
      15   SCHLOTTERBECK:  Jesse did it. [Voices overlap]
      16   VLHA:           [U/I].
      17   U/C1:           Oh, yeah.
      18   U/C2:           They liked the way it shot in Vegas, out in
      19   the desert?
      20   SCHLOTTERBECK:  Yeah.
      21   U/C2:           They were saying, uh, they were asking me if
      22   they wanted to get a couple of them.  I said,
      23   "Oh, I'll try to find out what Jay and see if I
      24   can get some over here."
      25   U/C1:           Yeah, dude.  I won't, I won't send you
00002:01   anybody that's not cool, bro.
      02   SCHLOTTERBECK:  Yeah?
      03   U/C1:           So I'll call you ahead of time and I'll say,
      04   "Hey, dude."  If it's cool with you, if you want
      05   the business.
      06   SCHLOTTERBECK:  Sure.
      07   U/C1:           I'll fucking hit you, I'll just, I'll hit
      08   you up ahead of time.
      09   SCHLOTTERBECK:  Yeah.
      10   U/C2:           Or I can come here.  And then-
      11   SCHLOTTERBECK:  Yeah.
      12   U/C1:           Yeah.  And he'll come with 'em or something.
      13    Whatever.
      14   SCHLOTTERBECK:  What- how many more do you need?
      15   U/C1:           Oh, we don't- well, fucking Jesse made me an
      16   addict now.  [Voices overlap]
      17   SCHLOTTERBECK:  How many more do they want?-[Voices
      18   overlap]
      19   U/C2:           Well, like, there was, like, three of them
      20   that I went to shoot with.  But I don't know,
      21   I'll ask them again and see how much they want.
      22   U/C1:           You know, people say, "Oh, yeah.  I want
      23   that."  But you know, maybe one or two will
      24   actually do it.  [Voices overlap]
      25   U/C2:           They're got all hyped out from the, uh, just
```

```
00003:01  the color of the gun, and all that stuff.
      02  SCHLOTTERBECK:  Oh, yeah.
      03  U/C2:           [Chuckles] I said, "Yeah, well I, I know
      04  someone out there, and, uh-"
      05  U/C1:           So is he charging- he, is that part of the
      06  price, too?
      07  SCHLOTTERBECK:  That includes- yeah.
      08  U/C1:           Okay, that includes it.  Cause I think
      09  originally we were thinking I was gonna buy three
      10  mags.  I was gonna buy the drum, which I think
      11  was like fifty bucks, right?
      12  SCHLOTTERBECK:  Mhm.
      13  U/C1:           Then I was gonna get, I think two regular
      14  ones, right?
      15  SCHLOTTERBECK:  Yeah.
      16  U/C1:           So...
      17  SCHLOTTERBECK:  I don't know.
      18  U/C1:           Okay.  That's fine.  [Voices overlap]
      19  SCHLOTTERBECK:  I, I, I honestly don't know.  You
      20  worked out, you worked, you worked- [U/I]?
      21  [Voices overlap]
      22  U/C1:           Yeah.  I just don't, I don't fucking
      23  remember what I fucking paid him.  I think I was
      24  supposed to pay him- I think what it was, it was
      25  gonna be seventeen.  Half would've been
00004:01  eight-fifty, right?
      02  SCHLOTTERBECK:  Yeah.
      03  U/C1:           So then I would've, I gave him eight thirty,
      04  I think.  Because I had to give him twenty bucks,
      05  cause he didn't bring the money, fucking money
      06  for the mags.
      07
      08
      09
      10
```