# EXHIBIT 19

```
00001:01  U/C2:           My buddies, they went to take the, the
      02  Ironman one out to the desert.  And we shot, I
      03  shot it with my buddies.  And they were asking me
      04  where I got it from.  So I told them about this
      05  place that I went to with Jay.  And so they're
      06  like looking to get some business out of it and
      07  see if they can come by, if you're, if you're
      08  cool with it.
      09  SCHLOTTERBECK: [Rustling of paper] Yeah, as long
      10  as you trust them.
      11  U/C2:           Yeah, yeah.  No, totally trust worthy.  I,
      12  just like Jay.  Jay intro'ed [sic] me.
      13  SCHLOTTERBECK: Yeah, yeah.  But I mean, I don't
      14  wanna- [Beeping]
      15  U/C2:           You guys-
      16  SCHLOTTERBECK: I don't want to get freaking
      17  weirdoes.
      18  U/C2:           No, no, no.  They're, they're, they're
      19  straight up.  I go with them- once, once in a
      20  while we go to Vegas, and then we come back.  I
      21  told them next time they're, they're in the area,
      22  I'll just bring them by.
      23  SCHLOTTERBECK: Yeah.
      24  U/C2:           I hope that's cool with you.
      25  SCHLOTTERBECK: Yeah, yeah.
00002:01  U/C2:           I don't know if you- how, how often you deal
      02  with other people, or other, other customers.
      03  SCHLOTTERBECK: It's just all referral.  Like you.
      04  Like, somebody brings somebody else in.
      05  U/C2:           Oh, okay.  Do you- [Voices overlap]
      06  SCHLOTTERBECK: That's, that's kind of the only way
      07  we deal with people.  You know?
      08  U/C2:           Oh, okay. By referrals?
      09  SCHLOTTERBECK: So yeah.  If you bring them in,
      10  but, and like, you trust them, then we can-
      11  [Voices overlap]
      12  U/C2:           Yeah.
      13  SCHLOTTERBECK: And we trust dealing with you so.
      14  U/C2:           Okay.
      15  SCHLOTTERBECK: You know?  It's all good.
      16  U/C2:           So you usually, you usually deal with people
      17  like that then?
      18  SCHLOTTERBECK: Yeah.  Like when Jay brought you in
      19  here.
      20  U/C2:           Yeah.
      21  SCHLOTTERBECK: [U/I].
      22  U/C2:           Cool, cool.
      23  SCHLOTTERBECK: And his friend brought him in here.
      24  U/C2:           Right, right.
      25  SCHLOTTERBECK: You know, Bear was- I don't know if
```

```
00003:01  you know Bear, but-
      02  U/C2:           Uh, I just know Jay.
      03  SCHLOTTERBECK:  Okay.  So, but yeah.  Bear brought
      04  Jay in, you know?  So-
      05  U/C2:           Oh, okay.
      06  SCHLOTTERBECK:  That was kind of-
      07  U/C2:           Hey, it's good for business.
      08  SCHLOTTERBECK:  Yeah.
      09  U/C2:           I guess, if you guys, uh-
      10  SCHLOTTERBECK:  Yeah, and another friend brought
      11  Bear.
      12  U/C2:           Yeah, yeah.
      13  SCHLOTTERBECK:  So that's just how kinda [sic]
      14  things work.
      15  U/C2:           I have- if my friends come over, and then
      16  they might know some other people that I don't
      17  know.  And then they'll just turn you on to your
      18  business, too.  That'd be good. [Voices overlap]
      19  SCHLOTTERBECK:  Yeah, yeah.  Yeah.  And I say the
      20  same thing.  As long as you trust them and
      21  everything.
      22  U/C2:           Yeah.  Okay.  Cool.
      23
      24
      25
```