# EXHIBIT 20

```
00001:01   U/C:      Whatever, man. I, I, it's-y'all want to get
      02   one for me, I told Travis I got some dudes.
      03   VLHA:     Yeah.
      04   U/C:      If they like mine, they'll probably be
      05   hitting me up, so...
      06   VLHA:     For sure. Definitely.
      07   U/C:      I don't know how you guys usually do it, but,
      08   um...
      09   VLHA:     Well, obviously it's not like, we're like,
      10   hey, you know guess what we put together.
      11   U/C:      Yeah. No, exactly.
      12   VLHA:     I mean, if it's someone that you can say,
      13   like, you'll give them, like, your word-[Voices
      14   overlap]
      15   U/C:      Oh, yeah.
      16   VLHA:     [U/I].
      17   U/C:      Yeah.
      18   VLHA:     But, um, yeah, it's not a problem.
      19
      20
      21
      22
```