# EXHIBIT 21

```
00001:01  U/C:        If he's, if he's, uh... Because dude, I'd be
      02  good putting them, you know... How much money
      03  would you need to put one down? Like, to, to get
      04  the parts? Would you need me to do that, or...
      05  [Voices ovlerap]
      06  VLHA:       Um... I mean, we-usually a little bit just
      07  so we could order the parts.
      08  U/C:        Yeah, yeah, yeah.
      09  VLHA:       Usually like,  I'd say usually at least
      10  half. That's, that's what we did with Bear, yeah.
      11  U/C:        Okay, yeah.
      12  VLHA:       He put up, put up half. So then, at least,
      13  we know you're going to come back for it.
      14  U/C:        Yeah.
      15  VLHA:       Cause that [U/I].
      16  U/C:        Well, you look at Bear, you never know if
      17  he's going to fucking really come back and
      18  actually pay.
      19  VLHA:       [Stutters] Well it only happened because
      20  we-like, that happened though, someone-[Voices
      21  overlap]
      22  U/C:        Yeah.
      23  VLHA:       [U/I] oh, I'll take two. No, they said
      24  three.
      25  U/C:        What, and then you're shafted with them?
00002:01  VLHA:       We built three. He came by, he's like, "Oh,
      02  I'm going to take this one home for tonight."
      03  And, like, he-then he paid for-let me pay for
      04  this one, I'll tell you how I'm going to come
      05  back with my friends so we can buy the other one.
      06  U/C:        Yeah.
      07  VLHA:       Never fucking heard from him again.-[Voices
      08  overlap]
      09  U/C:        Oh, so you're just stuck with it?
      10  VLHA:       Basically, yeah.
      11  U/C:        Yeah.
      12  VLHA:       We ended up using them for, like, our own
      13  shit here and there [U/I]-[Voices overlap]
      14  U/C:        Yeah, yeah, yeah.
      15  VLHA:       But still, it's like... Um...
      16  U/C:        I mean dude, I know a lot of people. I got a,
      17  I got a, I actually got a warehouse up in the
      18  valley-
      19  VLHA:       Okay.
      20  U/C:        -so I ship a lot, a lot of shit all over the
      21  place. [Voices overlap]
      22  VLHA:       Yeah.
      23  U/C:        I just kind of know people, fucking
      24  everywhere.  And, you know what, it's like people
      25  hit me up for different shit [Voices overlap]
```

```
00003:01  VLHA:       [U/I]
      02  U/C:        -because they know I know a lot of people, so
      03  if you ever fucking get one you can't get fucking
      04  rid of it, ca, call me.
      05  VLHA:       Okay.
      06  U/C:        You know what I mean? If it's, if it's not,
      07  like, if it's something you could rig up and put
      08  better-[Voices overlap]
      09  VLHA:       Yeah, yeah, right. Definitely, yeah.
      10  U/C:        Parts on it or something, you know, I'm not
      11  going to do it every time, but fuck that, because
      12  I was telling you, I know what you're saying when
      13  people tell you they're going to do something,
      14  they don't do it.
      15  VLHA:       Yeah, especially when [U/I]-[Voices overlap]
      16  U/C:        Trust me, I'm in my own business, and...
      17  VLHA:       Especially when it comes to guns its like...
      18  U/C:        Yeah.
      19  VLHA:       Like, who do you, who do you know that's not
      20  gonna open his mouth [U/I]-[Voices overlap]
      21  U/C:        Oh, yeah. No, exactly. No, exactly.
      22
      23
      24
```