# EXHIBIT 22

```
00001:01  U/C:           Hey, can you guys get mags?  Can I get extra
      02  mags or something?
      03  SCHLOTTERBECK: Yeah, what do you want?
      04  U/C:           Just-fucking, whatever you can get.  I mean-
      05  SCHLOTTERBECK: We can get mags but...what did you
      06  want?  Ten rounds?  You want thirties or what?
      07  U/C:           I-if you can get fucking thirties, I wouldn't
      08  mind-
      09  SCHLOTTERBECK: Yeah-
      10  U/C:           Having a couple.  [Voices overlap]
      11  SCHLOTTERBECK: But they're illegal, you know?
      12  U/C:           Oh, they're not gonna-[Stutters] get me,
      13  like, maybe a couple tens and a couple thirties.
      14  SCHLOTTERBECK: We can.
      15  U/C:           You can do that?
      16  SCHLOTTERBECK: They're like, twenty bucks each.
      17  U/C:           Twenty bucks each?
      18  SCHLOTTERBECK: Yeah.
      19  U/C:           Yeah, I'll bring back the money when I come
      20  back for the, the payment.  Do, like, maybe two
      21  each.
      22  SCHLOTTERBECK: Two each?  All right.
      23  U/C:           Or no.  Maybe, like, three tens and a couple,
      24  couple thirties.
      25  VLHA:          [U/I].
00002:01  U/C:           'Cause that'll be what?  How much are the
      02  thirties?
      03  SCHLOTTERBECK: Just make it a hundred bucks?
      04  U/C:           Yeah.  Totally.
      05  SCHLOTTERBECK: [Chuckles]  The thirties are
      06  usually more but we get them for...
      07  U/C:           Oh.
      08  SCHLOTTERBECK: I mean, I mean, the tens are
      09  usually more uh than the thirties.
      10  U/C:           Oh, yeah, yeah.  [Voices overlap]
      11  SCHLOTTERBECK: [U/I].  Because it's an extra part.
      12  U/C:           Right.
      13  SCHLOTTERBECK: Um, because it-'cause we're gonna
      14  get you a ten thirty mag.
      15
      16
      17
      18
```