# EXHIBIT 23

```
00001:01   U/C1:          He's here. [Knocking] Oh, what's up,
      02   brother?
      03   SCHLOTTERBECK: What's going on?
      04   U/C1:          Long time no see.
      05   SCHLOTTERBECK: How you been?
      06   U/C1:          Good, man. How you been?
      07   SCHLOTTERBECK: Good.
      08   U/C1:          Hanging in there? How's business?
      09   SCHLOTTERBECK: Good.
      10   U/C1:          You, I don't think you met Ronnie.
      11   U/C2:          Hey how's it going?
      12   SCHLOTTERBECK: How's it going? Good [Voices
      13   overlap]
      14   U/C1:          He got, uh, that fucking Ironman classic.
      15   SCHLOTTERBECK: Oh, is that what that is?
      16   U/C2:          Yeah.
      17   U/C1:          [Chuckles] Yeah.
      18   U/C2:          I got, I picked that up.
      19   U/C1:          We were just, he was riding over with me.
      20   SCHLOTTERBECK: You wanted Ironman, huh?
      21   U/C2:          Yeah.
      22   U/C1:          He already got it.
      23   SCHLOTTERBECK: Yeah, yeah. I know.
      24   U/C1:          Did you see it before he got it?
      25   SCHLOTTERBECK: Yeah I saw it.
00002:01   U/C1:          Yeah.
      02   SCHLOTTERBECK: Not my style, but- [Laughs] We're
      03   all [U/I].
      04   U/C1:          Jesse showed him the picture, and he was
      05   like, "I gotta have that." Jimmy, what's up?
      06   U/C2:          [U/I].
      07   VLHA:          How you doing, bro?
      08   U/C1:          What's going on with you? Oh, shit, man.
      09   That piece is unreal, dude. [Clattering] That's
      10   fucking awesome. Oh, dude. [Chuckles] We're going
      11   to bring lightsabers [U/I] and play with it.
      12   [Voices overlap]
      13   U/C2:          Yeah, you should [U/I].
      14   U/C1:          This is fucking great, dude. Oh, man.
      15   SCHLOTTERBECK: This isn't legal, cause it doesn't
      16   have a bullet button.
      17   U/C1:          Oh.
      18   SCHLOTTERBECK: Just so you know.
      19   U/C1:          I'm just going to take it out to the desert.
      20   U/C2:          Yeah.
      21   U/C1:          I gotta go with you, man.
      22   U/C2:          Yeah.
      23   U/C1:          Didn't you take yours out to Vegas?
      24   U/C2:          I had the, uh, the, the Ironman gun in
      25   Vegas.
```

```
00003:01  SCHLOTTERBECK:  Oh, yeah?
      02  U/C2:           Went to go shoot with my buddies.
      03  SCHLOTTERBECK:  Oh, it's legal out there.
      04  U/C2:           Yeah. Cause we, um, they were trying to get
      05  - ask me if they could get couple of those [U/I]
      06  I'll try to find out- [Voices overlap]
      07  U/C1:           This is fucking great, dude.
      08  U/C2:           [U/I].
      09  U/C1:           Do you have the-hey, Jim, is my Stormtrooper
      10  costume ready? [Laughter] Yeah, I thought you
      11  were making me that helmet. Jesse said you had
      12  it. It was, it was five hundred bucks, right? He
      13  said, he said that he broke the mag, or
      14  something.
      15  SCHLOTTERBECK:  Broke it?
      16  U/C1:           He broke the- he had a drum mag for me, or
      17  something.
      18  SCHLOTTERBECK:  Oh, a drum.
      19  U/C1:           He's gotta re-order it.
      20  SCHLOTTERBECK:  Oh.
      21  U/C1:           So I just told him, I'll just fucking come
      22  back. It's fine. Did he- [Voices overlap]
      23  SCHLOTTERBECK:  Well, that's a good mag.
      24  U/C1:           Did he have anymore? Or just this one,
      25  right?
00004:01  SCHLOTTERBECK:  That's what he said, yeah.
      02  U/C1:           I can't remember what we, what we, um- Fuck,
      03  I forgot to ask him. So how much is this total
      04  again? Cause I only gave him like seven.
      05  SCHLOTTERBECK:  He said you owed nine-sixty.
      06  [Voices overlap]
      07  U/C1:           I gave him seven-thirty last time. Because
      08  he owed money on a magazine. [Voices overlap]
      09  U/C2:           Yeah. The mags.
      10  U/C1:           So I didn't have enough money. So I gave him
      11  some money. [Voice overlaps] So I, I prepaid
      12  seven-thirty.
      13  U/C2:           Right.
      14  SCHLOTTERBECK:  Oh okay. He just told me you owed
      15  nine-sixty.
      16  U/C1:           Nine-sixty?
      17  SCHLOTTERBECK:  Yeah.
      18  U/C1:           Okay. Let me just make sure what- cause of
      19  the, uh- I don't know. Does that include the mag,
      20  the drum mag? I don't mind paying for it now if
      21  we're gonna get it.
      22  SCHLOTTERBECK:  I know it includes that mag.
      23  U/C1:           It includes that one? I thought he was gonna
      24  give me a regular Glock mag, too.
      25  SCHLOTTERBECK:  That, that is a regular Glock.
```

```
00005:01  U/C1:          No, like a, like a regular smaller one.
      02  SCHLOTTERBECK: A smaller one?
      03  U/C1:          Yeah. Like in case I was somewhere that I
      04  wanted-
      05  SCHLOTTERBECK: Oh.
      06  U/C1:          A regular one.
      07  SCHLOTTERBECK: Uh-
      08  U/C1:          [Chuckles] But I, I don't know. I don't know
      09  what- [Voices overlap]
      10  SCHLOTTERBECK: That's all he gave me.
      11  U/C1:          That's all right. I can get the other one
      12  later. I tried to call.
      13  SCHLOTTERBECK: You can get those anywhere.
      14  U/C1:          Yeah, no. I know. Do you have a calculator?
      15  I can't find mine on here.
      16  SCHLOTTERBECK: That's the one that's hard, that's
      17  the one that's hard to get.
      18  U/C1:          What is- So what's nine-sixty, plus
      19  seven-thirty? I think I paid- cause I- but I
      20  don't know. Maybe I had eight-fifty, and I paid-
      21  no, I paid eight-thirty.
      22  U/C2:          Ninety?
      23  U/C1:          Sixteen. Is this supposed to be seventeen
      24  hundred? Is that what it is?
      25  SCHLOTTERBECK: Uh-
00006:01  U/C1:          This is more expensive than the other one,
      02  right? [Voices overlap]
      03  SCHLOTTERBECK: Uh yeah, its way more expensive
      04  yeah- [Voices overlap]
      05  U/C1:          Right. [Voices overlap]
      06  SCHLOTTERBECK: They're much more expensive.
      07  U/C1:          I, I think he said seventeen.
      08  U/C2:          [U/I]
      09  SCHLOTTERBECK: Was it a nine?
      10  U/C1:          Yeah, yeah, yeah.
      11  SCHLOTTERBECK: Those are a lot more a lot more
      12  [U/I] - [Voices overlap]
      13  U/C1:          Yeah.  Cause you- the, the fucking receiver
      14  is more, or something.  Isn't the barrel more or
      15  something? [Voices overlap]
      16  SCHLOTTERBECK: Right.  Everything is more.
      17  U/C1:          Yeah.
      18  SCHLOTTERBECK: Everything on there.
      19  U/C2:          What's, so what's the difference between
      20  this, and my Ironman that I got?
      21  SCHLOTTERBECK: Yours is a five-five-six.
      22  U/C2:          Mhm.
      23  SCHLOTTERBECK: So this is a nine millimeter, so.
      24  U/C2:          Okay.
      25  SCHLOTTERBECK: It's a blowback action.  See?
```

```
00007:01  Like, there's no- there's- like, that is the
      02  bolt.
      03  U/C2:             Okay.
      04  SCHLOTTERBECK:    Um-
      05  [End of recording]
      06
      07
      08
      09
```