Name: Edward M Robinson
Address: 21515 Hawthorne Blvd Ste 730
City, State, Zip: Torrance, CA 90503
Phone: (310) 316-9333
Fax:
E-Mail: eroblaw@gmail.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

United States

PLAINTIFF(S),

v.

Travis Schlotterbeck

DEFENDANT(S).

CASE NUMBER: 19-cr-00343-GW

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that _____Travis Schotterbeck_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☒ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _November 17, 2022_. Entered on the docket in this action on _November 17, 2022_.

A copy of said judgment or order is attached hereto.

November 23, 2022
Date

/s/ Edward M. Robinson
Signature
☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).