1            UNITED STATES DISTRICT COURT

2     CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

3              HONORABLE GEORGE WU

4        UNITED STATES DISTRICT JUDGE PRESIDING

5                  - - -

6
United States of America,        )
7                   PLAINTIFF,    )
                                  )
8  VS.                            )  NO. CR 19-343 GW
                                  )
9  Travis Schlotterbeck, James Vlha,  )
   et al.,                        )
10                  DEFENDANTS,   )
   _____)

11

12

13

14         REPORTER'S TRANSCRIPT OF PROCEEDINGS

15              LOS ANGELES, CALIFORNIA

16            THURSDAY, NOVEMBER 17, 2022

17

18

19     _____

20          KATIE E. THIBODEAUX, CSR 9858
            U.S. Official Court Reporter
21                 Suite 4311
              350 West 1st Street
22          Los Angeles, CA  90012

23

24

25

```
 1   APPEARANCES OF COUNSEL:

 2

 3   FOR PLAINTIFF, THE UNITED STATES OF AMERICA:

 4   Brian R. Faerstein

 5   AUSA - Office of US Attorney

 6   Public Corruption and Civil Rights Section

 7   312 North Spring Street, Suite 1500

 8   Los Angeles, CA 90012

 9

10   FOR DEFENDANT SCHLOTTERBECK:

11   Rachael A. Robinson

12   Edward M. Robinson, A Professional Law Corporation

13   21515 Hawthorne Boulevard, Suite 730

14   Torrance, CA 90503

15

16   FOR DEFENDANT VLHA:

17   Jerome J. Haig

18   Law Office of Jerome J. Haig

19   21143 Hawthorne Boulevard, Suite 454

20   Torrance, CA 90503

21

22

23

24

25
```

```
 1        LOS ANGELES, CALIFORNIA; THURSDAY, NOVEMBER 17, 2022

 2                          8:06 A.M.

 3                          - - - - -

 4

 5

 6        THE COURT:  All right.  Let me call the matter of

 7   United States versus Schlotterbeck and Vlha.

 8             Let me have appearances starting with

 9   government counsel first.

10        MR. FAERSTEIN:  Good morning, your Honor.  AUSA

11   Brian Faerstein on behalf of the United States.

12        THE COURT:  All right.  For the defense.

13        MR. ROBINSON:  Your Honor, good morning.  Edward

14   and Rachael Robinson on behalf of Mr. Schlotterbeck.

15             Your Honor, Mr. Schlotterbeck is present in

16   court with a lot of his family members, and he is out of

17   custody.  May we take our masks off to address you?

18        THE COURT:  If you want.  That is fine.  And for

19   the other defendant.

20        MR. HAIG:  Good morning, your Honor.  Jerome Haig

21   with Mr. Vlha who is present before the Court on bond

22   and, as Mr. Robinson said regarding his client, there are

23   several members in the audience, friends and family.

24        THE COURT:  All right.  We are here for

25   sentencing.  I will do them individually because there is
```

```
1   no sense in doing them together.  Who do you want me to
2   start with first?
3        MR. ROBINSON:  Whichever you choose, Your Honor.
4   We are ready.
5        THE COURT:  Well, all right.  Let do Vlha first.
6            What I will do is I will summarize the
7   situation, and then I will allow both counsel and
8   defendant to speak.
9            I just had a question on his -- in the
10  presentence report, initially, it stated that he had
11  plead to Counts 1 and 3.  That is incorrect.  I am
12  looking at paragraph 1.  That is incorrect.  He only
13  plead to Count 1; is that correct?
14       MR. HAIG:  That's right, Your Honor.  He was not
15  charged in Count 3.
16       THE COURT:  All right.  Let me ask the counsel,
17  both counsel, other than what you have presented to me,
18  is there anything that is contained in the presentence
19  report that either side thinks is incorrect or should be
20  changed or modified?
21           I understand the government has an argument
22  about whether or not he is a minor participant, but,
23  aside from that, is there anything else the government is
24  objecting to in the presentence report?
25       MR. FAERSTEIN:  No.  Other than what is in our
```

```
 1   papers, Your Honor.

 2           THE COURT:  Okay.  Great.

 3               And for the defense as well?

 4       MR. HAIG:  That's correct.

 5       THE COURT:  Mr. Robinson, you have to hold your

 6   horses.

 7               Let me ask Mr. Vlha.  You have had an

 8   opportunity to look at the materials from the probation

 9   office; is that correct?

10       DEFENDANT VLHA:  Yes, Your Honor.

11       THE COURT:  Is there anything contained in those

12   materials that you think is incorrect or should be

13   changed or modified in any way?

14       DEFENDANT VLHA:  No, Your Honor.

15       THE COURT:  Okay.  Thanks.  Let me also ask

16   another question before I go further.

17               The defendants are going to be appealing the

18   Court's order; is that correct.

19       MR. HAIG:  So pursuant to the conditional plea, we

20   will be appealing the Court's ruling on the pretrial

21   motions that were reflected in the plea agreement.

22       THE COURT:  Okay.  And so that is the government's

23   understanding as well?

24       MR. FAERSTEIN:  It is.  I just want to correct one

25   thing.  Mr. Haig just said, he said the pretrial motions.
```

KATIE THIBODEAUX, CSR, RPR, CRR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    There is one motion for which they have reserved the

2    right to appeal, the one with respect to the Supreme

3    Court's decision in the Bruen case, and that is it.

4         THE COURT:  And I also presume that in this

5    particular situation no matter what I sentence them to,

6    if I sentence them to any custody time, they are not

7    going to surrender until after the appeal; is that

8    correct?

9         MR. HAIG:  That would be our request.

10         THE COURT:  That would be what I would do.  Let me

11    just indicate to the government, do you have an

12    objection?  Let's face it, that is what I am going to do.

13         MR. FAERSTEIN:  Thank you, Your Honor.  I will

14    take that under advisement.

15         THE COURT:  It is a fait accompli.  All right.

16    Because it is an interesting issue.  And, you know, there

17    is no sense -- it might change the overall sentence if

18    that portion gets reversed.

19         All right.  Okay.  So let me just start again

20    with the defendant No. 2.  Defendant plead to Count 1 of

21    the three count indictment, Count 1 charged him with a

22    violation of 18, U.S.C., Section 371 and 922(a)(1)(A)

23    which is conspiracy to manufacture and deal in firearms

24    without a license.

25         The presentence report indicates a base

1    offense level of 12 under section 2X1.1C1 and 2K2.1.

2    Then there was a two-level increase because the

3    conspiracy involved more than three but less than seven

4    firearms, and that is under section 2K2.1(b)(1)(A).  And

5    then there was a negative two levels for minor

6    participation under section 3B1.2(b).  And then there was

7    a negative two levels for acceptance of responsibility

8    under section 3B1.1 for a total offense level of 10.

9             In terms of defendant's criminal history, he

10   has one misdemeanor DUI.  He received three years

11   probation plus a fine.  That equals one point.  And then

12   the probation office added two additional points because

13   the present crime was committed while he was on

14   probation.  So, therefore, he has three points which

15   places him in category 2.

16            In terms of the defendant's background, he is

17   approximately 29 years old.  His parents are alive and

18   retired.  He has two siblings.  Defendant lived in a

19   strict household but otherwise normal.  He graduated from

20   high school in 2012.  He joined the Marine Corps in April

21   of that year I think.  No.  He would be too young for

22   that.  He joined the Marines at some point in time

23   thereafter.  He was honorably discharged in 2021.

24            He has also worked as a contract landscaper

25   and as a painter.  Defendant is married.  Has two

1    children, ages 4 and 2.  Defendant purports to be in good

2    health.  Has no history of drug abuse.

3                 The presentence report -- sorry -- the

4    presentence -- the probation office recommendation is at

5    an offense level of 10, criminal history category of 2

6    equals a guidelines range of between 8 and 14 months.

7    The probation office recommends a fine of $25,000

8    forfeiture insofar as any of the firearms that still

9    would remain and six months in prison which is obviously

10   below the guidelines range.

11                The government's brief objects to the negative

12   two levels for minor participant arguing that the

13   explanation provided by the probation office is contrary

14   to the factual portion of his plea.  Although, I think

15   the government would concede that of the defendant's, the

16   three defendants that were involved, Mr. Vlha played the

17   least significant role.

18                The government's brief argues that at an

19   offense level of 12, criminal history category 2, it

20   equals a guidelines range of between 12 and 18 months.

21   The government recommends 15 months.  The government

22   argues that the defendant was involved in manufacturing

23   ghost guns and, unless, you know, if there hadn't been

24   the investigation and the arrest that he wouldn't have

25   been involved in the creation and sale of more of these

1    types of weapons and that that the government goes

2    through the history -- well, not necessarily history but

3    the prior incidents of the use of these particular types

4    of AK15 weapons in various rather horrendous crimes.

5    Although, there is no argument that the defendant himself

6    was involved in anything of that sort, but these types of

7    weapons are used in those types of situations.

8            The defense brief argues that the defendant

9    has a relatively free criminal background, has been free

10   of any criminal activities background, that if the minor

11   role is left the defendant would fall within zone B which

12   would be within the possibility of a probationary

13   sentence in this matter.  The defense has also included

14   letters from the defendant's former Marine squad leader,

15   a retired LA county sheriff and the owner of this

16   Juggernaut Tactical where the defendant worked.

17           Let me ask counsel, have I summarized the

18   situation correctly?

19       MR. FAERSTEIN:  Your Honor, with respect to the

20   minor role issue, I would just mention, I think Your

21   Honor mentioned that the government would concede the

22   defendant was less involved.  With respect to the

23   standard, it is substantially less culpable and, you

24   know, the government --

25           THE COURT:  I understand that.

```
 1            MR. FAERSTEIN:  Yes, Your Honor.
 2            THE COURT:  I didn't say that you had conceded the
 3    point that you were making.  I just said that you would
 4    have to admit that of the three he was probably the least
 5    culpable of the three, but that doesn't necessarily mean
 6    that he automatically gets the minor participant.
 7            MR. FAERSTEIN:  That's correct, Your Honor.
 8            THE COURT:  Okay.
 9            MR. FAERSTEIN:  Otherwise, yes, you have
10    summarized it correctly.
11            THE COURT:  All right.  Thank you.
12            Let me ask the defense counsel, have I
13    summarized the situation correctly?
14            MR. HAIG:  The only diffrence, Your Honor, is that
15    in the government's response to Mr. Vlha's sentencing
16    memorandum, there wasn't -- and, actually, in their
17    actual sentencing position papers, they didn't mention
18    the wide range of crimes that have occurred.  That was in
19    Mr. Schlotterbeck's.
20            THE COURT:  All right.  Well, let me put it this
21    way, it is an argument that they could have made.  And I
22    presume that you would have addressed it in the same way
23    that Mr. Robinson did.
24            MR. HAIG:  I profess shock at what they said.
25            THE COURT:  Well, let's put it this way.  I don't
```

```
 1    see how you can profess shock in the sense that AK15s
 2    seem to be the weapons of choice for mass murderers.
 3    Let's face it.
 4         MR. HAIG:  Let's face a lot of other facts too,
 5    Your Honor, that --
 6         THE COURT:  Again, I didn't indicate that he was
 7    creating these weapons with the intention to provide them
 8    to people who otherwise would use them in that fashion
 9    because I presume that there is also a lot of other
10    people who apparently have these weapons who don't go
11    around murdering people.
12         MR. HAIG:  Very well.  I just want to clarify that
13    that sentencing argument, for whatever reason, was not
14    made by the government against Mr. Vlha.
15         THE COURT:  All right.
16         MR. FAERSTEIN:  Your Honor, may I just correct one
17    thing for the record, the government did incorporate the
18    arguments it made with respect to Mr. Schlotterbeck and
19    all the things that would be applicable to Mr. Vlha in
20    the government's sentencing memo with respect to Mr. Vlha
21    in a footnote.
22         THE COURT:  All right.
23         MR. HAIG:  Your Honor, there is enough to read in
24    this case so I profess ignorance at not reading that
25    footnote.
```

```
 1              THE COURT:  Let me put it this way, I am sure you
 2    read the papers for the codefendant as well.
 3              MR. HAIG:  Oh.  Yeah.  Yes, sir.  Yes, Your Honor.
 4              THE COURT:  You are not that lazy.  All right.
 5              You know, let me just -- I am sort of a little
 6    bit torn on this one.  I am torn also on
 7    Mr. Schlotterbeck as well.  In the sense that obviously
 8    this is a serious crime, et cetera, but, you know, the
 9    defendant really does not have a major criminal history
10    in this particular situation.
11              And, you know, frankly, something in the back
12    of my mind, you know, I think the problem is that I think
13    in the current discourse in the country, there is, I
14    think, a lot of I guess misinformation that is out there
15    in regards to guns and, you know, the legality of
16    different types and things of that sort.
17              And, you know, I think that some persons, not
18    necessarily this defendant but maybe this defendant, are
19    blind to the legal requirements not necessarily of the
20    license aspect because, frankly, that is an aspect but of
21    the nature of the types of weapons and the legality of
22    the types of weapons that were involved because my
23    understanding is that, here, it was -- the primary
24    activity was this what you call the activity to render
25    it -- what otherwise would be -- I can't remember what
```

 1    the piece of it it is.

 2            MR. HAIG:  The lower receiver.

 3            THE COURT:  The lower receiver.

 4            MR. HAIG:  Making it a 80 percent or a hundred

 5    percenter.

 6            THE COURT:  That type of stuff.  It is an issue,

 7    and, obviously, that is part of the issue that is going

 8    to be taken on appeal.  But it is an issue that I think

 9    that is -- well, what can I say.  It has been extremely

10    problematic.

11            So, but, I think the primary argument here is

12    the issue in regards to whether or not he can be deemed

13    to be a minor participant.  Is the probation office

14    totally incorrect in that regard, or is it something that

15    is arguable because if it is arguable, then I will

16    consider it, but, if it is a situation where it is just

17    simply wrong, then, obviously, I can't.

18            So that is the issue primarily because, if it

19    is, then the defendant might get a probationary sentence,

20    but, if not, then I can't give him a probationary

21    sentence.  So let me hear that argument on that point.

22            MR. FAERSTEIN:  Yes, Your Honor.  So it is a very

23    fact specific inquiry as the guidelines instruct.

24            The government would not say it is not a

25    debatable point.  However, the government in this case

1    has set forth and marshaled a significant amount of

2    evidence from the recordings of the meetings and the

3    calls and the text messages reflecting that the defendant

4    was integrally involved in this conspiracy.

5           He was communicating with the customers about

6    all aspects of it, the pricing, the supply, the supply of

7    parts, how long it takes to make them, prior firearms

8    that they have made, how payment gets done.

9           I mean, he he had knowledge as to all aspects

10   because he was involved.

11      THE COURT:  But to what extent did he formulate

12   those policies of the particular activity?  In other

13   words, he might have known them, but the question is did

14   he help formulate them.

15      MR. FAERSTEIN:  Well, Your Honor, in terms of

16   formula, there is a three person conspiracy.  It is a

17   three person partnership.  It is not a case where we

18   have --

19      THE COURT:  Well, you can have a two person

20   partnership too.

21      MR. FAERSTEIN:  That's correct.  You can.  But,

22   here, we have three, and the defendant was present and

23   involved in the discussions and communications with the

24   customers.

25           In fact, he told them in one case, yeah, we

1  all talk, basically, you can put in an order with any of

2  us.  And he discussed prior builds that they had done

3  and, you know, using we, not they, we.  And that is also

4  reflected in our papers.

5        There is a significant amount of other

6  customers and builds that is reflected in the evidence.

7  It is not just the ATF customers with the six orders of

8  firearms.  And I don't think I made this clear in the

9  government's papers, but in terms of our mid point

10 recommendation, it is because we think that the

11 guidelines themselves undercount the number of guns.

12        Of course, in this factual basis, we specify

13 six, and that is what we agreed to in the guidelines, but

14 in terms of, you know, the amount of guns, we are well

15 over seven.

16    THE COURT:  Well, let me put it this way,

17 obviously, I agree that had the conspiracy not been found

18 out, there would have been more of an opportunity to

19 produce more of these guns, et cetera, et cetera, et

20 cetera.  I agree with you on that.

21    MR. FAERSTEIN:  And, then, there is also the

22 history of it, Your Honor.  As reflected in the

23 statements they made about prior sales, they have done

24 text messages.  They have had other customers and built

25 and sold other AR15-type firearms.  So it is not just had

1  the conspiracy continued, it is what happened previously

2  and during the course of the conspiracy.

3          So it is broader than just these six sales,

4  and the defendant was aware of all of that and was

5  involved.  And, in one case, as we specified in the

6  papers, one of the ATF customers texted the defendant.

7  He sent him a photo of what they had done previously,

8  said this is what we have done in the past, here is an

9  example.

10          And then, with respect to Your Honor's

11  statements, regarding this being sort of an uncertain

12  area --

13      THE COURT:  I didn't say it was necessarily an

14  uncertain area.  I was just simply saying that there is a

15  lot of discussion by people who really don't understand

16  the area, and I think that has muddied the waters a lot.

17      THE COURT:  That may be true with other people but

18  not these defendants, Your Honor.

19          We cite evidence showing that they understood

20  they needed to have trust with their customers and, in

21  fact, said to the ATF undercover officer, if someone ever

22  asks you, you did this yourself, we didn't do it.

23          So that shows their knowledge that the guns

24  that they were making were not legal, and it was not

25  legal to sell them.  There is no loophole here with

1    respect to setting up a business to manufacture and sell

2    AR -- ghost gun AR15 type firearms.  They had full

3    knowledge of that.

4          THE COURT:  All right.  Let me hear a response

5    from the defense counsel.

6          MR. HAIG:  Sure.  Your Honor, I also want to

7    discuss some disparity issues if the Court wants to

8    entertain that.  If not --

9          THE COURT:  I mean, you know, the only one that

10   really would be the primary one is the other defendant;

11   isn't that correct?

12         MR. HAIG:  You mean Mr. Schlotterbeck?

13         THE COURT:  Not Mr. Schlotterbeck.

14         MR. HAIG:  You mean Mr. Roh?

15         THE COURT:  Yes.

16         MR. HAIG:  Sure.  I mean, I discussed it pretty

17   extensively.

18         THE COURT:  That is the only one.  The other ones

19   I don't think -- I am not necessarily persuaded because,

20   again, they are not -- I mean, I don't know the extent to

21   which one can say it is a comparable situation.

22         MR. HAIG:  Well, I don't think there is anything

23   comparable on the upside, on the upside meaning with a

24   defendant in this district where there are any facts --

25   there are none where any facts are similar to Mr. Vlha

1    where we have got this small amount of firearms, and I

2    will quite firmly protest what the government is saying

3    about there being --

4         THE COURT:  Well, but let me just ask.  So you are

5    saying that the government can't cite to a situation

6    where -- but, here, it is the manufacturing and sale and

7    without a license.  And those situations, aren't they the

8    exact same thing?

9         MR. HAIG:  Well, so, this is a complex factual and

10   legal interplay, and that is why there needs to be a

11   higher sense of willfulness because we are dealing with a

12   statutory scheme that is --

13        THE COURT:  Well, no.  Let me put it this way,

14   there may be some aspects that I agree with you in terms

15   of the more complexity insofar as the nature of some of

16   the aspects of the manufacturer, but there is no --

17   really, it is not a complex issue in regards to sale of

18   firearms without a license.  That one is obvious.

19        MR. HAIG:  I think -- well, for the count of

20   conviction, yes.  But I think when the government makes

21   the statement that there are a lot of other guns there,

22   that these defendants or Mr. Vlha is engaged in a

23   conspiracy in manufacturing and selling without a

24   license, that is not true.

25             And I will tell you why it is not true, Your

1    Honor.  All we have to do is look at the Roh case and

2    look at some of the facts in our case.  Let's look at the

3    Roh case, for example.  Judge Selna granted a motion to

4    dismiss any of the transactions where Mr. Roh actually

5    did not physically do everything soup to nuts.  And by

6    soup to nuts, I am talking about actually drill the holes

7    in the lower receiver and then assemble the weapon.

8              So when Judge Selna ruled on that Rule 29

9    motion, he said to the extent that Mr. Roh -- and I cited

10   the quote in my moving papers of his tentative ruling --

11   to the extent that Mr. Roh fully assembled the firearms

12   and committed all the acts of assembling the firearms, he

13   is guilty of selling firearms without a license.  We are

14   talking about hundreds of guns.

15             However, Mr. Roh like a lot of other gun

16   enthusiasts in Orange County, LA County, everywhere in

17   California have these drilling parties where I go and buy

18   a piece of metal which is called a lower receiver if you

19   want to call it that, that is unfinished, and it is only

20   a piece of metal.  I can buy it at any place, along with,

21   Your Honor, there is all these photographs in the

22   government's --

23             THE COURT:  I know.  I saw the photographs.

24             MR. HAIG:  Right.  So everything in those

25   photographs can legally be purchased with the exception

1   of a drilled lower receiver.  And when I say it can be

2   purchased, without ID, without a background check,

3   without any of those things.  And I can buy all of those

4   items on the Internet.  I can drill the holes in myself.

5   I can construct a unserialized firearm, an AR15, and it

6   is a legal firearm.  I do not have to register it.  I do

7   not have to get a serial number.  I can do those things,

8   but I don't have to.

9        So why is this important?  Well, it is

10  important because in at least the first two or three

11  transactions in this case, the undercover informant or

12  officer, whomever it might have been, actually took an

13  unfinished lower and went to Cherokee and had it drilled.

14  And who drilled it?  It was Mr. Dekoning, the third

15  defendant in this case who was dismissed.

16       So when he says there is all these other guns

17  out there, first of all, he is engaging in wild

18  supposition of that is what was going on because this was

19  not a business that was advertized on the Internet.  They

20  were not trying to make money, and it is clear that

21  Mr. Vlha made no money around this other than his salary

22  in vaping -- in vape pens and gun parts.  That is what he

23  was there doing.

24       THE COURT:  All right.

25       Let me hear from the government.  I understand

```
 1   your argument.

 2        MR. FAERSTEIN:  Yes, Your Honor.  And I thought

 3   there was a plea hearing in this case where the defendant

 4   plead guilty.  Maybe I am mistaken.

 5        THE COURT:  Well, I will say this.  He is trying

 6   to backtrack a little bit.  But I think that is more of

 7   his attorney than him.

 8        MR. FAERSTEIN:  Okay.  Well, Your Honor, with

 9   respect to the suppositions.  I just want to address some

10   of these points.  I am going to just quote from the

11   defendant's mouth that we cited in our papers various

12   things he said to the ATF customers reflecting their

13   building and selling other firearms prior to the sales

14   they did to the ATF customers.

15        We are all, quote, we are always building one.

16   Quote, what we usually do for the build is.  Quote, this

17   is for the returning customers on the build.  Quote, we

18   built three.

19        There is not -- it is not supposition.  There

20   is evidence.  And Mr. Vlha in his papers did not address

21   any of the evidence that the government set forth with

22   respect to the broader, the broader context of this

23   business.

24        Second, with respect to the Roh case, here,

25   there may have been some photos in our exhibit that had
```

 1    some of the lower receivers that maybe had not been cut.

 2    There was also lots of photos of completed AR15 firearms,

 3    and, actually, most of them were complete AR15 firearms.

 4    And it was showing the nature of their manufacture from

 5    soup to nuts.

 6            And that is what this case is about,

 7    manufacturing and selling the completed AR15 firearms.

 8    The ATF customers didn't buy lower receivers that had

 9    been milled.  They bought completed AR15 firearms, and

10    that is why this is a different case than Roh.

11            With respect to their arguments about the

12    diversion that was extended to Roh, that just has no

13    bearing on this particular case.  That was a separate

14    case.  There were separate legal issues there.  The case

15    did involve allegations of the sale of lower receivers,

16    not just completed firearms, but that doesn't mean that

17    now, after that case, no one should be held accountable

18    for manufacturing and selling AR15 firearms without a

19    license.  And that is essentially what they are asking

20    the Court to find.

21            The government cited some other cases in the

22    response to Mr. Vlha's sentencing memo where the

23    government has prosecuted and convicted and obtained

24    sentences for people that were dealing in firearms

25    without a license.  We are not saying that those are

```
1    comps in terms of similarly situated defendants.  We are
2    just saying that demonstrating that this is still a crime
3    that is prosecuted and that courts sentence defendants to
4    significant sentences because of the seriousness of the
5    offense.
6           THE COURT:  Let me ask a couple of questions as
7    well.
8               If I impose any -- well, first of all, did he
9    ever do any time at all?
10          MR. HAIG:  One day.
11          THE COURT:  One day.  So in this situation I can
12   impose supervised release.
13              All right.  And if I impose additional custody
14   time, can I do it in terms of some home detention, or
15   does it have to be physical custody?
16          MR. HAIG:  Your Honor, under zone B, I mean the
17   guidelines are --
18          THE COURT:  Well, zone B, I can put him in a
19   probationary sentence.  If I don't put him on probation,
20   can I put a sentence with home detention as the custody
21   time?
22          MR. HAIG:  You can.  And because the guidelines
23   and the guideline levels, zone A, B, C and D are only
24   advisory.
25          THE COURT:  Well, I understand that.
```

1      MR. HAIG:  So I guess the point I am making, Your

2  Honor, there is no prescription in the statute against a

3  probationary grant, and, if there is none in the statute,

4  then the court is free to do that regardless of what zone

5  defendant falls under.

6      THE COURT:  All right.  Let me hear from the

7  government.

8      MR. FAERSTEIN:  Well, Your Honor, first of all,

9  our guidelines calculation is zone C, not zone B.

10     THE COURT:  Yes.  I understand that.

11     MR. FAERSTEIN:  Your Honor knows that.

12         I believe under zone C, there is not a home

13  detention sort of residual.  However, Mr. Haig is correct

14  the guidelines are advisory.

15     THE COURT:  Okay.

16     MR. FAERSTEIN:  But, you know.

17     THE COURT:  Also, I mentioned earlier the

18  forfeiture aspect.  There is nothing at this point in

19  time that is forfeiting at this point, or is there

20  something?

21     MR. FAERSTEIN:  There is no forfeiture, Your

22  Honor, here.

23     THE COURT:  Also, in terms of the fine amount, the

24  probation office was requesting 25,000, that amount.  Is

25  the government asking for more or less?

```
 1           MR. FAERSTEIN:  Your Honor, in terms of the fine,
 2    we agree with probation that the defendant seems to have
 3    significant assets and net positive monthly cash flow.
 4    We really defer to the Court in terms of the fine amount.
 5    We think the fine is supposed to be punitive as well.
 6    That is in the guidelines.  That is the purpose of it,
 7    one of the purposes of it.  So it is part of the overall
 8    sentencing deterent.
 9           THE COURT:  Okay.  Yes.
10           MR. HAIG:  Can I just -- I will go with the fine
11    first, Your Honor.
12           THE COURT:  Sure.
13           MR. HAIG:  I am retained in this case, but my fee
14    was -- and this is my fault, not anybody else's, but my
15    fee was less than I would make if I was CJA counsel in
16    this case.  And that is not because the fact that I
17    underpriced it, it is because Mr. Vlha --
18           THE COURT:  You are just a nice guy.
19           MR. HAIG:  Mr. Vlha was in the military.  I was in
20    the military.  And I gave him what we call a military
21    discount.
22           THE COURT:  So, therefore, if he is ordered to pay
23    a fine, then he can at least think to himself at least I
24    saved some of it from the expense of my attorney who
25    provided me with wonderful representation during the
```

```
 1   course of this entire litigation.
 2          MR. HAIG:  Your Honor, his father paid my entire
 3   fee.  His monthly positive cash flow is less than a
 4   hundred dollars.  His only asset is his home which is
 5   under mortgage just like most other people's homes.  He
 6   had to quit his job the day he plead guilty, he quit his
 7   job that exact same day at Juggernaut.  The president of
 8   Juggernaut is here today.  He wrote a letter to the Court
 9   as the Court knows.
10          THE COURT:  Yes.
11          MR. HAIG:  I don't see that -- I think the Court
12   should waive the fine in this case.  I don't see why a
13   fine is --
14          THE COURT:  Let me put it this way in terms of the
15   punitive that the Court would impose, I presume he would
16   prefer the punitive monetary as opposed to the punitive
17   in custody.
18          MR. HAIG:  Well, sure.  But I am doing what I can
19   to try to preserve my client's rights as best as
20   possible.  Listen, I adopt some of the things that the
21   probation officer said, and others I do have a bit of a
22   quarrel with.
23              If I could just speak to the Roh case quickly.
24   I don't want to beat a dead horse here.
25          THE COURT:  You are beating a dead horse here.
```

1          MR. HAIG:  Well, his conduct was offensive, and

2    the reason the government didn't let that conviction

3    stand is because there would have been an appeal and they

4    did not want an adverse ruling on appeal.  The reason why

5    we didn't get similar love from the government in this

6    case that Mr. Roh got, even though the facts in this case

7    are one one hundredth or one one thousandth of what

8    Mr. Roh did, a bustling gun business that was advertised

9    and that was his sole means of support and good support

10   at that was --

11         THE COURT:  Let me just stop you.  This particular

12   AUSA did not make the determination.  It was made by the

13   higher-ups in his office, and they are weighing various

14   things.  And just because of the fact that they evaluate

15   one case in a particular way doesn't necessarily mean

16   that all the cases of that type have to be discounted

17   because of the determination that was made in that case.

18         MR. HAIG:  Sure, Your Honor, but what was I told?

19   I was told that the reason why Mr. Vlha and

20   Mr. Schlotterbeck are being prosecuted in this case is

21   because they found out a different way to charge the

22   case.  New language.  So different English words to

23   charge conduct that is vastly less serious.

24         THE COURT:  One could look at the Supreme Court

25   decisions and say they find in vastly different ways of

1    slicing and dicing too.

2          MR. HAIG:  We have conduct that happened at the

3    same time and essentially the same locale --

4          THE COURT:  Let me stop you.  I understand your

5    argument.  The basic -- my basic determination in this

6    case ultimately will be based on my evaluation of the

7    defendant himself.  I am not going to necessarily say

8    that there is something that, you know, I am going to cut

9    him a break because of something that happened in another

10   court.

11         It is really, you know, whether or not the

12   extent to which obviously he has already conceded that he

13   has done something wrong.  He plead.  And he made certain

14   admissions so I understand those.  So the real question

15   is what is the appropriate sentence in this situation

16   after all that.

17         MR. HAIG:  One last issue on Roh, then, Your

18   Honor, if I may.

19         THE COURT:  Yes.

20         MR. HAIG:  The offense conduct, even though the

21   conspiracy went until the middle of May, middle of 2017,

22   the last overt act that my client actually committed was

23   in 2016 which was before his DUI arrest in 2017.  That is

24   why I say that he should have a criminal history category

25   of 1 and not 2.  And I understand the government's

1    argument to the contrary because the conspiracy was

2    ongoing, but there was no conduct that my client engaged

3    in.

4              Secondarily, when that last overt act occurred

5    in 2017, that is when the ATF agents paid a visit to

6    Mr. Schlotterbeck, talked to him about what happened.

7    And here is what is important about that.  My client was

8    not there.  He wasn't there that day.  He was either on

9    vacation or just not working that day.  Mr. Schlotterbeck

10   allowed them to search the business, and they took all

11   the items they wanted to take.  He talked to them about

12   the transactions that were the subject of this

13   proceeding, and then the ATF said don't do this anymore,

14   stop it.  And they did.

15             And here is why that is important, Your Honor.

16   Mr. Roh was told that several times and basically thumbed

17   his nose at the government and continued to commit

18   egregious conduct even when he knew that the ATF and the

19   federal government had specifically told him that it was

20   wrong.  That never happened in this case.

21        THE COURT:  I understand.  Let me just ask this

22   other question.  Did the defendants produce their

23   customer sales list?

24        MR. HAIG:  They didn't have a customer sales list,

25   Your Honor.

1        THE COURT:  They had a record of how many guns

2   they had sold, and I presume they know to whom.

3        MR. HAIG:  I don't even know if that exists.

4   Maybe Mr. Robinson and Ms. Robinson can talk to you about

5   that.

6        MR. FAERSTEIN:  Your Honor, I don't believe we

7   ever found a customer list.  This was extremely, you

8   know, covertly undertaken, and it was based on trust and

9   a cash business.

10        THE COURT:  All right.  All right.

11           Anything else from counsel?

12        MR. HAIG:  One other thing, Your Honor.  When my

13   client was arrested, unlike Mr. Kwan in this case who was

14   arrested with a whole category of legal firearms,

15   firearms parts including I believe an automatic weapon

16   conversion part, my client, when he was arrested at his

17   home, was arrested with a number of firearms, all legal,

18   all registered to him and all surrendered to a licensed

19   gun dealer within days of his arrest pursuant to the

20   Court's order.

21           He has been a model citizen under pretrial

22   supervision.  He even abided by the Court's orders when

23   he was on his weekend training in the Marine Corps by

24   telling his commanding officer that he was not -- well,

25   he told him that he could not possess a firearm during

1    any of the training which is kind of difficult if you are

2    an infantryman in the Marine Corps.  So he was doing

3    other duties during the training so he didn't have to run

4    afoul of that either.

5         THE COURT:  All right.

6         MR. HAIG:  He is a good man, Your Honor, and I do

7    not think that any time in custody is warranted.

8         THE COURT:  Any additional time.

9         MR. FAERSTEIN:  May I respond to one thing, just

10   add one final note, Your Honor.

11        THE COURT:  Yes.

12        MR. FAERSTEIN:  With respect to the criminal

13   history category, we address in in our papers, but the

14   conspiracy did continue until 2017.  The defendant did

15   not withdraw.  They put no evidence out.  The law is very

16   clear on that.

17             And he admitted to that in his factual basis,

18   again, that the conspiracy lasted through June, 2017.

19   The factual basis is the factual basis.

20        THE COURT:  I understand that.

21        MR. FAERSTEIN:  Finally, Your Honor, just with

22   respect to -- and I don't know if this came through in

23   the government's papers, but we have real concerns with

24   respect to Mr. Vlha in terms of during the sentencing

25   proceedings and the papers, him really disavowing the

1     conduct that he engaged in, the factual basis he affirmed

2     in court and minimizing his role and the seriousness of

3     this conduct.

4            And that is something we think Your Honor

5     should account for under 3553(a) in terms of the

6     seriousness of the offense and the specific deterrence.

7            THE COURT:  I understand your argument.

8            MR. FAERSTEIN:  Yes, Your Honor.

9            THE COURT:  Let me hear from the defendant.

10           Sir, is there anything you wish to say to the

11    Court before the Court sentences you?

12           THE DEFENDANT:  Good morning, your Honor.  Thank

13    you for taking this time this morning with us.

14           Leaving the Marine Corps was not something I

15    wanted to do, but I had to.  I hoped that the actions of

16    this case -- sorry -- do not reflect on my character.

17           Thank you.

18           THE COURT:  Okay.  All right.

19           I have considered the materials that have been

20    presented to me by the government, by the probation

21    office and also by the defense.  I have considered the

22    factors under 3553, subpart (a), and I will sentence as

23    follows:

24           I will find that the probation office's

25    calculation of the guidelines range in this case is

```
1    correct.  I understand the government's argument that,

2    you know, that perhaps the government -- the probation

3    office was being extremely generous insofar as its

4    acceptance of the defendant's role in this case and,

5    therefore, there is an argument that could be made that

6    the minor participant negative two levels should not have

7    been applied.  But I think it is arguable one way or the

8    other.  And it is not a situation where I think it is

9    totally wrong, and so I will accept that

10   characterization.

11          And, you know, to be blunt on this, some of

12   the things that sway me in this matter in terms of the

13   sentencing is the defendant's real lack of criminal

14   activity prior to this and his service in the military,

15   et cetera, which maybe I am old fashioned, but stuff of

16   that sort does impress me.  So I will sentence as

17   follows:

18          I will give the -- well, actually, let me do

19   it this way.  Rather than putting him on probationary

20   sentence, what I will do is I will give him a time served

21   sentence except that I will impose a supervised release

22   for a period of I think it is two years -- no -- three

23   year period of supervised release under the following

24   terms and conditions:

25          First of all, I will order him to pay the
```

```
 1    special assessment of a hundred dollars that will be due
 2    forthwith.  I will order him to pay the fine of $25,000
 3    during the period of supervised release.
 4              As part of the terms of supervised release, I
 5    will order as follows, that he comply with all the rules
 6    and regulations of the probation office and also Second
 7    Amended General Order 20-04, that he cooperate in the
 8    collection of a DNA sample from himself.
 9              The defendant doesn't have any history of
10    prior substance abuse, and so, therefore, I will not
11    order testing in that regard.
12              What I will do is I will not place him on home
13    arrest situation, et cetera.  Let me just ask the defense
14    counsel, how many hours does he work a week at this point
15    in time?
16         (Defendant and counsel confer.)
17         MR. HAIG:  About 50 hours a week this past week at
18    least.  So a full time job and sometimes a little bit
19    more than 40 hours a week.  So it was 50 hours last week,
20    and that is fairly consistent, Your Honor.
21         THE COURT:  Okay.  I will order him to do an
22    additional 20 hours a month in community service for six
23    months, and he and the probation office can talk about
24    the format of that type of community service.
25              Also -- obviously, the defendant, since he is
```

```
 1    a felon now, he can't possess a firearm.

 2              The defendant is also ordered that if he is

 3    requested by any probation office or other law

 4    enforcement officer to a search of either his property,

 5    his person, his residence, vehicles, and any -- well,

 6    actually, I will include his cell phone on that as well,

 7    he shall submit to such a search and that failure to

 8    submit to such a search can be grounds for request to

 9    revoke the terms of his supervised release.

10              And, however, any such search has to be done

11    at a reasonable time and in a reasonable manner and based

12    upon reasonable suspicion that the defendant has violated

13    either the terms of his supervised release or has

14    violated the -- any other law, federal, state or local in

15    nature.

16              Let me ask the government, is there anything

17    else in terms of the terms of supervised release?

18         MR. FAERSTEIN:  I don't think so, Your Honor.

19         THE COURT:  Okay.  All right.  Let me ask, is he

20    named in Count 2?

21         MR. FAERSTEIN:  Yes, Your Honor.

22         THE COURT:  Does the government move to dismiss

23    Count 2?

24         MR. FAERSTEIN:  We will move to dismiss Count 2,

25    Your Honor.
```

```
 1          THE COURT:  Okay.  You don't have to move.  You
 2   just have to dismiss.
 3          MR. FAERSTEIN:  I thought it was with leave of
 4   Court.
 5          THE COURT:  All right.  I will dismiss Count 2 at
 6   this point in time.
 7              Let me ask the defendant, do you have any
 8   questions about your sentence?
 9          THE DEFENDANT:  No, Your Honor.
10          THE COURT:  I am cutting you a break at this point
11   in time.  No offense, but I don't want to see you again.
12   Well, at least not in this context.  All right.
13              Let me ask the defense counsel, you were about
14   to add something?
15          MR. HAIG:  Just is the Court going to order the
16   stay pending.
17          THE COURT:  I will stay this -- well, actually, I
18   don't know why I would stay because it would be -- the
19   only thing I guess would be staying is the community
20   service time.  I will give him a choice on this.
21   Because, otherwise, he is not doing any additional
22   custody time.
23          MR. HAIG:  Well, the fine is a punitive part of
24   that as well.
25          THE COURT:  No.  But I indicated the fine would
```

1   only have to be paid during the period of supervised

2   release which is three years so I presume the –– put it

3   this way, I will order that he not necessarily have to

4   pay the fine during the period of time that the case is

5   on appeal.

6       MR. HAIG:  All right.

7       THE COURT:  And he can elect if he wants in terms

8   of his –– the community service, if he doesn't want to

9   start it right away, he can also postpone that until the

10  appeal is resolved.  He can do that if he so desires, but

11  those –– if his appeal is unsuccessful, he is going to

12  have to complete all of that within the scope of the

13  remaining period of time of three years.

14      MR. HAIG:  That is fine.

15      THE COURT:  So that will be what I will order.

16  All right.

17          Okay.  Mr. in terms of Mr. Schlotterbeck?

18      MR. FAERSTEIN:  Your Honor, if I may, I just want

19  to make sure the record is crystal clear on the waivers.

20  With respect to the waiver of appeal of the conviction.

21      THE COURT:  Let me indicate to the defendant, in

22  this particular matter you agreed to waive some but not

23  all of your appeal rights in this matter, and, obviously,

24  in the course of the plea agreement, you were reserving

25  specifically one specific aspect for an appeal.

```
 1              However, insofar as anything else in the plea
 2    agreement insofar as appeals are concerned that you have
 3    waived, those waivers are still applicable.  So it is not
 4    going to be a basis for you to raise them on appeal
 5    because, in fact, you have waived them.
 6              And I presume that defense counsel, you will
 7    be representing him for any purposes of any appeal so I
 8    don't need to advise him of his remaining appeal
 9    rights; right?
10         MR. HAIG:  I will be representing him, and I will
11    be seeking appointment of counsel on the appeal, Your
12    Honor.
13         THE COURT:  From me?
14         MR. HAIG:  From the Court of Appeal.
15         THE COURT:  Okay.  Good.
16         MR. FAERSTEIN:  And the only reason I said that,
17    Your Honor, is I think in the discussion we had with
18    respect to the sentencing factors, there was some
19    discussion about the lower receiver issue being somewhat
20    ambiguous which the government has a different view on
21    but --
22         THE COURT:  When I said ambiguous, I meant
23    ambiguous amongst members of the public.  Because the way
24    in which those things are discussed is somewhat
25    irresponsible.
```

```
 1          MR. FAERSTEIN:  Understood, Your Honor.  But there
 2   was a motion to dismiss that was partly premised on that.
 3   That the defendant, both Vlha and Schlotterbeck, had
 4   waived their right to appeal that motion to dismiss.
 5          THE COURT:  Yes.
 6          MR. FAERSTEIN:  The only one that is pending that
 7   they have preserved is the Bruen case, the Supreme Court
 8   case.
 9          THE COURT:  Let me ask defense counsel, that is
10   your understanding as well; right?
11          MR. HAIG:  My understanding is what is set forth
12   in the plea agreement so whatever characterization the
13   government has is their understanding of what is in the
14   plea agreement as well so I am not going to adopt his
15   specific language, but I don't quarrel it either.
16          THE COURT:  Okay.  All right.  Wishy-washy
17   position.
18              The bond I will exonerate -- well, let me just
19   ask what about the bond?  My clerk is asking.
20          MR. HAIG:  Well, now that the case is over and the
21   Court has imposed judgment, I would ask that the bond be
22   exonerated, and I would ask that the Court not ask for an
23   appeal bond.
24          THE COURT:  Actually, I would agree.  I don't need
25   the bond because I have placed him on supervised release.
```

1    So he has to obey all the terms and conditions of that

2    so, for that reason, I will exonerate the bond at this

3    point in time.  I will exonerate it upon his reporting to

4    the probation office.

5         MR. HAIG:  Is the court not going to require bond

6    pending appeal either?

7         THE COURT:  I won't require bond pending appeal.

8    He has made all his appearances.  All right.

9              So let me get to Mr. Schlotterbeck.

10             Same situation, same questions I would ask the

11   counsel.  Aside from what you have already indicated to

12   me in your moving papers, is there anything that is

13   contained in any of these papers that either said thinks

14   is incorrect or should be changed or modified in any way?

15        MR. FAERSTEIN:  No, Your Honor.

16        MR. ROBINSON:  No, Your Honor.

17        THE COURT:  And let me ask Mr. Schlotterbeck.  Did

18   you have an opportunity to look at the materials from the

19   probation office?

20        DEFENDANT SCHLOTTERBECK:  Yes, Your Honor.

21        THE COURT:  You discussed them with your counsel?

22        DEFENDANT SCHLOTTERBECK:  Yes, Your Honor.

23        THE COURT:  Is there anything contained therein

24   that you think should be changed or modified in any way?

25        DEFENDANT SCHLOTTERBECK:  No, Your Honor.

```
 1          THE COURT:  Let me summarize the situation.
 2              The defendant plead to Counts 1 and 3 of a
 3   three count indictment.  Count 1 charged him with a
 4   violation of 18, U.S.C., Section 371 and 922(a)(1)(A)
 5   which is conspiracy to sell firearms without a license
 6   and Count 3 charged a violation of 18, U.S.C., Section
 7   922(d)(1) which is sale of a firearm to a felon.
 8              The presentence report indicates an offense
 9   level -- and the probation office combined or grouped
10   both counts together for the purposes of the calculation.
11   And under section -- that was under section 3D1.2(d), the
12   base offense level was set at 20 under section
13   2K2.1(a)(4)(B), and then there was a two level increase
14   because of the amount of firearms that were involved.
15   That is under section 2K2.1(b)(1)(A) for a total offense
16   level of 22.  Then, there was a negative two levels for
17   acceptance of responsibility but not three because I
18   guess the argument was that the case had almost gone to
19   trial and it was plead at the last minute.
20              In terms of the defendant's criminal history,
21   he has none.  Therefore, he falls within category 1.  He
22   is approximately 37 years old.  His parents are deceased.
23   He has one sister and two half sisters.  Defendant grew
24   up in a low income household.  His father used drugs and,
25   his parents were divorced when he was 7 or 8.  His mother
```

1    died when he was 10, and he was raised primarily by his

2    grandmother and aunt.  Defendant's father died when the

3    defendant was in high school.

4            Defendant graduated high school and shortly

5    thereafter joined the Marines.  He served in the Marine

6    Corps from July of '04 through June of 2021.  He was

7    honorably discharged.  He received various commendations

8    and awards from the Marine Corps and did a tour of duty

9    in Afghanistan between 2009, 2010.  From 2007 to the

10   present, the defendant has owned a signage company.  The

11   defendant married Janelle Trimble in 2005.  They were

12   divorced in 2014.

13           They had two children now ages 16 and 14.

14   After the divorce, defendant began drinking heavily.  And

15   during the period of time he was drinking heavily, he was

16   also participating in the criminal activity that is the

17   subject of this action.

18           The defendant married his current wife in

19   2017.  They have two children ages 3 and 4 months, and he

20   has -- well, since the marriage, has not had his alcohol

21   problem.

22           Defendant got a Bachelors degree in 2020 and

23   earned a Black Belt in Jujitsu.  Defendant reports to be

24   in general good health except for some PSD associated

25   ailments including a right knee pain syndrome, headaches,

1    tinnitus, and the defendant obviously has prior history

2    of alcohol abuse but no illegal drug use.

3           The probation office recommendation is at a

4    criminal history category of 20 -- sorry -- criminal

5    level of 20 and a criminal history category of 1 equals a

6    guidelines range of between 33 and 41 months.  The

7    probation office recommends 24 months and a fine plus,

8    sorry, a fine of a hundred thousand dollars and

9    forfeiture.

10          The government recommends a 37-month sentence

11   with a fine of $200,000, and, again, notes similar

12   arguments that were raised as to prior defendant

13   including sale of ghost guns.  The defendant's brief,

14   again, notes no prior criminal history, service as a

15   Marine, actions since he was indicted in this case

16   including getting a BA degree, his commitment to the

17   family.  He also argues the sentencing disposition as to

18   the codefendant and also argues about the discrepancies,

19   potential discrepancies as to other defendants in other

20   criminal cases which the defense argues are somewhat

21   similar to this one and also notes the present debate

22   over receivers of the types that were involved in this

23   case.

24          Defense asked for time served, has included a

25   letter from defendant, defendant's wife, his sister,

1    friends who were with him in the Marine Corps, other

2    friends and his pastor.  And the defense has also filed a

3    reply brief.

4              Let me ask, have I summarized the situation

5    correctly?

6         MR. FAERSTEIN:  With respect to the government's

7    recommendation on the fine, Your Honor, we do recommend a

8    fine.  I believe Your Honor said $200,000.  We don't

9    specify an amount.  We defer to the Court on the amount

10   of the fine.  I think we do recommend the $200 mandatory

11   special assessment.

12        THE COURT:  That is obvious.  Okay.  Let me ask

13   Mr. Robinson, did I summarize the situation correctly?

14        MR. ROBINSON:  Yes, you have, Your Honor.

15        THE COURT:  Let me ask the defendant, have I

16   summarized the situation correctly?

17        DEFENDANT SCHLOTTERBECK:  Yes, Your Honor.

18        THE COURT:  Let me hear arguments from the

19   government counsel first.

20        MR. FAERSTEIN:  Yes, Your Honor.

21             And I think some of what I say will be

22   reminiscent of arguments I made with respect to Mr. Vlha.

23   I think setting the stage, you know, context matters in

24   this case, and Mr. Schlotterbeck filed a reply to the

25   government's sentencing memo taking issue with the

```
 1    government's citation of, you know, the recent epidemic.
 2           THE COURT:  Well, let me stop.  Again, you know
 3    what my thoughts are insofar as those types of arguments
 4    are concerned.  The problem I have with Mr. Schlotterbeck
 5    is the Count 3 which is different than Count 1.  And, you
 6    know, the sale of a firearm to a known felon or
 7    supposedly somebody he thought was a felon is much more
 8    troublesome.  But, to offset that, he has a really good
 9    career in the Marines which as I have indicated, call me
10    soft hearted in that regard, I think persons who do serve
11    in the military especially when they do tour of duties in
12    active war zones is to my mind a -- strongly outweighs a
13    lot of the other stuff.
14           But the problem I have in his case is he has
15    this second -- in other words, I probably would give him
16    something of a time served as to Count 1, but I am not
17    inclined to do it as to the Count 3.  So that is the
18    situation.
19           MR. FAERSTEIN:  Your Honor, if I could just
20    address those points Your Honor has made.  First, with
21    respect to the Marines, the government does not
22    diminish --
23           THE COURT:  Good.  I don't think you could.
24           MR. FAERSTEIN:  And I wouldn't, Your Honor.
25           What I will say is that that is important in
```

1    terms of the conduct in which he was engaged in this

2    case -- manufacturing and selling these AR15 type

3    firearms that he knows are extremely dangerous because of

4    his position in the military.  And he has taken a duty to

5    protect the people of the United States, and these guns

6    are putting the people of the United States in direct

7    danger.  And that is obviously illustrated by what we

8    have seen.

9         THE COURT:  Let's hope we get a statement of that

10   sort from the Supreme Court.

11        MR. FAERSTEIN:  I'm sorry?

12        THE COURT:  Let's hope we can get a statement of

13   that sort from the Supreme Court which seems to be

14   somewhat enamored with firearms at least some of them.

15        MR. ROBINSON:  If I can just interject?

16        THE COURT:  No.  Let me have the government

17   finish.

18        MR. FAERSTEIN:  Thank you, Your Honor.  So that is

19   our view.  We view that as sort of an aggravating factor.

20   I know Your Honor may disagree, but it is something that

21   goes to the history and characteristics of the defendant

22   and his knowledge of the conduct he was engaged in and

23   the seriousness of it.

24             With respect to the sale to the felon, I think

25   Your Honor is correct.  That is extremely troubling in

```
 1    this case.  As we have illustrated in our sentencing
 2    papers, they were selling to basically strangers, to
 3    relative strangers.  They didn't know the CI, and they
 4    built and sold him the gun.  And then he introduces
 5    another undercover and then another undercover.
 6         THE COURT:  I understand, but, frankly, again, the
 7    problem I have is there is a certain portion of members
 8    of the country who feel that guns are like trading cards
 9    and things of that sort.  They get excited about it, et
10    cetera, et cetera.  It is like a game.  They don't
11    appreciate the dangerousness of it even though they
12    perhaps should.  But what can one say.
13         MR. FAERSTEIN:  Well, Your Honor, they knew -- he
14    has plead guilty to engaging in willful conduct.
15         THE COURT:  I understand that.  And I understand
16    these things are dangerous.  Honestly, these types of
17    weapons are extremely dangerous.
18         MR. FAERSTEIN:  They are especially dangerous when
19    you sell them to someone who you know is --
20         THE COURT:  Well, that is the problem I have with
21    Count 3.
22         MR. FAERSTEIN:  So that is what happened here.  He
23    has admitted to that.  The evidence that the government
24    has put in its papers proves that.  It shows that he knew
25    this person was not supposed to have it, and he was just
```

1    another customer.

2          And there is no background checks.  These are

3    untraceable firearms.  That is all part and parcel of the

4    conduct in which he was engaged and extended to selling

5    to a prohibited person which we agree is another

6    aggravating factor, and that is why the guidelines with

7    respect to Mr. Schlotterbeck are significantly higher.

8          THE COURT:  All right.

9          MR. FAERSTEIN:  That adds another eight levels I

10   believe under the guidelines.

11         THE COURT:  All right.  Let me hear from the

12   defense.  What is the defense response?

13         MR. ROBINSON:  Well, Your Honor -- and I'm sorry

14   that I stood up and attempted to interject.

15         THE COURT:  That is all right.  It was fun.

16         MR. ROBINSON:  It is fun.  But it is not funny.

17         When you were talking about what the Supreme

18   Court may or may not do, how about Congress.  These --

19   everything that Mr. Schlotterbeck dealt with had it --

20   every part is unregulated.  Had he constructed these for

21   himself, there would have been no crime.  Had he given

22   them to me in a private party transfer, there would have

23   been no crime.

24         THE COURT:  I understand that.  You are talking

25   about Count 1, and I have indicated that if it was just

1    Count 1, I would give him time served.

2         MR. ROBINSON:  And I appreciate that.  I do want

3    to just add this because I think it may be relevant to

4    the issue we preserved on appeal.

5              Judge, now Justice Barrett in a case in the

6    Seventh Circuit when she was on the Circuit Court of

7    Appeal -- and we cited this in our brief that is going to

8    go up to the Ninth Circuit -- in a dissent, she found

9    that at the time of the ratification of the second

10   amendment, there was no law against selling to a felon.

11        THE COURT:  Did she have a degree in history?

12        MR. ROBINSON:  Does it matter I guess.

13        THE COURT:  It really should because, again, I

14   guess when everybody was going to law school including

15   her when she went to law school nobody thought that

16   history was the primary area that you should have been

17   studying for purposes of becoming a lawyer especially if

18   you want to do any sort of appellate lawyering.

19        MR. ROBINSON:  Well Justice Thomas agreed with

20   her.

21        THE COURT:  Well, what can one say.

22        MR. ROBINSON:  And so this is the context, and

23   Mr. Faerstein brings up a good point, context matters.

24   It does matter.

25        THE COURT:  But, again, I don't understand how you

```
1    can segue from this insofar as Count 3 is concerned

2    because, again, I understand that the area insofar as

3    Count 1 is concerned and as I have indicated but had he

4    only been charged in Count 1, he would be getting a time

5    served.

6        MR. ROBINSON:  And the way I segue is this, and

7    forgive me if it sounds tortured, but I do think that it

8    is logical.  We all agree that Mr. Schlotterbeck's

9    service in the military is extraordinary.

10        THE COURT:  Well, I don't say necessarily

11   extraordinary because there are a lot of Marines, they

12   are Marines so they do a high level of service, but that

13   is not to say that he is the most outstanding ever in the

14   Marine Corps but, obviously, he has a very impressive

15   Marine Corps resume.

16        MR. FAERSTEIN:  We are talking about him

17   individually and I think that his service to this country

18   with two tours of duty in combat, all the commendations,

19   everything about him, his lack of criminal history --

20        THE COURT:  Let me stop you again.  I don't see

21   how you are going to segue from Count 3.  Again, I have

22   already indicated if it was just Count 1 if he has the

23   history that he has I would give him time served.

24        MR. ROBINSON:  If you look at the evidence that

25   supports Count 3, this attempted sale to a prohibited
```

1   person, there was a -- I will use the word community if

2   you will -- community of the military experience between

3   Mr. Schlotterbeck and the purchaser.

4          The fact of the matter is we are not

5   contesting the offense conduct, but I do want to suggest

6   very strongly that Mr. Schlotterbeck made that one sale.

7   And there is quid pro quo in this plea agreement, but,

8   prior to the agreement that we entered into to preserve

9   the second amendment issue, let's never forget that the

10  government abandoned the first object of the conspiracy

11  count.  And that is the repetitive sale for profit.

12         So while there were some sales, it wasn't

13  enough to persuade the government to go to a jury on that

14  first object of the 922 count.  It just wasn't.  And so

15  what we are dealing with here is a sliver of time, and we

16  are not contesting the offense conduct.  But the question

17  that you have to decide is is it necessary to put

18  Mr. Schlotterbeck into custody.

19         If you look at his post offense rehabilitation

20  which the Supreme Court in an earlier time under Pepper

21  said it is critical because you are to sentence the

22  person standing in front of you.  This conduct is five to

23  six years old.  Mr. Schlotterbeck overcame a childhood

24  that can be best described as troubling.

25         THE COURT:  Well, no.  His childhood is, actually,

```
 1   in terms of the people I get in front of me, his
 2   childhood was not bad at all.
 3        MR. FAERSTEIN:  He lost both of his parents.  He
 4   lost his mother when he was 10.
 5        THE COURT:  You are talking -- I am talking about
 6   abuse.  I would say at least 25 percent of the defendants
 7   in front of me have been physically abused by either
 8   strangers or their own relatives, et cetera.
 9            I mean, put it this way, he didn't have
10   obviously the best childhood, but, in terms of the people
11   I get in front of me, for some reason I don't get many of
12   these executives and that sort who have wonderful
13   childhoods.  I mean most of the people I get in front of
14   me have horrendous childhoods.
15        MR. ROBINSON:  I understand that, and that is why
16   personal history and characteristics --
17        THE COURT:  I have considered that fact.  Let me
18   put it this way, you have convinced me not to give him
19   the sentence that the government wants.
20        MR. ROBINSON:  Okay.  What does the Court wish to
21   hear from me?
22        THE COURT:  I don't know what else you can say to
23   me.  There is this major problem that I have because an
24   offense of this sort, to my mind, deserves serious
25   custody time, but I am willing to reduce it to a large
```

1    extent because of his prior service.  And I agree with

2    you on prior service, the fact that during this period of

3    time since the arrest he has been exemplary in that

4    regard.  He got a BA degree and other things.

5           Let's put it this way, I don't think he needs

6    much more by way of rehabilitation because I don't think

7    that is necessary at this point in time.  I think he has

8    rehabilitated himself to the extent he needed because he

9    didn't have a serious prior criminal history.  But the

10   back of my mind, the problem is if I don't give him

11   custody time, insofar as the sale of an AR15 to somebody

12   who is known to him to be a felon or presumed by him to

13   be a felon is something that is so serious that I have to

14   give some custody time.

15        MR. FAERSTEIN:  And so I assume, Your Honor, based

16   upon your comments here, that you don't need to

17   incarcerate him to protect the public from future crime.

18        THE COURT:  Not in the sense that unless I do,

19   other people are going to be engaged in this type of

20   conduct and making the argument like your cocounsel here

21   saying, well, look at this judge didn't put him in jail,

22   why should my client go to jail.

23        MR. FAERSTEIN:  Let me address that if I may

24   because there are two sentencing factors under 3553 that

25   we are required to address to you and you are required to

1    consider.  The first one being deterrence, and, in our

2    papers, we talk about general versus individual

3    deterrence.  And there is that ethical conflict that the

4    district court in Iowa highlights because if

5    Mr. Schlotterbeck does every single thing within his

6    power to rehabilitate himself but he gets punished to

7    make an example, what sort of message is sent to the

8    public who is to be generally deterred?

9        THE COURT:  You just defined the notion of

10   deterrence.

11       MR. ROBINSON:  But there is individual and general

12   deterrence.  There are the two forms of deterrence.

13       THE COURT:  What you would say to them is that the

14   judge could have given him a guideline sentence of

15   between 33 and 41 months, and if I sentenced him between

16   33 and 41 months, I could just simply say that I

17   considered the guidelines factors and this is what I am

18   giving him.

19       MR. ROBINSON:  And that would assume that the

20   guidelines are entitled to a greater degree of deference.

21       THE COURT:  I said if I were to sentence him to --

22   so if I go below the guidelines range, obviously, the

23   probation office argues that I should go below the

24   guidelines range, and I am agreeing with the probation

25   office.  I think I should.  But they are going to 24

```
 1   months.  And so, therefore, I would say I am giving him
 2   24 months for the reasons that are stated in the
 3   probation office.  I don't think I am going to get
 4   reversed on that one either.
 5        MR. ROBINSON:  Well, Your Honor, we are not
 6   suggesting -- I think we have waived our right to appeal
 7   on the sentencing, but I expect we will be back here at
 8   least on Count 3.  I really firmly do, and you look at
 9   what is happening in the circuit courts of appeal and the
10   district courts, these selling to prohibited people cases
11   are going for the defense in a way that is going to I
12   think --
13        THE COURT:  When you say that, I don't know what
14   you mean by that.
15        MR. ROBINSON:  Okay.  Two district courts --
16        THE COURT:  I don't think that the government is
17   losing all these cases.
18        MR. ROBINSON:  Well --
19        THE COURT:  Maybe it is the government in other
20   jurisdictions.
21        MR. ROBINSON:  Well, maybe it is not
22   Mr. Faerstein, but, Your Honor, it is happening.
23        THE COURT:  I don't think he is worried about it.
24        MR. ROBINSON:  Well -- I don't know what we all
25   worry about.
```

```
 1              Having said these things, you are also, under

 2    3553, to consider what is an unwarranted sentencing

 3    disparity not between codefendants.  It is on a national

 4    level.  And we have constrained our analysis to this

 5    circuit.  When you look at what and Mr. -- I believe

 6    Mr. Haig brought this up in his papers, and I think the

 7    government did as well.

 8              Sean Alexander went to trial in this district

 9    in front of Judge Klausner.  He went to trial.  He did

10    not plead guilty.  Two counts conspiracy and dealing

11    without an FFL.  He is offense level 20.  That is what

12    Mr. Schlotterbeck is if we are going to use the

13    guidelines as a starting point.

14              Mr. Alexander sold 30 firearms to an informant

15    in five months and the government was asking for 41

16    months, and Judge Klausner gave 24 months.  That is

17    without an acceptance of responsibility.

18         THE COURT:  I already indicated I would go below

19    24 months.  That is a given.

20         MR. ROBINSON:  But the question is to what degree

21    because it is that degree that creates the unwarranted

22    disparity that we are to avoid.  So I am going to ask the

23    court to please consider this:  There is no need because

24    you are to impose a sentence that is not greater than

25    necessary to promote the sentencing factors based upon
```

1    Mr. Schlotterbeck's personal history and characteristics.

2         THE COURT:  My intention is not to give him a year

3    and a day.  It is going to be less than a year and a day.

4    Are you happy now?

5         MR. ROBINSON:  I am getting happier.  Can we make

6    that into a situation where he can work and provide for

7    his four young children and maybe do halfway house or

8    home arrest because, if he goes in to custody for a

9    period of time, he will lose his business.

10        THE COURT:  I don't think he will lose his

11   business.  He was in the Marine Corps during the portions

12   of time that he was running his business.

13        MR. ROBINSON:  Well, Judge, may I have a moment?

14        (Defendant and counsel confer.)

15        MR. ROBINSON:  He was in reserve at that time so

16   he was able to work.  If he is locked down, he can't

17   work.

18             And a punishment of either home incarceration

19   or halfway house where he can work during the day and

20   provide for his family for a short period of time, if

21   that is what the Court is looking to do, then I would say

22   thank you.  But I think --

23        THE COURT:  It is going to be custody time.  There

24   is going to be some amount of custody time.

25        MR. ROBINSON:  Can we make it a short enough

1    period of time that he doesn't lose every single thing

2    that he has?

3          THE COURT:  He can address that, and let me know

4    what he is talking about.

5          MR. ROBINSON:  And, finally, Your Honor, with

6    respect to the fine, we have addressed the fine.  And

7    because -- we have addressed that in our papers.  We have

8    tied it to the guideline range.  And if a variance is

9    tied to a guideline range which in these proceedings we

10   have discussed -- I use the word, the pronoun we to talk

11   about all the defendants in this case, if zone B, zone C,

12   zone D, if all that matters, not that it is mandatory but

13   that it matters, if you look at Mr. Schlotterbeck's

14   guideline range, assuming that he is even at a level 15,

15   and I am hoping that it will be lower than that because

16   you have indicated you are going to go below.

17         THE COURT:  I have indicated -- well, I haven't

18   indicated yet, but I am going to indicate that I find

19   that the guidelines range calculation by the probation

20   office is correct.

21         MR. ROBINSON:  But you are varying from it.

22         THE COURT:  I am varying from it, but the initial

23   range is correctly calculated.

24         MR. ROBINSON:  And we are not contesting that.

25         THE COURT:  Okay.

```
 1          MR. ROBINSON:  But with respect to figuring out
 2   what the fine range is, under the guidelines --
 3          THE COURT:  Well, let me just indicate this:  I
 4   would use the recommendation, I would follow the
 5   recommendation of the probation office insofar as the
 6   fine amount.
 7          MR. ROBINSON:  That is way too high, Your Honor.
 8   A hundred thousand dollars in a case like this for a man
 9   who is raising his family.  It is unnecessarily --
10          THE COURT:  Did you take a cut in your charges
11   like your co-counsel did?
12          MR. ROBINSON:  Pardon me?
13          THE COURT:  Did you take a cut in your charges
14   like your --
15          MR. ROBINSON:  I did because --
16          THE COURT:  Let me hear from the government.  We
17   are at the very end here.  What is your position vis a
18   vis the fine amount?
19          MR. FAERSTEIN:  Similarly, the last defendant,
20   Your Honor, the defendant has significant assets, I think
21   735,000 and a positive monthly net cash flow.  We think a
22   fine is part of the overall sentence and the deterrent
23   here.
24          THE COURT:  Well, most of that amount, though, is
25   the amount of money he has in paper because it is
```

```
 1   primarily his residence.

 2         MR. FAERSTEIN:  Well, Your Honor, you can take out

 3   money, you can take out additional equity on a home or

 4   business.

 5         THE COURT:  All right.

 6         MR. ROBINSON:  Who is going to loan money to a man

 7   who is in custody?  That is absurd.  How can he get a

 8   loan on his equity if he is in custody?  That is

 9   impossible.

10         THE COURT:  It is not impossible.

11         MR. ROBINSON:  Well, you will see me on a bank

12   fraud case soon enough I imagine because can you

13   imagine --

14         THE COURT:  Well, let me stop you.  I understand

15   the position of both sides on this.  I don't need further

16   argument.

17            Let me hear from the defendant.  Sir, what do

18   you wish to say to the Court before the Court sentences

19   you?

20         DEFENDANT SCHLOTTERBECK:  Good morning, Your

21   Honor.  I don't have a whole lot to say because I wrote a

22   letter to you.

23         THE COURT:  Let me also indicate I read the

24   letter.  The letter was actually very good.

25         THE DEFENDANT:  Thank you, Your Honor.  I do want
```

1  to stand up here, and, A, I want to apologize for just

2  being here in general.  I want to apologize to you.

3       THE COURT:  You don't have to apologize to me.

4       THE DEFENDANT:  I want to apologize to the

5  government, and I want to apologize to my friends and

6  family back here that I have dragged them through this.

7       THE COURT:  Let me ask you this question:  What is

8  the lengthiest period of time you feel you could stay in

9  custody without losing your business?

10       THE DEFENDANT:  Well, I will tell you this, Your

11  Honor.  I deployed to Afghanistan 2009 to 2010, and I

12  came back to no business and started it all over again.

13  And that was for seven months.  I have been there.  I

14  have restarted it, but I lost all my clients.  Had to

15  redo it from the ground up again.  So, you know, if that

16  is what I have to do, then that is what I will do.

17       But you know I just want to continue with

18  thanking you for your time and your consideration here

19  today, and, again, I'm sorry that I have put you all

20  through this.

21       THE COURT:  You don't have to apologize to me.  I

22  get paid.  I am here every day anyway.  It doesn't make

23  any difference.

24       All right.  I have considered the materials

25  that have been presented to me by both the defendant, the

```
 1   government and the probation office.  I have considered
 2   the factors under 18, U.S.C., 3553, subpart (a), and I
 3   will sentence as follows:
 4           First of all, I find the correct calculation
 5   is the one that was prepared by the probation office.
 6   Criminal history category of -- sorry, offense level of
 7   20, criminal history category of 1 equals a guidelines
 8   range of between 33 and 41 months.  I will vary
 9   substantially below that for the reasons I have indicated
10   but, primarily, to emphasize again, I really appreciate
11   his service in this particular matter.  He has no prior
12   criminal history.
13           The primary problem here is the Count No. 3
14   which is the sale of the firearm to the felon.  But for
15   that, I would have given him a time served.  I do feel,
16   however, there has to be some custody time.  So I will
17   sentence him to what I feel is probably the de minimus
18   that I can do in good conscience in this particular
19   situation which is three months.  I will give him three
20   months in custody followed by a period of supervised
21   release for three years under the following terms and
22   conditions:
23           Let me ask the government, there is no
24   forfeiture aspect here, is there?
25       MR. FAERSTEIN:  That's correct, Your Honor.
```

1          THE COURT:  I will order that he obey all rules

2    and regulations of the probation office and also Amended

3    General Order 20-4.  Also, he is to pay $200 which is the

4    special assessment that will be paid forthwith.

5              I will also require him to pay before the end

6    of supervised release, a fine of $50,000.

7              I will also order that he will cooperate in

8    the collection of a DNA sample from himself is.

9              I will not order testing because he doesn't

10   have any prior history of drug abuse.  I will order that

11   he participate in a mental health treatment program if

12   the probation office recommends it, but I don't

13   necessarily think that that would be required.  But I

14   will leave that up to the probation office.

15             Also, I will order the defendant to submit his

16   person, property, residence, papers, computers and other

17   electronic equipment to a search if requested by any

18   probation officer or other law enforcement officer and

19   that the failure to submit to such a search can be

20   grounds for revocation.

21             However, any such search has to be done at a

22   reasonable time in a reasonable manner and based upon a

23   reasonable suspicion that the defendant has violated

24   either the terms of his supervised release or has

25   otherwise committed a violation of the law.

```
 1              Let me ask counsel, anything else in terms of
 2   the supervised release?
 3        MR. FAERSTEIN:  Did Your Honor mention you can't
 4   possess firearms?
 5        THE COURT:  Oh.  Yeah.  Well, he was advised of
 6   that when I took his plea.  Because he is a felon, he
 7   can't possess a firearm.
 8        MR. FAERSTEIN:  Yes, Your Honor.  Nothing else.
 9        THE COURT:  Does the government move to dismiss
10   Count 2?
11        MR. FAERSTEIN:  We do, Your Honor.
12        THE COURT:  Okay.  I will dismiss that count.  Let
13   me ask the defense counsel -- well, let me ask defendant,
14   do you understand you agreed to waive some but not all of
15   your appeal rights in this particular matter in your plea
16   agreement?
17        THE DEFENDANT:  Yes, Your Honor.
18        THE COURT:  And do you have any questions about
19   what could be appealed in this case?
20        THE DEFENDANT:  I do not, Your Honor.
21        THE COURT:  And let me ask defense counsel, you
22   will represent him I presume if he is going to appeal
23   anything?
24        MR. ROBINSON:  Yes, we hope to, Your Honor.
25        THE COURT:  All right.  And let me ask is there
```

1    anything else -- sorry.  I will exonerate the bond

2    upon -- upon his reporting to the probation office, and,

3    as I have indicated, I will stay his reporting for the

4    sentence until such time as the appeal is completed.

5    And, also, as I indicated, the payment of the fine will

6    be stayed until such time as the appeal is completed.

7         All right.  Is there anything else I need to

8    do in this matter?

9         MR. FAERSTEIN:  No, Your Honor.  Just again with

10   respect to the waivers of the challenges to the

11   conviction and sentence, that is set forth in the plea

12   agreement.

13        THE COURT:  Yes.

14        MR. FAERSTEIN:  And there is one issue they

15   preserved with respect to the motion to dismiss on the

16   second amendment ground from Bruen and that is the only

17   pretrial motion.

18        THE COURT:  Yes.  But that is stated in the plea

19   agreement.

20        MR. FAERSTEIN:  Yes, Your Honor.

21        THE COURT:  Okay.  Thank you very much, gentlemen.

22   Good luck.  And thank you everybody.

23        (Proceedings concluded.)

24

25

```
 1                        CERTIFICATE

 2

 3

 4   I hereby certify that pursuant to Section 753, Title 28,

 5   United States Code, the foregoing is a true and correct

 6   transcript of the stenographically reported proceedings held

 7   in the above-entitled matter and that the transcript page

 8   format is in conformance with the regulations of the

 9   Judicial Conference of the United States.

10   Date:  December 21, 2022

11

12    /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

13

14

15

16

17

18

19

20

21

22

23

24

25
```

KATIE THIBODEAUX, CSR, RPR, CRR
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

DEFENDANT SCHLOTTERBECK: [5]
  40/19 40/21 40/24 44/16
  60/19
DEFENDANT VLHA: [2]   5/9
5/13
MR. FAERSTEIN: [57]
MR. HAIG: [50]
MR. ROBINSON: [37]
THE COURT: [158]
THE DEFENDANT: [7]   32/11
  36/8 60/24 61/3 61/9 64/16
  64/19

**$**

$200 [2]   44/10 63/3
$200 mandatory [1]   44/10
$200 which [1]   63/3
$200,000 [2]   43/11 44/8
$25,000 [2]   8/7 34/2
$50,000 [1]   63/6

**'**

'04 [1]   42/6

**/**

/s [1]   66/12

**0**

04 [1]   34/7

**1**

10 [4]   7/8 8/5 42/1 52/4
12 [3]   7/1 8/19 8/20
14 [2]   8/6 42/13
15 [2]   8/21 58/14
1500 [1]   2/7
16 [1]   42/13
17 [2]   1/16 3/1
18 [5]   6/22 8/20 41/4 41/6
  62/2
19-343 [1]   1/8
1st [1]   1/21

**2**

20 [6]   34/22 41/12 43/4 43/5
  56/11 62/7
20-04 [1]   34/7
20-4 [1]   63/3
2005 [1]   42/11
2007 [1]   42/9
2009 [2]   42/9 61/11
2010 [2]   42/9 61/11
2012 [1]   7/20
2014 [1]   42/12
2016 [1]   28/23
2017 [6]   28/21 28/23 29/5
  31/14 31/18 42/19
2020 [1]   42/22
2021 [2]   7/23 42/6
2022 [3]   1/16 3/1 66/10
21 [1]   66/10
21143 [1]   2/19
21515 [1]   2/13
22 [1]   41/16
24 [5]   43/7 54/25 55/2 56/16
  56/19
25 percent [1]   52/6
25,000 [1]   24/24
28 [1]   66/4
29 [2]   7/17 19/8
2K2.1 [4]   7/1 7/4 41/13
  41/15
2X1.1C1 [1]   7/1

**3**

30 [1]   56/14
312 [1]   2/7

**33 [4]**   43/6 54/15 54/16 62/8
345 [1]   1/21
350 [1]   1/21
3553 [5]   32/5 32/22 53/24
  56/2 62/2
37 [1]   41/22
37-month [1]   43/10
371 [2]   6/22 41/4
3B1.1 [1]   7/8
3B1.2 [1]   7/6
3D1.2 [1]   41/11

**4**

40 [1]   34/19
41 [5]   43/6 54/15 54/16
  56/15 62/8
4311 [1]   1/21
454 [1]   2/19

**5**

50 [2]   34/17 34/19

**7**

730 [1]   2/13
735,000 [1]   59/21
753 [1]   66/4

**8**

80 percent [1]   13/4
8:06 [1]   3/2

**9**

90012 [2]   1/22 2/8
90503 [2]   2/14 2/20
922 [4]   6/22 41/4 41/7 51/14
9858 [2]   1/20 66/12

**A**

A.M [1]   3/2
abandoned [1]   51/10
abided [1]   30/22
able [1]   57/16
about [32]   4/22 14/5 15/23
  18/3 19/6 19/14 22/6 22/11
  29/6 29/7 29/11 30/4 34/17
  34/23 36/8 36/13 38/19 39/19
  43/18 47/9 48/17 48/18 48/25
  50/16 50/19 52/5 54/2 55/23
  55/25 58/4 58/11 64/18
above [1]   66/7
above-entitled [1]   66/7
absurd [1]   60/7
abuse [5]   8/2 34/10 43/2
  52/6 63/10
abused [1]   52/7
accept [1]   33/9
acceptance [4]   7/7 33/4
  41/17 56/17
accompli [1]   6/15
account [1]   32/5
accountable [1]   22/17
act [2]   28/22 29/4
action [1]   42/17
actions [2]   32/15 43/15
active [1]   45/12
activities [1]   9/10
activity [5]   12/24 12/24
  14/12 33/14 42/16
acts [1]   19/12
actual [1]   10/17
actually [12]   10/16 19/4
  19/6 20/12 22/3 28/22 33/18
  35/6 36/17 39/24 51/25 60/24
add [3]   31/10 36/14 49/3
added [1]   7/12
additional [6]   7/12 23/13
  31/8 34/22 36/21 60/3
address [8]   3/17 21/9 21/20

**A** (continued)
31/13 45/20 53/23 53/25 58/3
addressed [1]   27/6
58/7
adds [1]   48/9
admissions [1]   28/14
admit [1]   10/4
admitted [2]   31/17 47/23
adopt [2]   26/20 39/14
adverse [1]   27/4
advertised [1]   27/8
advertized [1]   20/19
advise [1]   38/8
advised [1]   64/5
advisement [1]   6/14
advisory [2]   23/24 24/14
affirmed [1]   32/1
Afghanistan [2]   42/9 61/11
afoul [1]   31/4
after [4]   6/7 22/17 28/16
  42/14
again [19]   6/19 11/6 17/20
  31/18 36/11 43/11 43/14 45/2
  47/6 49/13 49/25 50/2 50/20
  50/21 61/12 61/15 61/19
  62/10 65/9
against [3]   11/14 24/2 49/10
agents [1]   29/5
ages [3]   8/1 42/13 42/19
aggravating [2]   46/19 48/6
agree [8]   15/17 15/20 18/14
  25/2 39/24 48/5 50/8 53/1
agreed [4]   15/13 37/22 49/19
  64/14
agreeing [1]   54/24
agreement [10]   5/21 37/24
  38/2 39/12 39/14 51/7 51/8
  64/16 65/12 65/19
ailments [1]   42/25
AK15 [1]   9/4
AK15s [1]   11/1
al [1]   1/9
alcohol [2]   42/20 43/2
Alexander [2]   56/8 56/14
alive [1]   7/17
all [75]
allegations [1]   22/15
allow [1]   4/7
allowed [1]   29/10
almost [1]   41/18
along [1]   19/20
already [4]   28/12 40/11
  50/22 56/18
also [30]   5/15 6/4 7/24 9/13
  11/9 12/6 15/3 15/21 17/6
  22/2 24/17 24/23 32/21 34/6
  34/25 35/2 37/9 42/16 43/17
  43/18 43/21 44/2 56/1 60/23
  63/2 63/3 63/5 63/7 63/15
  65/5
Although [2]   8/14 9/5
always [1]   21/15
am [30]   4/11 6/12 12/1 12/5
  12/6 17/19 19/6 21/4 21/10
  24/1 25/13 26/18 28/7 28/8
  33/15 36/10 39/14 45/16 52/5
  52/25 54/17 54/24 55/1 55/3
  56/22 57/5 58/15 58/18 58/22
  61/22
ambiguous [3]   38/20 38/22
  38/23
Amended [2]   34/7 63/2
amendment [3]   49/10 51/9
  65/16
America [2]   1/6 2/3
amongst [1]   38/23
amount [15]   14/1 15/5 15/14
  18/1 24/23 24/24 25/4 41/14
  44/9 44/9 57/24 59/6 59/18
  59/24 59/25

**A**

**analysis [1]**   56/4
**ANGELES [4]**   1/15 1/22 2/8
3/1
**another [7]**   5/16 28/9 47/5
47/5 48/1 48/5 48/9
**any [34]**
**anybody [1]**   25/14
**anymore [1]**   29/13
**anything [15]**   4/18 4/23 5/11
9/6 17/22 30/11 32/10 35/16
38/1 40/12 40/23 64/1 64/23
65/1 65/7
**anyway [1]**   61/22
**apologize [6]**   61/1 61/2 61/3
61/4 61/5 61/21
**apparently [1]**   11/10
**appeal [28]**   6/2 6/7 13/8
27/3 27/4 37/5 37/10 37/11
37/20 37/23 37/25 38/4 38/7
38/8 38/11 38/14 39/4 39/23
40/6 40/7 49/4 49/7 55/6
55/9 64/15 64/22 65/4 65/6
**appealed [1]**   64/19
**appealing [2]**   5/17 5/20
**appeals [1]**   38/2
**appearances [3]**   2/1 3/8 40/8
**appellate [1]**   49/18
**applicable [2]**   11/19 38/3
**applied [1]**   33/7
**appointment [1]**   38/11
**appreciate [3]**   47/11 49/2
62/10
**appropriate [1]**   28/15
**approximately [2]**   7/17 41/22
**April [1]**   7/20
**AR [1]**   17/2
**AR15 [10]**   15/25 17/2 20/5
22/2 22/3 22/7 22/9 22/18
46/2 53/11
**AR15-type [1]**   15/25
**are [77]**
**area [5]**   16/12 16/14 16/16
49/16 50/2
**aren't [1]**   18/7
**arguable [3]**   13/15 13/15
33/7
**argues [7]**   8/18 8/22 9/8
43/17 43/18 43/20 54/23
**arguing [1]**   8/12
**argument [15]**   4/21 9/5 10/21
11/13 13/11 13/21 21/1 28/5
29/1 32/7 33/1 33/5 41/18
53/20 60/16
**arguments [6]**   11/18 22/11
43/12 44/18 44/22 45/3
**around [2]**   11/11 20/21
**arrest [6]**   8/24 28/23 30/19
34/13 53/3 57/8
**arrested [4]**   30/13 30/14
30/16 30/17
**as [54]**
**aside [2]**   4/23 40/11
**ask [31]**   4/16 5/7 5/15 9/17
10/12 18/4 23/6 29/21 34/13
35/16 35/19 36/7 36/13 39/9
39/19 39/21 39/22 39/22
40/10 40/17 44/4 44/12 44/15
56/22 61/7 62/23 64/1 64/13
64/13 64/21 64/25
**asked [1]**   43/24
**asking [4]**   22/19 24/25 39/19
56/15
**asks [1]**   16/22
**aspect [5]**   12/20 12/20 24/18
37/25 62/24
**aspects [4]**   14/6 14/9 18/14
18/16

**assemble [1]**   19/7
**assembled [1]**   19/9
**assembling [1]**   19/12
**assessment [3]**   34/1 44/11
63/4
**asset [1]**   26/4
**assets [2]**   25/3 59/20
**associated [1]**   42/24
**assume [2]**   53/15 54/19
**assuming [1]**   58/14
**ATF [9]**   15/7 16/6 16/21
21/12 21/14 22/8 29/5 29/13
29/18
**attempted [2]**   48/14 50/25
**attorney [3]**   2/5 21/7 25/24
**audience [1]**   3/23
**aunt [1]**   42/2
**AUSA [3]**   2/5 3/10 27/12
**automatic [1]**   30/15
**automatically [1]**   10/6
**avoid [1]**   56/22
**awards [1]**   42/8
**aware [1]**   16/4
**away [1]**   37/9

**B**

**BA [2]**   43/16 53/4
**Bachelors [1]**   42/22
**back [5]**   12/11 53/10 55/7
61/6 61/12
**background [5]**   7/16 9/9 9/10
20/2 48/2
**backtrack [1]**   21/6
**bad [1]**   52/2
**bank [1]**   60/11
**Barrett [1]**   49/5
**base [2]**   6/25 41/12
**based [6]**   28/6 30/8 35/11
53/15 56/25 63/22
**basic [2]**   28/5 28/5
**basically [3]**   15/1 29/16
47/2
**basis [6]**   15/12 31/17 31/19
31/19 32/1 38/4
**be [65]**
**bearing [1]**   22/13
**beat [1]**   26/24
**beating [1]**   26/25
**because [55]**
**becoming [1]**   49/17
**been [22]**   8/23 8/25 9/9 13/9
15/17 15/18 20/12 21/25 22/1
22/9 27/3 30/21 32/19 33/7
48/21 48/23 49/16 50/4 52/7
53/3 61/13 61/25
**before [6]**   3/21 5/16 28/23
32/11 60/18 63/5
**began [1]**   42/14
**behalf [2]**   3/11 3/14
**being [7]**   16/11 18/3 27/20
33/3 38/19 54/1 61/2
**believe [6]**   24/12 30/6 30/15
44/8 48/10 56/5
**below [6]**   8/10 54/22 54/23
56/18 58/16 62/9
**Belt [1]**   42/23
**best [3]**   26/19 51/24 52/10
**between [9]**   8/6 8/20 42/9
43/6 51/2 54/15 54/15 56/3
62/8
**bit [4]**   12/6 21/6 26/21
34/18
**Black [1]**   42/23
**blind [1]**   12/19
**blunt [1]**   33/11
**bond [10]**   3/21 39/18 39/19
39/21 39/23 39/25 40/2 40/5
40/7 65/1
**both [7]**   4/7 4/17 39/3 41/10

**52/3 60/15 61/25
**bought [1]**   22/9
**Boulevard [2]**   2/13 2/19
**break [2]**   28/9 36/10
**Brian [2]**   2/4 3/11
**brief [6]**   8/11 8/18 9/8
43/13 44/3 49/7
**brings [1]**   49/23
**broader [3]**   16/3 21/22 21/22
**brought [1]**   56/6
**Bruen [3]**   6/3 39/7 65/16
**build [2]**   21/16 21/17
**building [2]**   21/13 21/15
**builds [1]**   15/2 15/6
**built [3]**   15/24 21/18 47/4
**business [12]**   17/1 20/19
21/23 27/8 29/10 30/9 57/9
57/11 57/12 60/4 61/9 61/12
**bustling [1]**   27/8
**buy [4]**   19/17 19/20 20/3
22/8

**C**

**CA [4]**   1/22 2/8 2/14 2/20
**calculated [1]**   58/23
**calculation [5]**   24/9 32/25
41/10 58/19 62/4
**CALIFORNIA [4]**   1/2 1/15 3/1
19/17
**call [5]**   3/6 12/24 19/19
25/20 45/9
**called [1]**   19/18
**calls [1]**   14/3
**came [2]**   31/22 61/12
**can [46]**
**can't [8]**   12/25 13/17 13/20
18/5 35/1 57/16 64/3 64/7
**cards [1]**   47/8
**career [1]**   45/9
**case [51]**
**cases [5]**   22/21 27/16 43/20
55/10 55/17
**cash [4]**   25/3 26/3 30/9
59/21
**category [11]**   7/15 8/5 8/19
28/24 30/14 31/13 41/21 43/4
43/5 62/6 62/7
**cell [1]**   35/6
**CENTRAL [1]**   1/2
**certain [2]**   28/13 47/7
**CERTIFICATE [1]**   66/1
**certify [1]**   66/4
**cetera [9]**   12/8 15/19 15/19
15/20 33/15 34/13 47/10
47/10 52/8
**challenges [1]**   65/10
**change [1]**   6/17
**changed [4]**   4/20 5/13 40/14
40/24
**character [1]**   32/16
**characteristics [3]**   46/21
52/16 57/1
**characterization [2]**   33/10
39/12
**charge [2]**   27/21 27/23
**charged [5]**   4/15 6/21 41/3
41/6 50/4
**charges [2]**   59/10 59/13
**check [1]**   20/2
**checks [1]**   48/2
**Cherokee [1]**   20/13
**childhood [4]**   51/23 51/25
52/2 52/10
**childhoods [2]**   52/13 52/14
**children [4]**   8/1 42/13 42/19
57/7
**choice [2]**   11/2 36/20
**choose [1]**   4/3
**CI [1]**   47/3

**C**

**circuit [5]** 49/3 49/6 49/8 55/9 56/5
**citation [1]** 45/1
**cite [2]** 16/19 18/5
**cited [4]** 19/9 21/11 22/21 49/7
**citizen [1]** 30/21
**Civil [1]** 2/6
**CJA [1]** 25/15
**clarify [1]** 11/12
**clear [4]** 15/8 20/20 31/16 37/19
**clerk [1]** 39/19
**client [7]** 3/22 28/22 29/2 29/7 30/13 30/16 53/22
**client's [1]** 26/19
**clients [1]** 61/14
**co [1]** 59/11
**co-counsel [1]** 59/11
**cocounsel [1]** 53/20
**Code [1]** 66/5
**codefendant [2]** 12/2 43/18
**codefendants [1]** 56/3
**collection [2]** 34/8 63/8
**combat [1]** 50/18
**combined [1]** 41/9
**commanding [1]** 30/24
**commendations [2]** 42/7 50/18
**comments [1]** 53/16
**commit [1]** 29/17
**commitment [1]** 43/16
**committed [4]** 7/13 19/12 28/22 63/25
**communicating [1]** 14/5
**communications [1]** 14/23
**community [6]** 34/22 34/24 36/19 37/8 51/1 51/2
**company [1]** 42/10
**comparable [2]** 17/21 17/23
**complete [2]** 22/3 37/12
**completed [6]** 22/2 22/7 22/9 22/16 65/4 65/6
**complex [2]** 18/9 18/17
**complexity [1]** 18/15
**comply [1]** 34/5
**comps [1]** 23/1
**computers [1]** 63/16
**concede [2]** 8/15 9/21
**conceded [2]** 10/2 28/12
**concerned [4]** 38/2 45/4 50/1 50/3
**concerns [1]** 31/23
**concluded [1]** 65/23
**conditional [1]** 5/19
**conditions [3]** 33/24 40/1 62/12
**conduct [16]** 27/1 27/23 28/2 28/20 29/2 29/18 32/1 32/3 46/1 46/22 47/14 48/4 51/5 51/16 51/22 53/20
**confer [2]** 34/16 57/14
**Conference [1]** 66/9
**conflict [1]** 54/3
**conformance [1]** 66/8
**Congress [1]** 48/18
**conscience [1]** 62/18
**consider [4]** 13/16 54/1 56/2 56/23
**consideration [1]** 61/18
**considered [6]** 32/19 32/21 52/17 54/17 61/24 62/1
**consistent [1]** 34/20
**conspiracy [15]** 6/23 7/3 14/4 14/16 15/17 16/1 16/2 18/23 28/21 29/1 31/14 31/18 41/5 51/10 56/10
**constrained [1]** 56/4

**construct [1]** 20/5
**constructed [1]** 21/5
**contained [4]** 4/18 5/11 40/13 40/23
**contesting [3]** 51/5 51/16 58/24
**context [5]** 21/22 36/12 44/23 49/22 49/23
**continue [2]** 31/14 61/17
**continued [2]** 16/1 29/17
**contract [1]** 7/24
**contrary [2]** 8/13 29/1
**conversion [1]** 30/16
**convicted [1]** 22/23
**conviction [4]** 18/20 27/2 37/20 65/11
**convinced [1]** 52/18
**cooperate [2]** 34/7 63/7
**Corporation [1]** 2/12
**Corps [10]** 7/20 30/23 31/2 32/14 42/6 42/8 44/1 50/14 50/15 57/11
**correct [17]** 4/13 5/4 5/9 5/18 5/24 6/8 10/7 11/16 14/21 17/11 24/13 33/1 46/25 58/20 62/4 62/25 66/5
**correctly [7]** 9/18 10/10 10/13 44/5 44/13 44/16 58/23
**Corruption [1]** 2/6
**could [11]** 10/21 26/23 27/24 30/25 33/5 45/19 45/23 54/14 54/16 61/8 64/19
**counsel [24]** 2/1 3/9 4/7 4/16 4/17 9/17 10/12 17/5 25/15 30/11 34/14 34/16 36/13 38/6 38/11 39/9 40/11 40/21 44/19 57/14 59/11 64/1 64/13 64/21
**count [32]** 4/13 4/15 6/20 6/21 6/21 18/19 35/20 35/23 35/24 36/5 41/3 41/3 41/6 45/5 45/5 45/16 45/17 47/21 48/25 49/1 50/1 50/3 50/4 50/21 50/22 50/25 51/11 51/14 55/8 62/13 64/10 64/12
**country [3]** 12/13 47/8 50/17
**counts [4]** 4/11 41/2 41/10 56/10
**county [3]** 9/15 19/16 19/16
**couple [1]** 23/6
**course [4]** 15/12 16/2 26/1 37/24
**court [36]**
**Court's [5]** 5/18 5/20 6/3 30/20 30/22
**courts [4]** 23/3 55/9 55/10 55/15
**covertly [1]** 30/8
**CR [1]** 1/8
**creates [1]** 56/21
**creating [1]** 11/7
**creation [1]** 8/25
**crime [6]** 7/13 12/8 23/2 48/21 48/23 53/17
**crimes [2]** 9/4 10/18
**criminal [21]** 7/9 8/5 8/19 9/9 9/10 12/9 28/24 31/12 33/13 41/20 42/16 43/4 43/4 43/5 43/14 43/20 50/19 53/9 62/6 62/7 62/12
**critical [1]** 51/21
**CRR [1]** 66/12
**crystal [1]** 31/14
**CSR [2]** 1/20 66/12
**culpable [2]** 9/23 10/5
**current [2]** 12/13 42/18
**custody [20]** 3/17 6/6 23/13 23/15 23/20 26/17 31/7 36/22 51/18 52/25 53/11 53/14 57/8

57/17 57/24 60/7 60/8 61/9 62/7 62/23
**customer [4]** 29/23 29/24 30/7 48/1
**customers [11]** 14/5 14/24 15/6 15/7 15/24 16/6 16/20 21/12 21/14 21/17 22/8
**cut [4]** 22/1 28/8 59/10 59/13
**cutting [1]** 36/10

**D**

**danger [1]** 46/7
**dangerous [4]** 46/3 47/16 47/17 47/18
**dangerousness [1]** 47/11
**Date [1]** 66/10
**day [10]** 23/10 23/11 26/6 26/7 29/8 29/9 57/3 57/3 57/19 61/22
**days [1]** 30/19
**de [1]** 62/17
**dead [2]** 26/24 26/25
**deal [1]** 6/23
**dealer [1]** 30/19
**dealing [4]** 18/11 22/24 51/15 56/10
**dealt [1]** 48/19
**debatable [1]** 13/25
**debate [1]** 43/21
**deceased [1]** 41/22
**December [1]** 66/10
**decide [1]** 51/17
**decision [1]** 6/3
**decisions [1]** 27/25
**deemed [1]** 13/12
**defendant [63]**
**defendant's [11]** 7/9 7/16 8/15 9/14 21/11 33/4 33/13 41/20 42/2 43/13 43/25
**defendants [11]** 1/10 5/17 8/16 16/18 18/22 23/1 23/3 29/22 43/19 52/6 58/11
**defense [19]** 3/12 5/3 9/8 9/13 10/12 17/5 32/21 34/13 36/13 38/6 39/9 43/20 43/24 44/2 48/12 48/12 55/11 64/13 64/21
**defer [2]** 25/4 44/9
**deference [1]** 54/20
**defined [1]** 54/9
**degree [7]** 42/22 43/16 49/11 53/4 54/20 56/20 56/21
**Dekoning [1]** 20/14
**demonstrating [1]** 23/2
**deployed [1]** 61/11
**described [1]** 51/24
**deserves [1]** 52/24
**desires [1]** 37/10
**detention [3]** 23/14 23/20 24/13
**deterent [1]** 25/8
**determination [3]** 27/12 27/17 28/5
**deterred [1]** 54/8
**deterrence [6]** 32/6 54/1 54/3 54/10 54/12 54/12
**deterrent [1]** 59/22
**dicing [1]** 28/1
**did [28]** 10/23 11/17 14/11 14/13 16/22 19/5 21/14 21/20 22/15 23/8 27/4 27/8 27/12 29/14 29/22 31/14 31/14 40/17 42/8 44/13 49/1 56/7 56/9 59/10 59/11 59/13 59/15 64/3
**didn't [14]** 10/2 10/17 11/6 16/13 16/22 22/8 27/2 27/5 29/24 31/3 47/3 52/9 53/9

**D**

**didn't... [1]** 53/21
**died [2]** 42/1 42/2
**difference [1]** 61/23
**different [7]** 12/16 22/10
27/21 27/22 27/25 38/20 45/5
**difficult [1]** 31/1
**diffrence [1]** 10/14
**diminish [1]** 45/22
**direct [1]** 46/6
**disagree [1]** 46/20
**disavowing [1]** 31/25
**discharged [2]** 7/23 42/7
**discount [1]** 25/21
**discounted [1]** 27/16
**discourse [1]** 12/13
**discrepancies [2]** 43/18
43/19
**discuss [1]** 17/7
**discussed [5]** 15/2 17/16
38/24 40/21 58/10
**discussion [3]** 16/15 38/17
38/19
**discussions [1]** 14/23
**dismiss [10]** 19/4 35/22
35/24 36/2 36/5 39/2 39/4
64/9 64/12 65/15
**dismissed [1]** 20/15
**disparity [3]** 17/7 56/3
56/22
**disposition [1]** 43/17
**dissent [1]** 49/8
**district [8]** 1/1 1/2 1/4
17/24 54/4 55/10 55/15 56/8
**diversion [1]** 22/12
**DIVISION [1]** 1/2
**divorce [1]** 42/14
**divorced [2]** 41/25 42/12
**DNA [2]** 34/8 63/8
**do [54]**
**does [11]** 12/9 23/15 33/16
34/14 35/22 45/21 49/12
49/24 52/20 54/5 64/9
**doesn't [8]** 10/5 22/16 27/15
34/9 37/8 58/1 61/22 63/9
**doing [5]** 4/1 20/23 26/18
31/2 36/21
**dollars [4]** 26/4 34/1 43/8
59/8
**don't [46]**
**done [8]** 14/8 15/2 15/23
16/7 16/8 28/13 35/10 63/21
**down [1]** 57/16
**dragged [1]** 61/6
**drill [2]** 19/6 20/4
**drilled [3]** 20/1 20/13 20/14
**drilling [1]** 19/17
**drinking [2]** 42/14 42/15
**drug [5]** 8/2 43/2 63/10
**drugs [1]** 41/24
**due [1]** 34/1
**DUI [2]** 7/10 28/23
**during [12]** 16/2 25/25 30/25
31/3 31/24 34/3 37/1 37/4
42/15 53/2 57/11 57/19
**duties [2]** 31/3 45/11
**duty [3]** 42/8 46/4 50/18

**E**

**earlier [2]** 24/17 51/20
**earned [1]** 42/23
**Edward [2]** 2/12 3/13
**egregious [1]** 29/18
**eight [1]** 48/9
**either [12]** 4/19 29/8 31/4
35/4 35/13 39/15 40/6 40/13
52/7 55/4 57/18 63/24
**elect [1]** 37/7

**electronic [1]** 63/17
**else [19]** 11/23 12/20 12/22
38/1 52/22 64/1 64/8 65/1
65/7
**else's [1]** 25/14
**emphasize [1]** 62/10
**enamored [1]** 46/14
**end [2]** 59/17 63/5
**enforcement [2]** 35/4 63/18
**engaged [7]** 18/22 29/2 32/1
46/1 46/22 48/4 53/19
**engaging [2]** 20/17 47/14
**English [1]** 27/22
**enough [4]** 11/23 51/13 57/25
60/12
**entered [1]** 51/8
**entertain [1]** 17/8
**enthusiasts [1]** 19/16
**entire [2]** 26/1 26/2
**entitled [2]** 54/20 66/7
**epidemic [1]** 45/1
**equals [5]** 7/11 8/6 8/20
43/5 62/7
**equipment [1]** 63/17
**equity [2]** 60/3 60/8
**especially [3]** 45/11 47/18
49/17
**essentially [2]** 22/19 28/3
**et [10]** 1/9 12/8 15/19 15/19
15/19 33/15 34/13 47/9 47/10
52/8
**ethical [1]** 54/3
**evaluate [1]** 27/14
**evaluation [1]** 28/6
**even [7]** 27/6 28/20 29/18
30/3 30/22 47/11 58/14
**ever [4]** 16/21 23/9 30/7
50/13
**every [4]** 48/20 54/5 58/1
61/22
**everybody [2]** 49/14 65/22
**everything [4]** 19/5 19/24
48/19 50/19
**everywhere [1]** 19/16
**evidence [8]** 14/2 15/6 16/19
21/20 21/21 31/15 47/23
50/24
**exact [2]** 18/8 26/7
**example [3]** 16/9 19/3 54/7
**except [2]** 33/21 42/24
**exception [1]** 19/25
**excited [1]** 47/9
**executives [1]** 52/12
**exemplary [1]** 53/3
**exhibit [1]** 21/25
**exists [1]** 30/3
**exonerate [4]** 39/18 40/2
40/3 65/1
**exonerated [1]** 39/22
**expect [1]** 55/7
**expense [1]** 25/24
**experience [1]** 51/2
**explanation [1]** 8/13
**extended [2]** 22/12 48/4
**extensively [1]** 17/17
**extent [7]** 14/11 17/20 19/9
19/11 28/12 53/1 53/8
**extraordinary [2]** 50/9 50/11
**extremely [6]** 13/9 30/7 33/3
46/3 46/25 47/17

**F**

**face [3]** 6/12 11/3 11/4
**fact [9]** 13/23 14/25 16/21
25/16 27/14 38/5 51/4 52/17
53/2
**factor [2]** 46/19 48/6
**factors [6]** 32/22 38/18
53/24 54/17 56/25 62/2

**facts [5]** 11/4 17/24 17/25
17/25 27/2
**factual [7]** 8/14 15/12 18/9
31/17 31/19 31/19 31/19 32/1
**Faerstein [4]** 2/4 3/11 49/23
55/22
**failure [2]** 35/7 63/19
**fairly [1]** 34/20
**fait [1]** 6/15
**fall [1]** 9/11
**falls [2]** 24/5 41/21
**family [6]** 3/16 3/23 43/17
57/20 59/9 61/6
**fashion [1]** 11/8
**fashioned [1]** 33/15
**father [3]** 26/2 41/24 42/2
**fault [1]** 25/14
**federal [2]** 29/19 35/14
**fee [3]** 25/13 25/15 26/3
**feel [4]** 47/8 61/8 62/15
62/17
**felon [10]** 35/1 41/7 45/6
45/7 46/24 49/10 53/12 53/13
62/14 64/6
**FFL [1]** 56/11
**figuring [1]** 59/1
**filed [2]** 44/2 44/24
**final [1]** 31/10
**finally [2]** 31/21 58/5
**find [5]** 22/20 27/25 32/24
58/18 62/4
**fine [30]** 3/18 7/11 8/7
24/23 25/1 25/4 25/5 25/10
25/23 26/12 26/13 34/2 36/23
36/25 37/4 37/14 43/7 43/8
43/11 44/7 44/8 44/10 58/6
58/6 59/2 59/6 59/18 59/22
63/6 65/5
**finish [1]** 46/17
**firearm [8]** 20/5 20/6 30/25
35/1 41/7 45/6 62/14 64/7
**firearms [30]** 6/23 7/4 8/8
14/7 15/8 15/25 17/2 18/1
18/18 19/11 19/12 19/13
21/13 22/2 22/3 22/7 22/9
22/16 22/18 22/24 30/14
30/15 30/17 41/5 41/14 46/3
46/14 48/3 56/14 64/4
**firmly [2]** 18/2 55/8
**first [15]** 3/9 4/2 4/5 20/10
20/17 23/8 24/8 25/11 33/25
44/19 45/20 51/10 51/14 54/1
62/4
**five [2]** 51/22 56/15
**flow [3]** 25/3 26/3 59/21
**follow [1]** 59/4
**followed [1]** 62/20
**following [2]** 33/23 62/21
**follows [4]** 32/23 33/17 34/5
62/3
**footnote [2]** 11/21 11/25
**foregoing [1]** 66/5
**forfeiting [1]** 24/19
**forfeiture [5]** 8/8 24/18
24/21 43/9 62/24
**forget [1]** 51/9
**forgive [1]** 50/7
**format [2]** 34/24 66/8
**former [1]** 9/14
**forms [1]** 54/12
**formula [1]** 14/16
**formulate [2]** 14/11 14/14
**forth [4]** 14/1 21/21 39/11
65/11
**forthwith [2]** 34/2 63/4
**found [4]** 15/17 27/21 30/7
49/8
**four [1]** 57/7
**frankly [3]** 12/11 12/20 47/6

**F**

fraud [1]   60/12
free [3]   9/9 9/9 24/4
friends [4]   3/23 44/1 44/2
61/5
front [6]   51/22 52/1 52/7
52/11 52/13 56/9
full [2]   17/2 34/18
fully [1]   19/11
fun [2]   48/15 48/16
funny [1]   48/16
further [2]   5/16 60/15
future [1]   53/17

**G**

game [1]   47/10
gave [2]   25/20 56/16
general [6]   34/7 42/24 54/2
54/11 61/2 63/3
generally [1]   54/8
generous [1]   33/3
gentlemen [1]   65/21
GEORGE [1]   1/3
get [14]   13/19 20/7 27/5
40/9 46/9 46/12 47/9 52/1
52/11 52/12 53/3 55/3 60/7
61/22
gets [4]   6/18 10/6 14/8 54/6
getting [3]   43/16 50/4 57/5
ghost [3]   8/23 17/2 43/13
give [12]   13/20 33/18 33/20
36/20 45/15 49/1 50/23 52/18
53/10 53/14 57/2 62/19
given [4]   48/21 54/14 56/19
62/15
giving [2]   54/18 55/1
go [11]   5/16 11/10 19/17
25/10 49/8 51/13 53/22 54/22
54/23 56/18 58/16
goes [3]   9/1 46/21 57/8
going [30]   5/17 6/7 6/12
13/7 20/18 21/10 28/7 28/8
36/15 37/11 38/4 39/14 40/5
49/7 49/14 50/21 53/19 54/25
55/3 55/11 55/11 56/12 56/22
57/3 57/23 57/24 58/16 58/18
60/6 64/22
gone [1]   41/18
good [16]   3/10 3/13 3/20 8/1
27/9 31/6 32/12 38/15 42/24
45/8 45/23 49/23 60/20 60/24
62/18 65/22
got [4]   18/1 27/6 42/22 53/4
government [50]
government's [13]   5/22 8/11
8/18 10/15 11/20 15/9 19/22
28/25 31/23 33/1 44/6 44/25
45/1
graduated [2]   7/19 42/4
grandmother [1]   42/2
grant [1]   24/3
granted [1]   19/3
Great [1]   5/2
greater [2]   54/20 56/24
grew [1]   41/23
ground [2]   61/15 65/16
grounds [2]   35/8 63/20
grouped [1]   41/9
guess [6]   12/14 24/1 36/19
41/18 49/12 49/14
guideline [5]   23/23 54/14
58/8 58/9 58/14
guidelines [23]   8/6 8/10
8/20 13/23 15/11 15/13 23/17
23/22 24/9 24/14 25/6 32/25
43/6 48/6 48/10 54/17 54/20
54/22 54/24 56/13 58/19 59/2
62/7

**guilty [5]**   19/13 21/4 26/6
26/7 56/11 59/12
gun [6]   17/2 19/15 20/22
27/8 30/19 47/4
guns [13]   8/23 12/15 15/11
15/14 15/19 16/23 18/21
19/14 20/16 30/1 43/13 46/5
47/8
guy [1]   25/18
GW [1]   1/8

**H**

had [30]   4/9 4/10 5/7 10/2
14/9 15/2 15/17 15/24 15/25
16/7 17/2 20/13 21/25 22/1
22/8 26/6 29/19 30/1 30/2
32/15 38/17 39/3 41/18 42/13
42/20 48/19 48/20 48/21 50/3
61/14
hadn't [1]   8/23
Haig [6]   2/17 2/18 3/20 5/25
24/13 56/6
half [1]   41/23
halfway [2]   57/7 57/19
happened [6]   16/1 28/2 28/9
29/6 29/20 47/22
happening [2]   55/9 55/22
happier [1]   57/5
happy [1]   57/4
has [54]
have [117]
haven't [1]   58/17
Having [1]   56/1
Hawthorne [2]   2/13 2/19
he [170]
headaches [1]   42/25
health [3]   8/2 42/24 63/11
hear [10]   13/21 17/4 20/25
24/6 32/9 44/18 48/11 52/21
59/16 60/17
hearing [1]   21/3
hearted [1]   45/10
heavily [2]   42/14 42/15
held [2]   22/17 66/6
help [1]   14/14
her [2]   49/15 49/20
here [28]   3/24 12/23 13/11
14/22 16/8 16/25 18/6 21/24
24/22 26/8 26/24 26/25 29/7
29/15 47/22 51/15 53/16
53/20 55/7 59/17 59/23 61/1
61/2 61/6 61/18 61/22 62/13
62/24
hereby [1]   66/4
high [5]   7/20 42/3 42/4
50/12 59/7
higher [3]   18/11 27/13 48/7
higher-ups [1]   27/13
highlights [1]   54/4
him [50]
himself [8]   9/5 25/23 28/7
34/8 48/21 53/8 54/6 63/8
his [76]
history [28]   7/9 8/2 8/5
8/19 9/2 9/2 12/9 15/22
28/24 31/13 34/9 41/20 43/1
43/4 43/5 43/14 46/21 49/11
49/16 50/19 50/23 52/16 53/9
57/1 62/6 62/7 62/12 63/10
hold [1]   5/5
holes [2]   19/6 20/4
home [9]   23/14 23/20 24/12
26/4 30/17 34/12 57/8 57/18
60/3
homes [1]   26/5
Honestly [1]   47/16
Honor [94]
Honor's [1]   16/10
HONORABLE [1]   1/3

**honorably [2]**   7/23 42/7
hope [3]   3/6 4/1 56/10
hoped [1]   32/15
hoping [1]   58/15
horrendous [2]   9/4 52/14
horse [2]   26/24 26/25
horses [1]   5/6
hours [5]   34/14 34/17 34/19
34/19 34/22
house [2]   57/7 57/19
household [2]   7/19 41/24
how [9]   11/1 14/7 14/8 30/1
34/14 48/18 49/25 50/21 60/7
however [7]   13/25 19/15
24/13 35/10 38/1 62/16 63/21
hundred [5]   13/4 26/4 34/1
43/8 59/8
hundreds [1]   19/14
hundredth [1]   27/7

**I**

I'm [3]   46/11 48/13 61/19
ID [1]   20/2
ignorance [1]   11/24
illegal [1]   43/2
illustrated [2]   46/7 47/1
imagine [2]   60/12 60/13
important [5]   20/9 20/10
29/7 29/15 45/25
impose [6]   23/8 23/12 23/13
26/15 33/21 56/24
imposed [1]   39/21
impossible [2]   60/9 60/10
impress [1]   33/16
impressive [1]   50/14
incarcerate [1]   53/17
incarceration [1]   57/18
incidents [1]   9/3
inclined [1]   45/17
include [1]   35/6
included [2]   9/13 43/24
including [5]   30/15 42/25
43/13 43/16 49/14
income [2]   41/24
incorporate [1]   11/17
incorrect [6]   4/11 4/12 4/19
5/12 13/14 40/14
increase [2]   7/2 41/13
indicate [6]   6/11 11/6 37/21
58/18 59/3 60/23
indicated [13]   36/25 40/11
45/9 48/25 50/3 50/22 56/18
58/16 58/17 58/18 62/9 65/3
65/5
indicates [2]   6/25 41/8
indicted [1]   43/15
indictment [2]   6/21 41/3
individual [2]   54/2 54/11
individually [2]   3/25 50/17
infantryman [1]   31/2
informant [2]   20/11 56/14
initial [1]   58/22
initially [1]   4/10
inquiry [1]   13/23
insofar [10]   8/8 18/15 33/3
38/1 38/2 45/3 50/1 50/2
53/11 59/5
instruct [1]   13/23
integrally [1]   14/4
intention [2]   11/7 57/2
interesting [1]   6/16
interject [2]   46/15 48/14
Internet [2]   20/4 20/19
interplay [1]   18/10
introduces [1]   47/4
investigation [1]   8/24
involve [1]   22/15
involved [13]   7/3 8/16 8/22
8/25 9/6 9/22 12/22 14/4

**involved... [5]** 14/10 14/23 16/5 41/14 43/22
**Iowa [1]** 54/4
**irresponsible [1]** 38/25
**is [350]**
**isn't [1]** 17/11
**issue [14]** 6/16 9/20 13/6 13/7 13/8 13/12 13/18 18/17 28/17 38/19 44/25 49/4 51/9 65/14
**issues [2]** 17/7 22/14
**it [146]**
**items [2]** 20/4 29/11
**its [2]** 33/3 47/24

**J**

**jail [2]** 53/21 53/22
**James [1]** 1/9
**Janelle [1]** 42/11
**Jerome [3]** 2/17 2/18 3/20
**job [3]** 26/6 26/7 34/18
**joined [3]** 7/20 7/22 42/5
**judge [9]** 1/4 19/3 19/8 49/5 53/21 54/14 56/9 56/16 57/13
**judgment [1]** 39/21
**Judicial [1]** 66/9
**Juggernaut [3]** 9/16 26/7 26/8
**Jujitsu [1]** 42/23
**July [1]** 42/6
**June [2]** 31/18 42/6
**jurisdictions [1]** 55/20
**jury [1]** 51/13
**just [49]**
**Justice [2]** 49/5 49/19

**K**

**KATIE [2]** 1/20 66/12
**kind [1]** 31/1
**Klausner [2]** 56/9 56/16
**knee [1]** 42/25
**knew [3]** 29/18 47/13 47/24
**know [37]**
**knowledge [4]** 14/9 16/23 17/3 46/22
**known [3]** 14/13 45/6 53/12
**knows [3]** 24/11 26/9 46/3
**Kwan [1]** 30/13

**L**

**LA [2]** 9/15 19/16
**lack [2]** 33/13 50/19
**landscaper [1]** 7/24
**language [2]** 27/22 39/15
**large [1]** 52/25
**last [6]** 28/17 28/22 29/4 34/19 41/19 59/19
**lasted [1]** 31/18
**law [10]** 2/12 2/18 31/15 35/3 35/14 49/10 49/14 49/15 63/18 63/25
**lawyer [1]** 49/17
**lawyering [1]** 49/18
**lazy [1]** 12/4
**leader [1]** 9/14
**least [10]** 8/17 10/4 20/10 25/23 25/23 34/18 36/12 46/14 52/6 55/8
**leave [2]** 36/3 63/14
**Leaving [1]** 32/14
**left [1]** 9/11
**legal [8]** 12/19 16/24 16/25 18/10 20/6 22/14 30/14 30/17
**legality [2]** 12/15 12/21
**legally [1]** 19/25
**lengthiest [1]** 61/8
**less [8]** 7/3 9/22 9/23 24/25

25/15 26/3 27/23 57/3
**let [49]**
**let's [9]** 6/12 10/25 11/3 11/4 19/2 46/9 46/12 51/9 53/5
**letter [1]** 26/8 43/25 60/22 60/24 60/24
**letters [1]** 9/14
**level [15]** 7/1 7/2 7/8 8/5 8/19 41/9 41/12 41/13 41/16 43/5 50/12 56/4 56/11 58/14 62/6
**levels [7]** 7/5 7/7 8/12 23/23 33/6 41/16 48/9
**license [9]** 6/24 12/20 18/7 18/18 18/24 19/13 22/19 22/25 41/5
**licensed [1]** 30/18
**like [8]** 19/15 26/5 47/8 47/10 53/20 59/8 59/11 59/14
**list [3]** 29/23 29/24 30/7
**Listen [1]** 26/20
**litigation [1]** 26/1
**little [3]** 12/5 21/6 34/18
**lived [1]** 7/18
**loan [2]** 60/6 60/8
**local [1]** 35/14
**locale [1]** 28/3
**locked [1]** 57/16
**logical [1]** 50/8
**long [1]** 14/7
**look [12]** 5/8 19/1 19/2 19/2 27/24 40/18 50/24 51/19 53/21 55/8 56/5 58/13
**looking [2]** 4/12 57/21
**loophole [1]** 16/25
**LOS [4]** 1/15 1/22 2/8 3/1
**lose [3]** 57/9 57/10 58/1
**losing [2]** 55/11 61/9
**lost [3]** 52/3 52/4 61/14
**lot [11]** 3/16 11/4 11/9 12/14 16/15 16/16 18/21 19/15 45/13 50/11 60/21
**lots [1]** 22/2
**love [1]** 27/5
**low [1]** 41/24
**lower [11]** 13/2 13/3 19/7 19/18 20/1 20/13 22/1 22/8 22/15 38/19 58/15
**luck [1]** 65/22

**M**

**made [15]** 10/21 11/14 11/18 14/8 15/8 15/23 20/21 27/12 27/17 28/13 33/5 40/8 44/22 45/20 51/6
**major [2]** 12/9 52/23
**make [9]** 14/7 20/20 25/15 27/12 37/19 54/7 57/5 57/25 61/22
**makes [1]** 18/20
**making [5]** 10/3 13/4 16/24 24/1 53/20
**man [3]** 31/6 59/8 60/8
**mandatory [2]** 44/10 58/12
**manner [2]** 35/11 63/22
**manufacture [3]** 6/23 17/1 22/4
**manufacturer [1]** 18/16
**manufacturing [6]** 8/22 18/6 18/23 22/7 22/18 46/2
**many [3]** 30/1 34/14 52/11
**Marine [7]** 7/20 9/14 30/23 31/2 32/14 42/5 42/8 43/15 44/1 50/14 50/15 57/11
**Marines [6]** 7/22 42/5 45/9 45/21 50/11 50/12
**marriage [1]** 42/20
**married [3]** 7/25 42/11 42/18

**marshaled [1]** 14/1
**mask [1]** 11/2
**mass [1]** 11/2
**materials [5]** 5/8 5/12 32/19 40/18 61/24
**matter [13]** 3/6 6/5 9/13 33/12 37/22 37/23 49/12 49/24 51/4 62/11 64/15 65/8 66/7
**matters [4]** 44/23 49/23 58/12 58/13
**may [15]** 3/17 11/16 16/17 18/14 21/25 28/18 28/21 31/9 37/18 46/20 48/18 48/18 49/3 53/23 57/13
**maybe [8]** 12/18 21/4 22/1 30/4 33/15 55/19 55/21 57/7
**me [83]**
**mean [13]** 10/5 14/9 17/9 17/12 17/14 17/16 17/20 22/16 23/16 27/15 52/9 52/13 55/14
**meaning [1]** 17/23
**means [1]** 27/9
**meant [1]** 38/22
**meetings [1]** 14/2
**members [4]** 3/16 3/23 38/23 47/7
**memo [3]** 11/20 22/22 44/25
**memorandum [1]** 10/16
**mental [1]** 63/11
**mention [3]** 9/20 10/17 64/3
**mentioned [2]** 9/21 24/17
**message [1]** 54/7
**messages [2]** 14/3 15/24
**metal [2]** 19/18 19/20
**mid [1]** 15/9
**middle [2]** 28/21 28/21
**might [4]** 6/17 13/19 14/13 20/12
**military [8]** 25/19 25/20 25/20 33/14 45/11 46/4 50/9 51/2
**milled [1]** 22/9
**mind [4]** 12/12 45/12 52/24 53/10
**minimizing [1]** 32/2
**minimus [1]** 62/17
**minor [8]** 4/22 7/5 8/12 9/10 9/20 10/6 13/13 33/6
**minute [1]** 41/19
**misdemeanor [1]** 7/10
**misinformation [1]** 12/14
**mistaken [1]** 21/4
**model [1]** 30/21
**modified [4]** 4/20 5/13 40/14 40/24
**moment [1]** 57/13
**monetary [1]** 26/16
**money [5]** 20/20 20/21 59/25 60/3 60/6
**month [2]** 34/22 43/10
**monthly [3]** 25/3 26/3 59/21
**months [20]** 8/6 8/9 8/20 8/21 34/23 42/19 43/6 43/7 54/15 54/16 55/1 55/2 56/15 56/16 56/16 56/19 61/13 62/8 62/19 62/20
**more [10]** 7/3 8/25 15/18 15/19 18/15 21/6 24/25 34/19 45/7 53/6
**morning [6]** 3/10 3/13 3/20 32/12 32/13 60/20
**mortgage [1]** 26/5
**most [5]** 22/3 26/5 50/13 52/13 59/24
**mother [2]** 41/25 52/4
**motion [7]** 6/1 19/3 19/9 39/2 39/4 65/15 65/17

**M**

motions [2]   5/21 5/25
mouth [1]   21/11
move [4]   35/22 35/24 36/1
  64/9
moving [2]   19/10 40/12
Mr [6]   5/5 22/22 25/17 30/4
  37/17 56/5
Mr. [60]
Mr. Alexander [1]   56/14
Mr. Dekoning [1]   20/14
Mr. Faerstein [2]   49/23
  55/22
Mr. Haig [3]   5/25 24/13 56/6
Mr. in [1]   37/17
Mr. Kwan [1]   30/13
Mr. Robinson [3]   3/22 10/23
  44/13
Mr. Roh [8]   17/14 19/4 19/9
  19/11 19/15 27/6 27/8 29/16
Mr. Schlotterbeck [21]   3/14
  3/15 11/18 12/7 17/12 17/13
  27/20 29/6 29/9 40/9 40/17
  44/24 45/4 48/7 48/19 51/3
  51/6 51/18 51/23 54/5 56/12
Mr. Schlotterbeck's [4]
  10/19 50/8 57/1 58/13
Mr. Vlha [14]   3/21 5/7 8/16
  11/14 11/19 11/20 17/25
  18/22 20/21 21/20 25/19
  27/19 31/24 44/22
Mr. Vlha's [1]   10/15
Ms [1]   30/4
much [3]   45/7 53/6 65/21
muddied [1]   16/16
murderers [1]   11/2
murdering [1]   11/11
my [27]   12/12 12/22 19/10
  25/13 25/14 25/14 25/24 26/2
  26/19 28/5 28/6 28/22 29/2
  29/7 30/12 30/16 32/16 39/11
  39/19 45/3 45/12 52/24 53/10
  53/22 57/2 61/5 61/14
myself [1]   20/4

**N**

named [1]   35/20
national [1]   56/3
nature [4]   12/21 18/15 22/4
  35/15
necessarily [11]   9/2 10/5
  12/18 12/19 16/13 17/19
  27/15 28/7 37/3 50/10 63/13
necessary [3]   51/17 53/7
  56/25
need [6]   38/8 39/24 53/16
  56/23 60/15 65/7
needed [2]   16/20 53/8
needs [2]   18/10 53/5
negative [5]   7/5 7/7 8/11
  33/6 41/16
net [2]   25/3 59/21
never [2]   29/20 51/9
New [1]   27/22
nice [1]   25/18
Ninth [1]   49/8
no [40]
No. [2]   6/20 62/13
No. 2 [1]   6/20
No. 3 [1]   62/13
nobody [1]   49/15
none [3]   17/25 24/3 41/21
normal [1]   7/19
North [1]   2/7
nose [1]   29/17
not [94]
note [1]   31/10
notes [3]   43/11 43/14 43/21

nothing [2]   24/18 64/8
notion [1]   42/20
NOVEMBER [1]   1/16 3/1
now [6]   22/17 35/1 39/20
  42/13 49/5 57/4
number [3]   15/11 20/7 30/17
nuts [3]   19/5 19/6 22/5

**O**

obey [2]   40/1 63/1
object [2]   51/10 51/14
objecting [1]   4/24
objection [1]   6/12
objects [1]   8/11
obtained [1]   22/23
obvious [2]   18/18 44/12
obviously [13]   8/9 12/7 13/7
  13/17 15/17 28/12 34/25
  37/23 43/1 46/7 50/14 52/10
  54/22
occurred [2]   10/18 29/4
off [1]   3/17
offense [17]   7/1 7/8 8/5
  8/19 23/5 28/20 32/6 36/11
  41/8 41/12 41/15 51/5 51/16
  51/19 52/24 56/11 62/6
offensive [1]   27/1
office [31]   2/5 2/18 5/9
  7/12 8/4 8/7 8/13 13/13
  24/24 27/13 32/21 33/3 34/6
  34/23 35/3 40/4 40/19 41/9
  43/3 43/7 54/23 54/25 55/3
  58/20 59/5 62/1 62/5 63/2
  63/12 63/14 65/2
office's [1]   32/24
officer [7]   16/21 20/12
  26/21 30/24 35/4 63/18 63/18
Official [1]   1/20
offset [1]   45/8
Oh [2]   12/3 64/5
Okay [21]   5/2 5/15 5/22 6/19
  10/8 21/8 24/15 25/9 32/18
  34/21 35/19 36/1 37/17 38/15
  39/16 44/12 52/20 55/15
  58/25 64/12 65/21
old [4]   7/17 33/15 41/22
  51/23
one [42]
ones [1]   17/18
ongoing [1]   29/2
only [13]   4/12 10/14 17/9
  17/18 19/19 23/23 26/4 36/19
  37/1 38/16 39/6 50/4 65/16
opportunity [3]   5/8 15/18
  40/18
opposed [1]   26/16
Orange [1]   19/16
order [18]   5/18 15/1 30/20
  33/25 34/2 34/5 34/7 34/11
  34/21 36/15 37/3 37/15 63/1
  63/3 63/7 63/9 63/10 63/15
ordered [2]   22/25 35/2
orders [2]   15/7 30/22
other [35]
others [1]   26/21
otherwise [6]   7/19 10/9 11/8
  12/25 36/21 63/25
our [17]   3/17 4/25 6/9 15/4
  15/9 19/2 21/11 21/25 24/9
  31/13 46/19 47/1 49/7 54/1
  55/6 56/4 58/7
out [9]   3/16 12/14 15/18
  20/17 27/21 31/15 59/1 60/2
  60/3
outstanding [1]   50/13
outweighs [1]   45/12
over [4]   15/15 39/20 43/22
  61/12
overall [3]   6/17 25/7 59/22

overcame [1]   51/23
overt [2]   11/9 11/13
own [1]   52/8
owned [1]   42/10
owner [1]   9/15

**P**

page [1]   66/7
paid [5]   26/2 29/5 37/1
  61/22 63/4
pain [1]   42/25
painter [1]   7/25
paper [1]   59/25
papers [20]   5/1 10/17 12/2
  15/4 15/9 16/6 19/10 21/11
  21/20 31/13 31/23 31/25
  40/12 40/13 47/2 47/24 54/2
  56/6 58/7 63/16
paragraph [1]   4/12
parcel [1]   48/3
Pardon [1]   59/12
parents [4]   7/17 41/22 41/25
  52/3
part [8]   13/7 25/7 30/16
  34/4 36/23 48/3 48/20 59/22
participant [5]   4/22 8/12
  10/6 13/13 33/6
participate [1]   63/11
participating [1]   42/16
participation [1]   7/6
particular [11]   6/5 9/3
  12/10 14/12 22/13 27/11
  27/15 37/22 62/11 62/18
  64/15
parties [1]   19/17
partly [1]   39/2
partnership [2]   14/17 14/20
parts [3]   14/7 20/22 30/15
party [1]   48/22
past [2]   16/8 34/17
pastor [1]   44/2
pay [6]   25/22 33/25 34/2
  37/4 63/3 63/5
payment [2]   14/8 65/5
pending [4]   36/16 39/6 40/6
  40/7
pens [1]   20/22
people [13]   11/8 11/10 11/11
  16/15 16/17 22/24 46/5 46/6
  52/1 52/10 52/13 53/19 55/10
people's [1]   26/5
Pepper [1]   51/20
percent [2]   13/4 52/6
percenter [1]   13/5
perhaps [2]   33/2 47/12
period [13]   33/22 33/23 34/3
  37/1 37/4 37/13 42/15 53/2
  57/9 57/20 58/1 61/8 62/20
person [9]   14/16 14/17 14/19
  35/5 47/25 48/5 51/1 51/22
  63/16
personal [2]   52/16 57/1
persons [2]   12/17 45/10
persuade [1]   51/13
persuaded [1]   17/19
phone [1]   35/6
photo [1]   16/7
photographs [3]   19/21 19/23
  19/25
photos [2]   21/25 22/2
physical [2]   23/15
physically [2]   19/5 52/7
piece [3]   13/1 19/18 19/20
place [2]   19/20 34/12
placed [1]   39/25
places [1]   7/15
PLAINTIFF [2]   1/7 2/3
played [1]   8/16
plea [13]   5/19 5/21 8/14

**P**
plea... [10]   21/3 37/24 38/1
39/12 39/14 51/7 64/6 64/15
65/11 65/18
plead [10]   4/11 4/13 6/20
21/4 26/6 28/13 41/2 41/19
47/14 56/10
please [1]   56/23
plus [2]   7/11 43/7
point [16]   7/11 7/22 10/3
13/21 13/25 15/9 24/1 24/18
24/19 34/14 36/6 36/10 40/3
49/23 53/7 56/13
points [4]   7/12 7/14 21/10
45/20
policies [1]   14/12
portion [3]   6/18 8/14 47/7
portions [1]   57/11
position [5]   10/17 39/17
46/4 59/17 60/15
positive [3]   25/3 26/3 59/21
possess [4]   30/25 35/1 64/4
64/7
possibility [1]   9/12
possible [1]   26/20
post [1]   51/19
postpone [1]   37/9
potential [1]   43/19
power [1]   54/6
prefer [1]   26/16
premised [1]   39/2
prepared [1]   62/5
prescription [1]   24/2
present [6]   3/15 3/21 7/13
14/22 42/10 43/21
presented [3]   4/17 32/20
61/25
presentence [7]   4/10 4/18
4/24 6/25 8/3 8/4 41/8
preserve [2]   26/19 51/8
preserved [3]   39/7 49/4
65/15
president [1]   26/7
PRESIDING [1]   1/4
presume [8]   6/4 10/22 11/9
26/15 30/2 37/2 38/6 64/22
presumed [1]   53/12
pretrial [4]   5/20 5/25 30/21
65/17
pretty [1]   17/16
previously [2]   16/1 16/7
pricing [1]   14/6
primarily [4]   13/18 42/1
60/1 62/10
primary [5]   12/23 13/11
17/10 49/16 62/13
prior [16]   9/3 14/7 15/2
15/23 21/13 33/14 34/10 43/1
43/12 43/14 51/8 53/1 53/2
53/9 62/11 63/10
prison [1]   8/9
private [1]   48/22
pro [1]   51/7
probably [3]   10/4 45/15
62/17
probation [35]
probationary [6]   9/12 13/19
13/20 23/19 24/3 33/19
problem [9]   12/12 42/21 45/4
45/14 47/7 47/20 52/23 53/10
62/13
problematic [1]   13/10
proceeding [1]   29/13
proceedings [5]   1/14 31/25
58/9 65/23 66/6
produce [2]   15/19 29/22
profess [3]   10/24 11/1 11/24
Professional [1]   2/12

profit [1]   51/11
program [1]   51/1
prohibited [3]   48/5 50/25
55/10
promote [1]   56/25
pronoun [1]   58/10
property [2]   35/4 63/16
prosecuted [3]   22/23 23/3
27/20
protect [2]   46/5 53/17
protest [1]   18/2
proves [1]   47/24
provide [3]   11/7 57/6 57/20
provided [2]   8/13 25/25
PSD [1]   42/24
public [4]   2/6 38/23 53/17
54/8
punished [1]   54/6
punishment [1]   57/18
punitive [5]   25/5 26/15
26/16 26/16 36/23
purchased [2]   19/25 20/2
purchaser [1]   51/3
purports [1]   8/1
purpose [1]   25/6
purposes [4]   25/7 38/7 41/10
49/17
pursuant [3]   5/19 30/19 66/4
put [19]   10/20 10/25 12/1
15/1 15/16 18/13 23/18 23/19
23/20 26/14 31/15 37/2 47/24
51/17 52/9 52/18 53/5 53/21
61/19
putting [2]   33/19 46/6

**Q**
quarrel [2]   26/22 39/15
question [8]   4/9 5/16 14/13
28/14 29/22 51/16 56/20 61/7
questions [4]   23/6 36/8
40/10 64/18
quickly [1]   26/23
quid [1]   51/7
quit [2]   26/6 26/6
quite [1]   18/2
quo [1]   51/7
quote [6]   19/10 21/10 21/15
21/16 21/16 21/17

**R**
Rachael [2]   2/11 3/14
raise [1]   38/4
raised [2]   42/1 43/12
raising [1]   59/9
range [15]   8/6 8/10 8/20
10/18 32/25 43/6 54/22 54/24
58/8 58/9 58/14 58/19 58/23
59/2 62/8
rather [2]   9/4 33/19
ratification [1]   49/9
read [3]   11/23 12/2 60/23
reading [1]   11/24
ready [1]   4/4
real [3]   28/14 31/23 33/13
really [11]   12/9 16/15 17/10
18/17 25/4 28/11 31/25 45/8
49/13 55/8 62/10
reason [7]   11/13 27/2 27/4
27/19 38/16 40/2 52/11
reasonable [6]   35/11 35/11
35/12 63/22 63/22 63/23
reasons [2]   55/2 62/9
received [2]   7/10 42/7
receiver [6]   13/2 13/3 19/7
19/18 20/1 38/19
receivers [4]   22/1 22/8
22/15 43/22
recent [1]   45/1

recommend [2]   44/7 44/10
recommendation [6]   44/15/10
43/3 44/7 59/4 59/5
recommends [5]   8/7 8/21 43/7
43/10 63/12
record [3]   11/17 30/1 37/19
recordings [1]   14/2
redo [1]   61/15
reduce [1]   52/25
reflect [1]   32/16
reflected [4]   5/21 15/4 15/6
15/22
reflecting [2]   14/3 21/12
regard [4]   13/14 34/11 45/10
53/4
regarding [2]   3/22 16/11
regardless [1]   24/4
regards [3]   12/15 13/12
18/17
register [1]   20/6
registered [1]   30/18
regulations [3]   34/6 63/2
66/8
rehabilitate [1]   54/6
rehabilitated [1]   53/8
rehabilitation [2]   51/19
53/6
relative [1]   47/3
relatively [1]   9/9
relatives [1]   52/8
release [14]   12/12 33/21
33/23 34/3 34/4 35/9 35/13
35/17 37/2 39/25 62/21 63/6
63/24 64/2
relevant [1]   49/3
remain [1]   8/9
remaining [2]   37/13 38/8
remember [1]   12/25
reminiscent [1]   44/22
render [1]   12/24
repetitive [1]   51/11
reply [2]   44/3 44/24
report [6]   4/10 4/19 4/24
6/25 8/3 41/8
reported [1]   66/6
Reporter [1]   1/20
REPORTER'S [1]   1/14
reporting [3]   40/3 65/2 65/3
reports [1]   42/23
represent [1]   64/22
representation [1]   25/25
representing [2]   38/7 38/10
request [2]   6/9 35/8
requested [2]   35/3 63/17
requesting [1]   24/24
require [3]   40/5 40/7 63/5
required [3]   53/25 53/25
63/13
requirements [1]   12/19
reserve [1]   57/15
reserved [1]   6/1
reserving [1]   37/24
residence [3]   35/5 60/1
63/16
residual [1]   24/13
resolved [1]   37/10
respect [25]   6/2 9/19 9/22
11/18 11/20 16/10 17/1 21/9
21/22 21/24 22/11 31/12
31/22 31/24 37/20 38/18 44/6
44/22 45/21 46/24 48/7 58/6
59/1 65/10 65/15
respond [1]   31/9
response [4]   10/15 17/4
22/22 48/12
responsibility [3]   7/7 41/17
56/17
restarted [1]   61/14
resume [1]   50/15

**R**
retained [1]   25/13
retired [2]   7/18 9/15
returning [1]   21/17
reversed [2]   6/18 55/4
revocation [1]   63/20
revoke [1]   35/9
right [43]
rights [5]   2/6 26/19 37/23
38/9 64/15
Robinson [9]   2/11 2/12 3/14
3/22 5/5 10/23 30/4 30/4
44/13
Roh [15]   17/14 19/1 19/3
19/4 19/9 19/11 19/15 21/24
22/10 22/12 26/23 27/6 27/8
28/17 29/16
role [5]   8/17 9/11 9/20 32/2
33/4
RPR [1]   66/12
Rule [1]   19/8
ruled [1]   19/8
rules [2]   34/5 63/1
ruling [3]   5/20 19/10 27/4
run [1]   31/3
running [1]   57/12

**S**
said [18]   3/22 5/25 5/25
10/3 10/24 16/8 16/21 19/9
21/12 26/21 29/13 38/16
38/22 40/13 44/8 51/21 54/21
56/1
salary [1]   20/21
sale [13]   8/25 18/6 18/17
22/15 41/7 43/13 45/6 46/24
50/25 51/6 51/11 53/11 62/14
sales [6]   15/23 16/3 21/13
29/23 29/24 51/12
same [7]   10/22 18/8 26/7
28/3 28/3 40/10 40/10
sample [2]   34/8 63/8
saved [1]   25/24
saw [1]   19/23
say [26]   10/2 13/9 13/24
16/13 17/21 20/1 21/5 27/25
28/7 28/24 32/10 44/21 45/25
47/12 49/21 50/10 50/13 52/6
52/22 54/13 54/16 55/1 55/13
57/21 60/18 60/21
saying [6]   16/14 18/2 18/5
22/25 23/2 53/21
says [1]   20/16
scheme [1]   18/12
Schlotterbeck [26]   1/9 2/10
3/7 3/14 3/15 11/18 12/7
17/12 17/13 27/20 29/6 29/9
37/17 39/3 40/9 40/17 44/24
45/4 48/7 48/19 51/3 51/6
51/18 51/23 54/5 56/12
Schlotterbeck's [4]   10/19
50/8 57/1 58/13
school [5]   7/20 42/3 42/4
49/14 49/15
scope [1]   37/12
Sean [1]   56/8
search [8]   29/10 35/4 35/7
35/8 35/10 63/17 63/19 63/21
second [6]   21/24 34/6 45/15
49/9 51/9 65/16
Secondarily [1]   29/4
section [13]   2/6 6/22 7/1
7/4 7/6 7/8 41/4 41/6 41/11
41/11 41/12 41/15 66/4
see [6]   11/1 26/11 26/12
36/11 50/20 60/11
seeking [1]   38/11
seem [1]   11/2
seems [2]   25/2 46/13
seen [1]   12/4
segue [3]   50/1 50/6 50/21
sell [4]   16/25 17/1 41/5
47/19
selling [10]   18/23 19/13
21/13 22/7 22/18 46/2 47/2
48/4 49/10 55/10
Selna [2]   19/3 19/8
sense [6]   4/1 6/17 11/1 12/7
18/11 53/18
sent [2]   16/7 54/7
sentence [26]   6/5 6/6 6/17
9/13 13/19 13/21 23/3 23/19
23/20 28/15 32/22 33/16
33/20 33/21 36/8 43/10 51/21
52/19 54/14 54/21 56/24
59/22 62/3 62/17 65/4 65/11
sentenced [1]   54/11
sentences [4]   22/24 23/4
32/11 60/18
sentencing [17]   3/25 10/15
10/17 11/13 11/20 22/22 25/8
31/24 33/13 38/18 43/17
44/25 47/1 53/24 55/7 56/2
56/25
separate [2]   22/13 22/14
serial [1]   20/7
serious [5]   12/8 27/23 52/24
53/9 53/13
seriousness [4]   23/4 32/2
32/6 46/23
serve [1]   45/10
served [8]   33/20 42/5 43/24
45/16 49/1 50/5 50/23 62/15
service [12]   33/14 34/22
34/24 36/20 37/8 43/14 50/9
50/12 50/17 53/1 53/2 62/11
set [5]   14/1 21/21 39/11
41/12 65/11
setting [2]   17/1 44/23
seven [3]   7/3 15/15 61/13
Seventh [1]   49/6
several [2]   3/23 29/16
shall [1]   35/7
she [4]   49/6 49/8 49/11
49/15
sheriff [1]   9/15
shock [2]   10/24 11/1
short [2]   57/20 57/25
shortly [1]   42/4
should [15]   4/19 5/12 22/17
26/12 28/24 32/5 33/6 40/14
40/24 47/12 49/13 49/16
53/22 54/23 54/25
showing [2]   16/19 22/4
shows [2]   16/23 47/24
siblings [1]   7/18
side [1]   4/19
sides [1]   60/15
signage [1]   42/10
significant [6]   8/17 14/1
15/5 23/4 25/3 59/20
significantly [1]   48/7
similar [4]   17/25 27/5 43/11
43/21
similarly [2]   23/1 59/19
simply [3]   13/17 16/14 54/16
since [4]   34/2 42/20 43/15
53/3
single [2]   54/5 58/1
sir [3]   12/3 32/10 60/17
sister [2]   41/23 43/25
sisters [1]   41/23
situated [1]   23/1
situation [20]   4/7 6/5 9/18
10/13 12/10 13/16 17/21 18/5
23/11 28/15 33/8 34/13 40/10
41/1 44/4 44/13 44/16 45/18
57/6 62/19
situations [1]   45/3
six [6]   8/9 15/7 15/13 16/3
34/22 51/23
slicing [1]   28/1
sliver [1]   51/15
small [1]   18/1
so [58]
soft [1]   45/10
sold [4]   15/25 30/2 47/4
56/14
sole [1]   27/9
some [25]   7/22 12/17 17/7
18/14 18/15 19/2 21/9 21/25
22/1 22/21 23/14 25/24 26/20
33/11 37/22 38/18 42/24
44/21 46/14 51/12 52/11
53/14 57/24 62/16 64/14
somebody [2]   45/7 53/11
someone [2]   16/21 47/19
something [12]   12/11 13/14
24/20 28/8 28/9 28/13 32/4
32/14 36/14 45/16 46/20
53/13
sometimes [1]   34/18
somewhat [4]   38/19 38/24
43/20 46/14
soon [1]   60/12
sorry [9]   8/3 32/16 43/4
43/8 46/11 48/13 61/19 62/6
65/1
sort [14]   9/6 12/5 12/16
16/11 24/13 33/16 46/10
46/13 46/19 47/9 49/18 52/12
52/24 54/7
sounds [1]   50/7
soup [3]   19/5 19/6 22/5
speak [2]   4/8 26/23
special [3]   34/1 44/11 63/4
specific [4]   13/23 32/6
37/25 39/15
specifically [2]   29/19 37/25
specified [1]   16/5
specify [2]   15/12 44/9
Spring [1]   2/7
squad [1]   9/14
stage [1]   44/23
stand [2]   27/3 61/1
standard [1]   9/23
standing [1]   51/22
start [3]   4/2 6/19 37/9
started [1]   61/12
starting [2]   3/8 56/13
state [1]   35/14
stated [3]   4/10 55/2 65/18
statement [3]   18/21 46/9
46/12
statements [2]   15/23 16/11
STATES [10]   1/1 1/4 1/6 2/3
3/7 3/11 46/5 46/6 66/5 66/9
statute [2]   24/2 24/3
statutory [1]   18/12
stay [5]   36/16 36/17 36/18
61/8 65/3
stayed [1]   65/6
staying [1]   36/19
stenographically [1]   66/6
still [3]   8/8 23/2 38/3
stood [1]   48/14
stop [6]   27/11 28/4 29/14
45/2 50/20 60/14
strangers [3]   47/2 47/3 52/8
Street [2]   1/21 2/7
strict [1]   7/19
strongly [2]   45/12 51/6
studying [1]   49/17
stuff [3]   13/6 33/15 45/13
subject [2]   29/12 42/17
submit [4]   35/7 35/8 63/15

## S

submit... [1]  63/19
subpart [2]  32/22 62/2
substance [1]  34/10
substantially [2]  9/23 62/9
such [7]  35/7 35/8 35/10
  63/19 63/21 65/4 65/6
suggest [1]  51/5
suggesting [1]  55/6
Suite [4]  1/21 2/7 2/13 2/19
summarize [3]  4/6 41/1 44/13
summarized [5]  9/17 10/10
  10/13 44/4 44/16
supervised [14]  23/12 33/21
  33/23 34/3 34/4 35/9 35/13
  35/17 37/1 39/25 62/20 63/6
  63/24 64/2
supervision [1]  30/22
supply [2]  14/6 14/6
support [2]  27/9 27/9
supports [1]  50/25
supposed [2]  25/5 47/25
supposedly [1]  45/7
supposition [2]  20/18 21/19
suppositions [1]  21/9
Supreme [7]  6/2 27/24 39/7
  46/10 46/13 48/17 51/20
sure [7]  12/1 17/6 17/16
  25/12 26/18 27/18 37/19
surrender [1]  6/7
surrendered [1]  30/18
suspicion [2]  35/12 63/23
sway [1]  33/12
syndrome [1]  42/25

## T

Tactical [1]  9/16
take [7]  3/17 6/14 29/11
  59/10 59/13 60/2 60/3
taken [2]  13/8 46/4
takes [1]  14/7
taking [2]  32/13 44/25
talk [5]  15/1 30/4 34/23
  54/2 58/10
talked [2]  29/6 29/11
talking [8]  19/6 19/14 48/17
  48/24 50/16 52/5 52/5 58/4
tell [2]  18/25 61/10
telling [1]  30/24
tentative [1]  19/10
terms [31]  7/9 7/16 14/15
  15/9 15/14 18/14 23/1 23/14
  24/23 25/1 25/4 26/14 31/24
  32/5 33/12 33/24 34/4 35/9
  35/13 35/17 35/17 37/7 37/17
  40/1 41/20 46/1 52/1 52/10
  62/21 63/24 64/1
testing [2]  34/11 63/9
text [2]  14/3 15/24
texted [1]  16/6
than [16]  4/17 4/25 7/3 7/3
  16/3 20/21 21/7 22/10 25/15
  26/3 33/19 34/19 45/5 56/24
  57/3 58/15
thank [9]  6/13 10/11 32/12
  32/17 46/18 57/22 60/25
  65/21 65/22
thanking [1]  61/18
Thanks [1]  5/15
that [388]
That's [5]  4/14 5/4 10/7
  14/21 62/25
their [10]  10/16 16/20 16/23
  21/12 22/4 22/11 29/22 39/4
  39/13 52/8
them [22]  3/25 4/1 6/5 6/6
  11/7 11/8 14/7 14/13 14/14
  14/25 16/25 22/3 29/10 29/11

  38/4 38/5 40/21 46/14 47/19
themselves [1]  15/11
then [22]  4/7 7/2 7/5 7/6
  7/11 13/15 13/17 13/19 13/20
  15/21 16/10 19/7 24/4 25/23
  28/17 29/13 41/13 41/16 47/4
  47/5 57/21 61/16
there [86]
thereafter [2]  7/23 42/5
therefore [6]  7/14 25/22
  33/5 34/10 41/21 55/1
therein [1]  40/23
these [26]  8/25 9/3 9/6 11/7
  11/10 15/19 16/3 16/18 18/22
  19/17 19/21 20/16 21/10
  40/13 46/2 46/5 47/16 47/16
  48/2 48/18 48/20 52/12 55/10
  55/17 56/1 58/9
they [52]
THIBODEAUX [2]  1/20 66/12
thing [8]  5/25 11/17 18/8
  30/12 31/9 36/19 54/5 58/1
things [13]  11/19 12/16 20/3
  20/7 21/12 26/20 27/14 33/12
  38/24 47/9 47/16 53/4 56/1
think [53]
thinks [2]  4/19 40/13
third [1]  20/14
Thomas [1]  49/19
this [126]
those [15]  5/11 9/7 14/12
  18/7 19/24 20/3 20/3 20/7
  22/25 28/14 37/11 38/3 38/24
  45/3 45/20
though [4]  27/6 28/20 47/11
  59/24
thought [4]  21/2 36/3 45/7
  49/15
thoughts [1]  45/3
thousand [2]  43/8 59/8
thousandth [1]  27/7
three [20]  6/21 7/3 7/10
  7/14 8/16 10/4 10/5 14/16
  14/17 14/22 20/10 21/18
  33/22 37/2 37/13 41/3 41/17
  62/19 62/19 62/21
through [6]  9/2 31/18 31/22
  42/6 61/6 61/20
thumbed [1]  29/16
THURSDAY [2]  1/16 3/1
tied [2]  58/8 58/9
time [49]
times [1]  29/16
tinnitus [1]  43/1
Title [1]  66/4
today [2]  26/8 61/19
together [2]  4/1 41/10
told [6]  14/25 27/18 27/19
  29/16 29/19 30/25
too [5]  7/21 11/4 14/20 28/1
  59/7
took [3]  20/12 29/10 64/6
torn [2]  12/6 12/6
Torrance [2]  2/14 2/20
tortured [1]  50/7
total [2]  7/8 41/15
totally [2]  13/14 33/9
tour [2]  42/8 45/11
tours [1]  50/18
trading [1]  47/8
training [3]  30/23 31/1 31/3
transactions [3]  19/4 20/11
  29/12
transcript [3]  1/14 66/6
  66/7
transfer [1]  48/22
Travis [1]  1/9
treatment [1]  63/11

trial [3]  41/19 56/8 56/9
trouble [1]  60/7
troublesome [1]  45/8
troubling [2]  46/25 51/24
true [4]  16/17 18/24 18/25
  66/5
trust [2]  16/20 30/8
try [1]  26/19
trying [2]  20/20 21/5
two [21]  7/2 7/5 7/7 7/12
  7/18 7/25 8/12 14/19 20/10
  33/6 33/22 41/13 41/16 41/23
  42/13 42/19 50/18 53/24
  54/12 55/15 56/10
two-level [1]  7/2
type [7]  13/6 15/25 17/2
  27/16 34/24 46/2 53/19
types [10]  9/1 9/3 9/6 9/7
  12/16 12/21 12/22 43/22 45/3
  47/16

## U

U.S [1]  1/20
U.S.C [4]  6/22 41/4 41/6
  62/2
ultimately [1]  28/6
uncertain [2]  16/11 16/14
under [24]  6/14 7/1 7/4 7/6
  7/8 23/16 24/5 24/12 26/5
  30/21 32/5 32/22 33/23 41/11
  41/11 41/12 41/15 48/10
  51/20 53/24 56/1 59/2 62/2
  62/21
undercount [1]  15/11
undercover [4]  16/21 20/11
  47/5 47/5
underpriced [1]  25/17
understand [22]  4/21 9/25
  16/15 20/25 23/25 24/10 28/4
  28/14 28/25 29/21 31/20 32/7
  33/1 47/6 47/15 47/15 48/24
  49/25 50/2 52/15 60/14 64/14
understanding [5]  5/23 12/23
  39/10 39/11 39/13
understood [2]  16/19 39/1
undertaken [1]  30/8
unfinished [2]  19/19 20/13
UNITED [10]  1/1 1/4 1/6 2/3
  3/7 3/11 46/5 46/6 66/5 66/9
unless [2]  8/23 53/18
unlike [1]  30/13
unnecessarily [1]  59/9
unregulated [1]  48/20
unserialized [1]  20/5
unsuccessful [1]  37/11
until [6]  6/7 28/21 31/14
  37/9 65/4 65/6
untraceable [1]  48/3
unwarranted [2]  56/2 56/21
up [9]  17/1 41/24 48/14 49/8
  49/23 56/6 61/1 61/15 63/14
upon [7]  35/12 40/3 53/16
  56/25 63/22 65/2 65/2
ups [1]  27/13
upside [2]  17/23 17/23
us [3]  2/5 15/2 32/13
use [7]  9/3 11/8 43/2 51/1
  56/12 58/10 59/4
used [2]  9/7 41/24
using [1]  15/3
usually [1]  21/16

## V

vacation [1]  29/9
vape [1]  20/22
vaping [1]  20/22
variance [1]  58/8
various [4]  9/4 21/11 27/13

**V**

**various...** **[1]**  42/7
**vary** **[1]**  62/8
**varying** **[2]**  58/21 58/22
**vastly** **[2]**  27/23 27/25
**vehicles** **[1]**  35/5
**versus** **[2]**  3/7 54/2
**very** **[8]**  11/12 13/22 31/15
50/14 51/6 59/17 60/24 65/21
**view** **[3]**  38/20 46/19 46/19
**violated** **[3]**  35/12 35/14
63/23
**violation** **[4]**  6/22 41/4 41/6
63/25
**vis** **[2]**  59/17 59/18
**visit** **[1]**  29/5
**Vlha** **[20]**  1/9 2/16 3/7 3/21
4/5 5/7 8/16 11/14 11/19
11/20 17/25 18/22 20/21
21/20 25/17 25/19 27/19
31/24 39/3 44/22
**Vlha's** **[2]**  10/15 22/22

**W**

**waive** **[3]**  26/12 37/22 64/14
**waived** **[4]**  38/3 38/5 39/4
55/6
**waiver** **[1]**  37/20
**waivers** **[3]**  37/19 38/3 65/10
**want** **[21]**  3/18 4/1 5/24
11/12 17/6 19/19 21/9 26/24
27/4 36/11 37/8 37/18 49/2
49/18 51/5 60/25 61/1 61/2
61/4 61/5 61/17
**wanted** **[2]**  29/11 32/15
**wants** **[3]**  17/7 37/7 52/19
**war** **[1]**  45/12
**warranted** **[1]**  31/7
**was** **[113]**
**washy** **[1]**  39/16
**wasn't** **[4]**  10/16 29/8 51/12
51/14
**waters** **[1]**  16/16
**way** **[23]**  5/13 10/21 10/22
10/25 12/1 15/16 18/13 26/14
27/15 27/21 33/7 33/19 37/3
38/23 40/14 40/24 50/6 52/9
52/18 53/5 53/6 55/11 59/7
**ways** **[1]**  27/25
**we** **[79]**
**weapon** **[2]**  19/7 30/15
**weapons** **[9]**  9/1 9/4 9/7 11/2
11/7 11/10 12/21 12/22 47/17
**week** **[5]**  34/14 34/17 34/17
34/19 34/19
**weekend** **[1]**  30/23
**weighing** **[1]**  27/13
**well** **[67]**
**went** **[5]**  20/13 28/21 49/15
56/8 56/9
**were** **[23]**  5/21 8/16 10/3
12/22 16/24 16/24 20/20 22/3
22/14 22/24 29/12 36/13
37/24 41/14 41/25 42/11
43/12 43/22 44/1 47/2 48/17
51/12 54/21
**West** **[1]**  1/21
**WESTERN** **[1]**  1/2
**what** **[69]**
**whatever** **[2]**  11/13 39/12
**when** **[24]**  18/20 19/8 20/1
20/16 29/4 29/5 29/18 30/12
30/16 30/22 38/22 41/25 42/1
42/2 45/11 47/18 48/17 49/6
49/14 49/15 52/4 55/13 56/5
64/6
**where** **[14]**  9/16 13/16 14/17
17/24 17/25 18/1 18/6 19/4

19/17 21/3 22/22 33/8 57/6
**whether** **[3]**  4/22 13/12 28/11
**which** **[29]**  6/1 6/23 7/14 8/9
9/11 17/21 19/18 26/4 28/12
28/23 31/1 33/15 37/2 38/20
38/24 41/5 41/7 43/20 45/5
45/9 46/1 46/13 48/4 48/5
51/20 58/9 62/14 62/19 63/3
**Whichever** **[1]**  4/3
**while** **[2]**  7/13 51/12
**who** **[20]**  3/21 4/1 11/8 11/10
11/10 16/15 20/14 20/15
25/24 30/13 44/1 45/10 47/8
47/19 52/12 53/12 54/8 59/9
60/6 60/7
**whole** **[2]**  30/14 60/21
**whom** **[1]**  30/2
**whomever** **[1]**  20/12
**why** **[13]**  18/10 18/25 20/9
20/16 26/12 27/4 27/19 28/24
29/15 36/18 48/6 52/15 53/22
**wide** **[1]**  10/18
**wife** **[2]**  42/18 43/25
**wild** **[1]**  20/17
**will** **[71]**
**willful** **[1]**  47/14
**willfulness** **[1]**  18/11
**willing** **[1]**  52/25
**wish** **[3]**  32/10 52/20 60/18
**Wishy** **[1]**  39/16
**Wishy-washy** **[1]**  39/16
**withdraw** **[1]**  31/15
**within** **[6]**  9/11 9/12 30/19
37/12 41/21 54/5
**without** **[14]**  6/24 18/7 18/18
18/23 19/13 20/2 20/2 20/3
22/18 22/25 41/5 56/11 56/17
61/9
**won't** **[1]**  40/7
**wonderful** **[2]**  25/25 52/12
**word** **[2]**  51/1 58/10
**words** **[3]**  14/13 27/22 45/15
**work** **[5]**  34/14 57/6 57/16
57/17 57/19
**worked** **[2]**  7/24 9/16
**working** **[1]**  29/9
**worried** **[1]**  55/23
**worry** **[1]**  55/25
**would** **[46]**
**wouldn't** **[2]**  8/24 45/24
**wrong** **[4]**  13/17 28/13 29/20
33/9
**wrote** **[2]**  26/8 60/21
**WU** **[1]**  1/3

**Y**

**yeah** **[3]**  12/3 14/25 64/5
**year** **[4]**  7/21 33/23 57/2
57/3
**years** **[8]**  7/10 7/17 33/22
37/2 37/13 41/22 51/23 62/21
**yes** **[28]**  5/10 10/1 10/9 12/3
12/3 13/22 17/15 18/20 21/2
24/10 25/9 26/10 28/19 31/11
32/8 35/21 39/5 40/20 40/22
44/14 44/17 44/20 64/8 64/17
64/24 65/13 65/18 65/20
**yet** **[1]**  58/18
**you** **[149]**
**young** **[2]**  7/21 57/7
**your** **[116]**
**yourself** **[1]**  16/22

**Z**

**zone** **[11]**  9/11 23/16 23/18
23/23 24/4 24/9 24/9 24/12
58/11 58/11 58/12

**zones** **[1]**  45/12