FILED

JUN 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   22-50281 |
| Plaintiff-Appellee, | D.C. No. 2:19-cr-00343-GW-2<br>Central District of California,<br>Los Angeles |
| v. | |
| JAMES BRADLEY VLHA, | ORDER |
| Defendant-Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   22-50283 |
| Plaintiff-Appellee, | D.C. No. 2:19-cr-00343-GW-1 |
| v. | |
| TRAVIS SCHLOTTERBECK, | |
| Defendant-Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   22-50312 |
| Plaintiff-Appellant, | D.C. No. 2:19-cr-00343-GW-1 |
| v. | |
| JAMES BRADLEY VLHA; TRAVIS SCHLOTTERBECK, | |
| Defendants-Appellees. | |

The government's unopposed motion (Docket Entry No. 25 in Appeal No. 22-50281; Docket Entry No. 23 in Appeal No. 22-50283; Docket Entry No. 18 in Appeal No. 22-50312) for voluntary dismissal of Appeal No. 22-50312 is granted.  Appeal No. 22-50312 is dismissed.  *See* Fed. R. App. P. 42(b).

Appeal Nos. 22-50281 and 22-50283 will proceed.  The briefing schedule is reset as follows:  the government's answering brief is due June 26, 2023, and defendants' reply brief is due within 21 days of service of the answering brief.

This order served on the district court acts as the mandate of this court as to Appeal No. 22-50312 only.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT